# Exhibit 29



GAMBLING PROBLEM? Call 1-800-GAMBLER   Responsible Gaming

FANDUEL CASINO | MotorCity

Casino   Sportsbook

Log in   Join Now

🏠 Home   🎁 Rewards   🎰 Slots   🆕 New   🛡 Exclusives   🃏 Blackjack   🏆 Progres 〉   🔍 Find games



### ⚜ Featured This Week

Check out exclusive promotions, jackpots, sweepstakes and more.

View all

More info   Join Now

## THE HOME OF ONLINE CASINO



Spin for a free chance at $3K every day!

Recently Played | For You








**Mystery of the Lamp Treasure Oasis**
Slot | $0.75 - $100

**Capital Gains**
Slots | $0.50 - $50

**88 Fortunes**
Slots | $0.08 - $88

**7s Fire Blitz**
Slots | $0.10 - $50

**Cash Machine Jackpots**
Slots | $1 - $10



EXCLUSIVE

NOW AVAILABLE

Play now

**Min Bet:** $0.20 | **Max Bet:** $90





Play now

**Min Bet:** $0.20 | **Max Bet:** $90

## Now We're Logging 💙🐷

EXCLUSIVE

Huff N' More Puff
Slots | $0.20 - $90

EXCLUSIVE

NBA Super Slam
Slots | $0.10 - $20

Hypernova Megaways
Slots | $0.20 - $25

EXCLUSIVE

Oink Oink Oink
Slot | $0.10 - $120

12 Masks of Fire Drums
Slots | $0.20 - $80

## New Games 🌟

View all >

EXCLUSIVE

Kong Wonder Wilds
Slot | $0.10 - $100

NEW

Cops N Robbers Bigger Big Money
Slot | $0.10 - $40

NEW

Crystal Magic
Slots | $0.50 - $50

NEW

Bonus Bolts High Voltage LuckyTap™
Slot | $0.30 - $90

NEW

Golden Realms
Slot | $0.20 - $200

## Hot Slots 🔥

View all >

NEW

Rome Fight for Gold
Slots | $0.20 - $24

Buffalo Gold Collection
Slots | $0.60 - $45

Amazing Catch Power Combo
Slots | $0.20 - $85

Cleopatra
Slots | $0.01 - $100

JACKPOT

7s Fire Blitz
Slots | $0.10 - $50

## Lunar New Year Games

View all >

EXCLUSIVE

EXCLUSIVE

Lunar New Year Games ▾

View all >







EXCLUSIVE

$11,837.19

$11,837.19

EXCLUSIVE

**FanDuel Fortunes**
Slots | $0.20 - $100

**Prosperity Link Cai Yun Heng Tong**
Slots | $0.88 - $88

**Prosperity Link - Wan Shi Ru Yi**
Slots | $0.88 - $88

**Dragon Power Super Orbs**
Slots | $0.75 - $45

**Year of the LuckyTap**
Slots | $0.20 - $100

Game Spotlight 🔍




**3 Porky Banks**
Slot | $0.20 - $20

**Ultimate Fire Link Cash Falls China Street**
Slots | $0.20 - $45

● ● ●

Progressive Jackpots 💰

View all >







JACKPOT

JACKPOT

JACKPOT

$618,345.82

$11,837.19

**Ocean Spirit Mega Jackpots**
Slot | $0.60 - $120

**Thundering Shenlong**
Slots | $0.48 - $60

**Thundering Gorilla**
Slots | $0.48 - $60

**Thundering Blaze**
Slots | $0.48 - $60

**Prosperity Link - Wan Shi Ru Yi**
Slots | $0.88 - $88

Top 10 Games in Michigan 🇲🇮






EXCLUSIVE

Lunar New Year Games

    

**FanDuel Fortunes**
Slots | $0.20 - $100

**Prosperity Link Cai Yun Heng Tong**
Slots | $0.88 - $88

**Prosperity Link - Wan Shi Ru Yi**
Slots | $0.88 - $88

**Dragon Power Super Orbs**
Slots | $0.75 - $45

**Year of the LuckyTap**
Slots | $0.20 - $100

## Game Spotlight 🔍

 

**3 Porky Banks**
Slot | $0.20 - $20

**Ultimate Fire Link Cash Falls China Street**
Slots | $0.20 - $45

## Progressive Jackpots 💰

View all >

    

**Ocean Spirit Mega Jackpots**
Slot | $0.60 - $120

**Thundering Shenlong**
Slots | $0.48 - $60

**Thundering Gorilla**
Slots | $0.48 - $60

**Thundering Blaze**
Slots | $0.48 - $60

**Prosperity Link - Wan Shi Ru Yi**
Slots | $0.88 - $88

## Top 10 Games in Michigan 🇲🇮

   








FanDuel Fortunes
Slots | $0.20 - $100

Oink Oink Oink
Slot | $0.10 - $120

Diamond Reels
Slot | $0.05 - $225

Kong Wonder Wilds
Slot | $0.10 - $100

Dan Marino Hail Mary
Slot | $0.20 - $100

## FanDuel Arcade

View all >

FanDuel Pop-A-Shot LuckyTap
Slots | $0.20 - $100

Balloon Bash Luckytap
Slots | $0.20 - $100

Dan Marino Hail Mary
Slot | $0.20 - $100

Bonus Bolts High Voltage LuckyTap™
Slot | $0.30 - $90

Cupid's Arrow LuckyTap
Slot | $0.25 - $500

## Daily Jackpot

A jackpot must be won every day!

View all >

## Live Casino Games

View all >

Crazy Time
Table | $0.50 - $2,000

Live Dealer Lobby
Table | $0.50 - $10,000

FanDuel Live Dealer Infinite Blackjack
Table | $0.50 - $5,000

Mega Fire Blaze Roulette Live
Slots | $0.20 - $2,000

FanDuel Live Dealer American Roulette
Table | $0.50 - $10,000

## Online Casino Favorites

**Greenback Attack**
Slots | $0.09 - $180

**Cash Eruption Fa Cai Shu**
Slots | $0.20 - $40

**Cleopatra**
Slots | $0.01 - $100

**Wolf Run**
Slots | $0.01 - $100

**Da Vinci Diamonds**
Slots | $0.20 - $100

## Table Games

View all >





EXCLUSIVE





**Blazing 7s Roulette**
Table | $0.10 - $1,000

**First Person Baccarat**
Table | $1 - $10,000

**Blackjack Classic**
Table | $1 - $500

**FanDuel Valentine's Day Blackjack**
Table | $0.10 - $10,000

**American Roulette**
Table | $0.10 - $5,000

## MotorCity Favorites

View all >

JACKPOT



JACKPOT



JACKPOT




NEW



**All Aboard Piggy Pennies**
Slots | $0.50 - $50

**All Aboard Dynamite Dash**
Slots | $0.50 - $10

**All Aboard Charms of the Orient**
Slots | $0.10 - $250

**Bull Blitz Roses & Riches**
Slots | $0.50 - $125

**Bull Blitz Fortunes of the Orient**
Slots | $0.50 - $125

Back to Top

## FanDuel Casino Games

### 🎰 FanDuel Casino Games 🎰

Play Casino Games Online for Real Money!
PLAY CASINO GAMES ANYWHERE IN PA, MI, NJ OR WV
RIGHT FROM YOUR PHONE ON THE FANDUEL CASINO APP!

### Sign Up and Grab Your FanDuel Casino Promo Bonus Today!

Get up to $1,000 back if you're down after your first day! For every player who chooses FanDuel Casino as their preferred online gaming platform, we show our appreciation with a special welcome bonus. Beyond accessing a world of online gaming and winning opportunities, our signup bonus for new players helps you get started on this exciting journey.

Some of our innovative table games include blackjack variants like:

- Blackjack Classic
- Zappit Blackjack
- Multi-hand Blackjack
- Blackjack Poker and Pairs

If roulette is your preferred casino table game, we have variants like American Roulette and European Roulette for you to try out. Other table games you can enjoy at FanDuel Casino are:

**What kind of games can I play at online casinos?**

- Online casino games are just like land-based casino games, maybe even better because some are improved upon. You can play themed slot games, card games like poker, and table games like blackjack or roulette.

**Is FanDuel a safe online casino?**

- Yes, we are. We are licensed with the Michigan Gaming Control Board (MGCB) and have been in the gambling industry for some time now. We prioritize our customers' safety and security at all times.

All Aboard Piggy
Pennies
Slots | $0.50 - $50

All Aboard Dynamite
Dash
Slots | $0.50 - $10

All Aboard Charms of
the Orient
Slots | $0.10 - $250

Bull Blitz Roses & Riches
Slots | $0.50 - $125

Bull Blitz Fortunes of the
Orient
Slots | $0.50 - $125

**Back to Top**

## FanDuel Casino Games

### 🎰 FanDuel Casino Games 🎰
Play Casino Games Online for Real Money!
PLAY CASINO GAMES ANYWHERE IN PA, MI, NJ OR WV
RIGHT FROM YOUR PHONE ON THE FANDUEL CASINO APP!

### Sign Up and Grab Your FanDuel Casino Promo Bonus Today!
Get up to $1,000 back if you're down after your first day! For every player who chooses FanDuel Casino as their preferred online gaming platform, we show our appreciation with a special welcome bonus. Beyond accessing a world of online gaming and winning opportunities, our **signup bonus** for new players helps you get started on this exciting journey.

**Create your free FanDuel Casino account right** now and play with confidence, knowing you can get up to $1,000 back during your first day.

### 🌟 Why Should You Play Casino Games with FanDuel Casino? 🌟
At FanDuel Casino, our work speaks for us. However, we want you to know what you stand to gain by signing up to play with us:

**🎮 An Extensive Library of Online Casino Games 🎮**

We boast one of the most impressive **gaming libraries** in the industry. Some of the slots you can play for real money at FanDuel Casino include:

- Divine Fortune
- Smokin' Triples
- 88 Fortunes
- Wheel of Fortune
- White Rabbit
- Madman Monkey

Some of our innovative table games include blackjack variants like:

- Blackjack Classic
- Zappit Blackjack
- Multi-hand Blackjack
- Blackjack Poker and Pairs

If roulette is your preferred casino table game, you have variants like American Roulette and European Roulette for you to try out. Other table games you can enjoy at FanDuel Casino are:

- Casino War
- Baccarat
- Casino Hold 'Em Poker
- Five Play Draw Poker

### 🎰 FanDuel Casino Promotions 🎁
To keep our regular customers entertained and show our appreciation, we continuously offer promotions that you can benefit from. The requirements to qualify for these promos are easy, especially if you visit the casino often.

Check out our dedicated promotions page for details on our casino signup bonus and other exciting offers. The page is updated constantly, so keep your eyes peeled for new promotions to claim.

### 🌟 FanDuel Casino FAQs 🌟
**Can I win real money at an online casino?**

- Yes, you can. When you place bets at an online casino like FanDuel, your winnings are credited to your account as real money, which you can spend as you wish.

**What kind of games can I play at online casinos?**

- Online casino games are just like land-based casino games, maybe even better because some are improved upon. You can play themed slot games, card games like poker, and table games like blackjack or roulette.

**Is FanDuel a safe online casino?**

- Yes, we are. We are licensed with the Michigan Gaming Control Board (MGCB) and have been in the gambling industry for some time now. We prioritize our customers' safety and security at all times.

**Is there a welcome bonus at FanDuel Casino?**

- Yes, there is! Get up to $1,000 back if you're down after your first day! Plus, get access to free spins, bet bonuses, and more when you start playing casino games at FanDuel Casino.

**Can I win a jackpot at FanDuel Casino?**

- Yes, you can! FanDuel Casino is packed with many progressive jackpot slots where you can win jackpots running into six figures. Find the right one for you and start spinning.

**Does FanDuel have Live Casino?**

- Yes! FanDuel has America's #1 Live Dealer Casino! Our live casino games let you play some of your favorite online casino games with real dealers at real tables – just like in a live casino! In real-time via video stream, you'll get dealt real cards, spin a live roulette wheel, or throw real dice.

Join FanDuel Casino today and enjoy the best online casino games! 🌟♠️♣️♥️

HELP

Support

T&Cs

Privacy Policy

MORE

Blackjack Strategies

If you or someone you know has a gambling problem and wants help, call the Michigan Department of Health and Human Services Gambling Disorder Help-line at: 1-800-GAMBLER

This site has been authorized by the Michigan Gaming Control Board for use by registered users physically present in Michigan.

© Betfair Interactive US LLC, 2023

License numbers: CA02, 007399

Persons under 21 are not permitted to engage in sports wagering

For customer support please contact us here

02/06/2025, 5:19:08 PM


 
  

# Exhibit 30



FANDUEL RACING Racing Handicapping Promotions Watch FDTV Log in Join now

Learn More

Learn More

Learn More

Watch Live

| | |
|---|---|
| LEB | OFF |
| TUP | 0m |
| SUN | 11m |
| FG | 19m |
| PEN | 19m |
| TP | 29m |
| BTV | 0m |
| DD | 1m |
| DED | 24m |
| TRN | 11:27 PM |
| WBS | 11:30 PM |
| FLM | 11:35 PM |
| YON | 11:45 PM |
| CHT | 12:00 AM |
| JP2 | 02:00 AM |
| L38 | 02:15 AM |
| A21 | 02:35 AM |
| SKB | 02:35 AM |
| S22 | 03:00 AM |
| AU1 | 03:03 AM |
| AU2 | 03:17 |

## Popular Races

**Turfway Park** Race 1 — START OF PICK 5 — KY — FDTV
- 6 Temper Tantrum — J: Rodriguez Walter A — T: Rivelli Larry — FAV 2/1 ML 2/1
- 5 Ready For Action — J: Terraza German — T: Green Troy — 5/2 ML 3/1
- 2 Royally Bitter — J: Calleja Andres — T: Pinzon Maria E — 4/1 ML 5/2

29 MTP

**Penn National** Race 1 — START OF PICK 4 — PA — FDTV
- 7 Quick Tempo — J: Hernandez Julio A — T: Ness Jamie — FAV 1/9 ML 8/5
- 1 Mr. Marshall — J: Rodriguez Angel R — T: Chircop Steven — 12/1 ML 6/1
- 3 Dee Jay — J: Conner Tyler — T: Lawrence Ii James L — 14/1 ML 5/2

19 MTP

**Fair Grounds** Race 9 — LA — FDTV
- 2 Basile — J: Ortiz Jose L — T: Asmussen Steven M — FAV 4/5 ML 7/2
- 7 Lulu's Magic — J: Torres Jaime A — T: Wilson Shane — 9/2 ML 6/1
- 8 Cairo Charm — J: Murrill Mitchell — T: Bourgeois Keith G — 9/1 ML 8/1

19 MTP

**Batavia Downs** Race 8 — NY
- 3 Da Ghetto Wizard — D: Chindano, Jos — T: Brandstatter-H
- 2 Long Legged John — D: Beckwith, Bre — T: Kash, Keith Jr
- 8 Mach Le More A — D: Mcneight, Da — T: Russo, David

0 MTP

## Top Tracks

See all

- Fair Grounds
- Miami Valley
- Penn National
- Sunland Park
- Turf Paradise
- Turfway Park

## Top Pools

TODAY'S HIGHLIGHTS

| | | |
|---|---|---|
| 03:07 AM | Woodbine Mohawk Park Superhighfive | $64.1k |

COMING UP

| | | |
|---|---|---|
| 12:55 AM | Turfway Park Pick 6 | $24.1k |
| 12:00 AM | Batavia Downs Superhighfive | $2.9k |
| 02:10 AM | Dover Downs Superhighfive | $1.9k |
| 12:57 AM | Charles Town Pick 6 | $1.8k |
| 04:35 AM | NZH - Addington Superfecta | $13 |

## Talent Picks

See all

**Scott Hazelton** — $10.00 WN | $10.00 Ticket
0 MTP Turf Paradise - R7
1
View Race · Add to Betslip

**Simon Bray** — $10.00 WN | $10.00 Ticket
0 MTP Turf Paradise - R7
6
View Race · Add to Betslip

Case 3:25-cv-01143-SC-JTC Document 1-5 Filed 02/10/25 Page 11 of 83 PageID 1341





FANDUEL RACING  Racing  Handicapping  Promotions  Watch FDTV  Log in  Join now

LEB OFF
TUP 0m
SUN 11m
FG 19m
PEN 19m
TP 29m

BTV 0m
DD 1m
DED 24m
TRN 11:27 PM
WBS 11:30 PM
FLM 11:35 PM
YON 11:45 PM
CHT 12:00 AM
JP2 02:00 AM
L38 02:15 AM
A21 02:35 AM
SKB 02:35 AM
S22 03:00 AM
AU1 03:03 AM
AU2 03:17

Sam F. Davis Stakes Preview

4 HOURS AGO

G3 Bayakoa Stakes Preview

4 HOURS AGO

Betting Tools & Tips

## Horse Racing 101

See all

**The bet types**
Get tips on how to place your bet and win.
Learn more

**Understanding race odds**
The odds aren't fixed. Find out why.
Learn more

**What if a horse gets dropped?**
Learn all about scratches.
Learn more

## Horse Racing Betting

Welcome to FanDuel Racing! We offer an unparalleled experience on a trustworthy platform. Our interface is easy to use. Round-the-clock races put you in the heart of the action.

Get access to:
Major events
Easy deposits
Exclusive promos
Swift payouts

Knowledge is everything! Explore:
Our support site for any questions

Stay engaged with:
Live FanDuel TV coverage of 300+ global racetracks
Picks and previews from your favorite FanDuel TV talent experts
Exclusive horse racing news

Get ready to bet on the Triple Crown: Kentucky Derby, Preakness Stakes, Belmont Stakes, Breeders Cup.

Want to play FanDuel Racing alone? Or through FanDuel Sportsbook? No problem. In both apps, we blend tradition with cutting-edge technology. You're ready for the races!

AWARE – ALWAYS WAGER RESPONSIBLY. NATIONAL GAMBLING HELPLINE: 1-800-522-4700.

**About**
Terms and Conditions
Privacy Policy
Responsible Gaming
California Privacy Policy
Your Privacy Choices
Support Center
Accessibility

**FanDuel Group Sites**
FanDuel Sportsbook
FanDuel Research
FanDuel Casino
FanDuel Racing

FANDUEL RACING  FANDUEL GROUP

# Exhibit 31

# WHERE CAN I DOWNLOAD THE FANDUEL GEOCOMPLY PLUGIN?

If you're using the **FanDuel apps or on mobile web**, start here for more location troubleshooting tips.

When using the FanDuel Sportsbook website **on your desktop**, you'll need to download the GeoComply plugin for us to locate you. Find your operating system and state here:

Windows plugins
Apple Mac plugins

## I'm still having trouble with GeoComply on FanDuel

If you've installed the plugin and you're having trouble while using Windows, GeoComply has helpful tips you can watch right here.

·     Deactivate the Antivirus app (if there's any).
·     Download the plugin for the location check, and install it by running the installer on behalf of Administrator.
·     Add it to the whitelist for the antivirus (if any).
·     After Plugin is allowed, you can enable the protection again. However, if you are using a proxy, VPN, or AD-blocking apps, they should be disabled while playing.
·     Make sure the PLC is set and running. In order to do so, please open 'Task Manager' by pressing Ctrl+Shift+Esc.
·     Navigate to the 'Services' tab.
·     Locate the Player Location Service, right-click on it and select 'Restart' (or 'Start' if the status is stopped):If the instructions above do not work, you should adjust the DNS settings on your devices to make sure the settings were applied correctly. Here are some more details.

If you're using an Apple computer, GeoComply's tips video can be found here.
·     Disable antivirus, VPN, proxy, AD-blocking app.
·     Download the Player Location Check plugin.
·     Install the Player Location Check plugin.
·     Add it to the whitelist for the antivirus (if any).
·     After Plugin is allowed, you can enable the protection again. However, if you are using a proxy, VPN, or AD-blocking apps, they should be disabled while playing.If you are having an issue after you successfully installed the plugin, you could try these troubleshooting steps:
·     Check the tray icon for the Player Location Check on the top bar of the screen. If it is available, restart the app, reload the website, and try to play.
·     In case you are still prompted to download the plugin, try to disable the antivirus or firewall on your device, and revisit the site.
·     Adjust the DNS settings on your device to 8.8.8.8 and 8.8.4.4. Here you can find detailed instructions for macOS. Then try to play on the gaming site.

## GeoComply plugin download links for FanDuel

## Windows computers:

| FanDuel AZ |
| FanDuel CO |
| FanDuel CT |
| FanDuel Mohegan |
| FanDuel D.C. |
| FanDuel IA |
| FanDuel IL |
| FanDuel IN |

### Related Articles

FanDuel Location Troubleshooting Tips

Canada - GeoComply plug-in troubleshooting

Canada - Desktop browser location troubleshooting





Document title: Where can I download the FanDuel GeoComply plugin?
Capture URL: https://support.fanduel.com/s/article/Where-Can-I-Download-the-GeoComply-Plugin
Capture timestamp (UTC): Thu, 06 Feb 2025 22:38:03 GMT

FanDuel Mohegan

| |
|---|
| FanDuel IA |
| FanDuel IL |
| FanDuel IN |
| FanDuel KS |
| FanDuel KY |
| FanDuel LA |
| FanDuel MA |
| FanDuel MD |
| FanDuel MI |
| FanDuel NC |
| FanDuel NJ |
| FanDuel NY |
| FanDuel OH |
| FanDuel ON |
| FanDuel PA |
| FanDuel PR |
| FanDuel TN |
| FanDuel VA |
| FanDuel VT |
| FanDuel WV |
| FanDuel WY |

Apple Mac computers:

| |
|---|
| FanDuel AZ |
| FanDuel CO |
| FanDuel CT |
| FanDuel Mohegan |
| FanDuel D.C. |
| FanDuel IA |
| FanDuel IL |
| FanDuel IN |
| FanDuel KS |
| FanDuel KY |
| FanDuel LA |
| FanDuel MA |
| FanDuel MD |
| FanDuel MI |
| FanDuel NC |
| FanDuel NJ |
| FanDuel NY |


LIVE CHAT





| FanDuel KS |
| FanDuel KY |
| FanDuel LA |
| FanDuel MA |
| FanDuel MD |
| FanDuel MI |
| FanDuel NC |
| FanDuel NJ |
| FanDuel NY |
| FanDuel OH |
| FanDuel ON |
| FanDuel PA |
| FanDuel PR |
| FanDuel TN |
| FanDuel VA |
| FanDuel VT |
| FanDuel WV |
| FanDuel WY |

## DID THIS ARTICLE ANSWER YOUR QUESTION?

Yes    No

## STILL NEED HELP?



**Contact us**

**Help**
Contact us
Accessibility
Terms of Use
Privacy Policy
Your Privacy Choices

**Responsible Gaming**
User limits
Timeout
Self-exclusion
Player activity
statements

FanDuel Inc
New York, NY

 

LIVE CHAT

© Betfair Interactive US LLC, 2025
If you or someone you know has a gambling problem or wants help, please check out our Responsible Gaming resources.

2/6/25, 1



Back to top ▲

Document title: Where can I download the FanDuel GeoComply plugin?
Capture URL: https://support.fanduel.com/s/article/Where-Can-I-Download-the-GeoComply-Plugin
Capture timestamp (UTC): Thu, 06 Feb 2025 22:38:03 GMT

Exhibit 32

**WHAT'S NEW**

# Advanced Entry

Our new 'Advanced Entry' feature is the fastest and easiest way to enter one lineup into multiple contests — or, enter one lineup into the same contest multiple times. 'Advanced Entry' mode works just like an online shopping cart. You can add or remove entries from your cart, then enter them all at once. This feature is currently available on the website, but not yet on the mobile app.

Check out a quick demo

## Step 1: Create an entry for the sport and slate you want to play

Before you start adding entries to your cart, you need a lineup for that slate. If you don't already have a lineup ready, just choose a contest, pick your players, and enter.

## Step 2: Switch to Advanced Entry mode

First, select the NFL, MLB, NBA, or NHL tab. You can't access 'Advanced Entry' mode from the 'Featured' contests tab because you can't enter the same lineup across multiple sports.



## Step 3: Add entries to your cart for each contest

Click the 'plus' button to add entries one by one, or type the number of entries you want to add directly into the box. Your total entry fees and number of entries are tracked at the bottom of the page. Once you're ready to play, select 'Choose Lineup' to advance.



Document title: What&#39;s New: Advanced Entry | FanDuel
Capture URL: https://www.fanduel.com/advanced-entry
Capture timestamp (UTC): Sat, 08 Feb 2025 01:02:05 GMT

Click the 'plus' button to add entries one by one, or type the number of entries you want to add directly into the box. Your total entry fees and number of entries are tracked at the bottom of the page. Once you're ready to play, select 'Choose Lineup' to advance.



**TIP:** You can also add entries from different contest types. For example, you can freely tab from 'Tournaments' to '50/50s & Multipliers' while adding entries as long as the contests you add have the same game slate.

# Step 4: Choose which lineup you wish to enter

If you have multiple lineups for a game slate, you'll need to choose which lineup you want to use for the entries in the shopping cart. Simply select the correct lineup, review your entry totals, then hit 'Enter'.



**That's it.** Once you hit enter, you'll see a success message to let you know your entries went through.

**ABOUT**

Support
About FanDuel
What's New on Sportsbook
How It Works
Rules & Scoring
Responsible Play
Modern Slavery Statement
Legal Sports Betting Map
Affiliates
Sitemap

**SPORTSBOOK ODDS**

NBA Odds
NFL Odds
MLB Odds
Golf Odds
UFC Odds
College Football Odds
College Basketball Odds
Soccer Odds
NASCAR Odds
NHL Odds
2024 World Series Odds
2025 CFB Playoff National
Championship Odds

**FANDUEL SPORTS BETTING STATES**

FanDuel Sportsbook AZ
FanDuel Sportsbook CA
FanDuel Sportsbook CO
FanDuel Sportsbook CT
FanDuel Sportsbook DC
FanDuel Sportsbook IA
FanDuel Sportsbook IL
FanDuel Sportsbook IN
FanDuel Sportsbook LA
FanDuel Sportsbook MA
FanDuel Sportsbook MI
FanDuel Sportsbook NC
FanDuel Sportsbook NJ
FanDuel Sportsbook NY
FanDuel Sportsbook OH
FanDuel Sportsbook PA
FanDuel Sportsbook TN
FanDuel Sportsbook VA
FanDuel Sportsbook VT

**FANDUEL NEWS**

UFC
Soccer
NFL
Casino
NBA
College Basketball
NHL

**FANDUEL GROUP PRODUCTS**

FanDuel Sportsbook
The Duel
TVG
FanDuel Casino
FanDuel Racing
numberFire - Fantasy Sports
Projections
FanDuel Faceoff

## Step 4: Choose which lineup you wish to enter

If you have multiple lineups for a game slate, you'll need to choose which lineup you want to use for the entries in the shopping cart. Simply select the correct lineup, review your entry totals, then hit 'Enter'.



**That's it.** Once you hit enter, you'll see a success message to let you know your entries went through.

### ABOUT
Support
About FanDuel
What's New on Sportsbook
How It Works
Rules & Scoring
Responsible Play
Modern Slavery Statement
Legal Sports Betting Map
Affiliates
Sitemap

### SPORTSBOOK ODDS
NBA Odds
NFL Odds
MLB Odds
Golf Odds
UFC Odds
College Football Odds
College Basketball Odds
Soccer Odds
NASCAR Odds
NHL Odds
Super Bowl 59 Odds
2024 World Series Odds
2025 CFB Playoff National Championship Odds

### FANDUEL SPORTS BETTING STATES
FanDuel Sportsbook AZ
FanDuel Sportsbook CA
FanDuel Sportsbook CO
FanDuel Sportsbook CT
FanDuel Sportsbook DC
FanDuel Sportsbook IA
FanDuel Sportsbook IL
FanDuel Sportsbook IN
FanDuel Sportsbook LA
FanDuel Sportsbook MA
FanDuel Sportsbook MI
FanDuel Sportsbook NC
FanDuel Sportsbook NJ
FanDuel Sportsbook NY
FanDuel Sportsbook OH
FanDuel Sportsbook PA
FanDuel Sportsbook TN
FanDuel Sportsbook VA
FanDuel Sportsbook VT
FanDuel Sportsbook WV

### FANDUEL NEWS
UFC
Soccer
NFL
Casino
NBA
College Basketball
NHL

### FANDUEL GROUP PRODUCTS
FanDuel Sportsbook
The Duel
TVG
FanDuel Casino
FanDuel Racing
numberFire - Fantasy Sports Projections
FanDuel Faceoff

### FANTASY SPORTS
NFL
NHL
MLB
Soccer
CFB
Golf
Tennis
NASCAR
WNBA
CBB

### FANDUEL APPS
Fantasy (iOS)
Sportsbook & Fantasy (Android)
Sportsbook (iOS)
Sportsbook (Android)

### NFL SPORTSBOOK BETTING
2024 Best FanDuel Sportsbook Promos
NFL Betting
NFL Picks
2024 NFL Team Power Rankings
NFL Team Schedules & Odds
OddsFire - Compare Betting Odds

### FANDUEL CASINO
Online Slots
New Casino Games
Blackjack Online
Live Dealer Casino
Online Roulette
Online Table Games
FanDuel Casino Promo Codes

### FOLLOW FANDUEL
Facebook
Twitter
Instagram
YouTube
Snapchat

Careers · Governance · Trust & Safety · Bill of Rights · Privacy Policy · California Privacy Rights · Terms of Use · Your Privacy Choices · Modern Slavery Statement · Press & Media

© Betfair Interactive US LLC, 2025
Gambling Problem? Call 1-800-GAMBLER or visit RG-help.com. Call 1-888-789-7777 or visit ccpg.org/chat (CT). Hope is here. GamblingHelpLineMA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPENY or text HOPENY (467369) (NY). 21+ (18+ D.C.) and present in select states (for KS, in affiliation with Kansas Star Casino). Persons under 21 are not permitted to engage in sports wagering. For customer support please contact us.

Back to top ↑

Exhibit 33



# AWARD WINNING SOLUTIONS

  

  

# INTEGRATED PLATFORMS

    

    

    

    

# 01

# COMPANY OVERVIEW

## *Solving the iGaming Geolocation Puzzle*

GeoComply is a global leader in geolocation compliance technology. Since launching in 2011, GeoComply has quickly become the iGaming industry's trusted solution for reliable, accurate and precise geolocation services. GeoComply's patented and proprietary geolocation solution is unparalleled in its level of accuracy and integrity, as well as in its depth of security and ease of implementation.

GeoComply's proprietary and highly adaptive technology has successfully met and exceeded all challenges put forth by North American regulators with record-high verification rates. Increasingly, GeoComply has been expanding its offering beyond its primary focus of geolocation compliance into areas such as payment and fraud analytics, and streaming media solutions.




**Solving the US iGaming market's Geolocation puzzle is the challenge that inspired us to create GeoComply**

GEOCOMPLY

**2013** — NJ Launches: GeoComply supports 10 iGaming brands in New Jersey

**2014** — Vantiv/Sightline: GeoComply, Vantiv (Worldpay) and Sightline partner to drive iGaming forward

— Pooled Liquidity: Nevada and Delaware launch pooled liquidity with GeoComply

**2015** — iLottery: GeoComply launches iLottery solution in Georgia

— DFS: Solus no download browser solution

**2016** — Sportsbook: MGM leads sportsbook fraud detection by launching app protected by GeoComply

— Indoor Geolocation: Bring your own device mobile solution launches; utilizes Beacons for accuracy under 3 feet

— ADW: TVG/BetFair launch with GeoComply's Solus in NJ

**2017** — 10M transactions processed per day

— 250M unique devices with GeoComply installed

— 42 US States now supported by GeoComply

— 16th NJ Brand: MGM launches with GeoComply in New Jersey

**2018** — PASPA Repealed: GeoComply is ready to support all State Legislators and iGaming companies with geolocation solutions in response to repeal of PASPA

— Mississippi Sports Wagering: on-property field trials begin

— Pennsylvania iLottery: launches with GeoComply

— NJ Online Sportsbook: Rush Street, MGM, William Hill, BetStars and FanDuel launch online sportsbooks in New Jersey with GeoComply

— Michigan iLottery: launches with GeoComply

— 1st NJ Online Sportsbook: GeoComply launches with DraftKings

— Pennsylvania iLottery launches with GeoComply

— New Hampshire iLottery: launches with GeoComply

— Virginia iLottery: launches with GeoComply

**2019** — West Virginia iGaming & Sports: launches with GeoComply

— Pennsylvania iGaming & Sports: launches with GeoComply

— Mississippi On Premise Mobile Sports: launches with GeoComply

— Iowa Sports: launches with GeoComply

— Rhode Island Sports: launches with GeoComply

— Oregon Sports: launches with GeoComply

— Indiana Sports: launches with GeoComply

# 02

# WHAT THEY SAY



"GeoComply rose to the occasion and developed a system that outperformed all other geolocation suppliers."

**David Rebuck, DGE Director**



"Delivering a geolocation solution which is not just compliant, but also built and optimized with the player experience in mind is a critical success factor for iGaming in North America. GeoComply has always demonstrated to us that they understand that and can deliver under tight deadlines and across all platforms."

**Marco Ceccarelli, SVP & Chief Information Officer, Caesars Interactive**



"There is no regulated online gambling industry in the US without their technology."

**2015 Judges Panel, iGaming North America Awards**



"GeoComply were able to cut our payment fraud costs by at least 85%. Their solution gave us access to more detail and data than we had ever had before for our eCommerce transactions. Their anti-fraud reports were literally good enough to take to the bank in order to win our chargeback disputes!"

**Omer Sattar, Senior VP, Sightline Payments**

# 03

# CONSIDERATIONS

## PROTECTING REGIONAL SOVEREIGNTY ONLINE

Locating online users has been one of the great successes of the Digital Economy, as Google Maps, Uber and Spotify demonstrate a billion times a day.

Faking location is another success story of the internet. Online streaming of BBC, Netflix, HBO and Premier League Football, who restrict content by region, have become victims to hundreds of million of illicit views by users effortlessly bypassing their location systems.

While the film, TV and Sports world deal with contractual issues around licensing agreements, such leakages for the gaming, sports betting and lottery industries have much higher stakes. "Side-stepping" border sovereignty rights of such regulations puts the reputation of gaming and lottery stakeholders at risk on a worldwide scale.

*"Faking location on the internet takes seconds; rebuilding a shattered compliance reputation takes much longer."*



# IP Geolocation is the Most Common Form of Location Detection.

 ## But Using IP as the Primary Source for Location Data has Many Issues.

**OTHER COMMON FORMS OF LOCATION SPOOFING:**

## FALSE DATA

Traditional IP geolocation lacks accuracy and the ability to effectively locate users; with no reliable IP data at all for mobile connections. Leverage accurate data sources based on a combination of **WiFi**, **GPS**, **SSID**, **Bluetooth** and **Mobile Device data** to locate users on all connections.

## IP MASKING

IP location can easily be masked to hide a user's true location. GeoComply interrogates the integrity of IP data to uncover IP masking tools such as **VPNs**, **Proxies**, **DNS Proxies** and **Anonymizer tools.**

## DEVICE TAMPERING

GeoComply analyzes user location down to the device level to reveal device tampering attempts such as device **rooting**, **jailbreaking**, or **code manipulation.** A tampered devices can run undetectable location spoofing software.



**75%** INTERNET TRAFFIC IS MOBILE

**33%** OF USERS SPOOF LOCATION WEEKLY

UP TO **27%** MOBILES ARE HACKED

**100%** PCs HAVE BUILT-IN REMOTE ACCESS TOOLS

**25x** INCREASE IN "FAKE LOCATION" GOOGLE SEARCHES IN 2016

**80%** BROWSERS HAVE BUILT-IN SPOOFING SETTINGS

## UNAUTHORIZED REMOTE ACCESS

Users can conceal their true location by tunneling in from a remote location. GeoComply detects the use of these remote access tools, such as **Remote Desktop Programs** and **Virtual Machines** down to a code level using **proprietary software** and **device fingerprinting** methodologies.

## SPOOFING APPLICATIONS

Turnkey location spoofing tools, such as **FakeLocation apps**, **browser extensions** or **cloaking tools** are readily available online and in the Mobile App Stores. GeoComply recognizes these tools in all forms to block their use.

## MALICIOUS DEVELOPER TOOLS

Due to high demand to develop and test location-dependent products, developer tools are widely available to manipulate location. GeoComply recognizes the use of **Mock Location settings**, **emulator/simulator devices**, **developer modes** and **browser setting**

# 04

# ABOUT THE SOLUTION

GeoComply's advanced and adaptive geolocation solutions can be uniquely tailored to match complex legal and regulatory requirements, providing regulatory officials, as well as operators, with assurance that their online gaming enterprises are fully compliant with the applicable laws and regulations.

## Proven Tested Accredited

   

  



**350+** Checks on every transaction

**4200+** Spoofing checks

**100k+** unique fraudlent users blocked every month

# INSTANT GEOLOCATION RISK MANAGEMENT



**LOCATION DATA**

IP
WiFi
GPS
GSM
Carrier
Bluetooth
Mobile Device Data

**RISK ANALYSIS**

Bots
Collusion
Chargebacks
Bonus Abuse
Proxy Betting
Chip Dumping
Account Takeovers
Device Fingerprinting
Device Tracking
Location Jumping
Account Sharing

**IP MASKING**

DNS Proxies
VPN
TOR Exit Nodes
Proxy
Anonymizer
Peer 2 Peer
Data Centers
Dymanic Traffic

**FALSE DATA**

Distance to Border
Connection Type
Accuracy

**SPOOFING APPLICATIONS**

Fake Location Apps
Browser Extensions
Cloaking tools
Extensions

**MALICIOUS DEVELOPER TOOLS**

Mock Location
Settings
Emulators
Simulator Devices
Developer Modes
Browser Settings

**UNAUTHORIZED REMOTE ACCESS**

Remote Desktop
Programs
Virtual Machines

## A SEAMLESS GAMING EXPERIENCE IN MILLISECONDS



Checking Location

*Regardless of the use case, we solve the geolocation puzzle for the iGaming industry*



# 05

## PRODUCTS

▸ Download
▸ No Download
▸ PinPoint
▸ Database

# GEOCOMPLY

# *DOWNLOAD*

## MOBILE & DESKTOP SDK

GeoComply's core compliance product is designed for bundling into a downloadable desktop or mobile client application. This solution is ideal for app-based products requiring the most stringent location compliance capabilities. The geolocation thus occurs seamlessly in the background during the customer's session, without any intrusion to the overall user flow/experience.



## "GOLD-STANDARD" LOCATION COMPLIANCE FOR U.S. REGULATED MARKETS

GeoComply's download solution is designed to meet and exceed the most stringent compliance requirements for regulated markets. It is considered the gold-standard for withstanding the demands of US federal or state level gaming legislation and is constantly tested by regulatory agencies in jurisdictions such as New Jersey, Nevada, Delaware, West Virginia and Georgia to ensure its continued performance for location compliance.

## PRODUCT FEATURES

- Comply with US federal regulations including UIGEA, IGRA and Wire Act concerns

- Ideal for highly regulated industries such as iGaming, iLottery and sports betting

- Locate users with 350+ location checks

- Eliminate location fraud with 4200+ spoofing checks

- Bundle into a client app or browser



# GEOCOMPLY

# *NO DOWNLOAD*
---

## SOLUS HTML5 BROWSER SOLUTION

GeoComply's Solus solution offers a no-download compliance option that works directly within the operator's website for all devices and user interfaces.

For spoof-proof geolocation within the browser, this HTML5-based geolocation experience can be customized according to the security and compliance needs of the operator, with adaptable end-user prompts and secure collection of location data.



## FLEXIBLE LOCATION COMPLIANCE FOR iGaming

Solus is designed to counter the emerging compliance threats that previous generations of anti-fraud tools are no longer able to protect against within browser-based applications.

## PRODUCT FEATURES

- Locate users on any device, app, or browser

- No download, low-barrier location method with flexible UX and custom alerts

- Embed into any webpage with a single Javascript file

- Highly scalable for a wide range of regulatory and business use cases



# GEOCOMPLY

# *PINPOINT*

## SECURE ON-PROPERTY MOBILE SOLUTION

Create customized virtual boundaries and restrict user access to a room, floor or zone of a gaming property within a few meters of accuracy.

Combining the power of iBeacons with GeoComply's robust geolocation technology, PinPoint was designed specifically for the gaming industry's unique requirements and offers the same real-time anti-spoofing and fraud benefits as our mobile and desktop Download solutions.



## LOCATION COMPLIANCE FOR UNIQUE ON-PROPERTY USE CASES

Our technology is designed to meet and exceed all applicable compliance requirements for unique on-property use cases, while bridging the gap between existing iGaming and landbased gaming regulations. PinPoint is highly scalable and can be custom tailored to meet a wide range of regulatory and business use cases, including ad-hoc projects under US state regulatory purview.

## PRODUCT FEATURES

- Geofence a room, floor or custom zone

- Create custom iBeacon networks for small-scale geofencing

- Ideal for mobile sports, on-property gaming, bring-your-own-device systems, etc.

- Bundled into your client application



# GEOCOMPLY

# *DATABASE*

## LOCALLY HOSTED FRAUD PROTECTION

GeoComply's Database is our most simple to integrate solution, comprised of a locally hosted fraud database. Unlike mainstream IP databases, GeoComply provides multi-layered fraud protection against VPNs, proxies, peer-to-peer networks and other types of data manipulation. Our solution is continuously updated as new threats and data centers are identified and mitigation methods are developed.



## PRODUCT FEATURES

- IP database + multi-layered fraud detection of VPNs, Proxies, etc.

- Locally hosted and easy to integrate

- Cloud hosted option accessible via API

- Locate users on any device, app or browser



GeoComply's database is a comprehensive, locally or cloud-hosted solution for blocking of VPNs, Proxies and Tor exit nodes. This service also allows for a continual feedback loop for our clients to analyze and recognize active targeted threats from Proxies (specifically DNS Proxies) for manual uploads to GeoComply's Database.

Gain additional insight into users' patterns and processes while providing protection against brute force attacks and credential stuffing attempts. Database+ uses a single line of code, enabling GeoComply to gather input, analyze patterns in realtime and/or offline and then provide information on users' threat patterns and behavior.

# GEOCOMPLY NOW IN **44** STATES WITH **10M** TRANSACTIONS PER DAY

## REQUEST A DEMO

If you would like to see how our geolocation compliance solution can meet your unique needs, please email us at **solutions@GeoComply.com**

GeoComply.com



Exhibit 34

# FANDUEL LOCATION TROUBLESHOOTING TIPS

## In this article

iOS apps and devices:

Android devices

I'm being told I'm blocking my location

What about if I use my desktop or laptop browser for FanDuel?

State boundaries, restrictions, and tribal land

You may see a Restricted Location or other message saying you are having issues passing the geolocation check.

We want to make sure we get you back into the game!



### In Canada?

On desktop, your browser may now be able to make location detection easier than ever. Here's our guide for more.

### iOS apps and devices:  Learn more here

1. Go to **Settings**, then select **Wi-Fi**, and then switch on **Wi-Fi**.
2. Go to **Settings**, select **Privacy**, and then select **Location Services** and turn on your Location Services.
3. Within **Location Services**, select the FanDuel app and make sure "While Using the App" and "Precise Location" are enabled.
4. Go to **Settings**, select **Cellular**, and then turn on your **Cellular Data**.

### Android devices

-Go to **Settings**, then select **Location Services**
-Also be sure to change the settings to 'High Accuracy Mode' within your location settings on your device.

### I'm being told I'm blocking my location

Be sure to disable any Remote Desktop Program (RDP) and/or Virtual Private Network (VPN) software which will restrict or mask your location from being broadcast from your device.

**This can happen on mobile and desktops and laptops.**

Examples of such would be FakeGPS by Hola, GPS Joystick, and iLocation. You also may need to close Zoom.

### What about if I use my desktop or laptop browser for FanDuel?

When you log in using a **desktop/laptop with Windows or Mac**, you will be prompted to download our geolocation software from GeoComply.

We have a full guide and download links for desktop here.
***Chromebooks are not compatible.***

### State boundaries, restrictions, and tribal land

If you are located close to the state boundary, it may help to physically travel further in-state to allow the software to accurately locate your position. Sometimes Wi-Fi and cell tower connections have issues when near state borders.

Louisiana Parishes:

Certain parishes within the state of Louisiana do not allow wagering. They include:

Caldwell - Catahoula - Franklin - Jackson - La Salle - Sabine - Union - West Carroll - Winn

Arizona Tribal Land:

## Related Articles

Where can I download the FanDuel GeoComply plugin?

Canada - GeoComply plug-in troubleshooting

How do I share location data on Safari for iOS?

FanDuel in Washington, D.C.





Document title: FanDuel Location Troubleshooting Tips
Capture URL: https://support.fanduel.com/s/article/Location-Troubleshooting-Tips#state
Capture timestamp (UTC): Thu, 06 Feb 2025 22:53:36 GMT

Certain parishes within the state of Louisiana do not allow wagering. They include:

Caldwell - Catahoula - Franklin - Jackson - La Salle - Sabine - Union - West Carroll - Winn

<u>Arizona Tribal Land:</u>

State and tribal rules do not allow wagering while located on the sovereign tribal land below:



## Wi-Fi requirements

Fully connect to Wi-Fi, and make sure that it is set up on your device via the connection settings. Our location systems require **Wi-Fi, GPS, or GSM signals** to locate you.

*__*Ethernet (wireline connection) will not pass the location check, you must be connected using a Wi-Fi connection.__*

If using an **Android device**, you will need to change the settings on the device to 'High Accuracy Mode', within your location settings on your device. It may also help to manually disconnect and reconnect your Wi-Fi router.

A stronger network connection will help with location accuracy.

## App updates

Check to ensure you have the latest software/app installed on your device. Go to your Apple or Google Play store and see if there are any updates you need for FanDuel apps.

## Still having trouble?

1. Turn your device off and back on
2. Clear the cache on your device
3. Reset the location settings on your device
4. Reset your wifi connection (if applicable)
5. Try a different device (if possible)
6. If you are on a Desktop - please review the Geocomply Plugin article for steps to resolve any potential issues with the Geocomply plugin



**DID THIS ARTICLE ANSWER YOUR QUESTION?**

Yes    No


LIVE CHAT



## STILL NEED HELP?

## Wi-Fi requirements

Fully connect to Wi-Fi, and make sure that it is set up on your device via the connection settings. Our location systems require **Wi-Fi, GPS, or GSM signals** to locate you.

***Ethernet (wireline connection) will not pass the location check, you must be connected using a Wi-Fi connection.***

If using an **Android device**, you will need to change the settings on the device to 'High Accuracy Mode', within your location settings on your device. It may also help to manually disconnect and reconnect your Wi-Fi router.

A stronger network connection will help with location accuracy.

## App updates

Check to ensure you have the latest software/app installed on your device. Go to your Apple or Google Play store and see if there are any updates you need for FanDuel apps.

## Still having trouble?

1. Turn your device off and back on
2. Clear the cache on your device
3. Reset the location settings on your device
4. Reset your wifi connection (if applicable)
5. Try a different device (if possible)
6. If you are on a Desktop - please review the Geocomply Plugin article for steps to resolve any potential issues with the Geocomply plugin

---

### DID THIS ARTICLE ANSWER YOUR QUESTION?

Yes    No

---

## STILL NEED HELP?



**Contact us**

---

**Help**

Contact us
Accessibility
Terms of Use
Privacy Policy
Your Privacy Choices

**Responsible Gaming**

User limits
Timeout
Self-exclusion
Player activity
statements

FanDuel Inc
New York, NY

 

LIVE CHAT

© Betfair Interactive US LLC, 2025

If you or someone you know has a gambling problem or wants help, please check out our Responsible Gaming resources.

2/6/25, 1



Back to top ▲

---

Exhibit 35

# FANDUEL HOUSE RULES HUB

Each state, commonwealth, or province have specific regulations on sports betting, horse racing, daily fantasy, and casino games.

Find rules for scoring, drafts, and more for FanDuel Daily Fantasy here on the Rules Hub.

How does FanDuel handle stats? What's the official ruling for props? How do the leagues handle injuries? There's so much to learn and we have it all. You can find your state's FanDuel Sportsbook House Rules:

Arizona FanDuel House Rules

Colorado FanDuel House Rules

Connecticut FanDuel House Rules

Iowa FanDuel House Rules

Illinois FanDuel House Rules

Indiana FanDuel House Rules

Kansas FanDuel House Rules

Kentucky FanDuel House Rules

Louisiana FanDuel House Rules

Maryland FanDuel House Rules

Massachusetts FanDuel House Rules

Michigan FanDuel House Rules

New Jersey FanDuel House Rules

New York FanDuel House Rules

North Carolina FanDuel House Rules

Ohio FanDuel House Rules

Ontario, Canada FanDuel House Rules

Pennsylvania FanDuel House Rules

Puerto Rico FanDuel House Rules

Tennessee FanDuel House Rules

Vermont FanDuel House Rules

Virginia FanDuel House Rules

Washington, D.C. FanDuel House Rules

West Virginia FanDuel House Rules

Wyoming FanDuel House Rules

## Related Articles

What if there's an injury or a player is inactive?

What is Dead Heat grading?

Football - Touchdown prop bets

Soccer - Stoppage time vs. Extra time

Bonus Bets

---

## DID THIS ARTICLE ANSWER YOUR QUESTION?

Yes    No





LIVE CHAT

Louisiana FanDuel House Rules

Maryland FanDuel House Rules

Massachusetts FanDuel House Rules

Michigan FanDuel House Rules

New Jersey FanDuel House Rules

New York FanDuel House Rules

North Carolina FanDuel House Rules

Ohio FanDuel House Rules

Ontario, Canada FanDuel House Rules

Pennsylvania FanDuel House Rules

Puerto Rico FanDuel House Rules

Tennessee FanDuel House Rules

Vermont FanDuel House Rules

Virginia FanDuel House Rules

Washington, D.C. FanDuel House Rules

West Virginia FanDuel House Rules

Wyoming FanDuel House Rules

## DID THIS ARTICLE ANSWER YOUR QUESTION?

Yes    No

## STILL NEED HELP?



**Contact us**

**Help**
Contact us
Accessibility
Terms of Use
Privacy Policy
Your Privacy Choices

**Responsible Gaming**
User limits
Timeout
Self-exclusion
Player activity
statements

FanDuel Inc
New York, NY



LIVE CHAT



© Betfair Interactive US LLC, 2025
If you or someone you know has a gambling problem or wants help, please check out our Responsible Gaming resources.

2/6/25, 1



Back to top ▲

Exhibit 36



# BRACKET BETTING STATE GUIDELINES

Every state has its own rules for what you can bet on during the tournament. Please find your state below for further details.

## OVERALL COLLEGE RULES

| CAN I BET ON GAMES INVOLVING SCHOOLS FROM MY STATE? | | |
|---|---|---|
|  | AZ, CO, IA, IN, LA, MD, MI, MS, PA, TN, WV, WY | |
|  | CT, IL, NJ, NY, VA, WA | |

| CAN I BET ON PRE-GAME PLAYER PROPS? | | |
|---|---|---|
|  | CT, IA*, IL*, IN, LA, MD, MI, NJ*, WA*, WV, WY | |
|  | AZ, CO, MS, NY, PA, TN, VA | |

*Although player props are allowed, you cannot bet on player props for players within your respective state.

RETAIL ONLY: MD, MS, WA

## BET NOW

**ABOUT**
Support
About FanDuel

**SPORTSBOOK ODDS**
NBA Odds
NFL Odds
MLB Odds

**FANDUEL SPORTS BETTING STATES**
FanDuel Sportsbook AZ
FanDuel Sportsbook CA

**FANDUEL NEWS**
UFC
Soccer
NFL

**FANDUEL GROUP PRODUCTS**
FanDuel Sportsbook
The Duel

Document title: March Madness State by State Regulations | FanDuel
Capture URL: https://www.fanduel.com/collegerules
Capture timestamp (UTC): Thu, 06 Feb 2025 23:08:45 GMT

CT, IL, NJ, NY, VA, WA

 CT, IA*, IL*, IN, LA, MD, MI, NJ*, WA*, WV, WY

 AZ, CO, MS, NY, PA, TN, VA

*Although player props are allowed, you cannot bet on player props for players within your respective state.

RETAIL ONLY: MD, MS, WA

## CAN I BET ON PRE-GAME PLAYER PROPS?

**BET NOW**

### ABOUT
Support
About FanDuel
What's New on Sportsbook
How It Works
Rules & Scoring
Responsible Play
Modern Slavery Statement
Legal Sports Betting Map
Affiliates
Sitemap

### SPORTSBOOK ODDS
NBA Odds
NFL Odds
MLB Odds
Golf Odds
UFC Odds
College Football Odds
College Basketball Odds
Soccer Odds
NASCAR Odds
NHL Odds
Super Bowl 59 Odds
2024 World Series Odds
2025 CFB Playoff National Championship Odds

### FANDUEL SPORTS BETTING STATES
FanDuel Sportsbook AZ
FanDuel Sportsbook CA
FanDuel Sportsbook CO
FanDuel Sportsbook CT
FanDuel Sportsbook DC
FanDuel Sportsbook IA
FanDuel Sportsbook IL
FanDuel Sportsbook IN
FanDuel Sportsbook LA
FanDuel Sportsbook MA
FanDuel Sportsbook MI
FanDuel Sportsbook NC
FanDuel Sportsbook NJ
FanDuel Sportsbook NY
FanDuel Sportsbook OH
FanDuel Sportsbook PA
FanDuel Sportsbook TN
FanDuel Sportsbook VA
FanDuel Sportsbook VT
FanDuel Sportsbook WV

### FANDUEL NEWS
UFC
Soccer
NFL
Casino
NBA
College Basketball
NHL

### FANDUEL GROUP PRODUCTS
FanDuel Sportsbook
The Duel
TVG
FanDuel Casino
FanDuel Racing
numberFire - Fantasy Sports Projections
FanDuel Faceoff

### FANTASY SPORTS
NFL
NHL
MLB
Soccer
CFB
Golf
Tennis
NASCAR
WNBA
CBB

### FANDUEL APPS
Fantasy (iOS)
Sportsbook & Fantasy (Android)
Sportsbook (iOS)
Sportsbook (Android)

### NFL SPORTSBOOK BETTING
2024 Best FanDuel Sportsbook Promos
NFL Betting
NFL Picks
2024 NFL Team Power Rankings
NFL Team Schedules & Odds
OddsFire - Compare Betting Odds

### FANDUEL CASINO
Online Slots
New Casino Games
Blackjack Online
Live Dealer Casino
Online Roulette
Online Table Games
FanDuel Casino Promo Codes

### FOLLOW FANDUEL
Facebook
Twitter
Instagram
YouTube
Snapchat

Careers · Governance · Trust & Safety · Bill of Rights · Privacy Policy · California Privacy Rights · Terms of Use · Your Privacy Choices · Modern Slavery Statement · Press & Media

© Betfair Interactive US LLC, 2025
Gambling Problem? Call 1-800-GAMBLER or visit RG-help.com. Call 1-888-789-7777 or visit ccpg.org/chat (CT). Hope is here. GamblingHelpLineMA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPE-NY or text HOPENY (467369) (NY). 21+ (18+ D.C.) and present in select states (for KS, in affiliation with Kansas Star Casino). Persons under 21 are not permitted to engage in sports wagering. For customer support please contact us.

          

Back to top ↑

Document title: March Madness State by State Regulations | FanDuel
Capture URL: https://www.fanduel.com/collegerules
Capture timestamp (UTC): Thu, 06 Feb 2025 23:08:45 GMT

Exhibit 37


# FanDuel Sportsbook & Casino Privacy Policy

Welcome! The below Terms and Conditions (" **Terms**") govern your use of the respective FanDuel Sportsbook services in each jurisdiction in which we operate a mobile Sportsbook. Our Privacy Policy is a part of the Terms applicable to your use of our Services. Please use the links below to find the specific Privacy Policy corresponding to the jurisdiction(s) in which you use the Services. To the extent you interact with our platform outside one of these listed states, the Privacy Policy on this page will apply ( see below).

## State-Specific Terms and Conditions

1. Arizona Terms and Conditions - See Part D for Privacy Policy - Last Update Posted: March 26, 2024
2. Colorado Terms and Conditions - See Part D for Privacy Policy October 10- Last Update Posted: March 26, 2024
3. Connecticut Terms and Conditions - See Part F for Privacy Policy - Last Update Posted: May 6, 2024
4. District of Columbia Terms and Conditions - See Part E for Privacy Policy - Last Update Posted: April 10th, 2024
5. Mohegan Sun Reservation Terms and Conditions - See Part F for Privacy Policy - Last Update Posted: May 6, 2024
6. Illinois Terms and Conditions - See Part D for Privacy Policy - Last Update Posted: March 26, 2024
7. Indiana Terms and Conditions - See Part D for Privacy Policy - Last Update Posted: March 26, 2024
8. Iowa Terms and Conditions - See Part D for Privacy Policy - Last Update Posted: March 26, 2024
9. Kansas Terms and Conditions - See Part D for Privacy Policy - Last Update Posted: March 26, 2024
10. Kentucky Terms and Conditions - See Part D for Privacy Policy - Last Update Posted: March 26, 2024
11. Louisiana Terms and Conditions - See Part D for Privacy Policy - Last Update Posted: March 26, 2024
12. Maryland Terms and Conditions - See Part D for Privacy Policy - Last Update Posted: March 26, 2024
13. Massachusetts Terms and Conditions - See Part D for Privacy Policy - Last Update Posted: March 26, 2024
14. Michigan Terms and Conditions - See Part F for Privacy Policy - Last Update Posted: May 6, 2024
15. New Jersey Terms and Conditions - See Part F for Privacy Policy - Last Update Posted: April 9, 2024
16. New York Terms and Conditions - See Part D for Privacy Policy - Last Update Posted: March 26, 2024
17. North Carolina Terms and Conditions - See Part D for Privacy Policy - Last Update Posted: April 9, 2024
18. Ohio Terms and Conditions - See Part E for Privacy Policy - Last Update Posted: March 26, 2024
19. Ontario Privacy Policy - Last Update Posted: August 9, 2024
20. Pennsylvania Terms and Conditions - See Part E for Privacy Policy - Last Update Posted: May 6, 2024
21. Puerto Rico Terms and Conditions - See Part D for Privacy Policy - Last Update Posted: January 7, 2025
22. Tennessee Terms and Conditions - See Part D for Privacy Policy - Last Update Posted: March 26, 2024
23. Vermont Terms and Conditions - See Part D for Privacy Policy - Last Update Posted: March 26, 2024
24. Virginia Terms and Conditions - See Part D for Privacy Policy - Last Update Posted: April 9, 2024
25. West Virginia Terms and Conditions - See Part F for Privacy Policy - Last Update Posted: April 9, 2024
26. Wyoming Terms and Conditions - See Part D for Privacy Policy - Last Update Posted: March 26, 2024

## Last Update Posted: April 15, 2024

## Linkable Table of Contents

It is important that you read and understand the entire Privacy Policy before using the Services. To ease review, each section below contains a brief introductory summary and a link to the full explanation. Click on the headings and the "More" buttons to be taken to the full explanation. Any capitalized terms that appear in but are not otherwise defined in the introduction have the meanings given to them elsewhere in the Privacy Policy.

1. What Information Do the Services Collect?

   We collect and receive certain information about you as you interact with our Services, explained further in this Section.

   1. Information You Provide to Us

      We may collect certain Personal Information and Demographic Information (defined below) that you provide to us when you interact with the Services. For example, we may collect this information through various forms and in various places on the Services, including when you sign-up for an account to use the Services or otherwise make a request on the Services. More

   2. Information Collected and Stored As You Access and Use the Services

---

Document title: FanDuel Sportsbook Privacy Policy | FanDuel
Capture URL: https://www.fanduel.com/fanduel-sportsbook-privacy-policy
Capture timestamp (UTC): Thu, 06 Feb 2025 23:09:37 GMT


1. Information You Provide to Us

   We may collect certain Personal Information and Demographic Information (defined below) that you provide to us when you interact with the Services. For example, we may collect this information through various forms and in various places on the Services, including when you sign-up for an account to use the Services or otherwise make a request on the Services. More

2. Information Collected and Stored As You Access and Use the Services

   Certain information may be collected from you automatically when you access and use the Services. For example, we and third parties may use Tracking Technologies (defined below) to collect Usage Information (defined below) based on your Device Identifier (defined below) for a variety of purposes, which may include activities over time and across third party locations. More

3. Location-Based Information

   When using our Services, we may obtain information about your location or provide other location-based services to you. More

4. Information Third Parties Provide About You

   We may obtain information about you from third parties. More

5. Interactions with Third-Party Services

   If you interact with third-party services, those services may send us information about you and you or we may send them information about you. More

6. Information You Provide About a Third Party

   You may provide us information about others, such as when you send a friend a message. More

7. Do Not Track Disclosures

   We do not look for or respond to "do not track" signals. More

2. How Do We Use the Information Collected?

   We use your Personal Information, Demographic Information and Usage Information for a variety of purposes detailed in this Section. More

3. How and When Do We Share Information With Third Parties?

   We may provide your information to third parties under various circumstances detailed in this Section. These may include:

   1. When You Request Information From or Provide Information to Third Parties

      If you request information from third parties, request that we send information to third parties or interact with third-party websites, ads, content or tools, we may share your information with such parties and/or they may collect your information directly. More

   2. Third Parties Providing Services on our Behalf

      Our vendors may collect your information on our behalf or we may share it with them so that they may provide services to us and you. Some may offer you choices regarding the collection and use of your information. More

   3. To Protect the Rights of BIU and Others

      There are a variety of administrative and legal reasons for which we may share some or all of your information. More

   4. Affiliates and Business Transfer

      We may share your information with our affiliates as well as in the event of a sale, merger or similar transaction. More

4. What About Information I Disclose Publicly or to Others?

   1. User Content and Public Information

      Posting content in public makes it available to others. We may share and use your public information for any reason not otherwise prohibited by this Privacy Policy. More

   2. Name and Likeness

      You grant us the right to use your name and likeness in connection with your posting and activities. More

5. Ads and Information About You

   We and third parties may send you targeted ads based on your location, information and/or behavior. If you object, you can exercise choices some third parties may offer. More

6. Does Third-Party Content, Links to Third-Party Sites and/or Third-Party Apps Appear on the Services?

   We may allow you to access third-party content on the Services, or to link to third-party applications and locations from the Services, but we are not responsible for your interaction with third-party content, apps and locations. More

7. How Do I Change My Information and Communications Preferences?

   You may change certain account information and communications preferences as more fully detailed in this Section. More

8. What About Data Retention?

   We may retain your data for a period of time, explained more in this Section. More

9. What Should Parents Know About Children?

   We do not intend to collect Personal Information from children. If you think we have, let us know. More

10. What About Security?

    No data security is absolute, but we endeavor to take reasonable steps to secure data appropriately. More

Document title: FanDuel Sportsbook Privacy Policy | FanDuel
Capture URL: https://www.fanduel.com/fanduel-sportsbook-privacy-policy
Capture timestamp (UTC): Thu, 06 Feb 2025 23:09:37 GMT



9. **What Should Parents Know About Children?**

We do not intend to collect Personal Information from children. If you think we have, let us know. More

10. **What About Security?**

No data security is absolute, but we endeavor to take reasonable steps to secure data appropriately. More

11. **Your Rights and Choices**

Certain states require specific disclosures about collection and sharing of their data and provide certain rights to residents of their states. These are detailed below.

12. **Notice to California Residents**

If you are a California resident, California law requires us to provide you with some additional information regarding how we collect, use, and share your "personal information" (as defined in the California Consumer Privacy Act ("CCPA")), as well as your choices regarding "sharing" and "selling," as defined under applicable law.

13. **What About Changes to the Privacy Policy?**

We may change this Privacy Policy upon posting of a revised privacy policy. However, we will continue to treat your Personal Information under the terms of the privacy policy in effect when it was collected unless you otherwise consent. More

14. **How Can You Contact Us?**

We provide means of contacting us in the section below. More

15. **Your Rights and Responsibilities**

You should take reasonable steps to keep your information from getting stolen. More

16. **Information on Vendors and Other Third Party Entities**

We provide information on vendors who provide goods or services directly relating to sports wagering among other third party entities. More

# The Full Detailed Privacy Policy

1. What Information Do the Services Collect?

   1. Information You Provide to Us

   On the Services, we may ask you to provide us, or our service providers, with certain categories of information, such as: (1) personally identifiable information, which is information that identifies you personally, such as your first and last name, title, e-mail address, mailing address, telephone numbers, social security number, birth date, debit card or bank account information (" **Personal Information**"); and (2) demographic information, such as information about your gender (" **Demographic Information**"). To comply with legal, contractual, and other obligations, you may be required to provide certain information to us in order to utilize the Services, such as first name, last name, title, email address, birth date, telephone number, permanent address, social security number, passport information, driving license information, other identification documents, source of funds, tax-related information, and location-based information (described below). For compliance reasons and identity verification obligations, provision of this information, when requested, may be a mandatory condition of using some or all of the Services. We may collect this information through various forms and in various places on the Services, including if you register for an account, through "contact us" forms, or when you otherwise interact with the Services. If we combine Demographic Information with the Personal Information we collect directly from you on the Services, we will treat the combined data as Personal Information under this Privacy Policy.

   2. Information Collected and Stored As You Access and Use the Services

   In addition to any Personal Information or other information that you choose to submit to us via our Services, we and our third-party service providers may use a variety of technologies that automatically (or passively) store or collect certain information whenever you visit or interact with the Services (" **Usage Information**"). This Usage Information may be stored or accessed using a variety of technologies that may be downloaded to your personal computer, browser, laptop, tablet, mobile phone or other device (a " **Device**") whenever you visit or interact with our Services. When your Device contacts our web servers (for example, when you visit this Services or view an HTML e-mail), our web servers automatically collect Usage Information. We also may determine the applicable technology available in order to serve you the most appropriate version of a web page, e-mail, advertising or promotional announcement or similar service. To the extent we associate Usage Information with your Personal Information we collect directly from you on the Services, we will treat it as Personal Information.

   This Usage Information may include:

      1. your IP address, UDID or other unique identifier ("Device Identifier"). A Device Identifier is a number that is automatically assigned to your Device used to access the Services, and our computers identify your Device by its Device Identifier;

      2. your Device functionality (including browser type, operating system, hardware, mobile network information);

      3. the areas within our Services that you visit and your activities there, including remembering you and your preferences;

      4. your Device location;

      5. your Device characteristics; and

      6. certain other Device data, including the time of day, referrer data that identifies the web page visited prior and subsequent to visiting our Services among other information.

   We may use various methods and technologies to store or collect Usage Information ("Tracking Technologies"). Tracking Technologies may set, change, alter or modify settings or configurations on your Device. A few of the Tracking Technologies used on the Services, include, without limitation, the following (and subsequent technologies and methods later developed):

      1. **Browser Cookies.** Like many websites, we use browser "cookies". Cookies are a website's way of remembering who you are. A cookie is a small text file that is stored on your computer's hard drive or stored temporarily in your computer's memory. There are two kinds of cookies: those that are "session" oriented and those that are "persistent". Session cookies delete from your computer when you close your browser. Persistent cookies retain



Log in | Join

We may use various methods and technologies to store or collect Usage Information ("Tracking Technologies"). Tracking Technologies may set, change, alter or modify settings or configurations on your Device. A few of the Tracking Technologies used on the Services, include, without limitation, the following (and subsequent technology and methods later developed):

1. **Browser Cookies.** Like many websites, we use browser "cookies". Cookies are a website's way of remembering who you are. A cookie is a small text file that is stored on your computer's hard drive or stored temporarily in your computer's memory. There are two kinds of cookies: those that are "session" oriented and those that are "persistent". Session cookies delete from your computer when you close your browser. Persistent cookies retain information for later use tomorrow, next week, next month, or whenever they are set to expire. We use cookies to help us to identify account holders and to optimize their experience on our Services. Also, we will use cookies to monitor and maintain information about your use of the Services. Most web browsers accept cookies automatically. You can delete cookies manually or set your browser to automatically delete cookies on a pre-determined schedule. If you decline to accept cookies, you may not be able to take advantage of or participate in certain features of the Services and when you revisit our Services your ability to limit cookies is subject to your browser settings and limitations. Regular cookies may generally be disabled or removed by tools that are available as part of most commercial browsers, and in some but not all instances can be blocked in the future by selecting certain settings. Each browser you use will need to be set separately and different browsers offer different functionality and options in this regard.

2. **Flash Cookies.** Our Services enable the use of the Adobe Flash Player. Adobe's Flash Player is a commonly used software use by websites that offer video and other interactive content. By default, your use of the Adobe Flash Player generates "flash cookies" (also known as "persistent identification elements" or "local shared objects"). Adobe provides a short disclosure about Flash Cookies in its End User License Agreement, stating: "Use of the web players, specifically the Flash Player, will enable the software to store certain user settings as a local shared object on your computer. These settings are not associated with you, but allow you to configure certain settings within the Flash Player." The Adobe Flash Player (and similar applications) use flash cookies to remember user settings, preferences and usage similar to the browser cookies referenced above, but flash cookies can store more information than browser cookies and are managed through a different interface than the one provided by your web browser. You can control the degree to which you accept flash cookies by accessing your Adobe Flash Player management tools directly through the settings manager for Adobe Flash, located at http://www.macromedia.com/support/documentation/en/flashplayer/help/settings_manager.html. If you do not allow flash cookies to take any disc space on your computer, you may not be able to take advantage of or participate in certain features on the Services. Users with a computer running the Windows operating system can view flash cookie files in this folder: \Documents and Settings\[username]\Application Data\Macromedia\Flash Player. Users with a computer running the Apple operating system can view flash cookie files in this folder: /users/[username]/Library/Preferences/macromedia/Flash Player. Flash cookies, or LSO files are stored typically with an ".SOL" extension. Although the Adobe Flash Player is a commonly used software used by websites that offer video content and/or games, it is not the only technology being used in the ever-shifting online and mobile content environment. HTML5 is an increasingly popular web standard used for presenting content, especially content delivered to mobile devices. HTML is the mark-up language used for the World Wide Web. Almost all web pages you visit on the internet are based around HTML code. HTML5 is simply the fifth and latest iteration of this mark-up language that allows for more interactive web pages. One of the real benefits of HTML5 is its potential to standardize the highly fragmented rich-media universe. Some HTML5 code may allow your response to advertising and other activities to be monitored across websites and such information to be stored on your computer or mobile device.

3. **Web Beacons.** Our web pages, online services and e-mail messages may contain a small graphic image called a web beacon, which is sometimes also called a "clear gif", that allows us to monitor and collect certain limited information about our users, such as the type of browser requesting the web beacon, the IP address of the computer that the web beacon is sent to and the time the web beacon was viewed. Web beacons can be very small or invisible to the user, but, in general, any electronic image viewed as part of a web page or e-mail, including HTML based content, can act as a web beacon. We may use web beacons to count visitors to our web pages or to monitor how our users navigate our Services, and we may include web beacons in e-mail messages in order to count how many of the messages we sent were actually opened or acted upon. We use web beacons to compile aggregate statistics about our Services and our marketing campaigns.

4. **Embedded Scripts.** An embedded script is programming code that is designed to collect information about your interactions with the Services, such as the links you click on. The code is temporarily downloaded onto your Device from our web server or a third party service provider, is active only while you are connected to the Services, and is deactivated or deleted thereafter.

5. **Browser Fingerprinting.** Collection and analysis of information from your Device, such as, without limitation, your operating system, plug-ins, system fonts and other data, for purposes of identification.

6. **ETag, or entity tag.** A feature of the cache in browsers. It is an opaque identifier assigned by a web server to a specific version of a resource found at a URL. If the resource content at that URL ever changes, a new and different ETag is assigned. Used in this manner ETags are a form of Device Identifier. ETag tracking may generate unique tracking values even where the consumer blocks HTTP, Flash, and/or HTML5 cookies.

7. **Recognition Technologies.** Technologies, including application of statistical probability to data sets, which attempt to recognize or make assumptions about users and devices (e.g., that a user of multiple devices is the same user).

We may use Tracking Technologies for a variety of purposes, including:

1. **Strictly Necessary.** We may use cookies or other Tracking Technologies that we consider are strictly necessary to allow you to use and access our Services, including cookies required to prevent fraudulent activity, improve security or allow you to make use of Services' functionality.

2. **Performance Related.** We may use cookies or other Tracking Technologies that are useful in order to assess the performance of the Services, including as part of our analytic practices or otherwise to improve the content, ads, products or services offered through the Services.

3. **Functionality Related.** We may use cookies or other Tracking Technologies that are required to offer you enhanced functionality when accessing the Services, including identifying you when you use our Services or keeping track of your specified preferences.

4. **Targeting Related.** We may use Tracking Technologies to deliver content, including ads relevant to your interests on our Services and thirdparty services based on how you interact with our advertisements and/or content. This includes using Tracking Technologies to understand the usefulness to you of the content and ads that have been delivered to you.

There may be other Tracking Technologies now and later devised and used by us in connection with the Services. Further, third parties may use Tracking Technologies in connection with our Services, which may include the collection of information about your online activities over time and across third-party websites or online services as well as across your Devices. We may not control those Tracking Technologies and we are not responsible for them. However, you consent to potentially encountering third-party Tracking Technologies in connection with use of our Services and accept that our statements under this Privacy Policy do not apply to the Tracking Technologies or practices of such third parties.

3. Location-Based Information

You will not be able to use wagering services or place bets with us without location data being turned on. Our Services use precise location-based



party websites or online services as well as across your Devices. We may not control those Tracking Technologies and we are not responsible for them. However, you consent to potentially encountering third-party Tracking Technologies in connection with use of our Services and accept that our statements under this Privacy Policy do not apply to the Tracking Technologies or practices of such third parties.

3. Location-Based Information

   You will not be able to use wagering services or place bets with us without location data being turned on. Our Services use precise location-based services in order to locate you so we may verify your location, process payments, perform analytics, deliver you relevant content and ads based on your location, share your location with our vendors as part of the location-based services we offer, and for purposes of legal and regulatory compliance. We may use non-precise geolocation data for all purposes set forth in this privacy policy. Both precise and non-precise geolocation may be disclosed to third party entities pursuant to Section 3(c) below.

4. Information Third Parties Provide About You

   We may receive information about you from your friends and others that use the Services. Additionally, we may, from time to time, supplement the information we collect directly from you on our Services with outside records from third parties for various purposes, including to enhance our ability to serve you, to tailor our content to you and to offer you opportunities that may be of interest to you. You authorize your wireless carrier to use or disclose information about your account and your wireless device, if available, to us or our service provider for the duration of your business relationship, solely to help us identify you or your wireless device and to prevent fraud. To the extent we combine information we receive from third-party sources with Personal Information we collect on the Services, it will be treated as Personal Information and we will apply this Privacy Policy to such combined information, unless we have disclosed otherwise. In no other circumstances do our statements under this Privacy Policy apply to information we receive about you from third parties, even if they have used our technology to collect it and share it with us.

5. Interactions with Third-Party Services

   The Service may include functionality that allows certain kinds of interactions between the Services and a third-party website or application. The use of this functionality may involve the third-party operator providing certain information, including Personal Information, to us. For example, we may provide third-party sites' interfaces or links on the Services to facilitate your sending a communication from the Services such as facilitating emails, tweets or Facebook postings. These third parties may share information with us and they may also retain any information used or provided in any such communications or other activities and these third parties' practices are not subject to our Privacy Policy. We may not control or have access to your communications through these third parties. Further, when you use third-party sites or services, you are using their services and not our services and they, not we, are responsible for their practices. You should review the applicable third-party privacy policies before using such third-party tools on our Services.

6. Information You Provide About a Third Party

   You may send someone else a communication from the Services, such as sending an invitation to a friend. If so, the information you provide (names, email addresses, etc.) is used to facilitate the communication and is not used by us for any other marketing purpose unless we obtain consent from that person or we explicitly say otherwise. Please be aware that when you use any send-to-a-friend functionality on our Services, your contact information, name or username and message may be included in the communication sent to your addressee(s). Some of these tools may be third-party tools subject to third-party privacy policies.

7. Do Not Track Disclosures

   Various third parties are developing or have developed signals or other mechanisms for the expression of consumer choice regarding the collection of information about an individual consumer's online activities over time and across third-party websites or online services (e.g., browser do not track signals). Currently, we do not monitor or take any action with respect to these signals or other mechanisms.

2. How Do We Use the Information Collected?

   We may use your Personal Information, Demographic Information or Usage Information that is subject to this Privacy Policy:

   1. to provide you with information such as to send you electronic newsletters or to provide you with special offers or promotional and marketing materials on behalf of us or third parties, including to let you know about new products, services or upcoming contests, promotions or events;

   2. to protect and administer your Services account;

   3. to process and track the results of your gambling and other transactions you enter into using the Services;

   4. to verify your identity, including your accounts on the Services;

   5. manage risk, or to detect, prevent, and/or remediate fraud or other potentially prohibited or illegal activities;

   6. manage and protect our information technology infrastructure;

   7. to provide the Services, including the gaming opportunities available on the Services;

   8. to improve the Services, marketing endeavors or our offerings;

   9. to customize your experience on the Services or to serve you specific content or ads that are relevant to you, including using your location information to display advertisements for businesses in your close vicinity;

   10. to provide customer support, including to resolve disputes, collect fees and troubleshoot problems;

   11. to contact you with regard to your use of the Services and, in our discretion, changes to the Services and/or Services' policies;

   12. to identify your product and Services preferences so that you can be informed of new or additional products, services and promotions;

   13. to enable you to participate in a variety of the Services' features;

   14. to improve the overall experience at the Services;

   15. to comply with our legal and regulatory obligations;

   16. for internal business purposes; and

   17. for purposes disclosed at the time you provide your information or as otherwise set forth in this Privacy Policy.

14. to improve the overall experience at the Services;

15. to comply with our legal and regulatory obligations;

16. for internal business purposes; and

17. for purposes disclosed at the time you provide your information or as otherwise set forth in this Privacy Policy.

3. How and When Do We Share Information With Third Parties?

We may share non-Personal Information, including Usage Information, such as aggregated user statistics, with third parties. Further, we may share your Device Identifiers with third parties along with data related to you and your activities. Also, we may share your Personal Information with third parties with whom we have marketing or other relationships for the third parties' direct marketing purposes. Additionally, in our continuous effort to provide services that we believe you may find useful or of value, we may make your Personal Information available to third parties better facilitate your requests, provide more personalized services and communicate separately with you. We may also share the information we have collected about you, including Personal Information, as disclosed at the time you provide your information and as described below or otherwise in this Privacy Policy. BIU may additionally disclose your information under the following circumstances and conditions:

1. When You Request Information From or Provide Information to Third Parties

You may be presented with an option on our Services to receive certain information and/or marketing offers directly from third parties or to have us send certain information to third parties or give them access to it. If you choose to do so, your Personal Information and other information may be disclosed to such third parties and all information you disclose will be subject to the third-party privacy policies and practices of such third parties. In addition, third parties may store, collect or otherwise have access to your information when you interact with their Tracking Technologies, content, tools, apps or ads on our Service or link to them from our Service. This may include using third-party tools such as Facebook, Twitter, Pinterest or other third-party posting or content sharing tools and by so interacting you consent to such third party practices. We are not responsible for the privacy policies and practices of such third parties and, therefore, you should review such third-party privacy policies and practices of such third parties prior to requesting information from or otherwise interacting with them.

2. Third Parties Providing Services on our Behalf

We may use third-party vendors to perform certain services on behalf of us or the Services, such as: (i) to assist us in Services operations; (ii) to manage a database of customer information; (iii) hosting the Services; (iv) designing and/or operating the Services' features; (v) tracking the Services' activities and analytics; (vi) enabling us to send you special offers or perform other administrative services; (vii) to process payments and deliver prizes; and (viii) other services designed to assist us in maximizing our business potential. For example, from time to time, we will use the information we collect to coordinate data entry and payments with the company that provides you with handicapping information, to coordinate marketing/rewards programs with partner racetracks, and to offer other enhancements to the Services. We may provide these vendors with access to user information, including Device Identifiers and Personal Information, to carry out the services they are performing for you or for us. Third-party analytics and other service providers may set and access their own Tracking Technologies on your Device and they may otherwise collect or have access to information about you, potentially including Personal Information, about you. We are not responsible for those third party technologies or activities arising out of them. However, some may offer you certain choices regarding their practices, and information we have been informed of regarding such choices is available here. We are not responsible for the effectiveness of or compliance with any third parties' opt-out options.

3. To Protect the Rights of BIU and Others

We may access, use, preserve, transfer and disclose any of your information (including Device Identifiers and Personal Information, including precise geolocation data and other potentially sensitive Personal Information) to third parties: (i) to satisfy any applicable law, regulation, subpoenas, governmental requests or legal process if in our good faith opinion such is required or permitted by law; (ii) to protect and/or defend the Services', its integrity, and our Terms and Conditions or other policies applicable to the Services, including investigation, determination, or validation of potential violations thereof; (iii) to protect the safety, rights, property, integrity, or security of the Services or any third party; and/or (iv) to detect, prevent or otherwise address fraud, security or technical issues. Such potential disclosures include disclosing Personal Information and Device Identifiers to gaming regulators, leagues, associations, governing bodies, sports teams, colleges or oversight agencies or boards (or their designated vendors) in relation to the enforcement of our Terms and Conditions and their rules governing authorized betting, including in connection with identifying or overseeing their athletes, employees, personnel, or members. We may also use IP address or other Device Identifiers to identify individuals, either acting alone or in cooperation with third parties such as copyright owners, internet service providers, wireless service providers and/or law enforcement agencies. Such identifying information may be disclosed pursuant to this Section.

Such disclosures may be carried out without notice to you. In circumstances where we inadvertently obtain information that appears to pertain to the commission of a crime or where we reasonably believe that an emergency involving immediate danger of death or serious physical injury to any person exists, BIU may voluntarily disclose the record or the contents of your communications or other information about you to law enforcement agencies and governmental entities without providing you advance notice. Upon receipt of an applicable search warrant or administrative, grand jury or trial subpoena, BIU may be required to disclose to the government or law enforcement agencies, without advance notice to you, the content of your communications and other records relating to your electronic communications, as well as the following records: your name and address; records of your online communication (including session times and duration); how long you have subscribed to our service(s) (including start date) and the type(s) of service(s) utilized; your telephone number or other subscriber account identifying number(s), including any Internet or network address(es) assigned to you by our network; and the means and source of your payment(s) (including any debit card or bank account number).

4. Affiliates and Business Transfer

We may share your information, including your Device Identifiers and Personal Information, Demographic Information and Usage Information with our parent, subsidiaries and affiliates, including for their marketing or other purposes. We also reserve the right to disclose and transfer all such information: (i) to a subsequent owner, co-owner or operator of the Services or applicable database; or (ii) in connection with a merger, consolidation, restructuring, the sale of substantially all of our interests and/or assets or other corporate change, including, during the course of any due diligence process.

4. What About Information I Disclose Publicly or to Others?

1. User Content and Public Information

The Services may permit you to submit ideas, photographs, video, audio recordings, computer graphics, pictures, data, information about your location, questions, comments, suggestions or other content, including Personal Information (collectively, " **User Content**"). We or others may store, display, reproduce, publish, distribute or otherwise use User Content online or offline in any media or format (currently existing or hereafter developed) and may or may not attribute it to you. Others may have access to this User Content and may have the ability to share it with third parties. Please think carefully

1. User Content and Public Information

   The Services may permit you to submit ideas, photographs, video, audio recordings, computer graphics, pictures, data, information about your location, questions, comments, suggestions or other content, including Personal Information (collectively, " **User Content**"). We or others may store, display, reproduce, publish, distribute or otherwise use User Content online or offline in any media or format (currently existing or hereafter developed) and may or may not attribute it to you. Others may have access to this User Content and may have the ability to share it with third parties. Please think carefully before deciding what information you share, including Personal Information, in connection with your User Content. Please note that BIU does not control who will have access to the information that you choose to make public, and cannot ensure that parties who have access to such publicly available information will respect your privacy or keep it secure. We are not responsible for the privacy or security of any information that you make publicly available on the Services or what others do with information you share with them on the Services. We are not responsible for the accuracy, use or misuse of any User Content that you disclose or receive from third parties through the Services.

2. Name and Likeness

   We may also publish your name, voice, likeness and other Personal Information that is part of your User Content, and we may use the content, or any portion of the content, for advertising, marketing, publicity and promotional activities. For full terms and conditions regarding User Content you submit to the Services, please review our Services' Terms and Conditions.

5. Ads and Information About You

   We and third parties such as network advertisers and ad exchanges may serve advertisements on the Services or across the Internet and may use third party analytics service providers to evaluate and provide us and/or third parties with information about the use of these ads on third party sites and viewing of ads and of our content. Network advertisers are third parties that display advertisements, which may be based on your activities across the Internet and mobile media (" **Behavioral Ads**"). Behavioral Ads enable us to target advertisements to you for products and services in which we believe you might be interested. If you object to receiving Behavioral Ads from us on third party sites, you can learn more about your ability to limit Behavioral Ads below.

   Our third party ad network and exchange providers, the advertisers and/or traffic measurement services may themselves set and access their own Tracking Technologies on your Device and track certain behavioral Usage Information via a Device Identifier. These third party Tracking Technologies may be set to, among other things: (a) help deliver advertisements to you that you might be interested in; (b) prevent you from seeing the same advertisements; and (c) understand the usefulness of the advertisements that have been delivered to you. You acknowledge and agree that associated technology may access and use your Device and may set or change settings on your Device in connection with the associated operations. Note that any images (or any other parts of content) served by third parties in association with third-party ads or other content may serve as web beacons, which enable third parties to carry out the previously described activities.

   Third-party Tracking Technologies are not controlled by us, even if they use our technology to help store or collect data. Statements regarding our practices do not apply to the methods for collecting information used by these third parties or the use of the information that such third parties collect. We do however work with third parties to make efforts to have you provided with information on their practices and any available opportunity to exercise choice. The relevant third party's terms of service, privacy policy, permissions, notices and choices should be reviewed regarding their collection, storage and sharing practices. We make no representations regarding the policies or practices of third party advertisers or advertising networks or exchanges or related third parties.

   We may use third-party advertising companies to target advertisements to you on our Services, across the web, on your mobile Device and on any of your other Devices, based on the information we have collected from and about you, as well as information relating to your and other users' visits to this and other websites and online services. To do so, these companies may place or recognize a unique cookie on your browser (including through the use of pixel tags) or recognize an identifier associated with your mobile device. These companies may also use these Tracking Technologies, along with personal information they or we collect on the different devices you use, to recognize you across the Devices you use, such as a mobile device and a laptop or other computer. Some third parties may offer you certain choices regarding their practices, and information we have been informed of regarding such choices is available here.

   Further, while sites use a variety of companies to serve advertisements, you may wish to visit https://thenai.org/opt-out/, which provides information regarding this practice by Network Advertising Initiative (" **NAI**") members, and your choices regarding having this information used by these companies, including the "opt-out" procedures of NAI members, including through the Network Advertising Initiative's Consumer Opt-Out link. Opting out of one or more NAI members only means that those NAI members no longer will be allowed under their own rules to deliver Behavioral Ads to you, but does not mean you will no longer receive any targeted content and/or ads. Also, if your browsers are configured to reject cookies when you visit this opt-out page, or you subsequently erase your cookies, use a different Device or change web browsers, your NAI opt-out may not, or may no longer, be effective.

   You may also opt-out of receiving Behavioral Ads on participating sites and services by visiting the Digital Advertising Alliance (" **DAA**") website at http://www.aboutads.info/choices. To opt out of Google Analytics display advertising or customize Google display networking ads, visit the Google Ads Setting page. For Mobile applications, you can use the " DAA App Opt-Out Tool" and the NAI App Opt-Out Tool". Similar limitations may apply to the DAA opt-out. We are not responsible for effectiveness of or compliance with any third parties' opt-out options or programs.

   Please note that these opt-outs apply per browser and per device, so you will have to opt out for each device — and each browser on each device — through which you access our Services.

6. Does Third-Party Content, Links to Third-Party Sites and/or Third-Party Apps Appear on the Services?

   When you are on the Services you may be directed to other sites and apps that are operated and controlled by third parties that we do not control such as merchants who directly sell products and services to you. We are not responsible for the data collection and privacy practices employed by any of these third parties or their sites or apps and they may be tracking you across multiple online services and may be sharing the results of that tracking with us and/or others. These third parties may have their own terms of service, privacy policies or other policies and ask you to agree to the same. For example, if you "click" on a link, the "click" may take you off the Services onto a different location. These other online services may associate their Tracking Technologies with you, independently collect information about you, including Personal Information, and may or may not have their own published privacy policies. We are not responsible for these third-party privacy policies or the practices of third-party owners. Be sure to review any available policies before submitting any personally identifiable information to a third-party online service or otherwise interacting with it and exercise caution in connection with these services. We also encourage you to note when you leave our Services and to review the third-party privacy policies of all third-party locations and exercise caution in connection with them.

7. How Do I Change My Information and Communications Preferences?


polices. We are not responsible for those third-party privacy policies or the practices of third parties. Do your best to review any available policies before submitting any personally identifiable information to a third-party online service or otherwise interacting with it and exercise caution in connection with these services. We also encourage you to note when you leave our Services and to review the third-party privacy policies of all third-party locations and exercise caution in connection with them.

7. **How Do I Change My Information and Communications Preferences?**

You are responsible for maintaining the accuracy of the information you submit to us, such as your contact information provided as part of registration. The Services may allow you to review, correct or update Personal Information you have provided through the Services' registration forms or otherwise by updating your account, and you may provide registration updates and changes by contacting us by email at: support@fanduel.com . If so, we will make good faith efforts to make requested changes in our then active databases as soon as reasonably practicable (but we may retain prior information as business records). Please note that it is not always possible to completely remove or delete all of your information from our databases and that residual data may remain on backup media or for other reasons. When you edit your Personal Information or change your preferences on the Services, information that you remove may persist internally for BIU's administrative purposes. You may cancel or modify our email marketing communications you receive from us by following the instructions contained within our promotional emails. This will not affect subsequent subscriptions and if your opt-out is limited to certain types of emails the opt-out will be so limited. Please note that we reserve the right to send you certain communications relating to your account or use of our Services, such as administrative and Service announcements and these transactional account messages may be unaffected if you choose to opt-out from receiving our marketing communications.

If you have any questions about the Privacy Policy or practices described in it, you should contact us in the following ways: Postal Mail: Betfair Interactive US LLC, 123 Town Square Place, PMB #607, Jersey City, NJ 07310 (Attn: Privacy Officer); Email: privacy@fanduel.com.

For non-privacy inquiries or support needs, please visit this page.

8. **What About Data Retention?**

BIU is committed to only retaining Personal Information for a period of time that is necessary to provide our services to our users and for a period of time thereafter as needed to 1) to comply with our legal, regulatory, recordkeeping, and auditing obligations, 2) resolve disputes, 3) enforce our agreements and facilitate collections, and 4) prevent fraud or criminal activity. After the Personal Information is no longer needed for these purposes, we will delete or de-identify the Personal Information. The Personal Information that you have provided us is maintained in our management information system and billing systems, and is updated as new information is added. Accounting and billing records are retained for ten (10) years for tax and accounting purposes or until the relevant income tax year for which the document was created have been closed for income tax purposes and/or all appeals have been exhausted. Records may remain on file for the purposes listed above even after you have terminated your account on our Services.

9. **What Should Parents Know About Children?**

We understand the importance of protecting children's privacy in the interactive world. We are a general audience service and do not use the Services to knowingly collect personal information from children under the age of thirteen (13) that requires parental notice and consent under the Children's Online Privacy Protection Act ("COPPA") without such parental consent. If you are under twenty-one (21) years of age, you are not permitted to use the Service and should not send any information about yourself to us through the Service.

In the event that we become aware that we have collected personal information from anyone under the age of twenty-one (21), we will dispose of that information in accordance with COPPA and other applicable laws and regulations. If you are a parent or guardian and you believe that your child under the age of thirteen (13) has provided us with personal information without COPPA-required consent, please contact us at: support@fanduel.com.

10. **What About Security?**

We endeavor to take commercially reasonable technical, physical, and organizational measures to help protect and secure your Personal Information and prevent unauthorized/unnecessary disclosures. However, no data transmission over the Internet, mobile networks, wireless transmission or electronic storage of information can be guaranteed to be 100% secure. Please note that we cannot ensure the security of any information you transmit to us, and you use our Service and provide us with your information at your own risk. We utilize the industry standard, Secure Socket Layer (SSL)-capable web browsers support encryption technology that helps prevent unauthorized users from viewing or manipulating your Personal Information as it travels over the Internet.

11. **Your Rights and Choices**

BIU will process your personal information in accordance with this Privacy Policy, and as part of that BIU provides you with certain choices about how we process your personal information. These choices are set out below.

We may occasionally send display media to you, in a targeted way, whether through web or mobile browsers or mobile applications. You may opt out of many third parties that support and send this type of targeting advertising by going to www.aboutads.info, and you may learn more about this type of advertising in the Section titled "Ads and Information About You." You may opt out of tracking for mobile advertising through the settings on most smartphones, and you may learn more about these settings through those mobile device platforms, i.e., Google ( here ) and Apple ( here ). (Please note that these companies may change either the way these settings operate, the content or the availability of these pages.)

We may occasionally send you push notifications to your mobile device. You can turn off certain push notifications in the account settings of your mobile app. You can also turn off push notifications specific to our Services in the settings on your iOS device, or through the application manager in your Android device.

**Rights Regarding Your Information**. Depending on your jurisdiction, you may have the right, in accordance with applicable data protection laws, to make requests related to your "personal information" or "personal data" (as such terms are defined under applicable law, and collectively referred to herein as "personal information"). Specifically, you may have the right to ask us to:

1. Inform you about the categories of personal information we collect or disclose about you; the categories of sources of such information; the business or commercial purpose for collecting your personal information; and the categories of third parties with whom we disclose personal information.

2. Provide you access to and/or a copy of certain personal information we hold about you. Note that you may be able to access certain of this information by logging into your account.

3. Correct or update personal information we hold about you.

4. Delete certain personal information we have about you.

5. Provide you with information about the financial incentives that we offer you, if any.


by logging into your account.

3. Correct or update personal information we hold about you.

4. Delete certain personal information we have about you.

5. Provide you with information about the financial incentives that we offer you, if any.

6. Restrict or object to certain uses of your personal information.

7. Opt you out of the processing of your personal information for direct marketing or purposes of profiling in furtherance of decisions that produce legal or similarly significant effects, if applicable.

Please note that certain information may be exempt from such requests under applicable law. For example, we need certain information in order to provide the Services to you. You may also have the right to opt out of "sales" of your information and "sharing/processing of your information for targeted advertising" as described below.

If you are a California resident, please see Section 12 below for more information about our privacy practices and your rights.

As provided in applicable law, you also have the right to not be discriminated against for exercising your rights. Please note that certain information may be exempt from such requests under applicable law. For example, we need to retain certain information in order to provide our services to you. We also need to take reasonable steps to verify your identity before responding to a request, which may include, at a minimum, depending on the sensitivity of the information you are requesting and the type of request you are making, verifying your name and email address. If we are unable to verify your identity, we may be unable to respond to your requests.

To exercise any of these rights, please visit this link: PRIVACY REQUEST FORM. You can also contact us at +1 (855) 734-7720.

You may be able to designate an authorized agent to make requests on your behalf. In order for an authorized agent to be verified, you must provide the authorized agent with signed, written permission to make such requests or a power of attorney. We may also follow up with you to verify your identity before processing the authorized agent's request as permitted by applicable law.

Depending on applicable law, you may have the right to appeal our decision to deny your request, if applicable. We will provide information about how to exercise that right in our response denying the request. You also have the right to lodge a complaint with a supervisory authority. However, we respectfully invite you to allow us to try to resolve the matter directly. We will attempt to answer your questions and satisfy your concerns in a timely and complete manner.

**Notice of Right to Opt Out of Sales of Personal Information and Processing/Sharing of Personal Information for Targeted Advertising Purposes.** Depending on your jurisdiction, you may also have the right to opt out of "sales" of your information and "sharing/processing of your information for targeted advertising."

We may disclose information to unaffiliated third parties we collaborate with or that provide offers that we think may be of value to you. We may also provide information to third-party advertising providers for targeted advertising purposes or use advertising analytics partners to assist us in analyzing use of our services and our user/customer base. Under applicable law, the disclosure of your personal information to these third parties to assist us in providing these services may be considered a "sale" of personal information or the processing/sharing of personal information for targeted advertising purposes.

If you would like to opt out of the disclosure of your personal information for purposes that could be considered "sales" for those third parties' own commercial purposes, or "sharing" or processing for purposes of targeted advertising, please visit the following link, which is also available in the footer of our Services: "Your Privacy Choices" and follow the instructions to submit a request. You must make this choice on each site/app on each browser/device you use to access the Services. You must also renew this choice if you clear your cookies or your browser is set to do that. Submitting the form will also result in the opt out of the use of your email address and other personal information related to that email address for targeted advertising purposes.

Depending on your jurisdiction, you may be permitted to designate an authorized agent to submit such requests on your behalf. Please note that we do not knowingly sell the personal information of minors under 16 years of age without legally-required affirmative authorization. Please note that we do not knowingly sell the personal information of minors under 16 years of age.

Please note that if you have a legally-recognized browser-based opt out preference signal turned on via your device browser, we recognize such preference in accordance with applicable law.

**Additional Information for Nevada Residents**. Under Nevada law, certain Nevada consumers may opt out of the sale of "covered information" for monetary consideration to a person for that person to license or sell such information to additional persons. "Covered information" includes first and last name, address, email address, phone number, Social Security Number, or an identifier that allows a specific person to be contacted either physically or online.

We do not engage in such activity; however, if you are a Nevada resident who has purchased services from us, you may submit a request to opt out of any potential future sales under Nevada law by contacting privacy@fanduel.com. Please note we will take reasonable steps to verify your identity and the authenticity of the request. Once verified, we will maintain your request in the event our practices change.

**Additional Information for Massachusetts Residents**. If you are a Massachusetts resident, Massachusetts law and regulations requires us to provide you with some additional information regarding how we collect, use, and share your personal information. Much of this information is provided throughout this Privacy Policy - for instance, the information you may be required to provide to us, the existence of a legal or contractual obligation to provide such information, and the consequences of not providing that information are identified in Section 1; the conditions under which you information may be disclosed are identified in Section 3; information about our data retention is identified in Section 8; and information about our data security practices is identified in Section 10; contact information for relevant vendors who provide goods or services directly related to sports wagering in Section 16.

Relevant Massachusetts law or regulations require companies to tell you about the purposes and legal basis for collecting and processing your information. You can review the purposes for our collection and processing as detailed above in Section 1 and Section 2 and we rely on the following legal bases:

1. to perform our obligations pursuant to a contract (or pending contract) with you - for example, we will process your information to comply with our Terms of Use to enter into a contract with you, and to honor our commitments in any contracts that we have with you.

2. for our legitimate interests or the legitimate interests of others - for example, we will process your information to: operate our business and our Services; identify and fix any issues with our Services; provide customer service; secure the Services; learn more about how our users use the Services; perform internal analytics; improve the Services and users' experiences; conduct marketing; provide you with certain information about new products, special offers or other information that we think you may find interesting; make and receive payments and process transactions; comply with legal requirements

Document title: FanDuel Sportsbook Privacy Policy | FanDuel
Capture URL: https://www.fanduel.com/fanduel-sportsbook-privacy-policy
Capture timestamp (UTC): Thu, 06 Feb 2025 23:09:37 GMT



of Use to enter into a contract with you, and to honor our commitments in any contracts that we have with you.

2. for our legitimate interests or the legitimate interests of others - for example, we will process your information to: operate our business and our Services; identify and fix any issues with our Services; provide customer service; secure the Services; learn more about how our users use the Services; perform internal analytics; improve the Services and users' experiences; conduct marketing; provide you with certain information about new products, special offers or other information that we think you may find interesting; make and receive payments and process transactions; comply with legal requirements and defend our legal rights; prevent fraud; conduct compliance and risk management activities; provide and manage access to our systems; engage in a business change (e.g., sale, merger);, and to know the customer to whom we are providing Services.

3. to comply with our legal obligations - for example, complying with our reporting obligations and laws and regulations relating to anti-money-laundering, keeping track of transactions for tax and auditing purposes, responding to requests from government bodies or courts, and responding to litigation.

4. with your consent to our collection and processing for a particular purpose – where we rely on this basis, you may have the right to withdraw your consent as described immediately below.

Users who reside in Massachusetts have the right to ask us to:

1. Provide you access to and/or a copy of certain personal information we hold about you.

2. Update or rectify certain personal information we hold about you.

3. Delete certain personal information we have about you.

4. Object to or restrict the way that we process and disclose of your information.

5. Withdraw your consent for the processing of your information.

Please note that certain information may be exempt from such requests. For example, we need to retain certain information in order to provide our Services to you and for legal and compliance reasons. We also need to take reasonable steps to verify your identity before responding to a request, which may include, at a minimum, depending on the sensitivity of the information you are requesting and the type of request you are making, verifying your name and email address. If you would like to exercise your legal rights, please use the following form: PRIVACY REQUEST FORM. You can also contact us at +1 (855) 734-7720. If you would like further information concerning your legal rights, please email privacy@fanduel.com.

Users who reside in Massachusetts also have the right to file a complaint concerning the use or storage of your information to:

1. The Massachusetts Gaming Commission
   1. 101 Federal Street, 12th Floor
   2. Boston, MA 02110
   3. https://massgaming.com/

2. The Massachusetts Office of Consumer Affairs and Business Regulation
   1. 501 Boylston Street
   2. Suite 5100
   3. Boston, MA 02116
   4. Consumer Hotline: (617) 973-8787
   5. Toll-Free Consumer Hotline: (888) 283-3757
   6. https://www.mass.gov/forms/contact-ocabr-by-e-mail
   7. https://www.mass.gov/orgs/office-of-consumer-affairs-and-business-regulation

3. The Massachusetts Office of the Attorney General
   1. Consumer Advocacy & Response Division
   2. One Ashburton Place, 18th Floor
   3. Boston, MA 02108
   4. Consumer Hotline: (617) 727-8400
   5. https://mass.gov/how-to/file-a-consumer-complaint

4. Other Law Enforcement Entities

We may use forms of automated decision-making or profiling, for instance to determine advertisements and offers to present to you and to conduct monitoring for regulatory reporting thresholds and assess and limit malicious or fraudulent activity. For example, we may offer new users different promotions than long-time users and we may offer users who frequently bet on certain sports different advertisements than users who have never bet on that sport. These decisions are governed by logic and rules set or reviewed by humans and this is a subject we take seriously. These decisions and actions do not produce legal or similarly significant effects because they do not result in you being subjected to systematic observation by a competent authority and do not result in the provision or denial by us of financial or lending services, housing, insurance, education, enrollment, criminal justice, employment opportunities, health care services, or access to basic necessities. You may have the right to contest a decision we have made and request direct human review or intervention; to inquire about this, please email us at privacy@fanduel.com.

12. Notice to California Residents

**California Consumer Privacy Act**

1. If you are a California resident, California law requires us to provide you with some additional information regarding how we collect, use, and share your "personal information" (as defined in the California Consumer Privacy Act ("CCPA")).

2. **Categories of personal information we collect.** Throughout this Privacy Policy, we discuss in detail the specific pieces of personal information we

Log in | Join

**California Consumer Privacy Act**

1. If you are a California resident, California law requires us to provide you with some additional information regarding how we collect, use, and share your "personal information" (as defined in the California Consumer Privacy Act ("CCPA")).

2. **Categories of personal information we collect.** Throughout this Privacy Policy, we discuss in detail the specific pieces of personal information we collect from and about users. Under the CCPA, we are also required to provide you with the "categories" of personal information we collect. The categories we may collect are: identifiers (such as name, address, email address, driver's license); commercial information (such as deposit or wagering history); financial data (such as payment information); internet or other network or device activity (such as browsing history or Services usage); geolocation information (e.g., your city and state based on IP address or precise geolocation in accordance with your settings); audio information (e.g., if you participate in a customer support call and do not opt out of call recording); in certain circumstances, information used to manage potential fraud or legal risk (such as employment status and criminal history); inference data about you; photos (e.g., if you voluntarily submit a photo); and other information that identifies or can be reasonably associated with you.

3. **How we use and disclose these categories of personal information.** We use and disclose the categories of personal information we collect from and about you consistent with the various business purposes we discuss throughout this Policy, and how you engage with the Service. Please see the relevant section(s) above for more information.

**Information About "Sales" and "Sharing"**

1. We may disclose information to unaffiliated third parties we collaborate with or that provide offers that we think may be of value to you. We may also provide information to third-party advertising providers for targeted advertising purposes or use advertising analytics partners to assist us in analyzing use of our services and our user/customer base. Under applicable law, the disclosure of your personal information to these third parties to assist us in providing these services may be considered a "sale" of personal information or the processing/sharing of personal information for targeted advertising purposes.

2. Depending on what Services you use, we may provide the following categories of information to third parties for these purposes:
   1. For online targeted advertising purposes: demographic and statistical information, device information and identifiers, connection and usage data, geolocation, and social media information.
   2. For sharing with third parties to send you relevant offers and promotions: contact and account registration information; demographic and statistical information, and geolocation.

**Your Choices Regarding "Sharing" and "Selling"**

1. If you would like to opt out of the disclosure of your personal information for purposes that could be considered "sales" for those third parties' own commercial purposes, or "sharing" or processing for purposes of targeted advertising, please visit the following link, which is also available in the footer of our Services: "Your Privacy Choices" and follow the instructions to submit a request. You must make this choice on each site/app on each browser/device you use to access the Services. You must also renew this choice if you clear your cookies or your browser is set to do that. Submitting the form will also result in the opt out of the use of your email address and other personal information related to that email address for targeted advertising purposes.

2. Depending on your jurisdiction, you may be permitted to designate an authorized agent to submit such requests on your behalf. Please note that we do not knowingly sell the personal information of minors under 16 years of age without legally-required affirmative authorization. Please note that we do not knowingly sell the personal information of minors under 16 years of age.

3. Please note that if you have a legally-recognized browser-based opt out preference signal turned on via your device browser, we recognize such preference in accordance with applicable law.

**Shine the Light Disclosures**

1. If you you reside in California, you may request certain general information regarding our disclosure of personal information during the preceding year to third parties for their direct marketing purposes. To make such a request, please write to us at the following address: Betfair Interactive US LLC, 123 Town Square Place, PMB #607, Jersey City, NJ 07310 (Attn: Privacy Officer).

## 13. What About Changes to the Privacy Policy?

We reserve the right to change this Privacy Policy at any time. Any changes will be effective immediately upon the posting of the revised Privacy Policy and your use of our Service indicates your consent to the privacy policy posted at the time of use. However, we will not use your previously collected Personal Information in a manner materially different than represented at the time it was collected without your consent. To the extent any provision of this Privacy Policy is found by a competent tribunal to be invalid or unenforceable, such provision shall be severed to the extent necessary for the remainder to be valid and enforceable.

## 14. How Do You Contact Us?

If you wish to contact Betfair Interactive US LLC regarding our information practices or in relation to this Privacy Policy, please email us at privacy@fanduel.com. For other inquiries, please visit this page.

## 15. Your Rights and Responsibilities

It is extremely important that you keep your account information and other confidential account data protected and secure. Do not share your log-in information or leave your computer unattended when logged in to the Services. Please make sure that all information you provide to BIU is accurate and complete. Contact us immediately by email at support@fanduel.com if you find any discrepancies in your account data or if you wish to inspect the records pertaining to you at our offices.

## 16. Information on Vendors and Other Third Party Entities

The following entities provide goods or services directly related to sports wagering, including platform design, operation, and maintenance; lines and odds setting; risk management; customer verification; integrity monitoring; and sportsbook data:

| Sports Wagering Vendor | Service | Contact Details |
|---|---|---|
| Aristotle, Inc. | KYC | integrity@aristotle.com |

Log in    Join

The following entities provide goods or services directly related to sports wagering, including platform design, operation, and maintenance; lines and odds setting; risk management; customer verification; integrity monitoring; and sportsbook data:

| Sports Wagering Vendor | Service | Contact Details |
|---|---|---|
| Aristotle, Inc. | KYC | integrity@aristotle.com |
| Blackhawk Network Holdings, Inc. | Payment Processor | privacy@bhnetwork.com |
| Fidelity National Information Services, Inc. | Payment Processor | privacyoffice@fisglobal.com |
| GeoComply Solutions, Inc. | Geolocation | privacy@geocomply.com |
| IDology, Inc. | KYC | compliance@gbgplc.com |
| Interchecks Technologies, Inc. | Payment Processor | support@interchecks.com |
| International Betting Integrity Association | Integrity Monitoring | info@ibia.bet |
| LexisNexis Risk Solutions Group | KYC | Consumer Portal: https://consumer.risk.lexisnexis.com/ |
| Onfido | KYC | privacyrequests@onfido.com |
| PayNearMe MT, Inc. | Payment Processor | privacy@paynearme.com |
| PayPal, Inc. | Payment Processor | Help Center: https://www.paypal.com/us/smarthelp/contact-us/privacy |
| Prove Identity, Inc. | Customer Onboarding | privacy@prove.com |
| Sift Science, Inc. | Fraud Monitoring | privacy@sift.com |
| Sightline Payments, LLC | Payment Processor | riskmanagement@sightlinep.sg-host.com |
| Transfund | Payment Processor | Toll-Free Number:1 (800) 588-6816 |
| Trustly, Inc. | Payment Processor | privacy@trustly.com |
| U.S. Integrity, Inc. | Integrity Monitoring | contact@usintegrity.com |

The following third parties that collect information from you on the Service have given us notice that you may obtain information on their policies and practices, and in some instances opt-out of certain of their activities, as follows:

| Party | Service | For More Information | Use of Tracking Technologies | Privacy Choices |
|---|---|---|---|---|
| Google Analytics | Analytics | http://www.google.com/analytics/learn/privacy.html | Yes | https://tools.google.com/dlpage/gaoptout/ |
| Connexity | Advertising | http://connexity.com/privacy-policy/ | Yes | http://connexity.com/opt-out/ |
| DataXu | Advertising | https://www.dataxu.com/about-us/privacy/ | Yes | https://www.dataxu.com/about-us/privacy/data-collection-platform/ |
| DoubleClick | Advertising | https://www.doubleclickbygoogle.com/ | Yes | https://www.google.com/settings/u/0/ads/authenticated?hl=en |
| Dstillary | Advertising | http://dstillery.com/platform/ | Yes | http://dstillery.com/privacy-policy/ |
| Google Dynamic Remarketing | Advertising | https://support.google.com/adwords/answer/3124536?hl=en | Yes | http://dstillery.com/privacy-policy/ |
| Adobe Media Optimizer | Advertising | http://www.adobe.com/marketing-cloud/online-advertising-management.html | Yes | http://www.adobe.com/privacy.html |
| Optimizely | Analytics | https://www.optimizely.com/ | Yes | https://www.optimizely.com/opt_out/ |
| RadiumOne | Advertising | https://radiumone.com/ | Yes | https://www.optimizely.com/opt_out/ |
| SteelhouseMedia | Advertising | http://steelhousemedia.com/ | Yes | http://steelhousemedia.com/opt-out/ |
| TradeDesk | Advertising | http://thetradedesk.com/ | Yes | http://www.adsrvr.org/ |
| Turn | Advertising | https://www.turn.com/ | Yes | https://www.turn.com/trust/consumer-opt-out |
| Demand Media | Advertising | http://www.demandmedia.com/ | Yes | http://www.demandmedia.com/privacy-policy/ |

PLEASE NOTE: We are not responsible for third-party policies or practices. We try to keep this information current, and will add to and subtract from the chart above as appropriate, but it is provided as a courtesy and may not be current or accurate. Please contact the relevant third parties regarding their privacy and data security policies and practices.

Log in    Join

PLEASE NOTE: We are not responsible for third-party policies or practices. We try to keep this information current, and will add to and subtract from the chart above as appropriate, but it is provided as a courtesy and may not be current or accurate. Please contact the relevant third parties regarding their privacy and data security policies and practices.

## ABOUT

Support

About FanDuel

What's New on Sportsbook

How It Works

Rules & Scoring

Responsible Play

Modern Slavery Statement

Legal Sports Betting Map

Affiliates

Sitemap

## SPORTSBOOK ODDS

NBA Odds

NFL Odds

MLB Odds

Golf Odds

UFC Odds

College Football Odds

College Basketball Odds

Soccer Odds

NASCAR Odds

NHL Odds

Super Bowl 59 Odds

2024 World Series Odds

2025 CFB Playoff National Championship Odds

## FANDUEL SPORTS BETTING STATES

FanDuel Sportsbook AZ

FanDuel Sportsbook CA

FanDuel Sportsbook CO

FanDuel Sportsbook CT

FanDuel Sportsbook DC

FanDuel Sportsbook IA

FanDuel Sportsbook IL

FanDuel Sportsbook IN

FanDuel Sportsbook LA

FanDuel Sportsbook MA

FanDuel Sportsbook MI

FanDuel Sportsbook NC

FanDuel Sportsbook NJ

FanDuel Sportsbook NY

FanDuel Sportsbook OH

FanDuel Sportsbook PA

FanDuel Sportsbook TN

FanDuel Sportsbook VA

FanDuel Sportsbook VT

FanDuel Sportsbook WV

## FANDUEL NEWS

UFC

Soccer

NFL

Casino

NBA

College Basketball

NHL

## FANDUEL GROUP PRODUCTS

FanDuel Sportsbook

The Duel

TVG

FanDuel Casino

FanDuel Racing

numberFire - Fantasy Sports Projections

FanDuel Faceoff

## FANTASY SPORTS

NFL

NHL

MLB

Soccer

CFB

Golf

Tennis

NASCAR

WNBA

CBB

## FANDUEL APPS

Fantasy (iOS)

Sportsbook & Fantasy (Android)

Sportsbook (iOS)

Sportsbook (Android)

## NFL SPORTSBOOK BETTING

2024 Best FanDuel Sportsbook Promos

NFL Betting

NFL Picks

2024 NFL Team Power Rankings

NFL Team Schedules & Odds

OddsFire - Compare Betting Odds

## FANDUEL CASINO

Online Slots

New Casino Games

Blackjack Online

Live Dealer Casino

Online Roulette

Online Table Games

FanDuel Casino Promo Codes

## FOLLOW FANDUEL

Facebook

Twitter

Instagram

YouTube

Snapchat

• Careers   • Governance   • Trust & Safety   • Bill of Rights   • Privacy Policy   • California Privacy Rights   • Terms of Use   • Your Privacy Choices   • Modern Slavery Statement
• Press & Media

© Betfair Interactive US LLC, 2025

Gambling Problem? Call 1-800-GAMBLER or visit RG-help.com. Call 1-888-789-7777 or visit ccpg.org/chat (CT). Hope is here.GamblingHelpLineMA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPE-NY or text HOPENY (467369) (NY). 21+ (18+ D.C.) and present in select states (for KS, in affiliation with Kansas Star Casino). Persons under 21 are not permitted to engage in sports wagering. For customer support please contact us.

Back to top ↑

Exhibit 38

## WHERE CAN I PLAY FANDUEL RACING?

As specific wagering restrictions vary at the discretion of each state, some states have additional and more complex rules and restrictions than others. Each unique state's restrictions are listed below for your convenience.

You may have access to our apps **FanDuel Racing** or **TVG** depending on where you wager. In the image below, **states in blue** can use either FanDuel Racing or TVG, while **states in green** are only allowed to use TVG.



### Are there age restrictions? How old do I have to be to play FanDuel Racing?

You must be **21 years old to play with FanDuel Racing.**

Please note that all states are subject to FanDuel Racing's standard terms and conditions.

### What about location restrictions? Can I live in a betting state but wager in another?

**Where you live is the key.**

To sign up and use FanDuel Racing, you must live and reside in a legally-approved state and also be betting in an approved state. Your residence is important. You can refer to the map above.

For example: The residence used for your account can be from New York but you can bet while you are visiting Kentucky. But if you are visiting Alabama, you will not be allowed to wager because horse racing is not allowed there.

Another example: If you live in Alabama, you will not be allowed to wager even if you are visiting an approved state like New York or Kentucky.

### Arizona

FanDuel Racing is not available for use while you are physically located within any Tribal Lands in Arizona. Physical location is determined through the IP address of the device you are using to access your TVG account. If you are not currently in a Tribal Land area and believe this to be an error, we suggest connecting to the internet through other means.

### Canada

At this time we cannot offer FanDuel Racing accounts to Canadian, or other non-US residents. You must be a permanent resident of a legal wagering state in order to open an account with FanDuel Racing. We hope to expand and offer our services to more customers in the future.

### Illinois

The state of Illinois collects a state-specific 0.38% surcharge on winning wagers. This is charged on the "Raw Price," which is the "raw" split of the pool, rounded to an appropriate amount. The amount the state takes is rounded up, so if the "raw price" of the Win pool is $5.50, you would receive $5.30 or $5.35.

As of July 9th, 2017 the Illinois personal income tax rate is 4.95%. Any wager which results in proceeds of more than $5,000.00, is subject to reporting and withholding if the amount of such proceeds is at least 300 times as large as the amount wagered.





The state of Illinois collects a state-specific 0.38% surcharge on winning wagers. This is added to the "Raw price" for a split out, then grossed up to the appropriate amount. The amount the state takes is rounded up, so if the "raw price" of the Win pool is $5.50, you would receive $5.50 of $5.35.

As of July 9th, 2017 the Illinois personal income tax rate is 4.95%. Any wager which results in proceeds of more than $5,000.00, is subject to reporting and withholding if the amount of such proceeds is at least 300 times as large as the amount wagered.

## Iowa

FanDuel Racing is operated by ODS Technologies, L.P. and authorized by the Iowa Racing and Gaming Commission.

## Maryland

Maryland residents are not able to wager on Arabian races.

## Massachusetts

Massachusetts has instituted a 5% tax withholding on winnings of $600 or more. This is independent of and in addition to the federal IRS tax reporting and withholding.

## Minnesota

Minnesota residents are not permitted to wager on tracks within the state, including Canterbury Park and Running Aces.

## New Mexico

New Mexico residents are not allowed to wager on tracks within the state, including Ruidoso Downs, Sunland Park, Zia Park, Downs at Albuquerque, and SunRay Park.

## New York

New York residents are not permitted to wager on Easter or Christmas.

New York residents will not be able to make online cancellations of Win, Place, or Show wagers with a base of $500 or more, or exotic wagers with a base over $50 or more. You may request to cancel such wagers by emailing us at racing@fanduel.com or by clicking on the **Live Chat** option at the bottom right of your screen.



### DID THIS ARTICLE ANSWER YOUR QUESTION?

Yes     No

## STILL NEED HELP?



**Contact us**

**Help**
Contact us
Accessibility
Terms of Use
Privacy Policy
Privacy Choices

**Responsible Gaming**
User limits
Timeout
Self-exclusion
Player activity
statements

FanDuel Inc.



LIVE CHAT

results in proceeds of more than $5,000.00, is subject to reporting and withholding if the amount of such proceeds is at least 300 times as large as the amount wagered.

## Iowa

FanDuel Racing is operated by ODS Technologies, L.P. and authorized by the Iowa Racing and Gaming Commission.

## Maryland

Maryland residents are not able to wager on Arabian races.

## Massachusetts

Massachusetts has instituted a 5% tax withholding on winnings of $600 or more. This is independent of and in addition to the federal IRS tax reporting and withholding.

## Minnesota

Minnesota residents are not permitted to wager on tracks within the state, including Canterbury Park and Running Aces.

## New Mexico

New Mexico residents are not allowed to wager on tracks within the state, including Ruidoso Downs, Sunland Park, Zia Park, Downs at Albuquerque, and SunRay Park.

## New York

New York residents are not permitted to wager on Easter or Christmas.

New York residents will not be able to make online cancellations of Win, Place, or Show wagers with a base of $500 or more, or exotic wagers with a base over $50 or more. You may request to cancel such wagers by emailing us at racing@fanduel.com or by clicking on the **Live Chat** option at the bottom right of your screen.

### DID THIS ARTICLE ANSWER YOUR QUESTION?

Yes    No

## STILL NEED HELP?



**Contact us**

**Help**

Contact us

Accessibility

Terms of Use

Privacy Policy

Your Privacy Choices

**Responsible Gaming**

User limits

Timeout

Self-exclusion

Player activity

statements

FanDuel Inc

New York, NY

 

© Betfair Interactive US LLC, 2025

If you or someone you know has a gambling problem or wants help, please check out our Responsible Gaming resources.

2/6/25,

LIVE CHAT



Back to top ▲

Exhibit 39

**builtwith**

Tools ▾   Features ▾   Plans   Customers   Resources ▾

EN DE FR ES IT РУССКИЙ 한국어 日本語 简体中文 عربي

Website, Tech, Keyword

Lookup

Home / fanduel.com Technology Profile

# FANDUEL.COM

Technology Profile | Detailed | Meta | Products🆕 | Performance | Relationship | Redirect | AI | Recommendations | Company

## Analytics and Tracking

View Global Trends

### 🖋 Optimizely
Optimizely Usage Statistics · Download List of All Websites using Optimizely

Optimizely empowers companies to deliver more relevant and effective digital experiences on websites and mobile through A/B testing and personalization.

A/B Testing · Conversion Optimization · Personalization · Site Optimization

### ⓑ Braze
Braze Usage Statistics · Download List of All Websites using Braze

Braze is a lifecycle marketing platform formerly known as AppBoy.

Marketing Automation

### Q Qubit
Qubit Usage Statistics · Download List of All Websites using Qubit

Persuasive personalization for eCommerce.

Personalization

### 🅐 Amplitude
Amplitude Usage Statistics · Download List of All Websites using Amplitude

Mobile analytics platform.

Mobile

### 🅢 Segment
Segment Usage Statistics · Download List of All Websites using Segment

Segment gives you the ability to instrument your web app for analytics once, and then send your data to any number of analytics services. Previously known as Segment.io

Customer Data Platform

### " KnowBe4
KnowBe4 Usage Statistics · Download List of All Websites using KnowBe4

Security awareness system.

Fraud Prevention

### 🔴 MediaMath
MediaMath Usage Statistics · Download List of All Websites using MediaMath

Tools that enable and empower marketing professionals.

Advertiser Tracking

### G Google Analytics
Google Analytics Usage Statistics · Download List of All Websites using Google Analytics

Google Analytics offers a host of compelling features and benefits for everyone from senior executives and advertising and marketing professionals to site owners and content developers.

Application Performance · Audience Measurement · Visitor Count Tracking

### G Google Universal Analytics
Google Universal Analytics Usage Statistics · Download List of All Websites using Google Universal Analytics

The analytics.js JavaScript snippet is a new way to measure how users interact with your website. It is similar to the previous Google tracking code, ga.js, but offers more flexibility for developers to customize their implementations.

### 🐦 Twitter Analytics
Twitter Analytics Usage Statistics · Download List of All Websites using Twitter Analytics

A tool that helps website owners understand how much traffic they receive from Twitter and the effectiveness of Twitter integrations on their sites. Includes Twitter Conversion Tracking.

Conversion Optimization

## Profile Details

Change Layout

Last technology detected on 6th February 2025. We know of 251 technologies on this page and 187 technologies removed from fanduel.com since 30th September 2009. Link to this page.

## BuiltWith Top Site Rank 🏆

fanduel.com is ranked 913th in our top sites list.

View BuiltWith Top Site Rank.

Add BuiltWith to Chrome for free! Get lookups easily and quickly.

Add to Chrome

Get a notification when fanduel.com adds new technologies.

Create Notification

## Recent Lookups

| | |
|---|---|
| bestwaycabs.com | vitaminjiny.store |
| cronus.no | crypticpe.net |
| gigaprivacy.com | j169.vip |
| 53069.cn | treuhandsuisse.ch |
| hhcircuit.com | sigmabeauty.com |
| mmcscholarshome.co... | togoimmobilier.tg |
| 3cseller.com | hale-taximetre.fr |
| kalibrierscout.de | strefarabatow.com |
| fairshop.ch | nurse4kids.com.au |
| screennative.ro | 83427.cn |
| berlinshotel.com | muncieelks245.com |
| 399708767.xyz | elegant.guide |
| electriciti.com | mmctrail.no |
| 68217.me | diamondsawtwholesale... |
| xn--priad-5j2i.site | burlingtonvermont.com |
| everettselfstorage.com | screenruler.ch |
| jewelrybyjerry.com | affordablehouses.org |
| rusklockandkey.com | landkreis-stendal.de |
| redvial100.com | fotohanskeuzekamp.nl |
| mmd-devcode.com | screenwriting-studio.c... |
| facerecognition.com | boosic.com |
| mbanepa.com | rankspro.io |
| gessner-filtration.com | selectl-property.com |
| fbcandle.com | deltadiscovery.org |
| mediapromexico.tv | charmington.org |
| schadenhofer.at | mmditi.org.in |
| discountstonepavers.c... | fitfivemeals.com |
| goodshepherdtomball... | premierfruits.com.au |
| familyfirstlaw.org | 46807252.com |
| 28094.com | fanduel.com |

The analytics.js JavaScript snippet is a new way to measure how users interact with your website. It is similar to the previous Google tracking code, ga.js, but offers more flexibility for developers to customize their implementations.

## Twitter Analytics

Twitter Analytics Usage Statistics · Download List of All Websites using Twitter Analytics

A tool that helps website owners understand how much traffic they receive from Twitter and the effectiveness of Twitter integrations on their sites. Includes Twitter Conversion Tracking.

Conversion Optimization

## Facebook Pixel

Facebook Pixel Usage Statistics · Download List of All Websites using Facebook Pixel

Facebook Pixel is Facebooks conversion tracking system for ads on Facebook.

## Bing Universal Event Tracking

Bing Universal Event Tracking Usage Statistics · Download List of All Websites using Bing Universal Event Tracking

Universal Event Tracking (UET) is a simple and powerful campaign measurement solution that allows you to track key conversion goals important to your business.

Conversion Optimization · Retargeting / Remarketing

## Twitter Conversion Tracking

Twitter Conversion Tracking Usage Statistics · Download List of All Websites using Twitter Conversion Tracking

Twitter ads conversion tracking code.

Conversion Optimization · Conversion Tracking

## Twitter Website Universal Tag

Twitter Website Universal Tag Usage Statistics · Download List of All Websites using Twitter Website Universal Tag

A tool from Twitter that makes it possible for advertisers to track website conversions and manage tailored audience campaigns.

## Facebook Signal

Facebook Signal Usage Statistics · Download List of All Websites using Facebook Signal

Journalists use Signal to surface relevant trends, photos, videos and posts from Facebook and Instagram for use in their storytelling and reporting.

## Global Site Tag

Global Site Tag Usage Statistics · Download List of All Websites using Global Site Tag

Google's primary tag for Google Measurement/Conversion Tracking, Adwords and DoubleClick.

## Google Conversion Linker

Google Conversion Linker Usage Statistics · Download List of All Websites using Google Conversion Linker

Detects the ad click information in your conversion page URLs and stores this information to associate an ad click with a conversion.

## TikTok Conversion Tracking Pixel

TikTok Conversion Tracking Pixel Usage Statistics · Download List of All Websites using TikTok Conversion Tracking Pixel

TikTok advertising conversion tracking pixel.

Conversion Optimization · Conversion Tracking

## Reddit Conversion Tracking

Reddit Conversion Tracking Usage Statistics · Download List of All Websites using Reddit Conversion Tracking

Conversion tracking system from Reddit.

Conversion Optimization

## AppsFlyer

AppsFlyer Usage Statistics · Download List of All Websites using AppsFlyer

Mobile attribution & marketing analytics platform

Marketing Automation

Widgets                                              View Global Trends

## PerimeterX

mbanepa.com                          rankspro.io
gessnar-filtration.com               sauce.property.com
fbcan.org                            charmington.org
mediapromexico.tv                    mmditi.org.in
schadenhofer.at                      fitfivemeals.com
discountstonepavers.c...             premierfruits.com.au
goodshepherdtomball...               46807252.com
familyfirstlaw.org                   fanduel.com
28094.com

Get fanduel.com profile as an XML, JSON, CSV or XLSX via the Domain API.

Suggest a Technology

Can't find the technology you are looking for? Send us a suggestion, we will try and add it to our database.

Mobile attribution & marketing analytics platform

## Widgets

View Global Trends

### ⓧ PerimeterX

PerimeterX Usage Statistics · Download List of All Websites using PerimeterX

Bot protection services.

Bot Detection

### 🍎 Apple Whitelist

Apple Whitelist Usage Statistics · Download List of All Websites using Apple Whitelist

This website domain is on the Apple TLD whitelist which may potentially mean these domains will appear in autocomplete when looking up URLs on Apple products.

### 🌿 Verified Profile

Verified Profile Usage Statistics · Download List of All Websites using Verified Profile

The website has "verified" social media profile on one of the social media networks.

Web Badge

### ◎ OpenAI

OpenAI Usage Statistics · Download List of All Websites using OpenAI

Custom GPT and SSO setup with OpenAI.

AI

### 📦 Dropbox Business

Dropbox Business Usage Statistics · Download List of All Websites using Dropbox Business

Domain verification for Dropbox Business.

### 📋 Formstack

Formstack Usage Statistics · Download List of All Websites using Formstack

Premium online form building service.

Feedback Forms and Surveys

### ⓞ Okta

Okta Usage Statistics · Download List of All Websites using Okta

Identity management system.

Login

### 🏷 Slack

Slack Usage Statistics · Download List of All Websites using Slack

Messaging app for teams that makes working together simple and efficient.

### 🅒 Canva

Canva Usage Statistics · Download List of All Websites using Canva

Simple graphic design software.

### Ⓖ Google Tag Manager

Google Tag Manager Usage Statistics · Download List of All Websites using Google Tag Manager

Tag management that lets you add and update website tags without changes to underlying website code.

Tag Management

### 🍎 Smart App Banner

Smart App Banner Usage Statistics · Download List of All Websites using Smart App Banner

Displays a banner that provides a direct link to an Apple Store app, or opens the app if the user already has it installed.

Mobile

### ▣ Font Awesome

Font Awesome Usage Statistics · Download List of All Websites using Font Awesome

Iconic font and CSS toolkit.

Fonts

### Ⓖ Google Font API

Document title: fanduel.com Technology Profile
Capture URL: https://builtwith.com/fanduel.com
Capture timestamp (UTC): Sat, 08 Feb 2025 01:07:53 GMT

Mobile

## Font Awesome

Font Awesome Usage Statistics · Download List of All Websites using Font Awesome

Iconic font and CSS toolkit.

Fonts

## G Google Font API

Google Font API Usage Statistics · Download List of All Websites using Google Font API

The Google Font API helps you add web fonts to any web page.

Fonts

## US Privacy User Signal Mechanism

US Privacy User Signal Mechanism Usage Statistics · Download List of All Websites using US Privacy User Signal Mechanism

The US Privacy API (USP API) is a lightweight API used to communicate signals represented in the US Privacy String.

Privacy Compliance

## Sportradar

Sportradar Usage Statistics · Download List of All Websites using Sportradar

Sport data service.

## CrUX Dataset

CrUX Dataset Usage Statistics · Download List of All Websites using CrUX Dataset

CrUX is a data collection system that gathers information about how real users interact with websites. This website is included in the user experiences data gathered from Google Chrome and thus considered sufficiently popular on the internet.

### CrUX Top 50k

CrUX Top 50k Usage Statistics · Download List of All Websites using CrUX Top 50k

Relative measure of site popularity within the CrUX dataset, measured by the total number of navigations on the origin. This site is in the top 50k.

## Azure Active Directory

Azure Active Directory Usage Statistics · Download List of All Websites using Azure Active Directory

Enterprise identity service that provides single sign-on, multifactor authentication and more.

Login

## Cloudflare Radar

Cloudflare Radar Usage Statistics · Download List of All Websites using Cloudflare Radar

The website appears on the Cloudflare Radar Top 1m sites list

### Cloudflare Radar Top 50k

Cloudflare Radar Top 50k Usage Statistics · Download List of All Websites using Cloudflare Radar Top 50k

The website appears in the Cloudflare Radar Top 50,000.

## Global Privacy Control

Global Privacy Control Usage Statistics · Download List of All Websites using Global Privacy Control

This product helps you take control of your privacy by allowing you to globally opt out of data collection and data sharing.

Privacy Compliance

## Box

Box Usage Statistics · Download List of All Websites using Box

A widget displaying content from document management platform Box.

---

Language                                                View Global Trends

## English - Inferred

English - Inferred Usage Statistics · Download List of All Websites using English - Inferred

Based on the title and description text the website content is potentially English.

---

🌿 English - Inferred

English - Inferred Usage Statistics · Download List of All Websites Using English - Inferred

Based on the title and description text the website content is potentially English.

---

eCommerce                                                      View Global Trends

🌿 Cart Functionality

Cart Functionality Usage Statistics · Download List of All Websites using Cart Functionality

The site has a link to a shopping cart which is not categorized under any of the cart technologies we track (custom implementation or not tracked yet).

Non Platform

---

Frameworks                                                    View Global Trends

🅰 Adobe Enterprise Cloud

Adobe Enterprise Cloud Usage Statistics · Download List of All Websites using Adobe Enterprise Cloud

Emails on this domain can create Adobe Enterprise Cloud accounts.

🌿 Bug Bounty

Bug Bounty Usage Statistics · Download List of All Websites using Bug Bounty

The website has some form of responsible disclosure mechanism for the reporting of security vulnerabilities.

Ⓕ Facebook Domain Verification

Facebook Domain Verification Usage Statistics · Download List of All Websites using Facebook Domain Verification

Domain Verification provides a way for you to claim ownership of your domain in Facebook Business Manager.

ｈ HackerOne

HackerOne Usage Statistics · Download List of All Websites using HackerOne

HackerOne is a vulnerability management and bug bounty platform that connects businesses with cybersecurity researchers.

🟩 OneTrust Domain Verification

OneTrust Domain Verification Usage Statistics · Download List of All Websites using OneTrust Domain Verification

One Trust domain verification system.

Ⓝ Next.js

Next.js Usage Statistics · Download List of All Websites using Next.js

React.js framework for static site generator apps. Owned by Vercel.

---

Content Delivery Network                                      View Global Trends

ⓥ Vimeo CDN

Vimeo CDN Usage Statistics · Download List of All Websites using Vimeo CDN

This page uses content from the Vimeo CDN.

▦ CloudFront

CloudFront Usage Statistics · Download List of All Websites using CloudFront

Amazon CloudFront is a web service for content delivery. It integrates with other Amazon Web Services to give developers and businesses an easy way to distribute content to end users with low latency, high data transfer speeds, and no commitments.

☁ Cloudflare

Cloudflare Usage Statistics · Download List of All Websites using Cloudflare

Automatically optimizes the delivery of your web pages so your visitors get the fastest page load times and best performance.

CDN JS

### Cloudflare

[Cloudflare Usage Statistics](#) · [Download List of All Websites using Cloudflare](#)

Automatically optimizes the delivery of your web pages so your visitors get the fastest page load times and best performance.

### CDN JS

[CDN JS Usage Statistics](#) · [Download List of All Websites using CDN JS](#)

CloudFlare's CDN with popular javascript frameworks available.

### GStatic Google Static Content

[GStatic Google Static Content Usage Statistics](#) · [Download List of All Websites using GStatic Google Static Content](#)

Google has off-loaded static content (Javascript/Images/CSS) to a different domain name in an effort to reduce bandwidth usage and increase network performance for the end user.

### Cloudflare JS

[Cloudflare JS Usage Statistics](#) · [Download List of All Websites using Cloudflare JS](#)

Loads content from Cloudflare CDN.

### Amazon S3

[Amazon S3 Usage Statistics](#) · [Download List of All Websites using Amazon S3](#)

Amazon Simple Storage provides unlimited storage to developers and online businesses - saving costs and increase storage reliability.

### jQuery CDN

[jQuery CDN Usage Statistics](#) · [Download List of All Websites using jQuery CDN](#)

The jQuery Amazon S3 Content Delivery Network

### Amazon WAF Blocked

[Amazon WAF Blocked Usage Statistics](#) · [Download List of All Websites using Amazon WAF Blocked](#)

AWS WAF safeguards against web exploits & bots, ensuring availability, security, and resource optimization.

### UNPKG

[UNPKG Usage Statistics](#) · [Download List of All Websites using UNPKG](#)

unpkg is a fast, global content delivery network for everything on npm.

---

Mobile                                                    View Global Trends

### Apple Mobile Web Clips Icon

[Apple Mobile Web Clips Icon Usage Statistics](#) · [Download List of All Websites using Apple Mobile Web Clips Icon](#)

This page contains an icon for iPhone, iPad and iTouch devices.

### Viewport Meta

[Viewport Meta Usage Statistics](#) · [Download List of All Websites using Viewport Meta](#)

This page uses the viewport meta tag which means the content may be optimized for mobile content.

### IPhone / Mobile Compatible

[IPhone / Mobile Compatible Usage Statistics](#) · [Download List of All Websites using IPhone / Mobile Compatible](#)

The website contains code that allows the page to support IPhone / Mobile Content.

---

Payment                                                   View Global Trends

### PayPal

[PayPal Usage Statistics](#) · [Download List of All Websites using PayPal](#)

The website accepts payments with PayPal.

*Payment Acceptance*

### Visa

[Visa Usage Statistics](#) · [Download List of All Websites using Visa](#)

 PayPal

PayPal Usage Statistics · Download List of All Websites using PayPal

The website accepts payments with PayPal.

Payment Acceptance

 Visa

Visa Usage Statistics · Download List of All Websites using Visa

The website accepts payments with Visa.

Payment Acceptance

MasterCard

MasterCard Usage Statistics · Download List of All Websites using MasterCard

The website accepts payments with MasterCard.

Payment Acceptance

---

Audio / Video Media                                            View Global Trends

VideoJS

VideoJS Usage Statistics · Download List of All Websites using VideoJS

VideoJS is an HTML5 Video Player, built with Javascript and CSS, with a fallback to a Flash video player for when the browser doesn't support HTML5 video. Owned by Brightcove.

Video Players

Vimeo

Vimeo Usage Statistics · Download List of All Websites using Vimeo

Use Vimeo to exchange videos with only the people you want to. We have a bunch of different privacy options so you can choose exactly who can see your videos, and others can do the same. The website embeds vimeo.

Online Video Platform · Video Players

---

Content Management System                                      View Global Trends

Atlassian Cloud

Atlassian Cloud Usage Statistics · Download List of All Websites using Atlassian Cloud

Products including Jira and Confluence.

Ticketing System

Sanity

Sanity Usage Statistics · Download List of All Websites using Sanity

Headless collaborative CMS.

Headless

Miro

Miro Usage Statistics · Download List of All Websites using Miro

Miro is an innovation workspace for teams to collaborate on projects, design products, and shape the future.

Postman

Postman Usage Statistics · Download List of All Websites using Postman

Build, test, and document your APIs.

---

JavaScript Libraries and Functions                             View Global Trends

Fancybox

Fancybox Usage Statistics · Download List of All Websites using Fancybox

FancyBox is a tool for displaying images, html content and multi-media in a Mac-style "lightbox" that floats overtop of web page.

html5shiv

html5shiv Usage Statistics · Download List of All Websites using html5shiv

HTML5 IE enabling script shim.

Compatibility

Document title: fanduel.com Technology Profile
Capture URL: https://builtwith.com/fanduel.com
Capture timestamp (UTC): Sat, 08 Feb 2025 01:07:53 GMT

FancyBox is a tool for displaying images, html content and multi-media in a Mac-style "lightbox" that floats overtop of web pages.

### html5shiv

[html5shiv Usage Statistics](#) · [Download List of All Websites using html5shiv](#)

HTML5 IE enabling script shim.

Compatibility

### Facebook for Websites

[Facebook for Websites Usage Statistics](#) · [Download List of All Websites using Facebook for Websites](#)

Allows a user to make a website more sociable and connected with integrations from the hugely popular Facebook website.

### jQuery

[jQuery Usage Statistics](#) · [Download List of All Websites using jQuery](#)

jQuery is a fast, concise, JavaScript Library that simplifies how you traverse HTML documents, handle events, perform animations, and add Ajax interactions to your web pages. jQuery is designed to change the way that you write JavaScript.

JavaScript Library

#### jQuery UI

[jQuery UI Usage Statistics](#) · [Download List of All Websites using jQuery UI](#)

jQuery UI provides abstractions for low-level interaction and animation, advanced effects and high-level, themeable widgets, built on top of the jQuery JavaScript Library, that you can use to build highly interactive web applications.

#### jQuery 1.7.1

[jQuery 1.7.1 Usage Statistics](#) · [Download List of All Websites using jQuery 1.7.1](#)

jQuery version 1.7.1

### Facebook SDK

[Facebook SDK Usage Statistics](#) · [Download List of All Websites using Facebook SDK](#)

JavaScript SDK enables you to access all of the features of the Graph API via JavaScript, and it provides a rich set of client-side functionality for authentication and sharing. It differs from Facebook Connect.

### Handlebars

[Handlebars Usage Statistics](#) · [Download List of All Websites using Handlebars](#)

Handlebars provides the power necessary to let you build semantic templates effectively with no frustration.

Framework

### Slick JS

[Slick JS Usage Statistics](#) · [Download List of All Websites using Slick JS](#)

Fully responsive carousel library.

Animation

### es6 promise

[es6 promise Usage Statistics](#) · [Download List of All Websites using es6 promise](#)

A polyfill for ES6-style Promises.

### core-js

[core-js Usage Statistics](#) · [Download List of All Websites using core-js](#)

Modular standard library for JavaScript.

Framework

### Webpack

[Webpack Usage Statistics](#) · [Download List of All Websites using Webpack](#)

webpack takes modules with dependencies and generates static assets representing those modules.

### lazySizes

[lazySizes Usage Statistics](#) · [Download List of All Websites using lazySizes](#)

Lazy loader for images (responsive and normal), iframes and scripts, that detects any visibility changes triggered through user interaction, CSS or JavaScript without configuration.

### Intersection Observer

[Intersection Observer Usage Statistics](#) · [Download List of All Websites using Intersection Observer](#)

API that can be used to understand the visibility and position of DOM elements relative to a containing element or to the top-level viewport.

### React

Document title: fanduel.com Technology Profile
Capture URL: https://builtwith.com/fanduel.com
Capture timestamp (UTC): Sat, 08 Feb 2025 01:07:53 GMT
Page 8 of 23

Intersection Observer Usage Statistics · Download List of All Websites using Intersection Observer

API that can be used to understand the visibility and position of DOM elements relative to a containing element or to the top-level viewport.

## React

React Usage Statistics · Download List of All Websites using React

A JavaScript library for building user interfaces from Facebook.

JavaScript Library

## Classnames

Classnames Usage Statistics · Download List of All Websites using Classnames

Javascript utility for conditionally joining classNames together.

## Emotion

Emotion Usage Statistics · Download List of All Websites using Emotion

Library designed for writing css styles with JavaScript.

---

Advertising                                                View Global Trends

### DoubleClick.Net

DoubleClick.Net Usage Statistics · Download List of All Websites using DoubleClick.Net

DoubleClick enables agencies, marketers and publishers to work together successfully and profit from their digital marketing investments. Owned by Google and now referred to as DoubleClick Digital Marketing or Google Enterprise Advertising.

### BlueKai

BlueKai Usage Statistics · Download List of All Websites using BlueKai

The BlueKai Data Exchange enables partners to buy and own data to boost ad targeting across any media.

Ad Exchange

#### BlueKai DMP

BlueKai DMP Usage Statistics · Download List of All Websites using BlueKai DMP

BlueKai sites that specifically call a tags script.

### Twitter Ads

Twitter Ads Usage Statistics · Download List of All Websites using Twitter Ads

Twitter advertising includes conversion tracking and re-marketing tools.

Ad Network · Retargeting / Remarketing

### Facebook Custom Audiences

Facebook Custom Audiences Usage Statistics · Download List of All Websites using Facebook Custom Audiences

Custom Audiences from your website makes it possible to reach people who visit your website and deliver the right message to them on Facebook.

Retargeting / Remarketing

### AppNexus

AppNexus Usage Statistics · Download List of All Websites using AppNexus

Provides access to the major exchanges and aggregators, as well as cloud infrastructure scalable to billions of ad impressions a day with a layer of real-time decisioning on top.

Ad Exchange · Demand-side Platform

#### AppNexus Segment Pixel

AppNexus Segment Pixel Usage Statistics · Download List of All Websites using AppNexus Segment Pixel

An AppNexus Segment Pixel.

### The Trade Desk

The Trade Desk Usage Statistics · Download List of All Websites using The Trade Desk

Data-driven marketing suite that offers marketers a single place to buy all forms of online media.

Demand-side Platform

#### The Trade Desk Universal Pixel

The Trade Desk Universal Pixel Usage Statistics · Download List of All Websites using The Trade Desk Universal Pixel

The Trade Desk Universal Pixel is a tracking tag that allows multiple processes to be managed with one pixel added to an entire website. It is a JavaScript (JS) tag that can be used to create conversion tracking tags either through the platform UI or API.

Document title: fanduel.com Technology Profile
Capture URL: https://builtwith.com/fanduel.com
Capture timestamp (UTC): Sat, 08 Feb 2025 01:07:53 GMT                    Page 9 of 23

Data-driven marketing suite that offers marketers a single place to buy all forms of online media.
Demand Side Platform

### ⏱ The Trade Desk Universal Pixel

The Trade Desk Universal Pixel Usage Statistics · Download List of All Websites using The Trade Desk Universal Pixel

The Trade Desk Universal Pixel is a tracking tag that allows multiple processes to be managed with one pixel added to an entire website. It is a JavaScript (JS) tag that can be used to create conversion tracking tags either through the platform UI or API.

### 👻 Snap Pixel

Snap Pixel Usage Statistics · Download List of All Websites using Snap Pixel

With the Snap Pixel, advertisers can track their customers journey. Snapchat Ads.

### 📊 Taboola

Taboola Usage Statistics · Download List of All Websites using Taboola

Personalized recommendations technology.

Content Curation · Digital Video Ads

### G Google Floodlight Counter

Google Floodlight Counter Usage Statistics · Download List of All Websites using Google Floodlight Counter

The Floodlight Counter tag allows you to count the number of times someone visits your site after clicking on an advertisement for it.

### ▬ Flashtalking

Flashtalking Usage Statistics · Download List of All Websites using Flashtalking

Intelligence ad serving system.

### 33 33 Across Direct

33 Across Direct Usage Statistics · Download List of All Websites using 33 Across Direct

Website is a direct publisher for 33 Across ad content.

ads txt

### AOL. AOL Direct

AOL Direct Usage Statistics · Download List of All Websites using AOL Direct

Website is a direct publisher for AOL ad content.

ads txt

### ◈ Chocolate Direct

Chocolate Direct Usage Statistics · Download List of All Websites using Chocolate Direct

Chocolate Direct ads

ads txt

### G Google Direct

Google Direct Usage Statistics · Download List of All Websites using Google Direct

Website is a direct publisher for Google ad content.

ads txt

### ▦ IndexExchange Direct

IndexExchange Direct Usage Statistics · Download List of All Websites using IndexExchange Direct

Website is a direct publisher for IndexExchange ad content.

ads txt

### 📊 Lijit Direct

Lijit Direct Usage Statistics · Download List of All Websites using Lijit Direct

Website is a direct publisher for Lijit ad content.

ads txt

### ⬛ LoopMe Direct

LoopMe Direct Usage Statistics · Download List of All Websites using LoopMe Direct

Website is a direct publisher for LoopMe ad content.

ads txt

### ⬛ Media.net Direct

Media.net Direct Usage Statistics · Download List of All Websites using Media.net Direct

Website is a direct publisher for Media.net ad content

ads txt

~~~ Media.net Direct

Media.net Direct Usage Statistics · Download List of All Websites using Media.net Direct

Website is a direct publisher for Media.net ad content

ads txt

~~ OpenX Direct

OpenX Direct Usage Statistics · Download List of All Websites using OpenX Direct

Website is a direct publisher for OpenX ad content.

ads txt

◼ PubMatic Direct

PubMatic Direct Usage Statistics · Download List of All Websites using PubMatic Direct

Website is a direct publisher for PubMatic ad content.

ads txt

≣ RhythmOne Direct

RhythmOne Direct Usage Statistics · Download List of All Websites using RhythmOne Direct

Website is a direct publisher for RhythmOne ad content.

ads txt

≣ Smartclip Direct

Smartclip Direct Usage Statistics · Download List of All Websites using Smartclip Direct

Website is a direct publisher for Smartclip ad content

ads txt

◢ Sonobi Direct

Sonobi Direct Usage Statistics · Download List of All Websites using Sonobi Direct

Website is a direct publisher for Sonobi ad content.

ads txt

━ Sovrn Direct

Sovrn Direct Usage Statistics · Download List of All Websites using Sovrn Direct

Website is a direct publisher for Sovrn ad content.

ads txt

◪ SpotXChange Direct

SpotXChange Direct Usage Statistics · Download List of All Websites using SpotXChange Direct

Website is a direct publisher for SpotXChange ad content.

ads txt

▦ Taboola Direct

Taboola Direct Usage Statistics · Download List of All Websites using Taboola Direct

Website is a direct publisher for Taboola ad content.

ads txt

➤ Telaria Direct

Telaria Direct Usage Statistics · Download List of All Websites using Telaria Direct

Telaria Direct Ads.

ads txt

≣ Tremor Video Direct

Tremor Video Direct Usage Statistics · Download List of All Websites using Tremor Video Direct

Website is a direct publisher for Tremor Video ad content.

ads txt

◪ Triple Lift Direct

Triple Lift Direct Usage Statistics · Download List of All Websites using Triple Lift Direct

Website is a direct publisher for Triple Lift ad content.

ads txt

◩ Undertone Direct

Undertone Direct Usage Statistics · Download List of All Websites using Undertone Direct

## Triple Lift Direct

Triple Lift Direct Usage Statistics · Download List of All Websites using Triple Lift Direct
Website is a direct publisher for Triple Lift ad content.
ads txt

## Undertone Direct

Undertone Direct Usage Statistics · Download List of All Websites using Undertone Direct
Website is a direct publisher for Undertone ad content
ads txt

## Yieldmo Direct

Yieldmo Direct Usage Statistics · Download List of All Websites using Yieldmo Direct
Website is a direct publisher for Yieldmo ad content.
ads txt

## Adform Reseller

Adform Reseller Usage Statistics · Download List of All Websites using Adform Reseller
The website owner has authorized another entity to control Adform ads on this site.
ads txt

## AOL Reseller

AOL Reseller Usage Statistics · Download List of All Websites using AOL Reseller
The website owner has authorized another entity to control AOL ads on this site.
ads txt

## Amazon Reseller

Amazon Reseller Usage Statistics · Download List of All Websites using Amazon Reseller
The website owner has authorized another entity to control Amazon ads on this site.
ads txt

## AppNexus Reseller

AppNexus Reseller Usage Statistics · Download List of All Websites using AppNexus Reseller
The website owner has authorized another entity to control AppNexus ads on this site.
ads txt

## ContextWeb Reseller

ContextWeb Reseller Usage Statistics · Download List of All Websites using ContextWeb Reseller
The website owner has authorized another entity to control ContextWeb ads on this site.
ads txt

## Comet Cox Media Reseller

Comet Cox Media Reseller Usage Statistics · Download List of All Websites using Comet Cox Media Reseller
The website owner has authorized another entity to control Comet Cox Media ads on this site.
ads txt

## DistrictM Reseller

DistrictM Reseller Usage Statistics · Download List of All Websites using DistrictM Reseller
The website owner has authorized another entity to control DistictM ads on this site.
ads txt

## ORC International Reseller

ORC International Reseller Usage Statistics · Download List of All Websites using ORC International Reseller
The website owner has authorized another entity to control ORC International ads on this site.
ads txt

## FreeWheel Reseller

FreeWheel Reseller Usage Statistics · Download List of All Websites using FreeWheel Reseller
The website owner has authorized another entity to control FreeWheel ads on this site.
ads txt

## Google Reseller

Google Reseller Usage Statistics · Download List of All Websites using Google Reseller

### Freewheel Reseller

Freewheel Reseller Usage Statistics · Download List of All Websites using Freewheel Reseller

The website owner has authorized another entity to control FreeWheel ads on this site.

ads txt

### Google Reseller

Google Reseller Usage Statistics · Download List of All Websites using Google Reseller

The website owner has authorized another entity to control Google ads on this site.

ads txt

### GumGum Reseller

GumGum Reseller Usage Statistics · Download List of All Websites using GumGum Reseller

The website owner has authorized another entity to control GumGum ads on this site.

ads txt

### Improve Digital Reseller

Improve Digital Reseller Usage Statistics · Download List of All Websites using Improve Digital Reseller

The website owner has authorized another entity to control Improve Digital ads on this site.

ads txt

### IndexExchange Reseller

IndexExchange Reseller Usage Statistics · Download List of All Websites using IndexExchange Reseller

The website owner has authorized another entity to control IndexExchange ads on this site.

ads txt

### Lijit Reseller

Lijit Reseller Usage Statistics · Download List of All Websites using Lijit Reseller

The website owner has authorized another entity to control Lijit ads on this site.

ads txt

### LoopMe Reseller

LoopMe Reseller Usage Statistics · Download List of All Websites using LoopMe Reseller

The website owner has authorized another entity to control LoopMe ads on this site.

ads txt

### OpenX Reseller

OpenX Reseller Usage Statistics · Download List of All Websites using OpenX Reseller

The website owner has authorized another entity to control OpenX ads on this site.

ads txt

### PubMatic Reseller

PubMatic Reseller Usage Statistics · Download List of All Websites using PubMatic Reseller

The website owner has authorized another entity to control PubMatic ads on this site.

ads txt

### RhythmOne Reseller

RhythmOne Reseller Usage Statistics · Download List of All Websites using RhythmOne Reseller

The website owner has authorized another entity to control RhythmOne ads on this site.

ads txt

### RubiconProject Reseller

RubiconProject Reseller Usage Statistics · Download List of All Websites using RubiconProject Reseller

The website owner has authorized another entity to control RubiconProject ads on this site.

ads txt

### SmartAdServer Reseller

SmartAdServer Reseller Usage Statistics · Download List of All Websites using SmartAdServer Reseller

The website owner has authorized another entity to control SmartAdServer ads on this site.

ads txt

### Sonobi Reseller

### SmartAdServer Reseller

[SmartAdServer Reseller Usage Statistics](#) · [Download List of All Websites using SmartAdServer Reseller](#)

The website owner has authorized another entity to control SmartAdServer ads on this site.

ads txt

### Sonobi Reseller

[Sonobi Reseller Usage Statistics](#) · [Download List of All Websites using Sonobi Reseller](#)

The website owner has authorized another entity to control Sonobi ads on this site.

ads txt

### Sovrn Reseller

[Sovrn Reseller Usage Statistics](#) · [Download List of All Websites using Sovrn Reseller](#)

The website owner has authorized another entity to control Sovrn ads on this site.

ads txt

### SpotXChange Reseller

[SpotXChange Reseller Usage Statistics](#) · [Download List of All Websites using SpotXChange Reseller](#)

The website owner has authorized another entity to control SpotXChange ads on this site.

ads txt

### Total Media Reseller

[Total Media Reseller Usage Statistics](#) · [Download List of All Websites using Total Media Reseller](#)

Website is a reseller publisher for Total Media ad content

ads txt

### Tremor Video Reseller

[Tremor Video Reseller Usage Statistics](#) · [Download List of All Websites using Tremor Video Reseller](#)

The website owner has authorized another entity to control Tremor Video ads on this site.

ads txt

### Triple Lift Reseller

[Triple Lift Reseller Usage Statistics](#) · [Download List of All Websites using Triple Lift Reseller](#)

The website owner has authorized another entity to control Triple Lift ads on this site.

ads txt

### Ads.txt

[Ads.txt Usage Statistics](#) · [Download List of All Websites using Ads.txt](#)

A public record of Authorized Digital Sellers for a website.

ads txt

### AppNexus Direct

[AppNexus Direct Usage Statistics](#) · [Download List of All Websites using AppNexus Direct](#)

Website is a direct publisher for AppNexus ad content.

ads txt

### GumGum Direct

[GumGum Direct Usage Statistics](#) · [Download List of All Websites using GumGum Direct](#)

Website is a direct publisher for GumGum ad content.

ads txt

### Outbrain Direct

[Outbrain Direct Usage Statistics](#) · [Download List of All Websites using Outbrain Direct](#)

Website is a direct publisher for Outbrain ad content.

ads txt

### Revcontent Direct

[Revcontent Direct Usage Statistics](#) · [Download List of All Websites using Revcontent Direct](#)

Website is a direct publisher for Revcontent ad content

ads txt

### RubiconProject Direct

[RubiconProject Direct Usage Statistics](#) · [Download List of All Websites using](#)

RevContent Direct

RevContent Direct Usage Statistics · Download List of All Websites using RevContent
Direct

Website is a direct publisher for Revcontent ad content

ads txt

RubiconProject Direct

RubiconProject Direct Usage Statistics · Download List of All Websites using
RubiconProject Direct

Website is a direct publisher for RubiconProject ad content.

ads txt

Seedtag Direct

Seedtag Direct Usage Statistics · Download List of All Websites using Seedtag Direct

Website is a direct publisher for Seedtag ad content

ads txt

ShareThrough Direct

ShareThrough Direct Usage Statistics · Download List of All Websites using
ShareThrough Direct

Website is a direct publisher for ShareThrough ad content.

ads txt

SmartAdServer Direct

SmartAdServer Direct Usage Statistics · Download List of All Websites using
SmartAdServer Direct

Website is a direct publisher for SmartAdServer ad content.

ads txt

Synacor Direct

Synacor Direct Usage Statistics · Download List of All Websites using Synacor Direct

Website is a direct publisher for Synacor ad content.

ads txt

Teads Direct

Teads Direct Usage Statistics · Download List of All Websites using Teads Direct

Website is a direct publisher for Teads ad content.

ads txt

Yahoo Direct

Yahoo Direct Usage Statistics · Download List of All Websites using Yahoo Direct

Website is a direct publisher for Yahoo ad content.

ads txt

33 Across Reseller

33 Across Reseller Usage Statistics · Download List of All Websites using 33 Across
Reseller

The website owner has authorized another entity to control 33 Across ads on this site.

ads txt

AdMan Reseller

AdMan Reseller Usage Statistics · Download List of All Websites using AdMan Reseller

Website is a reseller publisher for AdMan ad content

ads txt

AerServ Reseller

AerServ Reseller Usage Statistics · Download List of All Websites using AerServ Reseller

Website is a reseller publisher for AerServ ad content

ads txt

Aniview Reseller

Aniview Reseller Usage Statistics · Download List of All Websites using Aniview Reseller

Website is a reseller publisher for Aniview ad content

ads txt

Beachfront Reseller

Beachfront Reseller Usage Statistics · Download List of All Websites using Beachfront
Reseller

The website owner has authorized another entity to control Beachfront ads on this site.

ads txt

Document title: fanduel.com Technology Profile
Capture URL: https://builtwith.com/fanduel.com
Capture timestamp (UTC): Sat, 08 Feb 2025 01:07:53 GMT

Anriview Reseller Usage Statistics · Download List of All Websites using Anriview Reseller

Website is a reseller publisher for Anriview ad content
ads txt

### Beachfront Reseller

Beachfront Reseller Usage Statistics · Download List of All Websites using Beachfront Reseller

The website owner has authorized another entity to control Beachfront ads on this site.
ads txt

### LKQD Reseller

LKQD Reseller Usage Statistics · Download List of All Websites using LKQD Reseller

The website owner has authorized another entity to control LKQD ads on this site.
ads txt

### Mobfox Reseller

Mobfox Reseller Usage Statistics · Download List of All Websites using Mobfox Reseller

Website is a reseller publisher for Mobfox ad content
ads txt

### my6sense Reseller

my6sense Reseller Usage Statistics · Download List of All Websites using my6sense Reseller

Website is a reseller publisher for my6sense ad content
ads txt

### OneTag Reseller

OneTag Reseller Usage Statistics · Download List of All Websites using OneTag Reseller

Website is a reseller publisher for OneTag ad content
ads txt

### Outbrain Reseller

Outbrain Reseller Usage Statistics · Download List of All Websites using Outbrain Reseller

The website owner has authorized another entity to control Outbrain ads on this site.
ads txt

### Rich Audience Reseller

Rich Audience Reseller Usage Statistics · Download List of All Websites using Rich Audience Reseller

Website is a reseller publisher for Rich Audience ad content
ads txt

### Smaato Reseller

Smaato Reseller Usage Statistics · Download List of All Websites using Smaato Reseller

The website owner has authorized another entity to control Smaato ads on this site.
ads txt

### SpringServe Reseller

SpringServe Reseller Usage Statistics · Download List of All Websites using SpringServe Reseller

The website owner has authorized another entity to control SpringServe ads on this site.
ads txt

### Taboola Reseller

Taboola Reseller Usage Statistics · Download List of All Websites using Taboola Reseller

The website owner has authorized another entity to control Taboola ads on this site.
ads txt

### Teads Reseller

Teads Reseller Usage Statistics · Download List of All Websites using Teads Reseller

The website owner has authorized another entity to control Teads ads on this site.
ads txt

### Telaria Reseller

Telaria Reseller Usage Statistics · Download List of All Websites using Telaria Reseller

Telaria Reseller Ads.
ads txt

### The MediaGrid Reseller

## Telaria Reseller

Telaria Reseller Usage Statistics · Download List of All Websites using Telaria Reseller

Telaria Reseller Ads.

ads txt

## The MediaGrid Reseller

The MediaGrid Reseller Usage Statistics · Download List of All Websites using The MediaGrid Reseller

Supply curation and management tools for programmatic media buyers and sellers.

ads txt

## Vidazoo Reseller

Vidazoo Reseller Usage Statistics · Download List of All Websites using Vidazoo Reseller

Website is a reseller publisher for Vidazoo ad content

ads txt

## Reddit Ads

Reddit Ads Usage Statistics · Download List of All Websites using Reddit Ads

Ads from social network Reddit.

## Facebook Direct

Facebook Direct Usage Statistics · Download List of All Websites using Facebook Direct

Website is a direct publisher for Facebook ad content.

ads txt

## App-Ads.txt

App-Ads.txt Usage Statistics · Download List of All Websites using App-Ads.txt

The app-ads.txt meets the requirements for ads distributed through mobile app stores, connected television app stores, or other application distribution channels.

## Betgenius Connextra

Betgenius Connextra Usage Statistics · Download List of All Websites using Betgenius Connextra

Bet based ad network.

## Connextra

Connextra Usage Statistics · Download List of All Websites using Connextra

Advertising solutions provider.

## Synacor Reseller

Synacor Reseller Usage Statistics · Download List of All Websites using Synacor Reseller

The website owner has authorized another entity to control Synacor ads on this site.

ads txt

## Amazon APS Reseller

Amazon APS Reseller Usage Statistics · Download List of All Websites using Amazon APS Reseller

Amazon Publisher Services reseller ads.txt content.

---

Verified Link                                          View Global Trends

## Careers

Careers Usage Statistics · Download List of All Websites using Careers

The website contains a link to a careers / job opportunities / work with us style page.

## Facebook

Facebook Usage Statistics · Download List of All Websites using Facebook

The website mentions facebook.com in some form.

## Twitter

Twitter Usage Statistics · Download List of All Websites using Twitter

The website mentions twitter.com in some form.

## Instagram

Facebook Usage Statistics · Download List of All Websites using Facebook

The website mentions facebook.com in some form.

### 🐦 Twitter

Twitter Usage Statistics · Download List of All Websites using Twitter

The website mentions twitter.com in some form.

### 📷 Instagram

Instagram Usage Statistics · Download List of All Websites using Instagram

The website mentions Instagram in some form.

### 🎵 TikTok

TikTok Usage Statistics · Download List of All Websites using TikTok

The website mentions tiktok.com (but not Douyin) in some form.

### 🖉 Do Not Sell

Do Not Sell Usage Statistics · Download List of All Websites using Do Not Sell

The "Do Not Sell My Personal Information" page is the mechanism for which consumers can exercise their right to opt out of the sale of their personal data.

Policy

### 🍎 Apple App Link

Apple App Link Usage Statistics · Download List of All Websites using Apple App Link

Links to an Apple App.

### W3 Accessibility Statement

Accessibility Statement Usage Statistics · Download List of All Websites using Accessibility Statement

A statement that outlines how a website has been designed to be accessible to people with disabilities.

Policy

### ⚡ Zendesk Link

Zendesk Link Usage Statistics · Download List of All Websites using Zendesk Link

Customer Service Platform

### ▶️ YouTube Link

YouTube Link Usage Statistics · Download List of All Websites using YouTube Link

This website mentions YouTube.com on it in some form or another.

### 🎰 Gambling Content

Gambling Content Usage Statistics · Download List of All Websites using Gambling Content

When we index the internet we come across a lot of random websites. A lot of them are landing pages for some form of gambling content. This technology tracks keywords like Casino and Baccarat on the homepage of websites and well as domain blocking hosts.

Adult

### 🏴 Blocked in Indonesia

Blocked in Indonesia Usage Statistics · Download List of All Websites using Blocked in Indonesia

The domain is blocked across Indonesia by TrustPosif. It may contain adult content or content considered insulting to Indonesia.

Adult

---

## Email Hosting Providers

View Global Trends

### 🌑 Mandrill

Mandrill Usage Statistics · Download List of All Websites using Mandrill

Mandrill is an email infrastructure service. Detailed analytics offer insight to measure email performance.

Transactional Email

### ✉️ Valimail

Valimail Usage Statistics · Download List of All Websites using Valimail

Cybersecurity solution for blocking phishing emails.

Secure Email

### ✉️ SPF

SPF Usage Statistics · Download List of All Websites using SPF

Valimail Usage Statistics · Download List of All Websites using Valimail

Cybersecurity solution for blocking phishing emails.

Secure Email

### SPF

SPF Usage Statistics · Download List of All Websites using SPF

The Sender Policy Framework is an open standard specifying a technical method to prevent sender address forgery.

### Microsoft Azure DNS

Microsoft Azure DNS Usage Statistics · Download List of All Websites using Microsoft Azure DNS

This domain is verified with Microsoft Azure.

### Microsoft Exchange Online

Microsoft Exchange Online Usage Statistics · Download List of All Websites using Microsoft Exchange Online

A rich hosted Exchange environment for every user without having to manage a server.

Business Email Hosting

### DMARC

DMARC Usage Statistics · Download List of All Websites using DMARC

A technical specification created by a group of organizations that want to help reduce the potential for email-based abuse

DMARC

#### DMARC Quarantine

DMARC Quarantine Usage Statistics · Download List of All Websites using DMARC Quarantine

The domain has a DMARC policy of 'Quarantine'. This tells the receiving mail server that all emails that do not have your domain name in the "From" field (or any other set criteria) should be quarantined by default.

### Apple iCloud Mail

Apple iCloud Mail Usage Statistics · Download List of All Websites using Apple iCloud Mail

Webmail service provided by Apple.

---

**Name Server**    View Global Trends

### 15 to 19 ccTLD Redirects

15 to 19 ccTLD Redirects Usage Statistics · Download List of All Websites using 15 to 19 ccTLD Redirects

The domain has had between 15 and 19 redirects from other ccTLDs within the same root domain name.

TLD Redirects

### Amazon Route 53

Amazon Route 53 Usage Statistics · Download List of All Websites using Amazon Route 53

Amazon's scalable DNS web service system.

Enterprise DNS

---

**SSL Certificates**    View Global Trends

### GoDaddy SSL

GoDaddy SSL Usage Statistics · Download List of All Websites using GoDaddy SSL

Certificate provided by GoDaddy.

Root Authority

### SSL by Default

SSL by Default Usage Statistics · Download List of All Websites using SSL by Default

The website redirects traffic to an HTTPS/SSL version by default.

### Amazon SSL

Amazon SSL Usage Statistics · Download List of All Websites using Amazon SSL

Amazon supplied SSL certificate

Document title: fanduel.com Technology Profile
Capture URL: https://builtwith.com/fanduel.com
Capture timestamp (UTC): Sat, 08 Feb 2025 01:07:53 GMT

### SSL by Default

SSL by Default Usage Statistics · Download List of All Websites using SSL by Default

The website redirects traffic to an HTTPS/SSL version by default.

### Amazon SSL

Amazon SSL Usage Statistics · Download List of All Websites using Amazon SSL

Amazon supplied SSL certificate

### HSTS

HSTS Usage Statistics · Download List of All Websites using HSTS

Forces browsers to only communicate with the site using HTTPS.

---

Web Hosting Providers                              View Global Trends

### Amazon

Amazon Usage Statistics · Download List of All Websites using Amazon

This site is hosted on Amazon AWS EC2 Infrastructure.

Cloud Hosting · Cloud PaaS

#### Amazon Virginia Region

Amazon Virginia Region Usage Statistics · Download List of All Websites using Amazon Virginia Region

Amazon Hosted EC2 Instances in Virginia

### Cloudflare Hosting

Cloudflare Hosting Usage Statistics · Download List of All Websites using Cloudflare Hosting

Supercharged web hosting service.

US hosting · Cloud Hosting · Cloud PaaS

### 403 Error

403 Error Usage Statistics · Download List of All Websites using 403 Error

The website returned a 403 Forbidden error message and wasn't identified as parked at the time. This does not mean we are not able to index technologies.

### Edge Network

Edge Network Usage Statistics · Download List of All Websites using Edge Network

The website has two or more IP addresses associated with it.

---

Web Servers                                        View Global Trends

### nginx

nginx Usage Statistics · Download List of All Websites using nginx

nginx [engine x] is a HTTP server and mail proxy server written by Igor Sysoev.

### Apache

Apache Usage Statistics · Download List of All Websites using Apache

Apache has been the most popular web server on the Internet since April 1996.

---

Verified CDN                                       View Global Trends

### Amazon CloudFront

Amazon CloudFront Usage Statistics · Download List of All Websites using Amazon CloudFront

Amazon CloudFront delivers your static and streaming content using a global network of edge locations.

Edge Delivery Network

#### AWS Cloudfront Paris Edge

AWS Cloudfront Paris Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Paris Edge

Content from this site is served from AWS CloudFront Paris, France. Edge locations may change frequently as we request resources globally.

#### AWS Cloudfront Los Angeles CA Edge

AWS Cloudfront Los Angeles CA Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Los Angeles CA Edge

Content from this site is served from AWS CloudFront Los Angeles CA, United States. Edge locations may

### AWS Cloudfront Paris Edge

AWS Cloudfront Paris Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Paris Edge

Content from this site is served from AWS Cloudfront Paris, France. Edge locations may change frequently as we request resources globally.

### AWS Cloudfront Los Angeles CA Edge

AWS Cloudfront Los Angeles CA Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Los Angeles CA Edge

Content from this site is served from AWS Cloudfront Los Angeles, CA, United States. Edge locations may change frequently as we request resources globally.

### AWS Cloudfront Stockholm Edge

AWS Cloudfront Stockholm Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Stockholm Edge

Content from this site is served from AWS Cloudfront Stockholm, Sweden. Edge locations may change frequently as we request resources globally.

### AWS Cloudfront Chicago IL Edge

AWS Cloudfront Chicago IL Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Chicago IL Edge

Content from this site is served from AWS Cloudfront Chicago, IL, United States. Edge locations may change frequently as we request resources globally.

### AWS Cloudfront San Francisco CA Edge

AWS Cloudfront San Francisco CA Edge Usage Statistics · Download List of All Websites using AWS Cloudfront San Francisco CA Edge

Content from this site is served from AWS CloudFront San Francisco, CA, United States. Edge locations may change frequently as we request resources globally.

### AWS Cloudfront Marseille Edge

AWS Cloudfront Marseille Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Marseille Edge

Content from this site is served from AWS CloudFront Marseille, France. Edge locations may change frequently as we request resources globally.

### AWS Cloudfront Seattle WA Edge

AWS Cloudfront Seattle WA Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Seattle WA Edge

Content from this site is served from AWS CloudFront Seattle, WA, United States. Edge locations may change frequently as we request resources globally.

### AWS Cloudfront Ashburn VA Edge

AWS Cloudfront Ashburn VA Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Ashburn VA Edge

Content from this site is served from AWS CloudFront Ashburn, VA, United States. Edge locations may change frequently as we request resources globally.

### AWS Cloudfront Helsinki Edge

AWS Cloudfront Helsinki Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Helsinki Edge

Content from this site is served from AWS CloudFront Helsinki, Finland. Edge locations may change frequently as we request resources globally.

### AWS Cloudfront Montréal QC Edge

AWS Cloudfront Montréal QC Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Montréal QC Edge

Content from this site is served from AWS CloudFront Montréal, QC, Canada. Edge locations may change frequently as we request resources globally.

### AWS Cloudfront London Edge

AWS Cloudfront London Edge Usage Statistics · Download List of All Websites using AWS Cloudfront London Edge

Content from this site is served from AWS CloudFront London, United Kingdom. Edge locations may change frequently as we request resources globally.

### AWS Cloudfront Milan Edge

AWS Cloudfront Milan Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Milan Edge

Content from this site is served from AWS CloudFront Milan, Italy. Edge locations may change frequently as we request resources globally.

### AWS Cloudfront Frankfurt Edge

AWS Cloudfront Frankfurt Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Frankfurt Edge

Content from this site is served from AWS CloudFront Frankfurt, Germany. Edge locations may change frequently as we request resources globally.

### AWS Cloudfront Dallas Fort Worth Edge

AWS Cloudfront Dallas Fort Worth Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Dallas Fort Worth Edge

Content from this site is served from AWS CloudFront Dallas Fort Worth, United States. Edge locations may change frequently as we request resources globally.

### AWS Cloudfront Vancouver BC Edge

AWS Cloudfront Vancouver BC Edge Usage Statistics · Download List of All Websites using AWS Cloudfront

frequently as we request resources globally.

AWS Cloudfront Dallas Fort Worth Edge

AWS Cloudfront Dallas Fort Worth Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Dallas Fort Worth Edge

Content from this site is served from AWS CloudFront Dallas Fort Worth, United States. Edge locations may change frequently as we request resources globally.

AWS Cloudfront Vancouver BC Edge

AWS Cloudfront Vancouver BC Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Vancouver BC Edge

Content from this site is served from AWS CloudFront Vancouver, BC, Canada. Edge locations may change frequently as we request resources globally.

AWS Cloudfront Phoenix AZ Edge

AWS Cloudfront Phoenix AZ Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Phoenix AZ Edge

Content from this site is served from AWS CloudFront Phoenix, AZ, United States. Edge locations may change frequently as we request resources globally.

AWS Cloudfront Hillsboro OR Edge

AWS Cloudfront Hillsboro OR Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Hillsboro OR Edge

Content from this site is served from AWS CloudFront Hillsboro, OR, United States. Edge locations may change frequently as we request resources globally.

AWS Cloudfront Denver CO Edge

AWS Cloudfront Denver CO Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Denver CO Edge

Content from this site is served from AWS CloudFront Denver, CO, United States. Edge locations may change frequently as we request resources globally.

AWS Cloudfront Atlanta GA Edge

AWS Cloudfront Atlanta GA Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Atlanta GA Edge

Content from this site is served from AWS CloudFront Atlanta, GA, United States. Edge locations may change frequently as we request resources globally.

AWS Cloudfront Prague Edge

AWS Cloudfront Prague Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Prague Edge

Content from this site is served from AWS CloudFront Prague, Czech Republic. Edge locations may change frequently as we request resources globally.

AWS Cloudfront Querétaro Edge

AWS Cloudfront Querétaro Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Querétaro Edge

Content from this site is served from AWS CloudFront Querétaro, Mexico. Edge locations may change frequently as we request resources globally.

AWS Cloudfront New York NY Edge

AWS Cloudfront New York NY Edge Usage Statistics · Download List of All Websites using AWS Cloudfront New York NY Edge

Content from this site is served from AWS CloudFront New York, NY, United States. Edge locations may change frequently as we request resources globally.

AWS Cloudfront Brussels Edge

AWS Cloudfront Brussels Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Brussels Edge

Content from this site is served from AWS CloudFront Brussels, Belgium. Edge locations may change frequently as we request resources globally.

AWS Cloudfront Madrid Edge

AWS Cloudfront Madrid Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Madrid Edge

Content from this site is served from AWS CloudFront Madrid, Spain. Edge locations may change frequently as we request resources globally.

AWS Cloudfront Tel Aviv Edge

AWS Cloudfront Tel Aviv Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Tel Aviv Edge

Content from this site is served from AWS CloudFront Tel Aviv, Israel. Edge locations may change frequently as we request resources globally.

AWS Cloudfront Bucharest Edge

AWS Cloudfront Bucharest Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Bucharest Edge

Content from this site is served from AWS CloudFront Bucharest, Romania. Edge locations may change frequently as we request resources globally.

AWS Cloudfront Zurich Edge

AWS Cloudfront Zurich Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Zurich Edge

Content from this site is served from AWS CloudFront Zurich, Switzerland. Edge locations may change frequently as we request resources globally.

◼ AWS Cloudfront New York NY Edge

AWS Cloudfront New York NY Edge Usage Statistics · Download List of All Websites using AWS Cloudfront New York NY Edge

Content from this site is served from AWS CloudFront New York, NY, United States. Edge locations may change frequently as we request resources globally.

◼ AWS Cloudfront Brussels Edge

AWS Cloudfront Brussels Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Brussels Edge

Content from this site is served from AWS CloudFront Brussels, Belgium. Edge locations may change frequently as we request resources globally.

◼ AWS Cloudfront Madrid Edge

AWS Cloudfront Madrid Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Madrid Edge

Content from this site is served from AWS CloudFront Madrid, Spain. Edge locations may change frequently as we request resources globally.

◼ AWS Cloudfront Tel Aviv Edge

AWS Cloudfront Tel Aviv Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Tel Aviv Edge

Content from this site is served from AWS CloudFront Tel Aviv, Israel. Edge locations may change frequently as we request resources globally.

◼ AWS Cloudfront Bucharest Edge

AWS Cloudfront Bucharest Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Bucharest Edge

Content from this site is served from AWS CloudFront Bucharest, Romania. Edge locations may change frequently as we request resources globally.

◼ AWS Cloudfront Zurich Edge

AWS Cloudfront Zurich Edge Usage Statistics · Download List of All Websites using AWS Cloudfront Zurich Edge

Content from this site is served from AWS CloudFront Zurich, Switzerland. Edge locations may change frequently as we request resources globally.

---

Content Delivery Network                                    View Global Trends

ⱳ Content Delivery Network

Content Delivery Network Usage Statistics · Download List of All Websites using Content Delivery Network

This page contains links that give the impression that some of the site contents are stored on a content delivery network.

---

Web Master Registration                                     View Global Trends

G Google Webmaster

Google Webmaster Usage Statistics · Download List of All Websites using Google Webmaster

Webmaster tools provide you with a free and easy way to make your site more Google-friendly.

---

BuiltWith® Pty Ltd
Level 35
One International Towers
100 Barangaroo Avenue
Sydney NSW 2000
Australia

US: 650 618 3949
AU: 1300 558 745
support@builtwith.com

**Products**
Technology Lookup
Technology Trends
Product Finder
eCommerce Lists
Product Lists
Keyword Lists
Top Sites
LeadsDiscovery
LeadsEye™
Plans & Pricing
Sign Up · Login

**Features**
Lead Generation
Market Analysis
Sales Intelligence
Future Customers
Cyber Risk Auditing
Alternative Data
Report Filtering
Global Data
Coverage
All Features · Use
Cases
Screencast Demo

**Resources**
Knowledge Base
Exportable Fields
Screencast
Customers
FAQ
Blog
About Us
Contact Us
Affiliates

API Access
Datasets
Browser Extensions
CRM Integrations

Removals
Terms of Use · Privacy Policy
Modern Slavery

𝕏 in ⓕ ♪ ⊖ ♁ ◉

Document title: fanduel.com Technology Profile
Capture URL: https://builtwith.com/fanduel.com
Capture timestamp (UTC): Sat, 08 Feb 2025 01:07:53 GMT

Exhibit 40



SPORTSBOOK    FANTASY    RACEBOOK    CASINO

Log in    Join



# THIS IS HOW YOU FANDUEL.

## 1. CHOOSE A CONTEST
Choose from a huge variety of different contest types across all sports!

## 2. PICK YOUR PLAYERS
Build your team, but don't overspend! Make sure you stay at or under the salary cap.

## 3. WATCH
Watch your lineup(s) move up the leaderboard in real time as the game progresses.

## 4. WIN!
Finish anywhere in the green zone to win!

# WAYS TO PLAY

    Log in    Join

# WAYS TO PLAY

## BEGINNERS ONLY

No experienced FanDuel players allowed.

**PLAY NOW**

## SOLOSTAT

Build a lineup around one stat, pick players from two teams, and climb the leaderboard!

**PLAY NOW**

## FRIENDS MODE

Play in a private salary cap league with your friends each week or all season long.

**PLAY NOW**

RECOMMENDED FOR NEW USERS

## HOT TIP:

Here's how to spot an experienced player:

 Experienced       Highly experienced

# WANT TO LEARN MORE?

**NUMBERFIRE STRATEGY CENTER**

**TRAINING GUIDES**

**FREQUENTLY ASKED QUESTIONS**

**CUSTOMER SUPPORT**

| ABOUT | SPORTSBOOK ODDS | FANDUEL SPORTS BETTING STATES | FANDUEL NEWS | FANDUEL GROUP PRODUCTS |
|---|---|---|---|---|
| Support | NBA Odds | FanDuel Sportsbook AZ | UFC | FanDuel Sportsbook |
| About FanDuel | NFL Odds | FanDuel Sportsbook CA | Soccer | The Duel |
| What's New on Sportsbook | MLB Odds | FanDuel Sportsbook CO | NFL | TVG |
| How It Works | Golf Odds | FanDuel Sportsbook CT | Casino | FanDuel Casino |
| Rules & Scoring | UFC Odds | FanDuel Sportsbook DC | NBA | FanDuel Racing |
| Responsible Play | College Football Odds | FanDuel Sportsbook IA | College Basketball | numberFire - Fantasy Sports Projections |
| Modern Slavery Statement | College Basketball Odds | FanDuel Sportsbook IL | NHL | FanDuel Faceoff |
| Legal Sports Betting Map | Soccer Odds | FanDuel Sportsbook IN | | |
| Affiliates | NASCAR Odds | FanDuel Sportsbook LA | | |
| Sitemap | NHL Odds | FanDuel Sportsbook MA | | |
| | Super Bowl 59 Odds | FanDuel Sportsbook MI | | |
| | 2024 World Series Odds | FanDuel Sportsbook NC | | |
| | 2025 CFB Playoff National Championship Odds | FanDuel Sportsbook NJ | | |
| | | FanDuel Sportsbook NY | | |
| | | FanDuel Sportsbook OH | | |
| | | FanDuel Sportsbook PA | | |
| | | FanDuel Sportsbook TN | | |
| | | FanDuel Sportsbook VA | | |
| | | FanDuel Sportsbook VT | | |
| | | FanDuel Sportsbook WV | | |

SPORTSBOOK  FANTASY  RACEBOOK  CASINO

**FANDUEL** FANTASY

Log in    Join

# WANT TO LEARN MORE?

NUMBERFIRE STRATEGY CENTER

TRAINING GUIDES

FREQUENTLY ASKED QUESTIONS

CUSTOMER SUPPORT

**ABOUT**
- Support
- About FanDuel
- What's New on Sportsbook
- How It Works
- Rules & Scoring
- Responsible Play
- Modern Slavery Statement
- Legal Sports Betting Map
- Affiliates
- Sitemap

**SPORTSBOOK ODDS**
- NBA Odds
- NFL Odds
- MLB Odds
- Golf Odds
- UFC Odds
- College Football Odds
- College Basketball Odds
- Soccer Odds
- NASCAR Odds
- NHL Odds
- Super Bowl 59 Odds
- 2024 World Series Odds
- 2025 CFB Playoff National Championship Odds

**FANDUEL SPORTS BETTING STATES**
- FanDuel Sportsbook AZ
- FanDuel Sportsbook CA
- FanDuel Sportsbook CO
- FanDuel Sportsbook CT
- FanDuel Sportsbook DC
- FanDuel Sportsbook IA
- FanDuel Sportsbook IL
- FanDuel Sportsbook IN
- FanDuel Sportsbook LA
- FanDuel Sportsbook MA
- FanDuel Sportsbook MI
- FanDuel Sportsbook NC
- FanDuel Sportsbook NJ
- FanDuel Sportsbook NY
- FanDuel Sportsbook OH
- FanDuel Sportsbook PA
- FanDuel Sportsbook TN
- FanDuel Sportsbook VA
- FanDuel Sportsbook VT
- FanDuel Sportsbook WV

**FANDUEL NEWS**
- UFC
- Soccer
- NFL
- Casino
- NBA
- College Basketball
- NHL

**FANDUEL GROUP PRODUCTS**
- FanDuel Sportsbook
- The Duel
- TVG
- FanDuel Casino
- FanDuel Racing
- numberFire - Fantasy Sports Projections
- FanDuel Faceoff

**FANTASY SPORTS**
- NFL
- NHL
- MLB
- Soccer
- CFB
- Golf
- Tennis
- NASCAR
- WNBA
- CBB

**FANDUEL APPS**
- Fantasy (iOS)
- Sportsbook & Fantasy (Android)
- Sportsbook (iOS)
- Sportsbook (Android)

**NFL SPORTSBOOK PROMOS**
- 2024 Best FanDuel Sportsbook Promos
- NFL Betting
- NFL Picks
- 2024 NFL Team Power Rankings
- NFL Team Schedules & Odds
- OddsFire - Compare Betting Odds

**FANDUEL CASINO**
- Online Slots
- New Casino Games
- Blackjack Online
- Live Dealer Casino
- Online Roulette
- Online Table Games
- FanDuel Casino Promo Codes

**FOLLOW FANDUEL**
- Facebook
- Twitter
- Instagram
- YouTube
- Snapchat

- Careers
- Governance
- Trust & Safety
- Bill of Rights
- Privacy Policy
- California Privacy Rights
- Terms of Use
- Your Privacy Choices
- Modern Slavery Statement
- Press & Media

© Betfair Interactive US LLC, 2025
Gambling Problem? Call 1-800-GAMBLER or visit RG-help.com. Call 1-888-789-7777 or visit ccpg.org/chat (CT). Hope is here. GamblingHelpLineMA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPE-NY or text HOPENY (467369) (NY). 21+ (18+ D.C.) and present in select states (for KS, in affiliation with Kansas Star Casino). Persons under 21 are not permitted to engage in sports wagering. For customer support please contact us.

           

Back to top ↑