Exhibit 48

Log in     Join

# FanDuel Sportsbook House Rules - New Jersey

## Specific Terms and Conditions/House Rules for FanDuel Sportsbook

Effective Date: January 16, 2025

## Part A - Introduction

1. ### Use and Interpretation

   The FanDuel Sportsbook Rules and Regulations ("Sportsbook House Rules") are part of the FanDuel Sportsbook and FanDuel Casino Terms & Conditions.

   The Sportsbook House Rules apply in relation to the markets offered and bets placed on the FanDuel Sportsbook Website and the FanDuel Sportsbook Betting Apps as well as at the FanDuel Sportsbook retail location at New Meadowlands Racetrack.

   The Sportsbook House Rules consist of the following:

   1. This **Introduction** section (Part A);

   2. The **General Rules** (set out in Part B below); and

   3. The **Specific Sports Rules** (set out in Part C below - these apply to certain sports).

   4. The General Rules apply to all bets on the aforementioned products unless stated otherwise in the Specific Sports Rules. If there is any inconsistency between the Specific Sports Rules and the General Rules, the Specific Sports Rules shall prevail. The General Rules will apply in respect of any category of bets or markets not referred to in the Specific Sports Rules (for example, special bets or beach volleyball).

   FanDuel Sportsbook reserves the right to amend the Sportsbook House Rules at any time subject to the regulatory approval of the NJDGE. Any such revision will be binding and effective immediately on the posting out to customers of such rule changes and any bets accepted after the rule changes have been posted shall be governed by the new Sportsbook House Rules.

2. ### Customer Responsibility

   FanDuel Sportsbook customers should make themselves aware of all of the Sportsbook House Rules affecting any market on which they wish to place a bet.

3. ### Customer Betting Disputes

   Any FanDuel Sportsbook customer who has any concerns or questions regarding the Sportsbook House Rules or regarding the settlement of any FanDuel Sportsbook market should contact FanDuel Sportsbook Customer Service.

   If a customer is not satisfied with how a bet or a market has been settled then the customer should provide details of their grievance to FanDuel Sportsbook Customer Service.

   When a customer has exhausted the internal FanDuel Sportsbook betting dispute process without a satisfactory outcome, and the customer's betting dispute is related to betting that took place in New Jersey, the customer can contact the NJDGE by completing an Internet Dispute Form on the NJDGE's website or contacting the NJDGE at:

   New Jersey Division of Gaming Enforcement
   1300 Atlantic Avenue
   Atlantic City, NJ 08401
   Phone: 609-984-0909
   Email: info@NJDGE.org

## Part B - General Rules

1. ### Prohibited Persons

   The following individuals are prohibited from placing wagers or collecting winnings:

   1. Persons under the age of 21;

   2. Persons on any exclusion list;

   3. Any person making a wager on the account of or for any other person.

   4. In addition, any person who is an athlete, coach, referee, direct or indirect owner of 10% or greater, or director of a sports governing body or any of its members teams, a player or a referee personnel member, in or on any sports event overseen by that person's sports governing body, a person who holds a position of authority or influence sufficient to exert influence over the participants in a sporting contest, including, but not limited to, coaches, managers, handlers, athletic trainers or horse trainers, a person with access to certain types of exclusive information on any sports event overseen by that person's sports governing body, or a person identified by any lists provided by the sports governing body to the NJDGE or the NJRC, may not place a wager on a sports event that is overseen by that person's sports governing body.

   Any employee of a sports governing body, or one of its member teams, who is not a prohibited sports pool participant must register with the NJDGE prior to placing a sports pool wager in New Jersey.

2. ### Retail and Kiosk Betting Tickets

   1. The FanDuel Sportsbook is not responsible for lost, stolen or unreadable tickets.

   2. Customers should verify that all information on wagering tickets is accurate before leaving the betting window or kiosk. Management is not responsible for errors or omissions made on a ticket once the patron has left the betting window or kiosk. Tickets may not be altered or voided prior to the start of an

2. Retail and Kiosk Betting Tickets

1. The FanDuel Sportsbook is not responsible for lost, stolen or unreadable tickets.

2. Customers should verify that all information on wagering tickets is accurate before leaving the betting window or kiosk. Management is not responsible for errors or omissions made on a ticket once the patron has left the betting window or kiosk. Tickets may be altered or voided prior to the start of an event, except at the discretion of management and with the approval of both parties.

3. Winning tickets may be mailed in for redemption. See the reverse side of the wagering ticket for mail-in collection instructions. The FanDuel Sportsbook is not responsible for tickets that are not mailed-in in compliance with the printed instructions on the reverse side of the wagering ticket.

4. Winning tickets expire one (1) year from the time of the event. The time on the tickets is Eastern Time.

3. Wager Type Calculations

Calculations for wager types are as follows:

1. Moneyline payoff: The money line is expressed as a 3-digit number. For example, -120 means a player must bet $120 for every $100 they wish to win, and multiples thereof. Or +150 means a player will win $150 for every $100 bet.

2. Point spread payoff: The point spread is expressed as a 3-digit number. For example, -110 means a player must bet $110 for every $100 they wish to win. Or, +225 means a player will win $225 for every $100 bet.

3. Parlay payoff - Odds will be calculated based on the prices of the individual selections.

4. Teaser payoff - Odds are derived from a fixed payout chart.

4. Notification of Odds or Line Changes

Customers will be notified of odds or line changes in the following manner:

1. Posted odds will be changed automatically on the electronic boards.

2. Posted odds will be changed manually on all handwritten boards.

3. Posted changes will be updated within 10 minutes on the electronic boards or the handwritten boards.

4. Non-posted printed media will be updated on a weekly basis with the date of the last issue.

5. The FanDuel Sportsbook will accept wagers on currently posted terms unless otherwise posted or noted on printed media.

5. Funding of Wagers

Customers may fund wagers at the FanDuel Sportsbook retail locations at New Meadowlands Racetrack and Valley Forge Casino Resort via cash or winning tickets at a betting window or cash at a kiosk.

Customers may fund their FanDuel Sportsbook Account as described in Sections 7 and 8 of Part A - Online Gambling Terms and Conditions.

6. In-Play Betting

1. If a market is not scheduled to be turned in-play but FanDuel Sportsbook fails to suspend the market at the relevant time, then:
   1. if the event has a scheduled 'off' time, all bets matched after that scheduled off time will be void; and
   2. if the event does not have a scheduled 'off' time, FanDuel Sportsbook will use its reasonable efforts to ascertain the time of the actual 'off' and all bets after the time of the 'off' determined by FanDuel Sportsbook will be void.

2. FanDuel Sportsbook aims to use its reasonable efforts to suspend in-play markets at the start of and at the end of the event. However, FanDuel Sportsbook does not guarantee that such markets will be suspended at the relevant time.

3. FanDuel Sportsbook reserves the right at its absolute discretion to part-suspend or fully suspend outcomes/selections in a market that has been turned in-play.

4. FanDuel Sportsbook customers are responsible for managing their in-play bets at all times.

5. For the purposes of in-play betting, customers should be aware that transmissions described as "live" by some broadcasters may actually be delayed or pre-recorded. The extent of any delay may vary depending on the set-up through which they are receiving pictures or data. Please also be aware that, for operational reasons, bet requests made in-play may take slightly longer to process.

6. If FanDuel Sportsbook accepts a bet on a market for which the outcome has already been determined, then that bet shall be deemed void (and no winnings shall be payable in respect of it) regardless of the bet being a win, lose or push.

7. FanDuel cannot guarantee the accuracy or timeliness of live scores, time remaining and the status of games displayed on the Websites and the Betting Apps in connection with live betting, which may come from third parties not controlled by FanDuel. We accept no liability for the incorrect display of this information. If you rely on this data to place bets, you do so entirely at your own risk.

7. Results and Market Settlement

1. General

1. Where the Specific Sports Rules do not specify how and on what basis a market will be settled, markets will be settled on the official result of the relevant governing body regardless of any subsequent disqualification or amendment to the result.

2. If no official result of a relevant governing body is available, the result will be determined by FanDuel Sportsbook (acting reasonably) using information from independent sources. In such cases, if any new information comes into the public domain within 48 hours of settlement, then FanDuel Sportsbook shall (acting reasonably) determine either:
   1. whether the market should be reinstated or resettled in light of this new information; or
   2. whether or not to wait for further information before deciding whether to reinstate or resettle the market. Except where FanDuel Sportsbook has



2. If no official result of a relevant governing body is available, the result will be determined by FanDuel Sportsbook (acting reasonably) using information from independent sources. In such cases, if any new information comes into the public domain within 48 hours of settlement, then FanDuel Sportsbook shall (acting reasonably) determine either:

   1. whether the market should be reinstated or resettled in light of this new information; or

   2. whether or not to wait for further information before deciding whether to reinstate or resettle the market. Except where FanDuel Sportsbook has announced that it is waiting for further information, any information that comes into the public domain more than 48 hours after a market has been settled shall not be considered by FanDuel Sportsbook (regardless of whether or not such information may have led to a different result).

3. In the event of any uncertainty about any result or potential result, FanDuel Sportsbook reserves the right to suspend settlement of any market for an unlimited period until the uncertainty can be resolved to the reasonable satisfaction of FanDuel Sportsbook. FanDuel Sportsbook reserves the right to void any market if the uncertainty regarding settlement cannot be resolved to FanDuel Sportsbook's reasonable satisfaction.

4. In the event of a withdrawal of a selection after the start of an event due to such selection testing positive for a virus or other disease, all wagers on that selection shall be void.

5. All-In Betting - All-In' means that regardless of whether or not a particular competitor or team or member of a team starts or completes the event on which a bet is placed, all bets stand and no refunds will be payable. Clients will be notified if a market is All-In via Blurbs, Market title and/or Selection name.

6. In the event a player, team or selection are deemed the winner of a specified Outright market with one winner (e.g. NCAA Men's Basketball Championship) but were not offered for betting due to state regulations forbidding betting on that player, team or selection then all bets placed on that market will be void. This does not include cashed out bets, which will be settled at the specified cash out offer received by the customer. For markets with multiple winners (e.g. To Make Final Four), if a non-listed player, team or selection wins, then all bets are action.

7. Weekly/Daily specials: All relevant games must be played to a natural completion for wagers to stand. In the event one or more game(s) are postponed and/or have a venue change, all wagers in the relevant market will be refunded.

8. Regarding player markets. Additional to the rules above, all listed players must be active for wagers to stand. If one or more player(s) listed do not play, all wagers will be refunded.

2. Resettlements

   1. Markets are generally settled shortly after the end of the event in question. FanDuel Sportsbook may settle (or part-settle) some markets before the official result is declared purely as a customer service benefit. However, FanDuel Sportsbook reserves the right to amend the settlement of the market if:

      1. the official result is different to the result on which FanDuel Sportsbook initially settled the market; or

      2. if the whole market is eventually voided (e.g. for an abandoned event).

   2. FanDuel Sportsbook reserves the right to reverse the settlement of a market if a market is settled in error (for example, a human or technical error).

   3. If FanDuel Sportsbook resettles a market, this may lead to amendments being made to a customer's balance and/or the deduction of funds from a customer's Account to reflect changes in market settlement.

   4. FanDuel Sportsbook will settle markets on the basis that it obtains the relevant information once the outcome has been determined. If this information is not obtained, or if there is an obvious error in the information, the settlement of the bet offer will be based on other public information/ official sources at the reasonable discretion of FanDuel Sportsbook.

   5. FanDuel Sportsbook may be required by law to seek approval with the relevant regulatory body before making any amendments to a price or bet status.

3. Non-Runners

   1. Unless stated otherwise, sports bets are accepted on a "non-runner, no bet" basis. This means that stakes will be refunded on a player, team or other competitor that is withdrawn prior to the start of an event. If you have placed a bet on a sporting event run on a "non-runner, no bet" basis and a player, team or other competitor (on which you did not place your bet) is withdrawn, suspended or disqualified from that event, we may apply relevant deductions to your winnings (based on the price of the player, team or other competitor that is withdrawn referenced in the table below).

   2. Where specified, certain markets will be offered on an "all-in compete or not" basis. This means that, if a player, team or other competitor is withdrawn from an event (whether he, she or it pulls out of the event, is suspended or disqualified from it or otherwise) before he, she or it has taken part in the event, then any bet placed on that player, team or competitor (as applicable) will be deemed a losing bet.

   3. If an event is specified as "fixed draw" and a team, player or other competitor is withdrawn, suspended or disqualified from that event, we reserve the right to settle any bets on the subsequent prices once the market has been revised without the withdrawn team/player.

   4. If a player, team or other competitor has taken any part in a sporting event once it has officially started and then fails to complete that event for any reason, any bet placed on that player, team or other competitor will be deemed live (i.e. bets on that player, team or other competitor will not be voided).

| Current odds of the withdrawn runner/Deductions in percentage of net gain | |
|---|---|
| 1.30 and lower | 75% |
| 1.31 to 1.40 | 70% |
| 1.41 to 1.53 | 65% |
| 1.54 to 1.62 | 60% |
| 1.63 to 1.80 | 55% |
| 1.81 to 1.95 | 50% |

Document title: FanDuel Sportsbook House Rules NJ | FanDuel
Capture URL: https://www.fanduel.com/fanduel-sportsbook-house-rules-nj
Capture timestamp (UTC): Fri, 07 Feb 2025 08:49:34 GMT


| 1.54 to 1.62 | 60% |
| 1.63 to 1.80 | 55% |
| 1.81 to 1.95 | 50% |
| 1.96 to 2.20 | 45% |
| 2.21 to 2.50 | 40% |
| 2.51 to 2.75 | 35% |
| 2.76 to 3.25 | 30% |
| 3.26 to 4.00 | 25% |
| 4.01 to 5.00 | 20% |
| 5.01 to 6.50 | 15% |
| 6.51 to 10.00 | 10% |
| 10.01 to 15.00 | 5% |
| 15.01 and higher | No deductions made |
| *Place Betting:* | |
| **Current odds of the withdrawn runner/Deductions in percentage of net gain** | |
| 1.06 and lower | 55% |
| 1.07 to 1.14 | 45% |
| 1.15 to 1.25 | 40% |
| 1.26 to 1.52 | 30% |
| 1.53 to 1.85 | 25% |
| 1.86 to 2.40 | 20% |
| 2.41 to 3.15 | 15% |
| 3.16 to 4.00 | 10% |
| 4.01 to 5.00 | 5% |
| 5.01 and higher | No deductions made |

8. Unexpected Events and Other Changes

To the extent there is any inconsistency between the general rules contained in this Part B, Section 8 and the Specific Sports Rules applying to a specific event, the following general rules will prevail:

1. If an event or events occur beyond the reasonable control of the FanDuel Sportsbook such as an epidemic, pandemic, flood, fire, earthquake, element of nature or act of God, act of war, terrorism, riot, rebellion, strike, blockade, labor disruption or other cause, that materially impact any sporting or other event (or a series of events in a season), which is the subject of a contingency or outcome of a market offered by the FanDuel Sportsbook, the FanDuel Sportsbook may, acting in good faith, exercise its discretion to void, cancel, restrict or otherwise alter or adjust the payout (in whole or in part) of the affected wager(s) placed on the relevant market (including, without limitation, retrospectively take any of the actions contemplated once a bet has been placed and before or after it has been resolved). For the avoidance of doubt, "impact" on any sporting or other event includes, without limitation:
   1. Any reduction in the number of games or matches in a season;
   2. Any material change in the length of a game or match or when the matches are played;
   3. A material change to the format or rules of the relevant event(s), series or competitions as determined by the relevant sports body; or
   4. A change in the location of any match, game or event.

9. Futures Settlement

1. Some markets have different rules and these are listed in the Specific Sports Rules. However, where a market has no rules in the Specific Sports Rules in relation to how and on what basis a futures market will be settled the following shall apply.

2. Where a season or tournament is unexpectedly shortened all futures markets/bets will be settled in accordance with the official ruling of the relevant governing body after the postponement, subject to i. and ii. below, so long as the ruling is made within 90 days after the scheduled completion date:
   1. Unless the outcome has unequivocally been determined prior to the interruption of the season - example Team A were prior to the postponement unable to win more than x regular season games, bets on over x games will be settled as a loser and bets on under x wins settled as winners;
   2. Where the competition format has materially changed after the postponement and any outcome that was prior to the postponement possible is no longer made possible due to the format change - example Team B were mathematically able to make playoffs prior to the postponement however a new playoff format announced after the postponement prevented any opportunity to make playoffs, all bets on Team B to make and miss playoffs will be void.
   3. Where a league/ governing body officially suspends a season and rules for recording purposes that all stats are final on the shortened season, futures will be settled in accordance with the official ruling. If deemed completed by the relevant governing body, winners will be settled as so, and remaining selections void unless the outcome has unequivocally been determined prior to the suspension of the season or stated by the relevant governing body:
      1. Example: 2019/20 NHL Regular season points: Detroit Red Wings Over/Under 74.5 points settled as Under 74.5 as the winning selection. Result fully


Log in    Join

be void.

3. Where a league/ governing body officially suspends a season and rules for recording purposes that all stats are final on the shortened season, futures will be settled in accordance with the official ruling. If deemed completed by the relevant governing body, winners will be settled as so, and remaining selections void unless the outcome has unequivocally been determined prior to the suspension of the season or stated by the relevant governing body:

   1. Example: 2019/20 NHL Regular season points: Detroit Red Wings Over/Under 74.5 points settled as Under 74.5 as the winning selection. Result fully determined prior to season suspension ( Detroit Red Wings on 39 points prior to suspension. Only 24 points on offer if season was to resume thus result fully determined as Under 74.5).

   2. Example: 2019/20 NHL Regular season points: Boston Bruins Over/Under 100.5 points. Boston Bruins had recorded 100 points prior to season suspension. Result undetermined if season wasn't to resume and thus voided.

   3. Example: 2019/20 Rocket Richard Trophy. Ovechkin/Pastrnak settled as winners and all other selections settled as losers. Both players leading prior to season suspension and ruled as winners and deemed completed as per governing body.

3. Bets on markets that don't reach completion before the interruption but have already been unconditionally determined will be settled as such. For example, if a team is mathematically eliminated from playoffs prior to the interruption then bets on them to miss the playoffs are winners whereas bets on them to make the playoffs or win the Championship are losers.

4. If the ruling governing body announces within 90 days of the original scheduled completion date, the rescheduling of a tournament or competition all bets on the original competition will remain active. At the customer's request, FanDuel Sportsbook will void bets made on the originally scheduled tournament or competition but only before the start of the rescheduled competition. In the event that no official ruling is made postponing the competition or tournament within 90 days of the original scheduled completion date all bets will be void.

   1. Example: Euro 2020 Soccer Tournament was rescheduled to take place in 2021 all bets prior to the postponement remained active unless a customer contacted to void the bet prior to the start of the tournament in 2021.

   2. Example: There is no announcement from the International Tennis Federation by September 5, 2020 on the rescheduling of the 2020 French Open, all futures bets on the French Open 2020 will be void.

## 10. Abandonments, Cancellations, Postponements, Forfeits

1. Some markets have different rules and these are listed in the Specific Sports Rules. However, where a market has no rules in the Specific Sports Rules in relation to an abandonment, cancellation and/or postponement the following shall apply.

2. In relation to any match, fixture, game, individual event, race or similar: If the event is not completed within 48 hours after the scheduled completion date, then all bets on markets for this event will be void, except for bets on any markets that have been unconditionally determined. All bets on an event that is officially deemed a forfeit will be void.

3. In relation to any tournament, competition or similar: If the event is not completed within 24 hours following the scheduled completion date of the event, then any markets relating to the event will be settled in accordance with the official ruling of the relevant governing body, providing such a decision is given within 90 days after the scheduled completion date. If no official ruling is announced in this 90 day period, then bets on any market relating to this event will be void, except for bets on any markets which have been unconditionally determined. If a market is to be voided but has been part-settled as a courtesy to FanDuel Sportsbook customers, then such part-settled bets will be reversed and all bets on the market will be void.

4. If there is no further sporting action in any market that does not contain the selection 'draw' or 'tie', all bets placed after this conclusion of action will be voided (e.g. If the game ends in a draw and the two selections that are named in the market are "Team A" and "Team B" without a "Draw" or "Tie" selection - the bet on either Team A or B will be Voided).

5. FanDuel Sportsbook will decide (acting reasonably) whether a market relates to a match (or similar) or a tournament (or similar). However, by way of example, the following shall apply:

   1. Major League Soccer Cup = tournament;

   2. NFL AFC West = tournament;

   3. Ryder Cup outright = tournament;

   4. Golf tournament outright = tournament;

   5. Tennis Tournament outright = tournament;

   6. Motor Race (e.g. Indianapolis 500) = match;

   7. NBA Finals = match;

   8. NBA Championship = tournament.

## 11. Change of Venue

1. Some markets have different rules and these are listed in the Specific Sports Rules. However, if change of venue is not dealt with in the Specific Sports Rules then the following shall apply:

   1. For any team sport: if the scheduled venue is changed after a bet is placed, all bets will be void only if the new venue is a home ground of the original away team (or in the case of international matches, only if the venue changes to a venue in a different country).

   2. For all categories or markets other than team sports: if the scheduled venue is changed after a bet is placed, all bets will stand.

   3. If there is a change in the type of scheduled surface (E.g. a field hockey match switching from grass to astro-turf) after a bet is placed, all bets will stand.

## 12. Periods of Time

1. Some markets have different rules and these are listed in the Specific Sports Rules. However, if not dealt with in the Specific Sports Rules then the following shall apply.

2. If the scheduled duration of an event is changed after a bet is placed but before the start of the event, then all bets will be void.

Log in    Join

## 12. Periods of Time

1. Some markets have different rules and these are listed in the Specific Sports Rules. However, if not dealt with in the Specific Sports Rules then the following shall apply.

2. If the scheduled duration of an event is changed after a bet is placed but before the start of the event, then all bets will be void.

3. Some markets refer to the length of time until an occurrence in the event (e.g. time of first goal). If an event happens in stoppage or injury time after any regular time period then it will be deemed to have occurred at the end of the regular time period. For example, if a goal is scored in first half stoppage-time in a soccer match it will be deemed to have occurred on 45 minutes.

4. All bets apply to the relevant full 'regular time' period including stoppage time. Any extra-time and/or penalty shoot-out is not included.

5. References within these Rules and Regulations to a particular number of 'days' shall mean the end of the day local time after the expiration of the specified number of days. For example, if a rugby match is scheduled for the 1st of December, then the rule that allows the match to be completed within 48 hours after the scheduled completion date (see Paragraph 3 above) would mean that the deadline for completion of that match would be 11:59:59 p.m. on the 4th of December.

## 13. "To Qualify" Markets

1. Some sports/markets have different rules and these are listed in the Specific Sports Rules. However, if not dealt with in the Specific Sports Rules then the following shall apply.

2. Any 'to qualify' market (e.g., "to reach the final" markets) will be determined by the competitor or team that progresses, whether or not they take part in the next round or event for which they have qualified. Markets will be settled after the qualifying stage and any subsequent disqualification or amendment to the result will not count.

## 14. Dead Heats

1. Unless stated otherwise in the Specific Sports Rules the Dead Heat Rule applies to bets on a market where there are more winners than expected. In the event of a dead heat, your returns are calculated using the following method:
   1. Returns = (Original Stake * (Number of Expected Winners / Number of Actual Winners)) * Original Odds.

2. If a "dead-heat" between two selections is declared on any event, half the stake is applied to the selection at full odds and the other half is lost. If more than two "dead-heats" are declared, the stake is proportioned accordingly.

3. There are multiple examples of this in a golf tournament, for example, eleven players finishing in the Top 10 of a golf tournament, with three players tied for 9th place, would result in a deduction in payout. In this example the 3 players tied for 9th are occupying two positions (9th and 10th) therefore your initial stake is reduced by 2/3rds. (2 places divided by 3 players) and your returns are calculated using the original odds.

4. If your initial stake was $20 at odds of +200 and your player tied for 9th in the example above your returns are calculated using the following method:
   1. ($20 * (2/3)) * +200 = $40.

5. If one or more legs of a parlay is affected by a "Dead-Heat" then the original parlay stake is reduced accordingly. For example, if one leg of a three-leg parlay is affected by a dead heat with four players tied for one place, the original parlay stake would be divided by four and the returns calculated using the original parlay odds.

## 15. Errors

1. FanDuel Sportsbook makes every effort to ensure that it does not make any errors when accepting bets. However, if as a result of technical or system problems or human error, a bet is accepted that is at odds (which includes handicap provisions or similar) and/or is on terms that are either:
   1. materially different from those available in the general betting market at the time the bet was made; or
   2. clearly incorrect given the chance of the event occurring at the time the bet was made including, in either case, because the bet was placed after the start of an event, because the market was not displaying or reflecting in-play status, or because of any other reason, then the FanDuel Sportsbook reserves the right to either (i) correct any obvious errors by settling winning bets at the 'correct price,' as reasonably determined by FanDuel Sportsbook, or (ii) void any bet placed where such errors have occurred.

2. If FanDuel Sportsbook accepts a bet on a market for which the outcome has already been determined, then that bet shall be deemed void (and no winnings shall be payable in respect of it).

3. If FanDuel Sportsbook accepts a bet on a market where the incorrect teams are listed and/or listed in the incorrect order (i.e. Home Team listed as Away) FanDuel Sportsbook reserves the right to void such wagers, regardless of the outcome of the event.

## 16. Duplicate Events

1. In the event that odds for the same exact game are displayed on the FanDuel Sportsbook more than once (regardless of whether the markets are related and/or displayed odds are different), FanDuel Sportsbook reserves the right to cancel any correlated parlay bets placed on both/multiple events, regardless of whether the markets and/or displayed odds are different.

2. Single Bets placed individually on the above markets will be settled in accordance with official results.

## 17. Maximum Winnings

1. For all events offered, the maximum winning limit per bet (e.g., straight, parlay, SGP, or other) is $1 million US Dollars.

2. The maximum winnings limit will apply to any one customer, or group of customers acting together, wagering on the same combination of selections, regardless of whether or not such bets are struck separately, at a range of different prices, on different days and through a number of different accounts. If FanDuel Sportsbook believes that a number of bets have been placed in this way, the total payment of all those bets combined will be limited to one single maximum winnings.

## 18. Parlays

1. A parlay bet consists of a number of legs. A leg is defined as one or more chosen selections in any individual event market.


If FanDuel Sportsbook believes that a number of bets have been placed in this way, the total payment of all those bets combined will be limited to one single maximum winnings.

18. Parlays

1. A parlay bet consists of a number of legs. A leg is defined as one or more chosen selections in any individual event market.

2. FanDuel Sportsbook reserves the right in its sole discretion not to accept certain parlay bets or to scale back stakes.

3. All parlay bets placed are subject to the Sportsbook Rules that apply to each individual sport that relates to any leg of any parlay bet.

4. If any selection in any leg is a non-runner or otherwise void under the Sportsbook Rules (e.g. an abandoned match) then all bets on that individual leg will be void and the parlay bet shall be adjusted accordingly. For example a treble including one void leg will become a double. If that voided leg means that an individual bet within a parlay becomes a single bet, then this single bet will stand. Same Game Parlays (SGP's) will be settled in the same manner. If a selection within the wager is voided, the wager odds will be re-calculated using the remaining legs.

5. Odds Boosts that include parlay bets are subject to the Odds Boost settlement rules set forth in Section 21 below.

6. Parlay bets combining different selections within the same event are not accepted when there are related contingencies (i.e. where the outcome of one event is likely to affect the odds on the outcome of another event). The rejection of related contingency bets may happen automatically at the bet placement stage. However, if such a bet is taken in error, FanDuel Sportsbook may settle the individual bet combinations which include two or more of the related contingency selections, as single bets.

7. Round Robin wagers cannot include selections from the same event. If selections from the same event are incorrectly wagered upon in a round robin - FanDuel Sportsbook may settle the wager as if only one of the selections from the event was included.

19. Teasers

1. In the event of one teaser leg resulting in a push or void, the following settlement will take place:
   1. Two Team Teaser: the entire teaser is voided and the bet will be refunded.

   2. Any other Teaser: the teaser has action and the teaser payout will be recalculated removing the voided or push legs.

20. Cash Out

1. Cash Out is a feature which is offered on various singles and multiples FanDuel Sportsbook bets. Cash Out allows you to amend your original bet and lock in a profit or a loss by settling your bet (or a portion of your bet) early, without having to wait for the event to finish.

2. If you make a Cash Out request, you will be notified whether or not your request has been successful. Your request to Cash Out is not guaranteed to be accepted and may be unsuccessful if, for example, the market suspends, or the odds move before your request has been processed.

3. If your Cash Out request is successful, a 'success' message will be shown and your bet (or the relevant portion of your bet) will be settled immediately and any winnings returned to your account equal to the amount shown on the Cash Out button. Note that this includes the original stake (or portion of your stake) and the total amount returned to your account will be the amount shown on the Cash Out button. For a full Cash Out, the bet is settled and any subsequent events will have no impact on the amount returned to your account. For a partial Cash Out, part of your bet is settled and any subsequent events will only impact on the portion of your bet which you have not Cashed Out.

4. If your Cash Out request is unsuccessful, a message will be shown which gives the reason why and a new Cash Out offer may be offered to you.

5. Cash Out requests made in-play may take longer to process because of the in-play bet delay.

6. Cash Out is not currently available on all FanDuel Sportsbook markets - a Cash Out icon will be displayed for the markets that support Cash Out. See the Help page for more details on when Cash Out may not be available. FanDuel Sportsbook will not be liable for any losses that may arise from the cash out feature being unavailable for any reason.

7. Using Cash Out may mean you will opt out of and no longer be eligible for a particular promotion. See the terms and conditions of the promotion for further details.

8. FanDuel Sportsbook reserves the right to reverse the settlement of a Cash Out if the bet or a market is settled in error (for example, a human or technical error). If FanDuel Sportsbook resettles a bet, this may lead to amendments being made to a customer's balance to reflect changes in bet settlement. If an incorrect Cash Out offer is presented to a customer and then accepted due to a technical fault, FanDuel Sportsbook reserves the right to resettle the bet using the correct Cash Out offer.

9. FanDuel Sportsbook reserves the right to suspend or disable the Cash Out feature at any time.

21. Odds Boosts

1. Any bets for which we offer Odds Boosts will be settled on the basis of normal time and injury time (i.e. excluding any extra time, penalties or similar) unless otherwise specified in the relevant bet or bet rules

2. Unless otherwise stated, bets for which Odds Boosts are offered will be governed by FanDuel Sportsbook's usual settlement rules.

3. We reserve the right to void any bet with an Odds Boost if: (i) the enhanced price was intended to apply to pre-match bets only and (ii) we erroneously accepted the bet, at its enhanced price, after the relevant event started.

4. For Odds Boost parlays, if any selection in any leg is a non-runner or otherwise void under the Sportsbook House Rules then the entire Odds Boost bet will be void regardless of the outcome of other selections in the parlay.

5. In the event of a clear and obvious wording or pricing error for an enhanced bet, we will (in accordance with our usual settlement rules) aim to settle the bet at the price at which we intended to offer, and/or pursuant to the wording which was clearly intended to relate to, the relevant bet.

6. We reserve the right to withdraw any Odds Boosts and edit the respective odds on the enhanced price.

7. Unless stated in the Odds Boost, the bets refer to the next official event that the listed team/participant(s) are scheduled to participate in.

8. Markets can tend to fluctuate in price quite often which can sometimes lead to the Odds Boost price not representing any enhanced value in comparison to its original markets.


6. We reserve the right to withdraw any Odds Boosts and edit the respective odds on the enhanced price.

7. Unless stated in the Odds Boost, the bets refer to the next official event that the listed team/participant(s) are scheduled to participate in.

8. Markets can tend to fluctuate in price quite often which can sometimes lead to the Odds Boost price not representing any enhanced value in comparison to its original markets.

22. Miscellaneous

1. FanDuel Sportsbook reserves the right in its sole discretion not to accept certain Sportsbook bets, or to scale back the stakes (on a per user or aggregate basis).

2. All references to time periods in the Sportsbook Rules relate to the time zone in which the event takes place. For example, a reference to the start time of a football game, relates to the local kick-off time.

3. All information supplied by FanDuel Sportsbook is done so in good faith. However, FanDuel Sportsbook cannot accept liability for any errors or omissions in respect of any information, such as the posting of prices, runners, times, scores, results or general statistics.

4. Any results or scores of which you may be advised by a FanDuel Sportsbook employee or agent (for example during betting in-play) are provided for guidance purposes only.

5. Customers are responsible for ensuring that they satisfy themselves that the selection on which they place a bet is their intended selection. For example, in the case of a competitor bearing the same name as another individual not competing in the relevant event, the onus is on the customer to ensure that they know which competitor is being referred to in the relevant market and to ensure that they are placing their bet on their chosen competitor.

6. Please be aware that if you place related or corresponding bets on a combination of FanDuel Sportsbook's platforms (and/ or the betting products of other third parties), it is possible for bets on one product to be voided in accordance with FanDuel Sportsbook's terms and conditions, while bets on another product may stand. You should note that FanDuel Sportsbook will have no liability to you in the event that one or more of your bets on FanDuel Sportsbook's products are amended or voided in accordance with FanDuel Sportsbook's terms and conditions, even if your other related bets stand (and even if you have specifically relied on bets you have placed on one product in order to place related bets on another product).

7. FanDuel Sportsbook may, in its sole and absolute discretion, decide to suspend betting on a market at any time (even if such suspension is earlier than anticipated by the Sportsbook Rules). In the interests of maintaining integrity and fairness in the markets, FanDuel Sportsbook may also void certain bets in a market or void a whole market in its entirety.

8. FanDuel Sportsbook promotions are available at the discretion of FanDuel Sportsbook and FanDuel Sportsbook reserves the right to restrict the availability of a promotion to any person at its absolute discretion.

9. FanDuel Sportsbook reserves the right, at our discretion, to perform any and all reasonable investigations on customers for the purpose of verifying information about customers such as source of funds, background history, and creditworthiness.

# Part C - Specific Sports Rules

1. American Football

1. General Rules

1. At least ten minutes of official time must elapse in the fourth quarter for bets to have action.

2. If a game starts and then is suspended prior to the above time and is not completed within 24 hours, all bets that are not unequivocally determined will be voided.

3. Overtime counts for all markets unless stated otherwise.

4. Abandoned or postponed games must be resumed or rescheduled within 60 hours of the initial kickoff time for bets to have action, otherwise bets will be voided. The initial kick off time will be determined based upon the NFL's schedule of the game time during the current scheduling week, and will not include any prior rescheduling. For example: A Playoff game between the Bills and Steelers is moved from Saturday at 1pm EST to Monday at 4:30pm EST will have action and all bets will be settled as per results.

5. We reserve the right to suspend any or all betting on a game at any time without notice.

6. Point Spread (Handicap) betting: In Point Spread (Handicap) & Total betting, where the index (value) of the market is a whole number, bets are void and will be refunded where the score lands on that number.

7. All Outright markets include playoffs where applicable.

8. For settlement purposes, the team listed second in the event name is always considered the Home Team. Example: Team A v Team B or Team A @ Team B - Team B is the Home Team.

2. College Football and CFL Specific Rules

1. For offensive player prop markets, the player must play at least one offensive snap for proposition bets to stand.

2. For defensive player prop markets, the player must play at least one defensive snap for proposition bets to stand.

3. For touchdown scorer market, the player must play at least one snap for bets to stand

4. Markets that are revised at half time for the second half of that game include overtime.

5. In the event of a tie in the CFL, all money line wagers will be voided.

3. Overview of Specific Markets

1. Live Betting:
1. Prices quoted are for the whole game inclusive of any overtime played.

2. As the markets are in-running, we reserve the right to close the market at any time.

Log in    Join

3. Overview of Specific Markets

1. Live Betting:
   1. Prices quoted are for the whole game inclusive of any overtime played.
   2. As the markets are in-running, we reserve the right to close the market at any time.
   3. When scores are displayed in running, every effort is made to ensure the accuracy of the score and game time; however, no liability is accepted for incorrect information displayed.

2. Proposition bets:
   1. In the event of an abandoned game, all stakes are returned, unless a result is already determined through the course of play that has taken place.
   2. For player prop markets, only when a player does not play a snap in that game are the selections voided. All other bets will stand.
   3. For Kicking Points player proposition markets, if a player is active but does not play a snap, all bets will stand.
   4. First Completion/Rush Attempt/Reception - If the specified player does not record a completion/rush/reception then bets on that market will be void.
   5. Longest Completion/Rush/Reception - If the specified player does not record a completion/rush attempt/reception then the "under" selection will be deemed the winner for settlement purposes.
   6. Tackles + Assists - Includes those recorded on both Defense and Special Teams.
   7. Player to Record Most X - Betting is All-in. If multiple players tie for the most of a recorded statistic, dead heat rules will apply (see Dead Heat Section).
   8. Quarter Player Props - Winning selections are determined by statistics acquired by the player in the specific listed quarter. If a player is ejected from the game, or officially deemed unable to return to the game due to injury, bets placed after the player's last official snap will be void. Otherwise, bets have action, regardless of whether the player takes part in a snap in the listed quarter. Coaching decisions, player rotation, and drive length will not impact bets being deemed to have action.

3. Player Related Drive Markets:
   1. Player related drive markets include Player to Catch a Pass on "X" drive, Player Props on "X" drive (yardage attained), Player to Score a TD on 'X' drive and Play Caller
   2. Winning selections are determined by statistics accrued by the player in the specific listed drive, not full game statistics.
   3. There must be at least one offensive snap for bets on player related drive markets to be considered action, otherwise bets will be voided. A Quarterback kneel down will not count as an offensive snap for settlement purposes.
   4. If a player is ejected from the game, or officially deemed unable to return to the game due to injury, bets placed on the player for any drives after the player's last official snap will be void. Otherwise, bets are action, regardless of whether the player takes part in a snap on the listed drive. Coaching decisions, player rotations, and drive length will not impact bets being deemed to have action.

4. Futures/Season Prop Bets:
   1. Bets will be settled based on official results provided by the league. For bets to stand, the number of games deemed to be officially resulted must equal the number of games scheduled when the season begins, unless the outcome has already been unequivocally determined. Any forfeited game that is considered an official result will count towards season long bets.
   2. For season long player prop bets, the nominated player must play at least one snap during the regular season for bets to have action.
   3. For Comeback Player of the Year, all bets are action, regardless of whether or not the listed player takes the field in the specified season. For other bets on season-long award markets, the selected player must play at least one snap in any game for the specified season in order for bets to have action.
   4. For the Super Bowl MVP, all bets have action, regardless of if the specified player's team takes part in the Super Bowl. For teams that make the Super Bowl, players must play at least one snap in the Super Bowl for bets to have action. For example, if Lamar Jackson is playing for the Baltimore Ravens at the start of the Playoffs, and the Ravens are eliminated before the Super Bowl and Lamar Jackson is not named Super Bowl MVP, then bets on Lamar Jackson will be settled as losers. If the Ravens take part in the Super Bowl, and Lamar Jackson does not play a snap in the game and is not named the Super Bowl MVP, wagers on him will be voided.
   5. Player to Be Named All Pro: Wagers will be settled based of the Associated Press recognitions for the specified season.
   6. For the purposes of regular season win total markets, games that result in ties are to be treated as losses.
   7. For Best Record and Worst Record markets, dead heat rules apply if multiple teams tie (see Dead Heat section).
   8. For Last Winless and Last Undefeated markets, dead heat rules apply if multiple teams tie (see Dead Heat section). Bets are settled based on NFL Scheduling Week.

5. NFL Draft:
   1. The official draft list on nfl.com is used for settlement purposes.
   2. For "over/under draft position" markets, undrafted players are assigned the draft position that comes after the last drafted player.
   3. For over/under draft position markets under means the player is chosen with a pick that is less than the designated number and over would be after that designated number, for example a market of 'Player A over/under draft position 3.5', if Player A is picked with the second pick of the Draft than under bets would win and over bets lose.
   4. EDGE is classified as defensive lineman for settlement purposes.
   5. Notre Dame is classified as independent and not belonging to any conference for settlement purposes.
   6. For draft exact order markets betting is all-in. Other selections are available by request (see All-in section).

4. EDGE is classified as defensive lineman for settlement purposes.

5. Notre Dame is classified as independent and not belonging to any conference for settlement purposes.

6. For draft exact order markets betting is all-in. Other selections are available by request (see All-in section).

7. Unless otherwise specified, all NFL Draft markets are considered all-in (see All-in section).

6. Quarter and half markets:
   1. For bets based on the specific quarters or halves, the entire period of play must be played unless the result is already determined, except second half markets which do include overtime if played.

   2. The fourth quarter does not include overtime.

7. Point Spread (Handicap) Betting:
   1. Overtime counts for match handicap betting.

   2. Overtime does not count on fourth quarter specific markets.

   3. In the event of a tie, stakes are refunded. In the event of a tie after overtime, all money line wagers will be refunded. Any event that has already been determined will be settled accordingly. For example, if a game finishes 28-28, total points will be settled at 56.

   4. For quarter and half betting, the entire period must be played for bets to stand.

8. Match betting:
   1. Overtime counts. In the event of a tie following overtime, all stakes are refunded.

9. Weekly/Daily player specials:
   1. e.g. Weekly Specials, Redzone Specials, Live Parlays, First Touchdown Scorer across 1pm Games, Super Bowl Specials.

   2. Player needs to play a snap in the game for bets to stand.

   3. All Specials markets will be settled based on results from the league's governing body.

   4. Markets are void if any game involved is postponed, unless unequivocally determined.

   5. For markets that denote start time, any games included must start within 2 hours of the listed official start time.

10. Hypothetical Matchups
    1. FanDuel will sometimes post markets for games that have not yet been determined and finalized, including potential playoff games and Championship game matchups. If these games do not take place due to one or both teams being eliminated, or the game is not played in that season for any reason, all bets on the event will be void.

11. Total points:
    1. Overtime counts for all total match / team total and prop points markets.

    2. Overtime does not count for total points on fourth quarter specific markets.

    3. In the event of total points being exactly the nominated line, all stakes are refunded unless a price for the exact amount is quoted.

    4. For quarter and half betting, the entire period must be played for bets to stand.

12. First offensive play yard line:
    1. The result is determined by where the first offensive play from scrimmage takes place.

    2. In the event of the kickoff being returned for a touchdown, bets stand for the first offensive play following the subsequent kickoff.

    3. In the event of a turnover, the result is determined on where the first offensive play takes place with respect to the receiving team's yard line.

13. Next Drive Result:
    1. "Other" includes turnovers, defensive touchdowns and safeties.

    2. If the clock runs out, the winning bet is "Other"

14. Next Play from Scrimmage
    1. Plays listed as "No Play" on NFL.com do not count for settlement purposes. Bets on plays as "No Play" will be settled on the next completed play that is not listed as "No Play".

    2. Sacks are considered a rushing attempt.

15. Play Caller
    1. First Downs due to enforced penalty (as per official player by play data provided by relevant league) will count for settlement purposes.

16. FanDuel Squares
    1. FanDuel Squares - Any Quarter: Winning selections are based on the last digit of each team's total game points at the end of every quarter and overtime. Winning selections will only be paid one time at the odds that bets are placed at, regardless of how many times the selection may occur throughout the game at the end of each period. Winning selections are paid in full, dead heating does not apply.

    2. FanDuel Squares - Final Score: Winning selections are based on the last digit of each team's score at the end of the game, inclusive of any overtime periods.

    3. FanDuel Squares - X Quarter and First Half: Winning selections are based on the last digit of each team's total game score at the end of the listed period, not the total points that are scored in the listed period. For example, if the score at the end of the 3rd quarter is Jets 17 and Dolphins 10, the winning selection for FanDuel Squares - 3rd Quarter is Jets 7 - Dolphins 0, no matter how many points each team scored in the 3rd quarter.

---

Log in    Join

periods.

3. FanDuel Squares - X Quarter and First Half: Winning selections are based on the last digit of each team's total game score at the end of the listed period, not the total points that are scored in the listed period. For example, if the score at the end of the 3rd quarter is Jets 17 and Dolphins 10, the winning selection for FanDuel Squares - 3rd Quarter is Jets 7 - Dolphins 0, no matter how many points each team scored in the 3rd quarter.

17. First Drive Parlays:
   1. "Any other" includes turnovers, defensive touchdowns, safeties, and special teams scores that are not field goals. PATs are not field goal attempts.

18. First Play Attempt of Drive:
   1. Settled based on results from the league's governing body.

   2. Settled off the first play from scrimmage of specified drive. If listed as "No Play" on NFL.com (e.g., Enforced Penalty), bets will have action and will be settled off the following play. Kickoff and punt return touchdowns will result in wagers being voided.

   3. Sacks are considered a rush attempt.

19. First Play of the Game from Scrimmage:
   1. Kickoffs excluded. Sacks count as a Rushing Attempt. Interceptions are Incomplete Passes.

20. Ball Cross 50 Yard Line on Drive:
   1. Settled based on results from the league's governing body.

   2. Punts and Field Goal Attempts do not count.

21. Player to Catch Pass:
   1. Receptions as determined by the league's governing body.

   2. All bets action regardless of if the player takes the field during the drive.

   3. 2-point conversions are to be considered winning selections.

22. Player to Record a Sack:
   1. Settled based on results from the league's governing body.

   2. Half sacks count as "Yes"

23. Player to Have a X+ Yard Catch in the Game
   1. If a player does not record a catch in the game, bets will still have action.

24. Correct Score:
   1. The final score of the game or specified period. Quarter and half markets are settled as per our standard settlement practices.

25. First turnover and first team to commit a turnover:
   1. For grading purposes, only an interception or a fumble counts.

   2. A punt or 'turnover on downs' does not qualify as a turnover for settlement purposes.

   3. In the event of an abandoned game, stakes are returned unless a turnover has already taken place.

26. First offensive play:
   1. In the event of a false start penalty on the first offensive play, bets stand for the next offensive play that takes place without a false start penalty.

27. First team/last team to score and touchdown scorer markets:
   1. In the event of an abandoned game, bets stand on scores that have taken place already (and overtime counts for these markets).

   2. Touchdown scorers are offered with the option of others on request. Markets are considered All-In.

   3. Touchdown Scorer Combo bets are considered all-in. Other selections are available on request (See All-in Section).

   4. Only when a player does not play a snap in that game are the selections voided.

   5. For touchdown scorer markets, the winning selection is the player who possesses the ball in the endzone. For example - on a pass TD play, the receiver in the endzone is graded as the winner, not the QB.

   6. For settlement purposes, "Team Defense" selections do not include Special Teams.

   7. Method of First Touchdown winner is as stated by official governing bodies website. If no touchdown is scored, then the winning selection is "No TD Scored".

28. College Football Regular Season Wins:
   1. This market does not include Conference Championship Games, Bowl Games, or College Football Playoffs.

29. College Football "To Go Undefeated":
   1. This market includes all Conference Championship Games, Bowl Games, & College Football Playoff Games unless otherwise specified.

30. College Football Conference Bowl Wins:
   1. Includes both CFB Playoff Games.

31. College Football 2+ First Downs on First 5 Plays:
   1. This market is settled on the team with first offensive possession recording 2+ first downs within first 5 plays of that drive. Excludes defensive penalties.

2. Athletics

Document title: FanDuel Sportsbook House Rules NJ | FanDuel
Capture URL: https://www.fanduel.com/fanduel-sportsbook-house-rules-nj
Capture timestamp (UTC): Fri, 07 Feb 2025 08:49:34 GMT



31. College Football 2+ First Downs on First 5 Plays:
1. This market is settled on the team with first offensive possession recording 2+ first downs within first 5 plays of that drive. Excludes defensive penalties.

2. Athletics

1. Where there is a presentation ceremony, markets will be settled on the official result of the relevant governing body at the time of the ceremony, regardless of any subsequent disqualification or amendment to the result. Should markets be settled prior to the official presentation ceremony, FanDuel Sportsbook reserves the right to resettle markets in accordance with the presentation ceremony.

2. If there is no presentation ceremony, outcomes will be determined in accordance with the official result of the relevant governing body, regardless of any subsequent disqualification or amendment to the result (except if an amendment is announced within 24 hours of the initial settlement of the relevant market in order to correct an error in reporting the result).

3. If a track or field event is abandoned, cancelled or postponed and not completed within 7 days of the scheduled completion date, all bets will be void except for those on markets which have been unconditionally determined.

4. Overall winner markets relate to the winner of the overall event and not for individual qualifiers or heats. As 'Any Other Athlete' is NOT quoted, non-featured athletes will be added to this market on request. Once 'Any Other Athlete' is listed, no further athletes will be added.

3. Australian Rules

1. Payouts will be based on the official declared result. Regular season Home and Away matches are settled at 'Normal Time' with no extra time played. In the event of a 'draw' where no draw option is offered the Sportsbook will apply the 'dead heat rule' and all wagers will be paid at half face value of the ticket. For any Finals matches or any other Competition which includes extra time, markets will be settled on the completion of extra time, unless the draw is offered in the market.

2. Where the draw option is offered, the bet is decided on the result at the end of normal time (i.e. extra time - an extension of normal time is not included.) For Margin betting, the Draw option is always offered, although in other betting options where the draw option is not offered, The Dead Heat Rule applies. In Quarter by Quarter markets for the purposes of betting the 'Draw at the end of any Quarter' market is one competitor only. Tribets are settled as any team under in the case of a draw when no extra time is played.

3. Where a match is postponed from its original scheduled date, if the game is played within 48 hours of its original time, all bets will stand. Otherwise, bets will be void.

4. If a game starts but is abandoned and not completed within 24 hours, the following rules will apply. Markets will be settled on the official result if one is determined by the AFL. In the case where no official result is declared, bets unequivocally determined will be settled accordingly, while all other bets will be void

5. If the venue of a match is changed from the one advertised, all bets on the match will still have action (provided the match is not also postponed by more than 48 hours)

6. For match winners and goal kicking options, statistics used by the AFL website (www.afl.com.au) will be the statistics used for payout purposes. For 1st Goal Scorer (Game/1st Quarter only), if the selected player is not in the starting 22 all wagers on that selection will be refunded. For bets on first goalscorer of the match, goal doesn't need to be scored in 1st quarter. For quarter first goal scorer markets, if no goal in that quarter then bets refunded.

7. Premiership/Minor Premiership/Make Grand Final: All In Betting. Any team which has points deducted due to breaches of rules and regulations will be deemed a starter for resulting purposes. Any loss of Awards/Premierships after the completion of the Grand Final will be deemed null and void and all bets will stand.

8. Top 4/Top 8: For Betting purposes any team which has points deducted due to breaches of rules and regulations will be deemed a starter for resulting purpose i.e. All In Any decision made by the AFL regarding penalties is final.

9. Least Wins (Wooden Spoon): is paid on the team which has the least wins for the season. A draw is considered as half a win. In the event of more than one team having the same number of wins the position will be determined by the worst % as per official AFL Ladder. Points deducted because of breaches of rules and regulations are excluded for resulting purposes. All In. Win Only

10. Miss 4/Miss 8: For betting purposes any team which has points deducted due to breaches of rules and regulations will be deemed a starter. If at the time a breach is announced, the loss of points means only one outcome can occur (i.e. Miss the 8 must occur) then all bets on that competitor are void and monies refunded. All decisions made by the AFL regarding penalties are final.

4. Baseball

1. General Rules

1. These rules apply to Major League, all levels of Minor League, NCAA and World Baseball. World Baseball is defined as a league which is governed outside of the United States.

2. All wagers are graded based on the official results published by the relevant league's governing body (e.g. Major League Baseball).

3. If a game does not start on the officially scheduled day (local time), as published by the governing body, due to a rain delay or other deferral, all wagers shall be void.

4. ⬜ If a game that has started is suspended, due to a rain delay or other deferral, and resumes within 48 hours of the originally scheduled start time (local time), then all wagers will stand. If a game is halted and scheduled to resume more than 48 hours after the original scheduled start time (local time), all wagers will be void unless they have been determined prior to the game's suspension.

5. In the event of a shortened game, results are official after (and, unless otherwise stated, bets shall be settled subject to the completion of) 5 innings of play, or 4.5 innings should the home team be leading at the commencement of the bottom of the 5th innings (the "4.5 Innings Rule"). Once the visiting team has made 15 outs, should a game be called early and the home team is leading, the results of the game will be determined by the score at the time the game is called. Should a game be called early while it is tied or amid an inning in which the visiting team has taken the lead, the game becomes a "suspended game" and is handled according to the rules surrounding suspended games.

6. Unless otherwise specified, results will only be official after (and bets shall be settled subject to the completion of) a minimum of 9 innings' play, or 8.5


Log in | Join

play, or 4.5 innings should the home team be leading at the commencement of the bottom of the 5th innings (the "4.5 Innings Rule"). Once the visiting team has made 15 outs, should a game be called early and the home team is leading, the results of the game will be determined by the score at the time the game is called. Should a game be called early while it is tied or amid an inning in which the visiting team has taken the lead, the game becomes a "suspended game" and is handled according to the rules surrounding suspended games.

6. Unless otherwise specified, results will only be official after (and bets shall be settled subject to the completion of) a minimum of 9 innings' play, or 8.5 innings should the home team be leading at the commencement of the bottom of the 9th inning (the "8.5 Innings Rule")

7. The 8.5 Innings Rule shall automatically apply unless stated otherwise - e.g., in the section below entitled "Overview of Specific Baseball Markets" (which shall take precedence over this section). If a game is shortened due to a rain delay or other deferral, pre-live and live betting markets which have been determined will stand (irrespective of the 8.5 Innings Rule or whether an official league result has been confirmed).
   1. Money Line Bets: Results are official after 5 innings (or 4.5 innings if the home team is leading).

   2. All Other Bets (e.g. Total Runs, Run Line). Results are official only after 9 innings (or 8.5 innings if the home team is leading) unless the outcome has been unequivocally determined.

8. Extra innings, where applicable, count for settlement purposes.

9. In the case of a suspended playoff/post-season game, all bets will stand until the game is completed within 90 days of suspension.

10. Should a mercy rule be applied, for settlement purposes, markets (for both pre-match and live betting) will be settled according to the result as determined by the application of the mercy rule. For baseball games scheduled to be 7 innings, normal baseball rules will apply with all markets settled as per the official result published by the relevant league's governing body and in accordance with the below listed rules:
    1. Money Line bets will be settled as per the "4.5 Innings Rule";

    2. Bets on markets that are unequivocally determined will stand (example: bets on 1st inning total runs scored will remain settled as determined if the game gets called in the 3rd inning);

    3. All other markets (including but not limited to Run Line and Total Runs) will be void if not already unequivocally determined, unless a minimum of 7 innings are played, or 6.5 innings should the home team be leading at the commencement of the bottom of the 7th inning.

    4. The above listed rules will govern settlement of all scheduled 7 inning games, including any that are shortened after first pitch.

2. Action vs. Listed Pitchers

   1. When wagering on baseball Money Lines, you may choose to apply one of the following methods to each wager:

   2. Action: All Money Line wagers are defaulted to "Action" meaning all wagers struck will stand if a pitcher change occurs. Wagers will be honored at the odds at bet placement and settled as normal.

   3. One Specified Pitcher (Home Listed/Away Listed): A wager on or against one Listed Pitcher, regardless of the other Listed Pitcher. If the Listed Pitcher does not start, the wager is "No Action" and will be refunded.

   4. Both Specified Pitchers: A wager in which both Listed Pitchers must start the game. If both actual starting pitchers are not the ones listed on the wagering ticket, the wager will be deemed "No Action" and refunded.

   5. All other game markets are considered "Action" and wagers will remain open regardless of any personnel change.

   6. Listed Pitchers are not relevant to World Baseball markets and bets on such markets will stand regardless of whether any Listed Pitchers do in fact start. Should a game end in a tie, Money Line wagers will be graded as a push with all other markets settled as per the result.

3. Player Props

   1. For all MLB player markets, wagers will be void as per below (unless explicitly stated in market specific rules):

   2. Pitcher Markets: If the listed pitcher does not start the game.

   3. Batter Markets (Hits, Runs, etc.): if the listed player does not record a plate appearance.

   4. To Hit a Home Run & Home Run / Game Winner Parlay: Listed players must record at least 1 plate appearance for bets to stand. If listed players do not record a plate appearance, bets on that player will be void. Listed pitchers have no bearing on this market.

   5. Result of Plate Appearance: Listed players must record the relevant plate appearance for bets to stand. If listed players do not record a plate appearance, bets on that player will be void. If a player is substituted out of the game between plate appearances, bets on plate appearances that have already occurred will stand. However, bets on future plate appearance markets will be voided. For settlement purposes, hit by pitches (HBPs) will be settled as Walk/HBP. A fielder's choice, catcher's interference, or reach on error will all be ruled as an "Any Other Outcome." A pitch must be thrown in the plate appearance for bets to be action. If no pitch is thrown in the plate appearance (i.e., the pitching team elects to intentionally walk the batter before any pitches are thrown) bets on the market will be void. This will not impact other markets affected by the result (i.e., the intentional walk results in an RBI for the batter).

   6. Plate Appearance Grouped: Listed players must record the relevant plate appearance for bets to stand. If listed players do not record a plate appearance, bets on that player will be void. If a player is substituted out of the game between plate appearances, bets on plate appearances that have already occurred will stand. However, bets on future plate appearance markets will be voided. For settlement purposes, hit by pitches (HBPs) will be settled as Walk/HBP. A fielder's choice, catcher's interference, or reach on error will all be ruled as an "other outcome." A pitch must be thrown in the plate appearance for bets to be action. If no pitch is thrown in the plate appearance (i.e., the pitching team elects to intentionally walk the batter before any pitches are thrown) bets on the market will be void. This shall not however impact other markets which are impacted by the result (i.e., the intentional walk results in an RBI for the batter).

   7. Batter to Reach Base: Settled on whether the batter will reach base (e.g. has scored or is safely standing on a base at the conclusion of the listed plate appearance). Winning selections include all home runs, and any other outcomes where the listed batter is not ruled out at the conclusion of the play. This includes hits, fielder's choices, catcher's interference, and reaches on errors. A pitch must be thrown for bets to action. If no pitch is thrown in the plate appearance, bets on the market will be void.

   8. To Hit First Home Run: Listed players must record at least one plate appearance for bets to stand. If listed players do not record a plate appearance, bets on that player will be void. If a non-listed player is ruled the winner, bets on listed qualified players are action. If no Home Runs are hit in the


appearance). Winning selections include all home runs, and any other outcomes where the listed batter is not ruled out at the conclusion of the play. This includes hits, fielder's choices, catcher's interference, and reaches on errors. A pitch must be thrown for bets to action. If no pitch is thrown in the plate appearance, bets on the market will be void.

8. To Hit First Home Run: Listed players must record at least one plate appearance for bets to stand. If listed players do not record a plate appearance, bets on that player will be void. If a non-listed player is ruled the winner, bets on listed qualified players are action. If no Home Runs are hit in the game, "No Home Run" will be deemed the winning selection.

9. To Hit Next Home Run: Listed position players must record at least one plate appearance for bets to stand. If listed players do not record a plate appearance, bets on that player will be void. Once a player has recorded a plate appearance, wagers made on that player for all subsequent indices (Player to Hit 3rd Home Run, 4th Home Run, etc.) will stand regardless of the number of plate appearances that player ultimately records in the game. If no "Next Home Run" is hit, "No Xth Home Run" will be deemed the winning selection.

10. Player to Record a Hit Markets: Listed players must record at least one plate appearance for bets to stand. If listed players do not record a plate appearance, bets on that player will be void. Once a player has recorded a plate appearance, bets on all subsequent hits markets (2+ hits, 3+ hits, etc.) will stand regardless of the number of plate appearances that player ultimately records in the game.

11. To Record Total Bases: Total Bases are recorded through hits. They do not include walks, HBPs, reach on errors, or fielder's choices.

12. Player Total Strikeouts: Listed Pitcher must start for bets to stand. If the opposing Listed Pitcher does not start, then bets will still stand.

13. Alternate Strikeouts: Listed Pitcher must start for bets to stand. If the opposing Listed Pitcher does not start, then bets will still stand.

14. Pitcher Player Performance Doubles: Listed Pitcher must start for bets to stand. If the opposing Listed Pitcher does not start, then bets will still stand.

15. Pitcher Outs: Listed Pitcher must start for bets to stand. If the opposing Listed Pitcher does not start, then bets will still stand.

16. Pitcher Saves: Save markets will be action regardless of whether the Listed Pitcher(s) appear in the game or not.

17. 1st Inning Strikeouts: A change to the status of either listed pitcher, or to either line-up, will have no bearing on the settlement of this market. For the "Each Starting Pitcher 1+ Strikeouts in the First Inning" market, strikeouts will only count if accrued by the pitchers that begin the game.

18. Combined Starting Pitcher Strikeouts for Game: Both Listed Pitchers must start for bets to stand. Total number of strikeouts starting pitchers accrue within the game.

19. Either Pitcher to Record X+ Strikeouts: Both Listed Pitchers must start for bets to stand.

20. Pitcher Earned Runs: Listed Pitcher must start for bets to stand.

21. Each Team to Record 1+ Strikeouts in X Inning: A change to the status of either listed Pitcher, or to either lineup, will have no bearing on the settlement of this market. These markets refer to the 2nd Inning and beyond, where strikeouts accrued by all pitchers (not just those who begin the game) in the listed inning will count towards settlement.

22. Each Team to Record 1+ Hit in X Inning: A change to the status of either listed Pitcher, or to either lineup, will have no bearing on the settlement of this market.

23. Quality Start: Occurs when at least 6 innings are pitched allowing three or fewer earned runs. If a singular pitcher is listed in the market, that pitcher must individually accomplish the feat for bets to be winners. If the market lists the team's name (e.g., Team X to pitch a Quality Start), rather than the name of an individual pitcher (e.g., Pitcher Y to pitch a Quality Start), then multiple pitchers may be used to accomplish the feat.

24. No Hitter: An official no-hit game occurs when a pitcher (or pitchers) allows no hits during the entire course of a game, which consists of at least nine innings (minimum 27 outs) thrown by the pitcher(s). If a singular pitcher is listed in the market, that pitcher must individually accomplish the feat for bets to be winners. If the market lists the team's name (e.g., Team X to Combine for a No-Hitter), rather than the name of an individual pitcher (e.g., Pitcher Y to Throw a No-Hitter), then multiple pitchers may be used to accomplish the feat.

25. Perfect Game: For a Perfect Game, the pitcher(s) must comply with all requirements of the No-Hitter, but also not allow any baserunners to reach via reach via walk, HBP, uncaught third strikes, catcher's or fielder's interference, or fielding errors. If a singular pitcher is listed in the market, that pitcher must individually accomplish the feat for bets to be winners. If the market lists the team's name (e.g., Team X to Combine for a Perfect Game), rather than the name of an individual pitcher (e.g., Pitcher Y to Throw a Perfect Game), then multiple pitchers may be used to accomplish the feat.

26. Maddux: A Maddux describes a start in which a pitcher tosses a complete game shutout of at least 9 innings on fewer than 100 pitches. A singular pitcher must individually accomplish this feat for the entire duration of the game for bets to be settled as a win.

27. No Hits in First X Innings: When a pitcher (or pitchers) allow(s) no hits during the first X innings of a game. If a singular pitcher is listed in the market, that pitcher must individually accomplish the feat for bets to be winners. If the market lists the team's name (e.g., Team X to allow No Hits in First X Innings), rather than the name of an individual pitcher (e.g., Pitcher Y to allow No Hits in First X Innings), then multiple pitchers may be used to accomplish the feat.

28. Player Performance Parlays: For pitchers, the listed pitcher must start for bets to stand. Bets will stand regardless of a change in status to the opposing listed pitcher. For batters, the listed player must record at least 1 plate appearance for bets to stand. If listed players do not record a plate appearance, bets on that player will be void. A change to the status of either listed pitcher will have no bearing on the settlement of any batter-specific player parlay.

29. Result of First Pitch: Settled based on the first pitch thrown in the listed half inning. A change to the status of either listed pitcher, or to either line-up, will have no bearing on the settlement of this market. For settlement purposes, a reach on error, catcher's interference, or a foul ball that results in an out will be ruled as an "other outcome." Batted balls that result in the plate appearance ending (ex. hits/outs) will not be regarded as strikes for the purposes of settlement. If a pitcher or batter violation results in an automatic ball or strike to begin the at-bat, the market will be settled based off the outcome of the violation (e.g. if a pitcher violation results in an automatic ball to start the at-bat, 'Ball' will be settled as the winning selection).

30. Pitch Result: The pitch must be thrown by the listed pitcher against the listed batter, during the listed plate appearance for bets to have action. The pitch number is specific to the listed plate appearance. A pitch must be thrown in the listed plate appearance for the bets to have action. If no pitch is thrown (i.e. the pitching team elects to intentionally walk the batter before any pitches are thrown), bets on Pitch Result markets for that plate appearance will be void. Pitcher and batter violations will count towards settlement of this market. The "In Play" selections include all hits, battled balls put in the field of play, and batted balls that result in an out(s) being recorded (including outs caught in foul territory).


30. Pitch Result: The pitch must be thrown by the listed pitcher against the listed batter, during the listed plate appearance for bets to have action. The pitch number is specific to the listed plate appearance. A pitch must be thrown in the listed plate appearance for the bets to have action. If no pitch is thrown (i.e. the pitching team elects to intentionally walk the batter before any pitches are thrown), bets on Pitch Result markets for that plate appearance will be void. Pitcher and batter violations will count towards settlement of this market. The "In Play" selections include all hits, battled balls put in the field of play, and batted balls that result in an out(s) being recorded (including outs caught in foul territory).

31. Method of First Hit: Settled based on the method by which the first hit of the game (for either team) occurs. A change to the status of either listed pitcher will have no bearing on the settlement of this market. If no hits are recorded in the game, "No Hit" will be deemed the winning selection.

32. Method of First RBI: Settled upon the method by which the first RBI of the game (for either team) occurs. A change to the status of either listed pitcher will have no bearing on the settlement of this market. All RBI's not recorded from a base hit will be categorized under the "Other" selection. If no RBI's are recorded in the game "No RBI" will be deemed the winning selection.

33. Player to Record First Hit: Listed players must record at least one plate appearance for bets to stand. If listed players do not record a plate appearance, bets on that player will be void. If a non-listed player is ruled the winner, bets on listed qualified players are action. If no hits are recorded in the game, "No First Hit" will be deemed the winning selection.

34. Player to Record First RBI: Listed players must record at least one plate appearance for bets to stand. If listed players do not record a plate appearance, bets on that player will be void. If a non-listed player is ruled the winner, bets on listed qualified players are action. If no RBIs are recorded in the game, "No RBI" will be deemed the winning selection.

35. Player to Record First Run: Listed players must record at least one plate appearance for bets to stand. If listed players do not record a plate appearance, bets on that player will be void. If a non-listed player is ruled the winner, bets on listed qualified players are action.

36. Player to Record First Stolen Base: Listed players must record at least one plate appearance for bets to stand. If listed players do not record a plate appearance, bets on that player will be void. If a non-listed player is ruled the winner, bets on listed qualified players are action. If no stolen bases are recorded in the game, "No Stolen Base" will be deemed the winning selection. In the event of a double steal, the lead runner will be deemed the winning selection.

37. Player to Hit First Home Run of Day: If listed player is in the starting line-up, bets are action. Any non-starters will be voided. Settlement will be determined on the time of play in which the first home run is hit, rather than the elapsed time/inning within an individual game.

38. Player to Score the Last Run in Extra Innings on Winning Team: All-In Betting. Settled upon the player to score the last run in extra innings on the winning team.

39. Player to Record the Last RBI in Extra Inning on Winning Team: All-In Betting. Settled upon the player to record the last run in extra innings on the winning team.

40. Home Team Comes from Behind in Extra Innings to Win: for bets to be settled as winning wagers, the Home Team must trail from the 10th Inning onward and win the game.

41. 3 Up, 3 Down: This occurs when only three batters come to the plate and record official plate appearances during the listed half-inning. It is possible for players to reach base and for a "3 Up, 3 Down" to still occur (e.g., Runner caught stealing, double play, etc.).

42. 9 Up 9 Down: This occurs when only nine batters come to the plate and record official plate appearances during the first three innings. It is possible for players to reach base and for a "9 Up, 9 Down" to still occur (e.g., runner caught stealing, double play, etc.). This market relates only to the starting pitcher and that pitcher must individually accomplish the feat for bets to be winners. Listed Pitcher must start for bets to stand.

43. Pitch Velocity: Pitch velocity markets will be settled according to official results as published by MLB's Statcast. Should a batter or pitcher violation occur before a pitch is thrown in the plate appearance, wagers will be settled based on the first pitch thrown following the violation. For starting pitcher velocity markets, the listed batter vs. pitcher matchup must occur for wagers to have action. For relief pitcher velocity markets, the listed batter vs. pitcher matchup must occur in the listed inning for wagers to have action.

44. Pitches Per Plate Appearance: Automatic balls/strikes that result from pitcher/batter violations will count as pitches for settlement purposes. A pitch must be thrown in the plate appearance for bets to be action. If no pitch is thrown in the plate appearance (i.e., the pitching team elect to intentionally walk the batter before any pitches are thrown) bets on the market will be void. If any pitch or violation is thrown in the plate appearance before an intentional walk, all bets will have action. Should the listed plate appearance not occur, bets on the market will be voided. For bets to have action, a plate appearance must occur to completion (e.g. if the batter is mid plate appearance and a third out occurs to end the inning, the market will only be settled off the pitches that are thrown in the official plate appearance that occurs to begin the next inning). If a game ends without the conclusion of the current plate appearance, all unequivocally determined selections will have action.

45. Type of Pitch: Settled according to official results as charted and published by mlb.com play by play.

46. Pitch Caller: Settled based on the type and outcome of the first pitch thrown in the listed half-inning. A change to the Listed Pitcher will result in markets to be void. For settlement purposes, a reach on error, catcher's interference, or a foul ball that results in an out will be ruled as "other outcome". Batted balls that result in the plate appearance ending (e.g. hits/outs) will not be regarded as strikes for the purposes of settlement. If a pitcher or batter violation results in an automatic ball or strike to begin the at-bat, the market will be void.

47. Batted Ball Exit Velocity: Batted ball exit velocity markets will be settled according to official results as published by MLB's Statcast.

48. Distance of Home Run: Distance of home run markets will be settled according to official results as published by MLB's Statcast.

49. For Team to Hit the Longest Home Run, if home runs of equal distance occur, all bets will be void.

50. Hit Distance/Distance Ball Travelled: Distance will be settled according to official results as published by MLB's Statcast.

51. Team with More Runners Left on Base: Settled as number of players left on base at the end of each inning. If teams have the same number of runners left on base, selections will be void.

52. Team Total Sacrifice Flies: Settled upon the number of flyballs hit that allow a runner to score as credited per mlb.com play by play.

53. To Hit for Team Cycle: Team to record a single, double, triple, home run within the same game.

54. Back to Back Home Runs: Settled upon home runs being hit in consecutive plate appearances.



Log in   Join

...ies on base, or does a run score...

52. Team Total Sacrifice Flies: Settled upon the number of flyballs hit that allow a runner to score as credited per mlb.com play by play.

53. To Hit for Team Cycle: Team to record a single, double, triple, home run within the same game.

54. Back to Back Home Runs: Settled upon home runs being hit in consecutive plate appearances.

55. Hits + Runs + RBIs: Combination market settled upon an individual player's hits + runs + RBIs. Listed players must record at least one plate appearance for bets to stand. If listed players do not record a plate appearance, bets on that player will be void.

56. Half Inning Specials:

57. Team Cycle: Occurs when a team records a single, double, triple, and home run within the listed half-inning.

58. Double Play: Occurs when two outs are recorded on the same defensive play within the listed half-inning.

59. Triple Play: Occurs when three outs are recorded on the same defensive play within the listed half-inning.

60. Walk/HBP: For settlement purposes, hit by pitches (HBPs) will be settled as Walk/HBP. If the only walk recorded in the listed half-inning is a no-pitch intentional walk, selection will be deemed void. Batters to the Plate: Settled upon the number of official plate appearances recorded during the listed half-inning.

61. Bases Loaded: Settled upon runners being on first, second, and third base simultaneously within the listed half-inning.

62. Pitches Thrown: Automatic balls/strikes that result from pitcher/batter violations will count as pitches.

63. Method of First/Next/Last Out: Settled upon mlb.com play by play within the provided selections (Strikeout, Groundout/Forceout/Sac Bunt, Flyout/Lineout/Sac Fly, Any Other Recorded Out). "Any Other Recorded Out" encompasses all additional ways to record an out not listed as a selection option. Flyouts, Lineouts, and Pop Outs, including batted balls determined to be Infield Fly's, will be deemed the same for settlement purposes. Fielder's Choice will be classified as Groundout/Forceout/Sac Bunt for settlement purposes. In the case of a walk-off (or any other situation where three outs in an inning do not occur), remaining markets will be void.

64. Player to Make Next Defensive Out: Settled upon mlb.com play by play as to which fielder is credited with a putout upon the play.

65. Total Batters Faced: Settled as the number of hitters a pitcher faces within the listed half inning. For a batter to be counted towards the total faced, the plate appearance must occur to completion (e.g. if the batter is mid plate appearance and a third out occurs to end the inning, the market will only be settled of the number of official plate appearances within the listed half-inning.

4. Futures Markets + Other Specials

1. MLB Award Markets: If an award is shared by two players (e.g., Cy Young, World Series MVP) dead-heat rules will apply. For bets to have action in the Regular Season MVP and Cy Young Markets, players must record at least one MLB regular season plate appearance and pitchers must face at least one MLB hitter, in a listed league game. All other MLB Awards Markets (including Post-Season Awards) are deemed all-in.

2. Regular Season Player Totals (Over/Under): Batters must record at least one MLB regular season plate appearance and pitchers must face at least one MLB hitter during the regular season for bets to have action. Should these requirements not be met, wagers will be voided.

3. Regular Season Player Totals (Head-to-Head and Combined): In a market where two players are listed, both batters must record at least one MLB regular season plate appearance and both pitchers must face at least one MLB hitter during the regular season for bets to be action.

4. Regular Season Statistical Leaders: Batters must record at least one MLB plate appearance and pitchers must face at least one MLB hitter during the regular season for bets to be action. Should these requirements not be met, bets will be voided. Dead-heat rules apply if multiple players tie for the league lead.

5. Regular Season Win Totals: A team must play at least 98% of games originally scheduled (as of Opening Day of the regular season) for bets to stand, unless the outcome has previously been unequivocally determined. For example, in a shortened 60 game season, at least 59 games must be played for bets to stand (unless previously unequivocally determined). In a 162 game season, 159 games must be played for bets to stand (unless previously unequivocally determined).

6. Regular Season Specials: All other regular season specials, unless otherwise stated, will be settled should teams play at least 50% of regular season games originally scheduled (as of Opening Day of the regular season). In the event that less than 50% of regular season games are played (as scheduled on Opening Day of the regular season), all regular season specials bets (unless otherwise stated) will be void regardless of if they have been determined or not. Where a specified player is listed under a market pertaining to a certain league/team, he will be deemed a player in that league/team for the purpose of the result regardless of any inter-league/team trade which may occur.

7. Daily Slate Specials: All games scheduled to be played on the listed date must be played to 8.5 Inning Rule completion for bets to stand, unless the outcome has been unequivocally determined. The amount of games scheduled at the time of bet will be listed in the market name.
   1. For example, if 15 games are scheduled on a given day, and one of the games was postponed/rescheduled to another date due to weather, markets that were unequivocally decided would be settled (e.g., "Will Any Player Hit a Grand Slam" would be settled if a Grand Slam was hit in one of the other games). However, markets affected by the postponement would be voided (e.g., "1+ Home Runs to be Hit in All Games" or "All Teams to Score 2+ Runs").

8. Head-To-Head Strikeout Specials: For head-to-head strikeout matchups, both listed pitchers must start the game for bets on the matchup to stand. If the two listed pitchers record the same number of strikeouts, bets on the matchup will be voided.

9. Head-to-Head Total Base Special: For head-to-head total base matchups, both listed players must start the game and record at least one (1) plate appearance for bets on the matchup to have action. If the two listed players record the same number of total bases, bets on the matchup will be voided.

10. Daily Strikeout Leader: All bets will have action given the listed pitcher starts on the listed date. Dead-heat rules will apply if multiple starting pitchers tie for the daily lead among those listed in the market.

11. Regular Season Series Winner: Games must be played within the originally scheduled series dates to be counted towards series settlement. Series bets will be void if affected by postponed/rescheduled games that take place after the originally scheduled series end date unless the outcome has been unequivocally determined prior to the interruption of the series. For series' scheduled to be an even number of games (e.g. a four game series),



10. Daily Strikeout Leader: All bets will have action given the listed pitcher starts on the listed date. Dead-heat rules will apply if multiple starting pitchers tie for the daily lead among those listed in the market.

11. Regular Season Series Winner: Games must be played within the originally scheduled series dates to be counted towards series settlement. Series bets will be void if affected by postponed/rescheduled games that take place after the originally scheduled series end date unless the outcome has been unequivocally determined prior to the interruption of the series. For series' scheduled to be an even number of games (e.g. a four game series), either two-way betting or three-way betting (with "Series Tied" as a third possible selection) may be available. If two-way betting is available, bets on that market will be void if the teams split the series. If three-way betting is available, bets on the "Series Tied" option will be ruled as winners if the teams split the series.

12. Post Season Statistical Leader Specials: Dead-heat rules apply if multiple players tie for the lead of a statistical category (e.g., "Player to Record Most Hits", "Player to Record Most Home Runs", etc.) Batters must record at least one MLB plate appearance and pitchers must face at least one MLB hitter during the listed timeframe for bets to have action. Should these requirements not be met, bets will be voided.

13. Live Specials: An official no-hit game occurs when a pitcher (or pitchers) allows no hits during the entire course of a game, which consists of at least nine innings (minimum 27 outs) thrown by the pitcher(s). For a perfect game, the pitcher(s) must comply with all requirements of the no-hitter, but also not allow any baserunners to reach via walk, HBP, uncaught third strikes, catcher's or fielder's interference, or fielding errors. No-hitters and perfect games will be settled regardless of the number of pitchers used by the relevant team. For live pitcher specials, all bets will stand if the listed pitcher starts the game. For live batter specials, all bets will stand if the listed player records at least one plate appearance in the game.

14. World Series, League and Division Winners markets will all be settled in accordance with the official MLB ruling regardless of season length.

15. Best Record/Worst Record: Market is based on which team finishes the regular season with the best or worst winning percentage. In the event that multiple teams tie, dead heat rules apply.

16. Team to Earn X Seed: Market is based on which team earns the listed postseason seed at the completion of the regular season. Official MLB tiebreakers apply; only one winner is possible in each market.

17. Team to Earn First Round Bye: Market is based on whether a team earns a top 2 seed in its league, earning a Bye in the Wild Card Round. There will be two winning selections in each market, for each league.

18. Division Exact Finishing Order: Ties between playoff-qualifying teams will be determined in accordance with MLB Playoff tiebreaker rules. For ties between non-playoff qualifying teams, the ties will be broken in the following order: (1) head-to-head record, (2) intra-division record, (3) overall run differential.

19. All outright markets include playoffs where applicable.

20. All Star Game:
    1. Any player statistic (e.g., Home Runs, Total Bases, RBI's, Runs Scored, etc.) accumulated during a potential Home Run Derby tiebreaker scenario will not be considered for settlement, unless specifically stated otherwise. All game markets will be settled after 9 innings of play, apart from the Moneyline market and those markets that specifically address events in a potential tiebreaker scenario.

    2. MLB All Star MVP: For bets to have action, players must record at least one plate appearance and pitchers must face at least one hitter within the All-Star game.

    3. Reserve Pitcher Strikeouts may be offered for the All-Star game. Bets will stand if the listed pitcher throws a pitch at any during the game.

21. Home Run Derby:
    1. All wagers are graded based on the official results published by mlb.com.

    2. Wagers relating to home run distances will be resulted according to the figures provided by MLB's Statcast.

    3. Player Match Bets: If two contestants are eliminated in the same stage of the competition, bets on which player will advance further will be void.

    4. First Swing Markets; Settled on the result of the first pitch swung upon by the batter.

22. MLB Draft:
    1. The official draft results on mlb.com will be used for settlement purposes.

    2. For "over/under draft position" markets, undrafted players are assigned the draft position that comes after the last drafted player.

    3. For over/under draft position markets under means the player is chosen with a pick that is less than the designated number and over would be after that designated number, for example a market of 'Player A over/under draft position 3.5', if Player A is picked with the second pick of the draft than under bets would win and over bets lose.

5. Overview of Specific Major League Baseball Markets

    1. Please note that all below rulings are specific to MLB games scheduled to be 9 innings in length. For rules relating to games scheduled to be 7 innings in length, please reference the section above entitled, "General Rules."

    2. Money Line: Money Line markets will be settled as per the 4.5 Innings Rule.

    3. Run Line Markets: Settled as per the 8.5 Innings Rule.

    4. Total Runs Markets: Settled as per the 8.5 Innings Rule except for when a result has already been unequivocally determined.

    5. Double Result: Settled based on the score at the end of the 5th inning plus the final score as per the 8.5 Innings rule.

    6. Tri-Bet Markets: Settled as per the 8.5 Innings Rule.

    7. Odd/Even Markets: Settled as per the 8.5 Innings Rule. In the event a result of zero is arrived at, that shall be considered an even number for settlement purposes.

    8. Winning Margin Markets: Settled as per the 8.5 Innings Rule.

    9. Team to Score First Markets: Settled on the first run of the game (irrespective of whether or not a full game, or a certain number of innings, have been completed). When packaged in a parlay, the 8.5 Innings Rule applies. Includes extra innings.


7. Odd/Even Markets: Settled as per the 8.5 Innings Rule. In the event a result of zero is arrived at, that shall be considered an even number for settlement purposes.

8. Winning Margin Markets: Settled as per the 8.5 Innings Rule.

9. Team to Score First Markets: Settled on the first run of the game (irrespective of whether or not a full game, or a certain number of innings, have been completed). When packaged in a parlay, the 8.5 Innings Rule applies. Includes extra innings.

10. Team to Score Last Markets: Settled as per the 8.5 Innings Rule. Includes extra innings.

11. Highest Scoring Half of Game: Inclusive of extra innings, settled as per the 8.5 Innings Rule. For the purposes of this rule, the first "half" of a game shall be deemed to be the first 5 innings and the second "half" shall be deemed to be all other innings which take place during the game (including additional innings). For example, if 11 innings are played, the first "half" of the game shall be deemed to be the first 5 innings and the second "half" of the game shall be deemed to be the last 6 innings.

12. Highest Scoring Inning: Settled as per the 8.5 Innings Rule. Dead heat rules apply in the event of a tie. Should the highest scoring inning occur in extra innings, innings 1-9 will be considered losers.

13. Inning of First / Last Score: Settled as per the 8.5 Innings Rule (unless, in the case of the first score, the result has already been unequivocally determined). Should the first or last score occur in an extra inning, innings 1-9 will be considered losers.

14. Inning / Half Inning Markets: The relevant inning or half inning of the game must be fully completed for bets to stand (unless, in the case of a total runs market, the result has already been unequivocally determined).

15. Innings Correct Score: Settled based only on runs scored in that specific inning. For example, if entering the 5th Inning, "Team A" leads "Team B" 3-2 and both teams fail to score a run in the 5th inning, "0-0" would be correctly settled as the winning selection.

16. 3 / 5 / 7 Inning Markets: The specified number of innings must be completed for bets to stand (unless the home team holds the lead and the bottom of the inning would not change the result for team specific markets).

17. 1st Half Markets: Settled following the completion of 5 Innings. The 4.5 Innings Rule applies for shortened games where the results of markets have already been fully determined. If a game has extra innings, 1st Half Markets will be settled off the 1st 5 innings result.

18. Lead After / Race To Markets: Settled based on the score at the end of the specified period or once the required number of runs have been scored (as applicable).

19. Team Most Hits Markets: Settled as per the 8.5 Innings Rule. In the case of specific Inning / half Inning markets, the stated period must have been completed for bets to stand unless the result has already been unequivocally determined. 2+ Hits in the First Inning: "Yes" will be settled as the winning selection should the two teams combine to record 2 or more hits in the first inning of play.

20. For settlement purposes, the team listed second in the event name is considered to be the home team (even if the game takes place at a neutral venue). Example: "Team A v Team B" or "Team A at Team B", Team B is the home team.

6. Overview of Specific NCAA Baseball Markets

1. NCAA Baseball Regular Season Win Totals: A team must play at least 95% of games originally scheduled (as of Opening Day of the regular season) for bets to stand, unless the outcome has previously been unequivocally determined. For example, in a shortened 60 game season, at least 58 games must be played for bets to stand (unless previously unequivocally determined). The occurrence of 7 inning games has no bearing on this market. Conference tournament games are not included in the regular season.

2. NCAA Player Awards (e.g. Golden Spikes Award, College World Series Most Outstanding Player): All bets are action. If an award is shared by two players, dead-heat rules will apply.

3. Regular Season Player Totals (Over/Under): Batters must record at least one NCAA regular season plate appearance and pitchers must face at least one NCAA hitter during the regular season for bets to have action. Should these requirements not be met, wagers will be voided.

5. Basketball

1. Sport Rules - NBA, NCAA and WNBA Basketball

1. Wager settlement is based solely on results and statistics provided by the relevant league's governing body (www.nba.com, www.ncaa.com, http://www.wnba.com) and their official data supplier.

2. For settlement purposes, the team listed second in the event name is considered the Home Team, even if the game takes place at a neutral venue. Example: "Team A v Team B" or "Team A @ Team B" - Team B is the Home Team.

3. Should play be suspended in any NBA game and subsequently not fully completed (48 minutes played) within 24 hours of the original scheduled start time, all wagers will be void unless the outcome of a specific market/selection has already been pre-determined. If the event is not completed within 24 hours and/or not completed at all, but the governing body declares a winner, wagers will still remain voided unless pre-determined.

4. Should play be suspended in any Men's or Women's NCAA game and subsequently not fully completed (40 minutes played) within 24 hours of the original scheduled start time, all wagers will be void unless the outcome of a specific market/selection has already been pre-determined. If the event is not completed within 24 hours and/or not completed at all, but the governing body declares a winner, wagers will still remain voided unless pre-determined.

5. In the event that a game does not begin on the scheduled start date and is postponed (using time-zone of the original scheduled venue), all wagers will be void.

6. Should a game's scheduled venue be changed, all wagers placed prior to the notification of the change will be void.

7. The void rule applies for all markets where a draw/tie price is not offered.

8. Overtime counts for all markets unless otherwise stated.

9. For overtime specific markets (e.g. markets specific to just the overtime period), unless otherwise stated markets will be settled of the 1st overtime period only.

7. The void rule applies for all markets where a draw/tie price is not offered.

8. Overtime counts for all markets unless otherwise stated.

9. For overtime specific markets (e.g. markets specific to just the overtime period), unless otherwise stated markets will be settled of the 1st overtime period only.

10. All outright markets, unless otherwise stated, include playoffs. Any official governing organization tie-breaks where applicable are included in settlement.

11. Where a season or tournament is unexpectedly shortened all futures markets/bets will be settled in accordance with the official ruling of the relevant governing body so long as the ruling is made within 90 days after the scheduled completion date; or unless the outcome has unequivocally been determined prior to the interruption of the season.

2. Overview of Specific Markets - NBA, NCAA and WNBA Basketball

1. Quarter/Half Markets: The entire period of play must be completed for bets to stand.

2. Quarter Markets: Resulted on score for relevant quarter - overtime does not count.

3. Second Half Markets: Resulted on score for second half, inclusive of overtime.

4. Double Result (Halftime/Fulltime): Resulted on score at half time and full time.

5. Home team/Away team total points: Resulted on score at the end of the game, inclusive of overtime.

6. 'Race To x' Markets: Resulted on the team to achieve the specified total in the specified period first. A 'neither' selection is offered.

7. Highest Scoring Half: For settlement purposes, the second half is inclusive of overtime.

8. Series Markets: A series must come to a natural conclusion for bets to stand.

9. Last point market: is settled on last point in regulation time.

10. Margin Markets: Resulted on final score, inclusive of overtime.

11. Tri-Bet Markets: Resulted on final score, inclusive of overtime.

12. Team Threes Made: Resulted on how many 3 Point Field Goals each team makes. This market does not include overtime.

13. NBA Cup Markets: All Group Winner markets are resulted upon the team that wins their group and advances to the Knockout Round - Wild Card Teams are not included. The NBA Cup Winner will be resulted on which team received the NBA Cup Trophy.

14. Regular Season Wins (NBA): For wagers to be action, teams must complete 80 scheduled regular season games. Should a team not complete the required number of games, all wagers on regular season win markets will be void, unless the result is already pre-determined, prior to an interruption or shortening of the season. As per the NBA Cup rules, all Group Play and Knockout Round games played within the NBA Cup will contribute to a teams' regular season Win/Loss record, however, the NBA Cup Final (Championship Match) outcome will be excluded from the participating teams' regular season Win/Loss record. Should a team not complete the required number of games, all wagers on regular season win markets will be void, unless the result is already pre-determined, prior to an interruption or shortening of the season.

15. Regular Season Wins (NCAA): A team must play at least 90% of originally scheduled games for bets to stand, unless the outcome has previously been unequivocally determined. Pre-season, exhibition, and post-season games (including conference and post-season tournaments) do not count towards a team's regular season win total.

16. Conference Regular Season Winner (NCAA): If an unquoted selection wins, all bets will be void. If multiple teams are deemed co-regular season champions, bets will be settled based on the team who is awarded the top conference seed.

17. Conference Regular Season Exact Finishing Order (NCAA): If teams are tied in the regular season standings, bets will be settled based on conference tournament seeding.

18. Team Match Bets: Resulted on team with the most season wins or which has advanced furthest for tournament/playoff team match bets.

19. Stage of Elimination (NCAA): For the tournament-winning team, all bets will be void.

20. Team to Advance Furthest (NCAA)- Match Bets: If both teams are eliminated in the same round, bets on the market will be void.

21. Tournament Head-to-Head Wins (NCAA): If both selections accrue the same number of wins, bets on the market will be void.

22. Team to Go Undefeated (NCAA): Unless otherwise stated, this refers to the entire regular season and all post-season play.

23. Team Seeding (NCAA): For over/under markets on team seeding, under refers to a seed that is less than the designated number and over refers to a seed greater than that designated number. For example, for a market of "Team A's tournament seed over/under 3.5", if Team A receives a 2 seed, then under bets would win and over bets lose.

24. Team to Make the NCAA Tournament: Teams must be included in the final 68-team field to be deemed winners.

25. Wire to Wire: These markets are offered for a given team to be leading a game at the end of each quarter of that game. Provided the selected team leads at the end of each quarter, the relevant bet will be successful even if, during any such quarter, the selected team temporarily ceases to lead the scoring. 'Any Other Selection' will be deemed the winner if either team does not lead the game after each quarter.

26. To Make/Miss the Playoffs (NBA): Settled on the teams that make the final top 8 in each Conference, after the conclusion of any play-in games or tiebreakers. If the number of teams that make the postseason changes during the season, bets will be void.

27. To Make the Play-In Tournament (NBA): Settled on the teams that have the 7th through 10th highest winning percentages in each conference and take part in the NBA's official Play-In Tournament. As per the NBA Cup rules, all Group Play and Knockout Round games played within the NBA Cup will contribute to a teams' regular season Win/Loss record, however, the NBA Cup Final (Championship match) outcome will be excluded from the participating teams' regular season Win/Loss record. Should the playoff format be changed during the season, all bets will be void.

28. Most Regular Season Wins/Losses (NBA): For wagers to be action, all teams must complete 80 scheduled regular season games. Should a team not complete the required number of games, all wagers on regular season win markets will be void. As per the NBA Cup rules, all Group Play and Knockout


part in the NBA's official Play-In Tournament. As per the NBA Cup rules, all Group Play and Knockout Round games played within the NBA Cup will contribute to a teams' regular season Win/Loss record, however, the NBA Cup Final (Championship match) outcome will be excluded from the participating teams' regular season Win/Loss record. Should the playoff format be changed during the season, all bets will be void.

28. Most Regular Season Wins/Losses (NBA): For wagers to be action, all teams must complete 80 scheduled regular season games. Should a team not complete the required number of games, all wagers on regular season win markets will be void. As per the NBA Cup rules, all Group Play and Knockout Round games played within the NBA Cup will contribute to a teams' regular season Win/Loss record, however, the NBA Cup Final (Championship match) outcome will be excluded from the participating teams' regular season Win/Loss record. In the case two or more teams tie, dead heat rules apply.

29. NBA Regular Season Team/Player Specials: Should a team not complete the required number of games to constitute a full and official season as defined by the NBA, all outstanding wagers on regular season special markets will be void.

30. Draft Props: The official NBA Draft website will be used for settlement purposes (a player's position, school, height, etc.).

31. Draft Position: For over/under type markets, if a player is undrafted, the "Over" will be deemed the winner.

32. Number X Overall Pick: Bets will be settled according to the official draft position as the pick is made, irrespective of any trades made following the announcement of the pick.

33. Early Quarter Markets: All markers referring to a set time period (such as "First Minute" or "First 3 minutes") will be settled according to the official nba.com/ncaa.com play-by-play data to determine the timing of any relevant events or recorded statistics.

34. Player Award Markets: All bets are action unless the award is not assigned to any individual. Dead Heat Rules Apply.

35. NCAA Player Futures (e.g. John R. Wooden Award Winner, Tournament Most Outstanding Player): All bets are action.

36. Correct Score: The final score of the game or specified period. All bets are action.

37. Game to Reach Specified Overtime Period: Wagers will be settled upon the specified game reaching the specified overtime period as determined by nba.com.

3. Player Props - NBA, NCAA and WNBA Basketball

1. First Basket Markets: Resulted on the first score of the game, inclusive of free throws, as per official NBA/NCAA box score. Should a player listed not start the game, all bets on the player selected will be void (otherwise betting is all-in). In the event of a tie at the end of the first quarter, First Basket / First Quarter Double bets are resulted as a loss.
   1. Overtime First Basket Markets: Inclusive of Overtime/Double Overtime & Triple Overtime. Resulted on the first score of the specified overtime period in which the market relates to, inclusive of free throws, as per official league box score. Should a player not start in the specified period, all bets on the player selected will be void (otherwise, betting is all-in).

2. The First Team Basket: Scorer will be resulted on the first scorer from each team; Should a player listed not start the game, all bets on the player selected will be void (otherwise betting is all-in).
   1. Overtime First Team Basket Markets: Wagers will be resulted on the first scorer from the specified team. Should a player listed not start in the specified period, all bets on the player selected will be voided (otherwise, betting is all-in).

3. Player Performance Markets: All bets stand once a player takes the court, irrespective of game time played. All totals are inclusive of overtime. Should a player not take any part, all bets will be void.

4. Player Performance Markets offered in-play/during half time: Bets on this market refer to the quoted statistic recorded by a named player for the whole game (including overtime). If a player doesn't see any game time, then all bets on that player will be void.

5. Top Points Scorer markets: These rules relate to the Top Point Scorer and Overtime Top Point Scorer markets. Wagers placed on Top Point Scorer markets refer to the quoted statistic recorded by the specified player for the whole game (including overtime). As per official box score. Should a player not take part in any part of the game, the selected players wagers will be voided. For wagers placed on the Overtime periods played in the game (Regulation Periods excluded), should a player not take part in the overtime periods, wagers will be voided.

6. Player Related Quick Duration Markets: These markets include Floor General, Method of Basket, Quarter Props and Quarter Prop Parlay, and Player to Score in Next Minute. A Player must take the court (for any duration of time) within the specified interval for bets to have action. For Floor General, both players must take the court (for any duration of time) within the specified interval for bets to have action.

7. Player Match Bets: Bets on this market refer to the quoted statistic recorded by a named player by the end of a match (including overtime). If one of the players doesn't see any game time, then all bets on that market will be void.

8. Method of First Basket (including Overtime First Basket markets where specified): All Rules relating to "First Basket Markets" apply. The market will be settled according to the official nba.com/ncaa.com play by play description.

9. Method of Basket Markets: "Player X - Other" (NBA/NCAA) selections encompass all two-point field goals which are not designated as a layup or dunk in official NBA/NCAA play-by-play data.

10. Method of Basket Markets (WNBA/WNCAA): "Player X - Other" selections encompasses all two-point field goals which are not designated as a layup in official WNBA/WNCAA play-by-play data.

11. Slam Dunk Markets: Any market referencing slam dunks will be settled according to nba.com/ncaa.com play-by-play classification of all scoring plays.

12. Game Props: Player most points/rebounds/assists/etc.: Bets placed on this market will be settled on the player who makes the most of the relevant quoted statistic. In case two or more players tie, dead heat rules apply. Should a player listed not take part in the game, all bets on the player selected will be void. Otherwise, all bets are action. Bets are All-In, meaning should a player not listed in the market make the most of the relevant quoted statistic, then all bets shall be settled as a loss.

13. Daily Props: Player most points/rebounds/assists/etc.: Bets placed on this market will be settled on the player who makes the most of the relevant quoted statistic. In case two or more players tie, dead heat rules apply. All games scheduled for that date must be completed for bets to stand. Should a player listed not take part in the game, all bets on the player selected will be void otherwise all bets are action. Bets will be settled on the basis of listed players only.

Log in     Join

statistic, then all bets shall be settled as a loss.

13. Daily Props: Player most points/rebounds/assists/etc.: Bets placed on this market will be settled on the player who makes the most of the relevant quoted statistic. In case two or more players tie, dead heat rules apply. All games scheduled for that date must be completed for bets to stand. Should a player listed not take part in the game, all bets on the player selected will be void otherwise all bets are action. Bets will be settled on the basis of listed players only.

14. Daily Team Props: Highest/Lowest Scoring Team or Game: All games scheduled for that date must be completed for bets to stand. In case two or more teams tie, dead heat rules apply.

15. Playoff Series Props: Player most points/rebounds/assists/etc., player match bets and player props: A series must come to a natural conclusion for bets to stand. Overtime counts for settlement purposes. In case two or more players tie, dead heat rules apply. A Player listed must take part in at least one game in the series for bets to be action. If a player does not take the court during at least one game, all bets on the player selected will be void (and in the case of a 2-player matchbet, all bets on the market will be void)

16. Playoff Series Props - Popular Parlays Featured: A series must come to a natural conclusion for bets to have action. Overtime Counts for settlement purposes. Wagers settled as per NBA.com official player statistics recorded extending to two decimal places for accuracy purposes. In case of two or more players ending on a tie, dead heat rules will apply. A selected player must take part in at least 50% or more games within the series for bets to have action (unless the result has been unequivocally determined.

17. Playoff Series Extra Markets - Buzzer Beaters: Bets placed on this market will be settled on whether a field goal is made (not a foul shot) by one team within the last 2 seconds of regulation periods or overtime periods that results in that team winning the game outright (e.g. Home Team trails by 2 points and shoots a made 3 point shot to win the game within the final 2 seconds). This does not include a shot within the last 2 seconds to TIE the game, which they subsequently win in overtime/double overtime etc.

18. Regular Season Props (NBA): Player most points/rebounds/assists/etc. or highest points/rebounds/assists/etc. average: Bets placed on this market will be settled on the player who makes the most of the relevant quoted statistic at the end of the competition excluding statistics recorded in the NBA Cup Final (Championship Game) or the postseason playoffs, unless otherwise stated. In case two or more players tie, dead heat rules apply. For NBA Regular Season League Leaders, a player must play 70% of their team's games (58 in 82-game season) as per NBA rules to win or remained the leader, had a player participated in the required number of games with their category total at seasons end, as defined by the NBA (i.e., The league leader may be settled as the player who would have led the league in category had he played the required category total). For example, if Player A played 56 games and scored 1,590 points (1590/56 = 28.4 ppg.), Player A could still qualify for the league lead if his average with the same point total (1,590) over 58 games was higher than any other player (1590/58 = 27.4 ppg.) Bets are All-In.

4. Sport Rules - Euro/Other Basketball

1. The rules in this section (and sections 5.4, 5.5 and 5.6) apply to FIBA tournaments, European, Australian, Central American, South American, African, Asian Basketball Competitions, as well as The Basketball Tournament, Big3 Basketball & any other basketball.

2. Bets will be settled according to the result declared by the relevant governing body at the end of the match (including any overtime played). In the absence of consistent, independent evidence or in the presence of significant conflicting evidence, bets will be settled based on our own statistics.

3. Should play be suspended in any game and subsequently not fully completed within 48 hours of the original scheduled start time, all wagers will be void unless the outcome of a specific market or selection has already been pre-determined. If the event is not completed within 48 hours and/or not completed at all, but the governing body declares a winner, wagers will still remain voided unless pre-determined.

4. Should a match be abandoned, all markets will be voided unless the outcome has been unequivocally decided.

5. In the event that a game does not begin on the scheduled start date and is postponed (using time-zone of the original scheduled venue) all wagers will be void unless the game is played within 48 hours.

6. In the event that a match finishes in a tie and overtime isn't played, Match betting and Normal Time Match Betting (2 way) will be settled as void. Will there be Overtime markets will be settled as Yes.

7. In the event that a match does not finish in a tie, but overtime is played for qualification purposes, such as in a two leg (home-and-away) total points series, the markets will be settled according to Section 5.5 'Overview of Specific Markets - Euro/Other Basketball', as stated, below.

8. All outright markets, unless otherwise stated, include playoffs and any official governing organization tie-breaks where applicable.

5. Overview of Specific Markets - Euro/Other Basketball

1. Match betting, total points, point spread (handicap) betting & odd/even: Resulted on score at the end of the game, inclusive of overtime.

2. Quarter/Half Markets: The entire period/half of play must be completed for bets to stand.

3. Quarter Markets: Resulted on score for relevant quarter - overtime does not count.

4. Second Half Markets: Resulted on score for second half - overtime does not count.

5. Highest Scoring Markets: These markets are settled at the conclusion of regular time. Overtime does not count. In case two or more quarters/halves have an equal highest score, it is considered a Dead-heat, and the market will declare the tied quarters/halves as winners. If the match is abandoned before the conclusion of regular time, the market will be deemed void.

6. Will there be overtime?: Market will be settled as yes if, at the end of regular time, the match finishes in a draw, regardless of whether or not overtime is played.

7. Double Result (Halftime/Fulltime): Resulted on score at half time and full time, (exclusive of overtime).

8. Home team/Away team total points: Resulted on score at the end of the game, inclusive of overtime.

9. Race To x' Markets: Resulted on the team to achieve the specified total in the specified period first. A 'neither' selection is offered. Overtime doesn't count for these markets.

10. Series Markets: A series must come to a natural conclusion for bets to stand.

11. Last point market: Is settled on last point at the end of the game, inclusive of overtime.


9. Race To x' Markets: Resulted on the team to achieve the specified total in the specified period first. A 'neither' selection is offered. Overtime doesn't count for these markets.

10. Series Markets: A series must come to a natural conclusion for bets to stand.

11. Last point market: Is settled on last point at the end of the game, inclusive of overtime.

6. Player Props - Euro/Other Basketball

1. First Basket Markets: Resulted on the first score of the game, inclusive of free throws, as per official box score provided by the relevant leagues governing body. Should a player listed not start the game, all bets on the player selected will be void (otherwise betting is all-in). In the event of a tie at the end of the first quarter, First Basket / First Quarter Double bets are resulted as a loss.

2. The First Team Basket: Scorer will be resulted on the first scorer from each team; should a player listed not start the game, all bets on the player selected will be void (otherwise betting is all-in). Bets will result by the play by play information provided from the relevant leagues governing body.

3. Player Performance Markets: All bets stand once a player takes the court, irrespective of game time played. All totals are inclusive of overtime. If one of the players doesn't see any game time, then all bets on that market will be void.

4. Player Performance Markets offered in-play/during half time: Bets on this market refer to the quoted statistic recorded by a named player for the whole match (including overtime). If a player doesn't see any game time, then all bets on that market will be void.

5. Player Match Bets: Bets on this market refer to the quoted statistic recorded by a named player by the end of a match (including overtime). If one of the players doesn't see any game time, then all bets on that market will be void.

6. Player index rating markets: Bets will be settled according to the result declared by the relevant governing body at the end of the match (including any overtime played). http://www.euroleague.net/, http://www.fiba.com/, http://www.fibaeurope.net/, http://www.acb.com/. If one of the players doesn't see any game time, then all bets on that market will be void.

7. Team: Player most points/rebounds/assists: Bets placed on this market will be settled on the player who makes the most of the relevant quoted statistic. In case two or more players tie dead heat rules apply.

8. Competition: Player most points/rebounds/assists: Bets placed on this market will be settled on the player who makes the most of the relevant quoted statistic at the end of the competition excluding playoffs, unless otherwise stated. In case two or more players tie dead heat rules apply. Rule 4 deduction won't apply.

9. Series Points, Rebounds, Assists, Steals and Blocks match bet: A series must come to a natural conclusion for bets to stand. Overtime counts for settlement purposes. In case two or more players tie, dead heat rules apply.

6. Boxing and Mixed Martial Arts

1. Boxing

1. General Boxing Rules:

1. Results will be based on the official result at ringside with the exception of a technical draw (the rules for which are set out in the "Technical Decision / Draw" section below).

2. Results are not official for betting purposes until verified by officials at the fighting venue. If for some reason official verification does not occur at the fighting venue, then (and only then) will reference will be made to www.boxrec.com for settlement purposes. Should an official or unofficial sanctioning body overturn a fight decision based on an appeal, suspension, lawsuit, drug testing result or any other fighter sanction, this will not be recognized for betting purposes.

3. Should a contest be postponed, bets will stand if the rescheduled event occurs within 48 hours. Otherwise, all bets in relation to the contest will be void.

4. In the event of a 'no contest' being declared, all bets will be made void, with the exception of selections where the outcome has already been unequivocally determined.

5. Should there be a substitution for one of the boxers, bets on the original contest will be void, except in a tournament based competition where the equivalent of a Tattersalls Rule 4 deduction may apply (see Prize Fighter below)

6. Should there be a change in the manner in which a contest is advertised (e.g. a contest changes from a title fight to a non-title fight) bets will stand.

7. Match Betting markets where no draw selection is offered will be made void if the match ends in a draw.

8. In fights where the scheduled number of rounds changes, all bets will stand unless the result would be automatically determined by the change in the number of rounds (in which case, such bets will be voided). For example, if a fight gets changed from a 12 to a 10 round fight, bets on rounds 11 and 12 will be void.

9. All fights timed for December 31st are potential unconfirmed fights, if the fight doesn't take place by this date then all bets will be void.

2. Round Betting/Group Round Betting/Alternative Group Round Betting:

1. This market is defined as betting on the round/rounds in which the result of the fight will be determined, it is not betting on named fighters to win the round/rounds on the judge's scorecards.

2. If a boxer withdraws during the period between rounds, the fight is deemed to have ended in the previous round.

3. The bell will signal the end of a round and the bell being sounded again will signal the start of the next round. Therefore, a boxer who withdraws after the bell is sounded to signal the start of the next round will be deemed to have lost in that round, even if there's no competitive action in that round.

4. Where a boxer fails to answer the bell for the next round, his opponent shall be deemed to have won the contest in the previous round.

5. Subject to the following rule, should, for any reason, the scheduled number of rounds be changed before the commencement of the contest, all round by round bets will stand.

round.

4. Where a boxer fails to answer the bell for the next round, his opponent shall be deemed to have won the contest in the previous round.

5. Subject to the following rule, should, for any reason, the scheduled number of rounds be changed before the commencement of the contest, all round by round bets will stand.

6. Notwithstanding the above rule, should, for any reason, the scheduled number of rounds be decreased before the commencement of the contest, all round by round bets on the dropped rounds will be void. Bets on all the remaining rounds will stand.

7. Where a contest finishes before the completion of the scheduled number of rounds and, for any reason, the winner is decided by the judges' scorecards (technical decision/technical draw) then all round bets will be deemed losers.

8. If the contest goes to the scorecards, then all round bets will be deemed losers.

9. Where a contest finishes before the scheduled number of rounds due to an accidental injury and the winner is not determined by the judges' scorecards, all bets will be void.

10. For "Total Rounds" settlement purposes, 1 minute and 30 seconds will represent half a round. For example, for a bet on "Over 10.5 rounds" to be a winner, the fight must last beyond 1 minute and 30 seconds in round 11. If the number of rounds for a fight is changed after this market has been set then all bets on this market will be void.

11. For "Will the Fight Go the Distance" (or similarly titled) markets, should the scheduled number of rounds change, this market will be made void. In the event of a technical decision, for settlement purposes, the fight will have been deemed NOT to have gone the distance (i.e. the scheduled number of rounds).

3. Method of victory:

1. A knockout (KO) occurs when the boxer does not stand up after a ten count. Technical knockouts (TKO) occur when a boxer is knocked down three times within the same round and the fight is stopped or where the referee steps in to stop the fight when it is decided that a fighter cannot safely continue. If a fighter fails to answer a bell for the next round then this will also be deemed a TKO. For betting purposes, KO/TKO options also include disqualification and retirement.

4. Technical Decision/Draw:

1. If a fight is scheduled for more than four rounds and, after four rounds, an accidental foul occurs which causes an injury (further to which the referee stops the fight), the fight will be deemed to have resulted in a technical decision in favor of the boxer who is ahead on the scorecards at the time the fight is stopped (and all markets on the fight will stand).

2. If the accidental injury / technical decision occurs during the first 4 rounds, all bets will be made void UNLESS the result of the relevant market has already been unequivocally determined or if the judges' scorecards are used to determine an official winner at ringside.

3. If an intentional foul causes an injury and the injury results in the fight being stopped in a later round: (i) the injured boxer will be deemed to have won by technical decision if he is ahead on the scorecards and (ii) the fight will result in a 'technical draw' if the injured boxer is behind or even on the score cards (and, for settlement purposes, the result of the fight will be deemed to be a draw).

4. For betting purposes, betting on rounds or a group of rounds is for a fighter to win by KO, TKO, disqualification or due to the other fighter retiring during that round or group of rounds. In the event of a technical decision before the end of the fight, all round bets will be deemed to be losers.

5. To Score a Knockdown:

1. For settlement purposes, a knockdown is defined as a fighter being KO'd or receiving a mandatory eight count (anything deemed a slip by the referee will not count).

6. Prizefighter Rules:

1. Match bets will be settled on the result announced in the ring. If any result is announced incorrectly at ringside but is subsequently corrected then bets will be settled based on the corrected winner.

2. Outright bets will be settled based on the winning boxer who lifts the trophy. If a substitute is introduced during the tournament, all outright bets will stand and an outright price will be quoted for the new boxer. All outright bets on boxers who withdraw during the tournament due to injury or cuts (having fought on the card) will be deemed to be losing bets.

3. Outright bets will be void on any named boxer who does not start the tournament. This rule does not apply to the reserve fighters.

4. "Either reserve" (or similar) may be listed as a selection for any Prizefighter tournaments. These selections are priced on a compete or not basis and, accordingly, all bets on these selections will stand whether or not a reserve fighter competes.

5. The equivalent of a Tattersall's rule 4 deduction may be applied to any outright bet where a named fighter is withdrawn before the start of the tournament (and an additional contender added).

7. Punch Stat Markets:

1. All Markets below will be resulted against data received from CompuBox at the point of settlement.

2. For Round and Group Round Betting, in the event the fight ends prior to the round the bet has been placed on, bets will be settled as losers.
   1. Total Punches Thrown

   2. Total Punches Landed

   3. Total Jabs Thrown

   4. Total Jabs Landed

   5. Total Power Punches Thrown

   6. Total Power Punches Landed

   7. Total Body Punches Landed

   8. Most Punches Thrown

Log in    Join

5. Total Power Punches Thrown

6. Total Power Punches Landed

7. Total Body Punches Landed

8. Most Punches Thrown

9. Most Punches Landed

10. Most Power Punches Landed

11. Most Jabs Landed

12. Most Body Punches Landed

13. Any other markets/selections composed of punches, jabs or power punches.

3. In the event of a tie on a market where a draw selection is not offered, bets will be void.

4. In the event of a tie on a leg within a selection (e.g. Most Punches, Jabs & Power Punches & both fighters throw x Jabs), bets on that selection will be settled as losers.

5. Definitions of CompuBox punch markets can be seen below:
   1. Thrown Punches: A Thrown Punch is any punch attempt at the scoring area of an opponent. Scoring area consists of the head and torso.

   2. Jab: Straight punch with the fighter's lead hand.

   3. Power Punch: Any non-jab punch such as uppercuts, crosses and hooks.

   4. Landed Punches - A Landed Punch is a punch that lands inside the scoring area. A landed punch can be a deflected punch as well as a direct hit, providing that ultimately it connects to the scoring area.

   5. Head/Body Punch Landed: Jabs and Power Punches categorized based on where in the scoring area the punch landed.

2. Mixed Martial Arts

1. General:
   1. Unless otherwise stated below, bets will be settled on the official result announced in the octagon. Subsequent appeals/amendments do not affect settlement (unless the amendment was made due to human error when announcing the result).

   2. Should a contest be postponed, bets will stand if the rescheduled event occurs within 48 hours. Otherwise, all bets in relation to the contest will be void.

   3. In the event of a 'no contest' being declared, all bets will be made void, except for selections where the outcome has already been unequivocally determined.

   4. Should there be a substitution for one of the fighters, bets on the original contest will be void.

   5. If a fight is changed from 3 rounds to 5 rounds or from 5 rounds to 3 rounds, Match Betting bets will stand but all other markets will be voided.

   6. All fights timed for December 31st are potential unconfirmed fights, and if the fight doesn't take place by this date then all bets will be void.

   7. Unless otherwise specified, a Decision victory does not count towards a winning selection on bets including 'Round 3' (3 Round Fight) or 'Round 5' (5 Round Fight).

   8. In relation to UFC, markets based on a given fighter or the fight to achieve a certain statistic, including but not limited to: (i) a given fighter to achieve a certain number of significant strikes, (ii) a given fighter to achieve a certain number of submission attempts (iii) a given fighter to achieve a certain number of knockdowns/takedowns; all bets will be settled based upon data from UFCstats.com.

2. Moneyline:
   1. Prices are offered for each fighter to win the fight and, in the event of a draw, all bets will be void and stakes returned (for these purposes, draws will include fights which end in a 'majority draw').

3. Method of victory:
   1. For the purposes of this market, a KO may include the following:
      1. referee stoppage while either fighter is, or both fighters are, standing;

      2. referee stoppage while either fighter is, or both fighters are, on the canvas;

      3. stoppage by doctor;

      4. stoppage by a fighter's corner/team; and

      5. a fighter retires due to injury.

   2. For the purposes of this market, a submission may include the following:
      1. referee stoppage due to tap-out;

      2. referee stoppage due to technical submission; and

      3. a fighter's verbal submission (including a verbal submission which is made due to strikes).

   3. For the purposes of this market, a win by points includes unanimous decision, technical decision, majority decision and split decision

   4. For the purposes of this market "Draw" includes majority Draw

   5. In the event of a disqualification or a 'no contest' being declared on the night, this market will be void, regardless of any amendments to the result thereafter.


3. For the purposes of this market, a win by points includes unanimous decision, technical decision, majority decision and split decision

4. For the purposes of this market "Draw" includes majority Draw

5. In the event of a disqualification or a 'no contest' being declared on the night, this market will be void, regardless of any amendments to the result thereafter.

6. For exact method of victory markets: you are wagering on which fighter and the exact way the fighter will win. (e.g., Fighter A to Win by TKO/KO via Kick, Fighter A to Win by Submission via Rear Naked Choke). This will be settled according to UFCstats.com, this will not be settled based off what the announcer says in the Octagon.

4. Round Betting / Total Rounds:
   1. If a fighter withdraws in the period between rounds, the fight will be deemed to have ended in the previous round for the purpose of "Round Betting" settlement.

   2. For "Total Rounds" settlement purposes, 2 minutes and 30 seconds will represent half a round (if the round lasts for 5 minutes). For example, for a bet on "Over 1.5 rounds" to be a winner, the fight must last beyond 2 minutes and 30 seconds in round 2. If the number of rounds in a fight is changed after "Total Rounds" markets have been set, then all bets on these markets will be void.

   3. Should the scheduled number of rounds be changed before the fight, all "Round Betting" bets will be made void.

5. Fight of the Night / Submission of the Night / Performance of the Night:
   1. Dead Heat rules will apply if three or more of the named fighters are awarded Performance of the Night or if two or more of the named fights are awarded Fight of the Night.

6. Quickest Fight of the Night:
   1. This market is settled on the official times which are made available on www.ufc.com and the winner shall be settled according to whichever fight finishes in the least amount of time.

   2. Our dead heat rules apply if two fights finish after the same amount of time.

7. Points Handicap:
   1. Any fighter who wins before the fight goes its scheduled distance is declared the winner. If the fight goes to a decision, then the cumulative scores of all the judges will be used to determine the winner. If the fight is declared a 'no contest', this market will be void.

8. Round & Method Combo:
   1. The winning selection will be determined based on the round in which the fight ends and the method of victory. Bets on this market will be deemed losing bets if the fight ends in a decision.

9. Fight to Start Round "X":
   1. Referee must signal the start of the specified round in order for winning settlement of 'Yes' selection.

10. Will the fight go the distance?
    1. Market is settled on whether or not all scheduled rounds in the fight will be completed. If the fight is stopped before the end of the last scheduled round and a Technical Decision is declared, the "no" selection will be the winning selection and bets on the "yes" selection will be losses.

11. Round & Minute Markets:
    1. For the purpose of settlement:
       1. The 1st minute of a round is from 00:00 to 00:59;

       2. The 2nd minute of a round is from 01:00 to 01:59;

       3. The 3rd minute of a round is from 02:00 to 02:59;

       4. The 4th minute of a round is from 03:00 to 03:59; and

       5. The 5th minute of a round is from 04:00 to 05:00.

    2. The first 30 seconds of a round are from 00:00 to 00:29 and the last 30 seconds of a round from 04:30-05:00.

    3. If the fighter retires in the corner between rounds the last minute of the previous round will be paid as a winner.

    4. For the Gone in 60 Seconds market, you are wagering on whether the fight will end in the first 59 seconds of Round 1. The official time supplied by the governing body will be used to settle this market.

12. Knockdown/Takedown/Significant Strikes/Strikes:
    1. Markets involving significant strikes, strikes, knockdown or takedown statistics will be settled off results posted by ufcstats.com.

7. Cricket

1. General Rules
   1. If a match is cancelled before any play has taken place, then all bets will be void, unless the match is replayed within 48 hours of its advertised start time (in which case the bets will stand).

   2. Or, if there is an official reserve day in place for the match, then all bets will stand and will be resulted based on the events that transpire (including as continued or commenced on the reserve day if needed) in accordance with our relevant rules for all respective markets.

   3. If a match venue is changed then bets already placed will stand providing the home team is still designated as such. If the home and away team for a listed match are reversed then bets placed based on the original listing will be void.

2. General Settlement
   1. All tournament and match markets will be settled on the basis of the official tournament results/match scorecards which are included on the ICC's official website. If there is no result available, then the website www.cricinfo.com will be used for settlement purposes.



5. If a match venue is changed then bets already placed will stand providing the home team is still designated as such. If the home and away team for a listed match are reversed then bets placed based on the original listing will be void.

2. General Settlement

1. All tournament and match markets will be settled on the basis of the official tournament results/match scorecards which are included on the ICC's official website. If there is no result available, then the website www.cricinfo.com will be used for settlement purposes.

2. A batsman that retires from an innings will not be considered as a wicket for settlement purposes.

3. The term "innings reaching its natural conclusion" refers to an innings which has not been closed due to external factors such as rain or bad light. A team being bowled out or declaring is considered to constitute the natural conclusion of an innings.

4. For all markets, in any instance where the minimum required overs has not been reached but the innings has reached its natural conclusion, bets will stand.

5. The term First Class matches refers to a match of three or more days duration between two sides of eleven players - this includes Test Matches.

3. Series Betting

1. When the full number of scheduled matches is not played then we reserve the right to void any speciality markets which relate to the series as a whole. If a series for which we did not offer a price for the draw ends in a draw, then bets on the series result will be void.

4. X Team to Score Runs

1. E.g., India to Score 'X' Runs

2. This market is separate to team total runs and will be settled on the total runs scored by the respective team regardless of any reduction in overs.

3. In matches where we offer betting on the Team Total Runs for both teams then all bets placed on the second innings runs will stand regardless of the score achieved by the side batting first.

5. Top Team Batsman / Runscorer (Series)

1. All in play or not (i.e., if a player does not take part in the series, bets placed on that player will stand).

2. If two or more players score the same number of runs, then dead heat rules will apply.

6. Top Team Bowler / Wicket Taker (Series/Tournament)

1. All in play or not (i.e., if a player does not take part in the series/tournament, bets placed on that player will stand).

2. If two or more players take the same number of wickets, dead heat rules will apply.

7. Player Runs (Batter Runs/Fours/Sixes)

1. Description: How many runs will the named batter score?

2. Rules: If the batter finishes the innings not out at the end of an innings, their score will be the final result. If a batter does not bat, the bet will be void.

3. If a batter retires hurt, but returns later, the total runs scored by that batter in the innings will count. If the batter does not return later, the final result will be as it stood when the batter retired.

4. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the scheduled overs in either innings due to external factors, including bad weather, unless settlement has been determined, or goes on to be determined. Result will be considered determined if the line at which the bet was placed is passed, or the batter is dismissed.

5. In drawn First Class matches, bets will be void if fewer than 200 overs are bowled, unless settlement of the bet has already been determined.

6. For pre-match bets, only the batter's first innings will count.

7. Runs scored in a super over do not count.

8. First Ball of the Match

1. This market will be settled on the outcome of the first completed delivery, excluding any deliveries declared as dead ball.

2. In limited overs cricket this market will be resulted on the first ball of the match regardless of any reductions in overs providing it is bowled.

9. Fall of Wicket

1. Description: How many runs will the batting team have scored when the next wicket falls?

2. Rules: If the partnership is ended by the end of an innings, bets will settle at the final score.

3. For settlement purposes, a batter retiring hurt does not count as a wicket.

4. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the scheduled overs in either innings due to external factors, unless settlement has already been determined, or goes on to be determined. Result will be considered determined if the line at which the bet was placed is passed, or the wicket in question falls.

5. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined.

10. To Score 10/20/30/40 Runs

1. Markets will be settled regardless of whether the player reaches the crease providing they are included in the starting eleven.

2. If not included in the eleven, then bets on these selections will be void.

11. Player To Score a 50 / 100

1. This refers to individual players to score 50 / 100 or more runs (as applicable).

2. Bets on this market will be settled regardless of whether the player reaches the crease providing they are in the starting eleven.

3. Any players not listed in the starting eleven will have all bets on them void.

Log in    Join

11. Player to Score a 50 / 100
   1. This refers to individual players to score 50 / 100 or more runs (as applicable).

   2. Bets on this market will be settled regardless of whether the player reaches the crease providing they are in the starting eleven.

   3. Any players not listed in the starting eleven will have all bets on them void.

12. Margin Betting
   1. If the match is tied and goes to a super over, this market will be settled as a tie. If either team's innings in a limited overs match is reduced by more than 10% due to external factors, then bets on this market will be void.

13. Player to Hit a 6
   1. Bets on this market will stand regardless of whether the player reaches the crease, as long as they are included in the starting eleven. Bets places on any player not named in the starting eleven are void. For the avoidance of doubt, a player running six does not count for this market.

14. Six and Out
   1. This market will be settled if, during a match, a player hits a "six" and also takes a wicket. Players named in the starting eleven that do not bat/bowl are deemed to have taken part and bets on any such players will be settled as losing bets.

   2. Bets placed on any player who is not named in the starting eleven will be void.

   3. Should the innings be shortened for any reason other than it reaching its natural conclusion then all unequivocally decided bets will be settled while all others shall be void.

15. First/Second Innings Highest 5 Over period
   1. If either team's innings in a limited overs match is reduced due to external factors, then bets on this market will be void.

   2. For Limited overs matches, should the winner already be unequivocally decided even if the innings were to be played out to its natural conclusion, the market will be settled as normal despite any reduction.

16. Runs Scored at loss of 4 wickets
   1. This market will be settled based on the total number of runs scored at the fall of the fourth wicket.

   2. If the fourth wicket doesn't fall, the market will be settled based on whatever score the team has achieved at the end of the innings.

17. To win the Match/Top Team Runscorer Double
   1. In a 2-innings match (i.e., test match or county championship), the top team runscorer part of this market applies to the first innings only (unless otherwise stated).

   2. Depending on the type of match, the following minimum overs must be bowled in the winning team's innings for bets to stand:
      1. Test Matches: 50 overs

      2. County Championship: 50 overs

      3. 50 over match: 25 overs

      4. 40 over match: 20 overs

      5. 20 over match: 10 overs

   3. However, in all cases, bets will stand if the innings reaches its natural conclusion in fewer overs than the above requirement. Bets placed on any player not named in the starting eleven will be void.

   4. Players named in the starting eleven that do not bat are deemed to have taken part and bets on any such players will be settled as losing bets.

   5. If two or more players score the same number of runs, then dead heat rules will apply.

   6. For Limited overs matches - Should the winner already be unequivocally decided even if the innings were to be played out to its natural conclusion, the market will be settled as normal despite any reduction.

18. Top Team A/B Runscorer double/Top Team Runscorer/Top Team Wicket Taker Double
   1. In a 2-innings match (i.e., test match or county championship), this market applies to the first innings only (unless otherwise stated).

   2. Depending on the type of match, the following minimum overs must be bowled in the applicable team's innings for bets to stand:
      1. Test Matches: 50 overs

      2. County Championship: 50 overs

      3. 50 over match: 25 overs

      4. 40 over match: 20 overs

      5. 20 over match: 10 overs

   3. However, in all cases, bets will stand if the innings reaches its natural conclusion in fewer overs than the above requirement. Bets placed on any player not named in the starting eleven will be void.

   4. Players named in the starting eleven that do not bat are deemed to have taken part and bets on any such players will be settled as losing bets.

   5. If two or more players score the same number of runs, then dead heat rules will apply.

19. Top Tournament Wicket Taker
   1. All in play or not (i.e., if a player does not take part in the tournament, bets placed on that player will stand).

   2. If two or more players take the same number of wickets, dead heat rules will apply.

20. Top Tournament Runscorer



19. Top Tournament Wicket Taker
   1. All in play or not (i.e., if a player does not take part in the tournament, bets placed on that player will stand).

   2. If two or more players take the same number of wickets, dead heat rules will apply.

20. Top Tournament Runscorer
   1. All in play or not (i.e., if a player does not take part in the tournament, bets placed on that player will stand).

   2. If two or more players score the same number of runs, then dead heat rules will apply.

21. Completed Match
   1. This market will be settled based on whether there will be a result declared on this limited overs match or whether the match will be abandoned/declared a no result.

   2. For the avoidance of doubt, an official result declared other than that the match is abandoned or declared a no result will mean "yes" is the winning selection in this market.

   3. If the match is abandoned or declared a no result this will mean "no" is the winning selection in this market.

   4. Please be aware that this market will carry over onto any reserve day and will be settled on the official result of the match. If a match is postponed or abandoned for any reason other than weather (which may include but is not limited to: dangerous or unplayable wicket or outfield; pitch vandalism; strike or boycott; crowd protests/violence; floodlight failure; stadium damage; acts of terrorism; and acts of God), FanDuel Sportsbook reserves the right to void all bets on this market.

22. Total Runs In Match
   1. This market is based on how many runs will be scored in the match across both teams innings combined.

   2. Extras and penalty runs will be included for settlement purposes.

   3. The following minimum number of overs must be scheduled, otherwise all bets are void, unless settlement is already determined.
      1. Twenty20 Matches - 16 overs.

      2. One Day Matches - 40 overs.

23. Direction of first boundary
   1. This market will be settled on the direction of the first boundary that comes off the bat (given as runs to the batsman).

   2. This market includes both fours and sixes.

24. Cricket Rules for Specials Markets
   1. For the settlement of specials market selections, a wicket will not be deemed to have occurred if a batsman retires from play.

   2. If any player who is part of a specials market selection does not take part in the relevant event, the whole bet will be void.

   3. Where we have made an obvious or manifest pricing or descriptive (i.e., wording) error in respect of a specials selection, we reserve the right to cancel and subsequently to offer the bet at the correct price or pursuant to a different description.

   4. For specials bets relating to series betting, when the full number of scheduled matches within the relevant series is not played for any reason, we reserve the right to void any markets which relate to the series as a whole.

   5. If a team's innings in a test match or county championship match lasts less than sixty overs for any "external" reason (i.e., other than in circumstances where the innings has reached its natural conclusion) then specials bets relating to that team's innings will be void.

   6. For limited overs matches, specials bets involving the number of runs to be scored will be settled based on the final number of runs achieved by each side (including any extras or penalty runs awarded during the match). Should there be a reduction in the scheduled number of overs to take place during an innings, any Specials Markets bets in respect of the match will stand if the reduction amounts to no more than 20% of the total number of overs that were scheduled to that innings at the time the Specials Markets bet was placed. Should the reduction in respect of those innings be greater than 20% then all Specials Markets bets in respect of that match shall be void (irrespective of the total number of runs achieved by either team) unless the bet in question had been unequivocally determined at the time of the curtailed completion of the match (i.e. such that, at the time of the curtailed completion, the outcome of the bet could not have been different had the additional scheduled overs been played).

25. Match Betting
   1. Description: Who will win the match?

   2. All match betting will be settled in accordance with official competition rules. In matches affected by adverse weather, bets will be settled according to the official result.

   3. If there is no official result, all bets will be void.

   4. In the case of a tie, if the official competition rules do not determine a winner, then dead heat rules will apply. In competitions where a bowl off or super over determines a winner, bets will be settled on the official result.

   5. In First Class Matches, if the official result is a tie, bets will be settled as a dead-heat between both teams. Bets on the draw will be settled as losers.

   6. If a match is abandoned due to external factors, then bets will be void unless a winner is declared based on the official competition rules.

   7. If a match is cancelled, then all bets will be void if it is not replayed or restarted within 48 hours of its advertised start time.

26. Match Betting: Double Chance
   1. Description: Will the match result be either of the three options given?

   2. A tie will be settled as a dead heat.

   3. All match betting will be settled in accordance with official competition rules. If there is no official result, all bets will be void.

27. Match Betting: Draw No Bet


1. Description: Will the match result be either of the three options given?

2. A tie will be settled as a dead heat.

3. All match betting will be settled in accordance with official competition rules. If there is no official result, all bets will be void.

27. Match Betting: Draw No Bet
    1. Description: Who will win the match given that all bets will be void if the match is a draw?

2. A tie will be settled as a dead heat.

3. All match betting will be settled in accordance with official competition rules.

4. If there is no official result, all bets will be void.

28. Tied Match
    1. Description: Will the match be tied?

2. All bets will be settled according to the official result.

3. If the match is abandoned or there is no official result, all bets will be void.

4. For First Class matches a tie is when the side batting second is bowled out for a second time with scores level.

29. Most Fours
    1. Description: Which team will hit the most fours?

2. In limited overs matches, bets will be void if it has not been possible to complete at least 80%of the overs scheduled to be bowled in either innings due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction.

3. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined.

4. Only fours scored from the bat (off any delivery- legal or not) will count towards the total fours. Overthrows, all run fours and extras do not count.

5. Fours scored in a super over do not count.

6. In First Class games, only first innings fours will count.

30. Most Sixes
    1. Description: Which team will hit the most sixes?

2. In limited overs matches, bets will be void if it has not been possible to complete at least 80%of the overs scheduled to be bowled in either innings due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction.

3. In drawn First Class matches, bets will be void if fewer than 200overs have been bowled, unless settlement of the bet has already been determined.

4. Only sixes scored from the bat (off any delivery- legal or not) will count towards the total sixes. Overthrows and extras do not count. Sixes scored in a super over do not count.

5. In First Class games, only first innings sixes will count.

31. Most Extras
    1. Description: Which team will have the most extras added to their batting score?

2. In limited overs matches, bets will be void if it has not been possible to complete at least 80%of the overs scheduled to be bowled in either innings due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction.

3. In drawn First Class matches, bets will be void if fewer than 200overs have been bowled, unless settlement of the bet has already been determined.

4. All wide deliveries, no balls, byes, leg byes and penalty runs in the match count towards the final result. If there are runs off the bat as well as extras from the same delivery, the runs off the bat do not count towards the final total.

5. Extras in a super over do not count.

6. In First Class games, only first innings extras will count.

32. Most Run Outs Conceded
    1. Description: Which team will concede the most run outs in the match?

2. A run out "conceded" means that a member of that team will be run out while batting.

3. In limited overs matches, bets will be void if it has not been possible to complete at least 80%of the scheduled overs in either innings due to external factors, including bad weather, unless settlement has already been determined before the reduction.

4. In drawn First Class matches, bets will be void if fewer than 200overs have been bowled, unless settlement of the bet has already been determined.

5. Run Outs in a super over do not count.

6. In First Class games, only first innings run outs will count.

33. Highest Opening Partnership
    1. Description: Which team will score the most runs before losing their first wicket?

2. If the batting team reaches the end of their allotted overs, reaches their target or declares before the first wicket falls, the result will be the total amassed.

3. For settlement purposes, a batter retiring hurt does not count as a wicket.

4. In limited overs matches, bets will be void if the innings has been reduced due to external factors, including bad weather, unless settlement has already been determined before the reduction.



2. If the batting team reaches the end of their allotted overs, reaches their target or declares before the first wicket falls, the result will be the total amassed.

3. For settlement purposes, a batter retiring hurt does not count as a wicket.

4. In limited overs matches, bets will be void if the innings has been reduced due to external factors, including bad weather, unless settlement has already been determined before the reduction.

5. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined.

6. In First Class matches the market refers only to each team's first innings.

34. Match Fours
   1. Description: How many fours will be in hit in the match?

   2. In limited overs matches, bets will be void if it has not been possible to complete at least 80%of the overs scheduled to be bowled due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction. In drawn First Class matches, bets will be void if fewer than 200overs have been bowled, unless settlement of the bet has already been determined.

   3. Only fours scored from the bat (off any delivery- legal or not) will count towards the total fours. Overthrows, all run fours and extras do not count.

   4. Fours scored in a super over do not count.

35. Match Sixes
   1. Description: How many sixes will be hit in the match?

   2. In limited overs matches, bets will be void if it has not been possible to complete at least 80%of the overs scheduled to be bowled due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction. In drawn First Class matches, bets will be void if fewer than 200overs have been bowled, unless settlement of the bet has already been determined.

   3. Only sixes scored from the bat (off any delivery- legal or not) will count towards the total fours. Overthrows and extras do not count.

   4. Sixes scored in a super over do not count.

36. Match Extras
   1. Description: How many extras will be scored in the match?

   2. In limited overs matches, bets will be void if it has not been possible to complete at least 80%of the overs scheduled to be bowled due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction. In drawn First Class matches, bets will be void if fewer than 200overs have been bowled, unless settlement of the bet has already been determined.

   3. All wide deliveries, no balls, byes, leg byes and penalty runs in the match count towards the final result. If there are runs off the bat as well as extras from the same delivery, the runs off the bat do not count towards the final total.

   4. Extras in a super over do not count.

37. Match Run Outs
   1. Description: How many run outs will there be in the match?

   2. In limited overs matches, bets will be void if it has not been possible to complete at least 80%of the scheduled overs in either innings due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction. In drawn First Class matches, bets will be void if fewer than 200overs have been bowled, unless settlement of the bet has already been determined.

   3. Run outs in a super over do not count.

38. Top Match Batter
   1. Description: Which batter will score the most runs in the match?

   2. The result of this market is determined on the batter with the highest individual score in the match.

   3. In limited overs matches, bets will be void if it has not been possible to complete at least 50% of the overs scheduled to be bowled in either innings at the time the bet was placed due to external factors, including bad weather.

   4. Top batters bets for First Class matches apply only to the first innings of each team, and will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined. If a player was named at the toss, but later is removed as a concussion sub, that player will still be counted, as will the replacement player.

   5. If a batter does not bat, but was named in the starting XI, bets on that batter will stand. If a batter is substituted in after the in-play market has been offered, the original market will be removed and settled as normal even if the substitute scores the highest individual score. A new market with updated selections may be offered.

   6. When two or more players score the same number of runs, dead-heat rules will apply.

   7. Runs scored in a super over do not count.

39. Match Top Bowler
   1. Description: Which bowler will take the most wickets in the match?

   2. The result of this market is determined on the bowler with the most wickets in the match.

   3. In limited overs matches, bets will be void if it has not been possible to complete at least

   4. 50% of the overs scheduled to be bowled in either innings at the time the bet was placed due to external factors, including bad weather.

   5. Top bowler bets for First Class matches apply only to the first innings of each team, and will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined. If a player was named at the toss, but later is removed as a concussion sub, that player will still be counted, as will the replacement player.

Log in    Join

3. In limited overs matches, bets will be void if it has not been possible to complete at least

4. 50% of the overs scheduled to be bowled in either innings at the time the bet was placed due to external factors, including bad weather.

5. Top bowler bets for First Class matches apply only to the first innings of each team, and will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined. If a player was named at the toss, but later is removed as a concussion sub, that player will still be counted, as will the replacement player.

6. If a bowler does not bowl, but was named in the starting XI, bets on that bowler will stand.

7. If a bowler is substituted in after the in-play market has been offered, the original market will be removed and settled as normal even if the substitute takes the most wickets. A new market with updated selections may be offered.

8. If two or more bowlers have taken the same number of wickets, the bowler who has conceded the fewest runs will be the winner. If there are two or more bowlers with the same wickets taken and runs conceded, dead heat rules will apply. Wickets taken in a super over don't count.

9. If no bowlers take a wicket in an innings then all bets will be void.

40. Player of the Match
1. Description: Who will be named player of the match?

2. Bets will be settled on the officially declared player of the match. Dead-heat rules apply.

3. If no player of the match is officially declared, then all bets will be void.

4. All players who played in the match will be settled, including substitutes.

41. Runs off Delivery
1. Description: How many runs will be scored off the specified delivery?

2. The result will be determined by the number of runs added to the team total, off the specified delivery.

3. For settlement purposes, all illegal balls count as deliveries. For example, if on over starts with a wide, then the first delivery will be settled as 1 and, although there has not been a legal ball bowled, the next ball will be deemed as delivery 2 for that over.

4. If a delivery leads to free hit or a free hit is to be re-bowled because of an illegal delivery, the runs scored off the additional delivery do not count.

5. All runs, whether off the bat or not are included. For example, a wide with three extra runs token equates to 4 runs in total off that delivery.

6. For the Hundred, an over will consist of 5 legal deliveries, so a full innings will be made up of 20 overs. For example, if there are no illegal deliveries, the 5th ball bowled in the innings will be displayed as "X runs off S'" delivery, 1st over" and the 6th ball bowled in the innings will be displayed as "X runs off 1st delivery, 2" over". If there is an illegal delivery in the first five balls bowled, the 6th ball bowled in the innings will be displayed as "X runs off 6th delivery, 1st over". All other rules remain the same as other formats.

42. Exact Runs off Delivery
1. Description: Exactly how many runs will be scored off the specified delivery?

2. As "Runs off Delivery".

43. Runs in Over
1. Description: How many runs will be scored in the specified over?

2. The specified over must be completed for bets to stand unless settlement has already been determined. If an innings ends during an over then that over will be deemed to be complete unless the innings is ended due to external factors, including bad weather, in which case all bets will be void, unless settlement has already been determined.

3. If the over does not commence for any reason, all bets will be void. Extras and penalty runs in the particular over count towards settlement.

4. For the Hundred, an over will consist of 5 legal deliveries, so a full innings will be made up of 20 overs. All other rules remain the same as other formats.

44. Boundary in Over
1. Description: Will there be a boundary scored in the specified over?

2. Rules as "Runs in Over".

3. Only boundaries scored from the bat (off any delivery- legal or not) will count as a boundary. Overthrows, all run fours and extras do not count as boundaries.

45. Wicket in Over
1. Description: Will a wicket fall in the specified over?

2. Rules as "Runs in Over".

3. For settlement purposes, any wicket will count, including run outs. A batter retiring hurt does not count as a wicket. If a batter is timed out or retired out then the wicket is deemed to have taken place on the previous ball. Retired hurt does not count as a dismissal.

46. To Happen in "X" Over. E.g. India 1st Over
1. The specified over must be completed for bets to stand unless settlement has already been determined. If an innings ends during an over then that over will be deemed to be complete unless the innings is ended due to external factors, including bad weather, in which case all bets will be void, unless settlement has already been determined.

2. If the over does not commence for any reason, all bets will be void. Extras and penalty runs in the particular over count towards settlement.

47. Over Odd/Even
1. Description: Will the number of runs scored in the specified over be odd or even?


2. If the over does not commence for any reason, all bets will be void. Extras and penalty runs in the particular over count towards settlement.

47. Over Odd/Even
1. Description: Will the number of runs scored in the specified over be odd or even?

2. Rules as "Runs in Over".

3. Zero will be deemed to be an even number.

48. Runs in Groups of Overs
1. Description: How many runs will be scored in the specified number of overs?

2. If the specified number of overs are not complete the bet will be void, unless the team is all out, declares, reaches their target or settlement of the bet has already been determined.

3. In limited overs matches, bets will be void if the total innings is reduced at any stage to less than 80% of the stated maximum overs at the time the bet was placed, unless settlement of the bet was already determined before the reduction.

4. For the Hundred, an over will consist of 5 legal deliveries, so a full innings will be made up of 20 overs. All other rules remain the same as other limited overs formats.

49. Wickets in Groups of Overs
1. Description: How many wickets will fall in the specified number of overs?

2. If the specified number of overs are not complete the bet will be void, unless the team is all out, declares, reaches their target or settlement of the bet has already been determined.

3. In limited overs matches, bets will be void if the total innings is reduced at any stage to less than 80% of the stated maximum overs at the time the bet was placed, unless settlement of the bet was already determined.

4. For settlement purposes, if a batter is timed out or retired out then the wicket is deemed to have taken place on the previous ball. Retired hurt does not count as a dismissal.

5. For the Hundred, an over will consist of 5 legal deliveries, so a full innings will be made up of 20 overs. All other rules remain the same as other limited overs formats.

50. Runs in Session
1. Description: How many runs will be scored in the specified session?

2. The result is determined by the total number of runs scored in the specified session, regardless of which team has scored them.

3. If fewer than 20 overs are bowled in a session, bets will be void unless settlement has already been determined.

51. Innings Runs
1. Description: How many runs will a team score in a specified innings?

2. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the overs scheduled to have been bowled at the time the bet was placed due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction. Bets placed on a future innings will remain valid regardless of the runs scored in any current or previous innings.

3. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined. Bets will also be void in drawn first class matches, if less than 60 overs have been bowled in an incomplete innings, unless settlement of the bet has already been determined. If a team declares, that innings will be considered complete for the purposes of settlement.

52. Innings Wickets
1. Description: How many wickets will the batting team lose in the current innings?

2. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the overs scheduled to have been bowled at the time the bet was placed due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction.

3. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined.

4. Retired hurt does not count as a dismissal.

53. Innings Fours
1. Description: How many fours will the batting team hit in their current innings?

2. Rules as Most Fours.

54. Innings Sixes
1. Description: How many sixes will the batting team hit in their current innings?

2. Rules as Most Sixes.

55. Innings Extras
1. Description: How many extras will be added to the named team's batting innings?

2. Rules as Most Extras.

56. Innings Run Outs
1. Description: How many run outs will be conceded in the innings?

2. Rules same as Most Extras.

57. Innings Runs. Odd or Even?



56. Innings Run Outs
   1. Description: How many run outs will be conceded in the innings?
   2. Rules same as Most Extras.

57. Innings Runs, Odd or Even?
   1. Description: Will the total innings runs be odd or even?
   2. Rules: If the innings is abandoned, forfeited or there is no official result, all bets will be void.

58. Top Batter in Innings
   1. Description: Which batter will score the most runs for the named team?
   2. The result of this market is determined on the batter with the highest individual score in a team's innings.
   3. In limited overs matches, bets will be void if it has not been possible to complete at least 50%of the overs scheduled to have been bowled at the time the bet was placed due to external factors, including bad weather.
   4. Top batters bets for First Class matches apply only to the first innings of each team, and will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined. If a player was named at the toss, but later is removed as a concussion sub, that player will still be counted, as will the replacement player.
   5. If a batter does not bat, but was named in the starting XI, bets on that batter will stand. If a batter is substituted in after the in-play market has been offered, the original market will be removed and settled as normal even if the substitute scores the highest individual score. A new market with updated selections may be offered.
   6. When two or more players score the same number of runs, in the innings dead-heat rules will apply.
   7. Runs scored in a super over do not count.

59. Top Bowler in Innings
   1. Description: Which bowler will take the most wickets for the named team?
   2. Rules: The result of this market is determined on the bowler with the highest individual number of wickets in an individual innings.
   3. In limited overs matches, bets will be void if it has not been possible to complete at least 50%of the overs scheduled to have been bowled at the time the bet was placed due to external factors, including bad weather.
   4. Top bowler bets for First Class matches apply only to the first innings of each team and will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined. If a player was named at the toss, but later is removed as a concussion sub, that player will still be counted, as will the replacement player.
   5. If a bowler does not bowl, but was named in the starting XI, bets on that bowler will stand. If a bowler is substituted in after the in-play market has been offered, the original market will be removed and settled as normal even if the substitute takes the most wickets. A new market with updated selections may be offered.
   6. If two or more bowlers have taken the same number of wickets, the bowler who has conceded the fewest runs will be the winner. If there are two or more bowlers with the same wickets taken and runs conceded, dead heat rules will apply. Wickets taken in a super over don't count.
   7. If no bowlers take a wicket in a innings then all bets will be void.

60. Method of Dismissal/Next Wicket Caught?
   1. Should no further wickets be taken in the innings then bets on this market will be void.
   2. For settlement purposes, a batsman retiring hurt/retiring out does not count as a wicket. In this instance bets will be settled on the next wicket to fall post this.
   3. Where 'caught and bowled' is not offered as a selection, the wicket will be resulted as 'caught'.

61. Batter Match Bet (Current Partnership)
   1. Description: Which batter in the current partnership will score the most runs in this innings?
   2. Rules: Bets will settle based on the official scores for the specified batters in the innings, as detailed in the "Batter Runs" section above.
   3. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the scheduled overs in either innings due to external factors, including bad weather, after the bet is placed unless settlement has already been determined.

62. Batter Matchbet
   1. Description: Which of the named players will score the most runs?
   2. In limited overs matches, bets will be void if it has not been possible to complete at least 80%of the scheduled overs in either innings due to external factors, including bad weather, unless settlement has been determined.
   3. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined.
   4. Both players must be named in the starting XI, or appear as a substitute. If either does not, then subsequently bats, all bets are still settled.
   5. Runs scored in a super over do not count.

63. Bowler Matchbet
   1. Description: Which of the named players will take the most wickets?
   2. Rules: In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the scheduled overs in either innings due to external factors, including bad weather, unless settlement has been determined.
   3. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined.

1. Description: Which of the named players will take the most wickets?

2. Rules: In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the scheduled overs in either innings due to external factors, including bad weather, unless settlement has been determined.

3. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined.

4. Both players must be named in the starting XI, or appear as a substitute. If either does not, then subsequently bowls, all bets are still settled.

5. Wickets taken in a super over do not count.

64. Race to 'X' Runs
1. Description: Which batter will reach the specified number of runs first?

2. All bets stand, regardless of any curtailment.

3. If neither batter reaches the specified number of runs the markets will be settled as 'Neither'.

65. Both Teams to Score 'X' Runs
1. Rules: In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the overs scheduled to have been bowled in both innings at the time the bet was placed due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction.

2. In drawn First Class matches, bets will be void if fewer than 100 overs have been bowled in either team's first innings, unless settlement of the bet has already been determined. Only runs scored in the first innings count If a team declares that innings will be considered complete for the purposes of settlement.

66. Highest First Over
1. Description: Which team will score the most runs in the first over of their innings?

2. The first over must be completed for bets to stand unless settlement has already been determined. If, during the first over, the innings is ended due to external factors, including bad weather, all bets will be void, unless settlement has already been determined before the reduction.

3. In First Class matches the market refers only to each team's first innings. Extras and penalty runs in the particular over count towards settlement.

4. For the Hundred, an over will consist of 5 legal deliveries, so a full innings will be made up of 20 overs. All other rules remain the same as other formats.

67. Maximum Over in Match
1. Description: How many runs will be scored in the highest scoring over of the match?

2. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the overs scheduled to be bowled due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction. In drawn First Class matches, bets will be void if fewer than 200overs have been bowled, unless settlement of the bet has already been determined.

3. All runs, including extras, count towards settlement. Super overs do not count.

4. For the Hundred, an over will consist of 5 legal deliveries, so a full innings will be made up of 20 overs. All other rules remain the same as other limited overs formats.

68. Maximum Over in Innings
1. Description: How many runs will be scored off the highest scoring over of the current innings?

2. Rules: The same as "Maximum Over in Match".

69. Innings to finish with a Boundary
1. Description: Will the last ball of the innings be a boundary?

2. Only boundaries scored from the bat (off any delivery- legal or not) will count as a boundary. Overthrows, all run fours and extras do not count as boundaries.

3. In limited overs matches, bets will be void if there is any reduction in the number of overs scheduled to have been bowled at the time the bet was placed due to external factors, including bad weather.

4. If the match is abandoned or there is no official result, all bets will be void.

70. Exact Runs in Innings
1. Description: How many runs exactly will the team batting in the final innings score?

2. Bets will be settled according to the official result.

3. In limited overs matches, bets will be void if there is any reduction in the number of overs scheduled to have been bowled at the time the bet was placed due to external factors, including bad weather.

4. If the match is abandoned or there is no official result, all bets will be void.

71. Last Man Standing
1. Description: Which batter will be not out upon completion of the innings?

2. Rules: If there are two or more batters who are not out upon completion of the innings, the winner for the purpose of settlement will be the last batter to face a delivery (legal or not).

3. Players will not be deemed to have been not out if they were no longer at the crease having retired hurt or did not bat. If more than 11 players bat, the market will be void.

4. In limited overs matches, bets will be void if, subsequent to placing the bet, the innings has been reduced in any way due to external factors, including



to face a delivery (legal or not).

3. Players will not be deemed to have been not out if they were no longer at the crease having retired hurt or did not bat. If more than 11 players bat, the market will be void.

4. In limited overs matches, bets will be void if, subsequent to placing the bet, the innings has been reduced in any way due to external factors, including bad weather.

5. All players who played in the innings will be settled, including substitutes.

72. Next Player Out
   1. Description: Which batter will be the next to be dismissed?
   2. If either batter retires hurt or the batters at the crease are different from those quoted, the bets placed on both batters will be declared void.
   3. If no more wickets fall, all bets will be void.

73. All-Rounder Matchbet
   1. Description: Which of the named players will score the most points in the player performance scoring system?
   2. Points are scored as follows: 1 point per run, 20points per wicket, 10 points per catch, 25 points per stumping.
   3. In limited overs matches, bets will be void if it has not been possible to complete at least 80%of the scheduled overs in either innings due to external factors, including bad weather, unless settlement has been determined.
   4. In drawn First Class matches, bets will be void if fewer than 200overs have been bowled, unless settlement of the bet has already been determined.
   5. Both players must be named in the starting XI, or appear as a substitute. If either player does not, then subsequently bats or bowls, then all bets are still settled.
   6. Points scored in a super over do not count.

74. Keeper Matchbet
   1. Description: Which of the named wicket keepers score more points in the player performance scoring system?
   2. Points are scored as above (see All Rounder MatchBet).
   3. In limited overs matches, bets will be void if it has not been possible to complete at least 80%of the scheduled overs in either innings due to external factors, including bad weather, unless settlement has been determined.
   4. In drawn First Class matches, bets will be void if fewer than 200overs have been bowled, unless settlement of the bet has already been determined.
   5. Both named players must start the match as a wicket keeper, or appear as a substitute, but if their playing role changes for any reason all bets will still be settled in accordance with scoring system above.
   6. Points scored in a super over do not count.

75. Free Hit
   1. The result will be determined by the number of runs added to the team total, off the specified delivery. If the free hit is re-bowled because of an illegal delivery, the runs scored off the second free hit do not count.
   2. Extras and penalty runs will count towards settlement.
   3. For example, if a wide is bowled on the free hit delivery specified, the result will be 1. Then another free hit market may be offered.

76. Next to Hit Six
   1. Description: Which batter will hit the next six?
   2. All bets stand, regardless of any curtailment.
   3. If neither batter scores a six after the bet is offered, then the market will be settled as 'Neither'.
   4. Overthrows and extras do not count.

77. Next to Take a Wicket
   1. Description: Which bowler will take the next wicket in this innings?
   2. All bets stand, regardless of any curtailment.
   3. If none of the named bowlers take a wicket the market will be settled as 'None of the above'.
   4. For settlement purposes, a batter retiring hurt does not count as a wicket.
   5. Run outs, timed out, retired out and any other method of dismissal not awarded to a particular bowler will be settled as 'None of the above'.

78. Winning Over
   1. Description: In which over of the named team's innings will the match be completed?
   2. All bets will be void if there is no official result.
   3. In limited overs matches, all bets will be void if, subsequent to placing the bet, the maximum overs possible are reduced in any way.

79. Both Batters Method of Dismissal
   1. Description: Will both of the named batters be dismissed in the specified method?
   2. Rules as "Either Batter Method of Dismissal".

80. Runs off Consecutive Deliveries

Log in    Join

79. Both Batters Method of Dismissal
   1. Description: Will both of the named batters be dismissed in the specified method?

   2. Rules as "Either Batter Method of Dismissal".

80. Runs off Consecutive Deliveries
   1. Description: How many runs will be scored off each of the specified deliveries?

   2. Rules as "Runs off Delivery" except the specified number of runs must be scored off both named deliveries.

81. Wicket off Delivery
   1. Description: Will a wicket fall in the specified delivery?

   2. The specified delivery must be completed for bets to stand. For settlement purposes, any wicket will count, including run outs. A batter retiring hurt does not count as a wicket. If a batter is timed out or retired out then the wicket is deemed to have taken place on the previous ball.

82. Both Batters to Score 'X' Runs in Over
   1. Description: Will both batters score the specified number of runs in the over?

   2. The specified over must be completed for bets to stand unless settlement has already been determined. If an innings ends during an over then that over will be deemed to be complete unless the innings is ended due to external factors, including bad weather, in which case all bets will be void, unless settlement has already been determined.

   3. If the over does not commence for any reason, all bets will be void.

   4. Runs must be scored off the bat to count towards settlement.

   5. Bets will settle regardless of whether or not either of the specified batters are dismissed or retired hurt before the over commences.

83. Both Batters to Score a Boundary in Over
   1. Description: Will both batters score a boundary in the over?

   2. Rules as "Both Batters to Score 'X' Runs in Over".

   3. Both fours and sixes count as boundaries. Only fours or sixes scored from the bat (off any delivery- legal or not) will count. Overthrows, all run fours and extras do not count.

84. Both a Four and a Six to be Scored in an Over
   1. Description: Will both a four and a six be scored in the over?

   2. The specified over must be completed for bets to stand unless settlement has already been determined. If an innings ends during an over then that over will be deemed to be complete unless the innings is ended due to external factors, including bad weather, in which case all bets will be void, unless settlement has already been determined.

   3. If the over does not commence for any reason, all bets will be void.

   4. Only fours or sixes scored from the bat (off any delivery- legal or not) will count. Overthrows, all run fours and extras do not count.

85. Batter and Bowler Combo Milestones
   1. Description: Will the named batter, and the named bowler, reach their specified milestones?

   2. For batter - same as "Batter Runs". In first class games, only runs scored in the first innings will count. If a batter is not in the starting XI, or substituted in, bets will be void.

   3. For bowler - if a bowler does not bowl, they will be deemed to have taken O wickets. If a bowler is not in the starting XI, or substituted in, bets will be void. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the scheduled overs in the relevant innings due to external factors, including bad weather, unless settlement has been determined.

   4. In drawn First Class matches, bets will be void if fewer than 200overs have been bowled, unless the player's bowling innings is complete. The result will be considered determined if the lines at which the bet was placed are passed.

   5. In First Class games, only first innings wickets will count and runs. Wickets and runs scored in a super over do not count.

86. Batter Combo Milestones
   1. Description: Will both the batters reach their specified milestones?

   2. Rules as "Combined Batter Runs".

87. Players sent off/retired out
   1. A player being sent off is viewed as retired out, so will be settled as a wicket.

88. Concussion/tactical substitutions
   1. When a player leaves the field as a substitute, this will not count as a wicket. If the player does not return later, the final result will be as it stood when the player left the field. When a player enters the match as a substitute, for settlement purposes both they and the player replaced will be looked upon as to have played a full part in the match.

89. Penalty runs after the conclusion of an innings
   1. Penalty runs added to a team's total after the start of the other team's innings will not count towards settlement of markets in the previous innings.

90. The Hundred
   1. For the Hundred, an over will consist of 5 legal deliveries, so a full innings will be made up of 20 overs. All other rules remain the same as other limited overs formats.

91. Toss Winner


90. The Hundred
   1. For the Hundred, an over will consist of 5 legal deliveries, so a full innings will be made up of 20 overs. All other rules remain the same as other limited overs formats.

91. Toss Winner
   1. Description: Who will win the toss?

   2. If no toss takes place, all bets will be void.

92. Toss/Win Double
   1. Description: Who will win the toss, and then who will win the game?

   2. Rules: The same as above rules "Toss Winner".

   3. Match Winner same as "Match Result" rules.

93. Runs in First Over
   1. Description: How many runs will be scored in the first over of the match?

   2. The first over must be completed for bets to stand unless settlement has already been determined. If an innings ends during an over then that over will be deemed to be complete unless the innings is ended due to external factors, including bad weather, in which case all bets will be void, unless settlement has already been determined. In First Class matches the market refers only to each team's first innings.

   3. Extras and penalty runs in the particular over count towards settlement.

   4. For the Hundred, an over will consist of 5 legal deliveries, so a full innings will be made up of 20 overs. All other rules remain the same as other formats.

94. Runs in First Partnership
   1. Description: How many runs will the batting team have scored when the first wicket falls?

   2. If the batting team reaches the end of their allotted overs, reaches their target or declares before the first wicket falls, the result will be the total amassed.

   3. For settlement purposes, a batter retiring hurt does not count as a wicket.

   4. In limited overs matches, bets will be void if the innings has been reduced due to external factors, including bad weather, if it has not been possible to complete at least 80% of the overs scheduled to be bowled in the innings, unless settlement has already been decided.

95. Method of First Dismissal
   1. Description: How will the first batter be out?

   2. Rules: Retired hurt will not count as the first wicket. If the first batter retires out, all bets will be void. If the specified wicket does not fall, all bets will be void.

   3. In First Class matches the market refers only to each team's first innings.

   4. Caught and bowled is included in fielder catch.

96. Match Ducks
   1. Description: How many ducks will be scored in total in the match?

   2. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the overs scheduled to be bowled due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined.

   3. A duck is classed as someone being dismissed for zero runs. Retired hurt does not count as a dismissal.

   4. Ducks in a super over do not count.

97. Match Wides
   1. Description: How many wides will be scored in total in the match?

   2. Rules: In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the overs scheduled to be bowled due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction.

   3. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined.

   4. Any runs resulting from a wide delivery, except penalty runs, will count towards the final total.

   5. Wides in a super over do not count.

98. Match Extras
   1. Description: How many extras will be scored in total in the match?

   2. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the overs scheduled to be bowled due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined.

   3. All wide deliveries, no balls, byes, leg byes and penalty runs in the match count towards the final result. If there are runs off the bat as well as extras from the same delivery, the runs off the bat do not count towards the final total.

   4. Extras in a super over do not count.

99. Match Wickets
   1. Description: How many wickets will fall in the match?


3. All wide deliveries, no balls, byes, leg-byes and penalty runs in the match count towards the final result. If there are runs off the bat as well as extras from the same delivery, the runs off the bat do not count towards the final total.

4. Extras in a super over do not count.

99. Match Wickets
1. Description: How many wickets will fall in the match?

2. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the overs scheduled to be bowled due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined.

3. Retired hurt does not count as a dismissal.

4. Wickets in a super over do not count.

100. Team of Top Batter
1. Description: Which team will contain the top batter in the match?

2. Same rules apply as Match Top Batter, with dead heat rules applying if the runs scored by the top batter on both teams is the same, unless the tie is offered.

101. Team of Top Bowler
1. Description: Which team will contain the top bowler in the match?

2. Same rules apply as Match Top Bowler, with dead heat rules applying if the wickets taken by the top bowler on both teams is the same.

102. First Innings Lead
1. Description: What will be the run deficit between first innings in a First Class match?

2. Both first innings must be completed. Dead heat rules apply in the case of a tie. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined.

103. Fifty/Hundred in Match
1. Description: Will there be a fifty/hundred scored in the match?

2. Any score of 50 and above counts as a fifty. Similar for hundred.

3. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the overs scheduled to be bowled due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction.

4. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined.

104. Fifty/Hundred in First Innings
1. Description: Will there be a fifty/hundred scored in the first innings of the match?

2. Any score of 50 and above counts as a fifty. Similar for hundred.

3. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the overs scheduled to be bowled in the first innings due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction.

4. In drawn First Class matches, the innings must be completed, or over 200 overs, unless settlement of the bet has already been determined before the reduction.

5. In First Class matches, this market refers to just the first innings of the match, not both teams' first innings.

105. Highest Individual Score
1. Description: What will be the highest score by a batter in the match?

2. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the overs scheduled to be bowled due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined.

3. Dead heat rules apply.

106. Rabbit Runs
1. Description: How many runs will the number eleven batsmen score in the match?

2. Rules: In limited overs matches, bets will be void If it has not been possible to complete at least 80% of the overs scheduled to be bowled due to external factors, including bad weather, unless settlement of the bet has already been determined before the reduction. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled. The number 11 is taken to be the last man to come out to bat in the innings, regardless of previously stated batting order. If more than 11 players bat, the market will be void unless this is due to concussion substitutions.

3. If the innings is completed without the number 11 coming to the crease, that batter will be deemed to have scored 0.

107. Most Runs in First Over
1. Description: Which team will score the most runs in the first over of their first innings?

2. Rules: The same as Runs in First Over.

108. Most Runs in Groups of Overs
1. Description: Which team will score the most runs in the first specified number of overs of their first innings?

2. Rules: The same as Runs in Groups of Overs.

109. Most Keeper Catches

Log in    Join

108. Most Runs in Groups of Overs
1. Description: Which team will score the most runs in the first specified number of overs of their first innings?

2. Rules: The same as Runs in Groups of Overs.

109. Most Keeper Catches
1. Description: Which team's wicket keeper will take more catches?

2. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the scheduled overs in either innings due to external factors, including bad weather, unless settlement has been determined before the reduction.

3. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined.

4. If a team changes their wicket keeper mid innings, the catches taken by the replacement will count towards settlement.

5. In First Class games, only first innings catches will count.

6. Catches taken in a super over do not count.

110. Most Catches
1. Description: Which team will take more catches? Including fielders and wicket keeper.

2. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the scheduled overs in either innings due to external factors, including bad weather, unless settlement has been determined before the reduction.

3. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined.

4. In First Class games, only first innings catches will count.

5. Catches taken in a super over do not count.

111. Most Stumpings
1. Description: Which team will take more stumpings?

2. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the scheduled overs in either innings due to external factors, including bad weather, unless settlement has been determined before the reduction.

3. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined.

4. In First Class games, only first innings stumpings will count.

5. Stumpings taken in a super over do not count.

112. Most Run Outs Conceded
1. Description: Which team will concede the most run outs in the match?

2. A run out "conceded" means that a member of that team will be run out while batting.

3. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the scheduled overs in either innings due to external factors, including bad weather, unless settlement has been determined before the reduction.

4. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless settlement of the bet has already been determined. In First Class games, only first innings run outs will count.

5. Run Outs in a super over do not count.

113. Runs in Team A First Over
1. Description: How many runs will Team A score off the first over of their first innings?

2. Rules: The same as "Runs in First Over"

114. Runs in Team A Group of Overs
1. Description: How many runs will Team A score in the first specified number of overs?

2. Rules: The same as "Runs in Groups of Overs"

115. Runs in Team A First Partnership
1. Description: How many runs will Team A score before their first wicket falls?

2. Rules: The same as "Runs in First Partnership"

116. Team A Method of First Dismissal
1. Description: How will the first batter In Team A be out?

2. Rules: The same as "Method of First Dismissal"

117. Team A Fours
1. Description: How many fours -will Team A score?

2. Rules: The same as Match Fours, with the 80% of required overs only applying to Team A's innings.

3. In First Class matches where the result will solely be based on the first innings of each team.

118. Team A Sixes
1. Description: How many sixes will Team A score?

2. Rules: The same as "Match Sixes", with the 80% of required overs only applying to Team A's innings.


3. In First Class matches where the result will solely be based on the first innings of each team.

118. Team A Sixes
1. Description: How many sixes will Team A score?
2. Rules: The same as "Match Sixes", with the 80% of required overs only applying to Team A's innings.
3. In First Class matches where the result will solely be based on the first innings of each team.

119. Team A Innings Run Outs
1. Description: How many of Team A will be run out?
2. Rules: The same as "Match Run Outs", with the 80% of required overs only applying to Team A's innings.
3. In First Class matches where the result will solely be based on the first innings of each team.

120. Team A Maximum Over
1. Description: How many runs will be scored in the highest scoring over of Team A's innings?
2. Rules: The same as "Maximum Over in Match", with the 80% of required overs only applying to Team A's innings.
3. In First Class matches where the result will solely be based on the first innings of each team.

121. Team A Ducks
1. Description: How many of Team A will score a duck in their innings?
2. Rules: The same as "Match Ducks", with the 80% of required overs only applying to Team A's innings.
3. In First Class matches where the result will solely be based on the first innings of each team.

122. Team A Wides
1. Description: How many wides will there be when Team A are batting?
2. Rules: The Same as "Match Wides", with the 80% of required overs only applying to when Team A are batting.
3. In First Class matches where the result will solely be based on the first innings of each team.

123. Team A Extras
1. Description: How many extras will there be when Team A are batting?
2. Rules: The same as "Match Extras", with the 80% of required overs only applying to when Team A are batting.
3. In First Class matches where the result will solely be based on the first innings of each team.

124. Team A Wickets Lost
1. Description: How many wickets will wickets will fall when Team A are batting?
2. Rules: The same as Match Wickets, with the full overs required only applying to when Team A are bowling.
3. In First Class matches where the result will solely be based on the first innings of each team.

125. Team A Top Batter
1. Description: Which batter will score the most runs for Team A?
2. The result of this market is determined on the batter with the highest individual score in Team A's first innings.
3. Otherwise, same as "Match Top Batter", with the 50% of required overs only applying in Team A's innings.

126. Team A Top Bowler
1. Description: Which bowler will take the most wickets for Team A?
2. Rules: The result of this market is determined on the bowler with the most wickets when Team A are bowling in the first innings. If two or more bowlers have taken the same number of wickets, the bowler who has conceded the fewest runs will be the winner. If there is two or more bowlers with the same wickets taken and runs conceded, dead heat rules will apply.
3. Otherwise, same as Match Top Bowler, with the 50% of required overs only applying when Team A are bowling.

127. Bowler Wickets
1. Description: How many wickets will the named bowler take?
2. If a bowler does not bowl, he will be deemed to have taken 0 wickets. If a bowler is not in the starting XI or substituted in, bets will be void.
3. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the scheduled overs in the relevant innings due to external factors, including bad weather, unless settlement has been determined. Result will be considered determined if the line at which the bet was placed is passed.
4. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless the player's bowling innings is complete.
5. In First Class games, only first innings wickets will count.
6. Wickets scored in a super over do not count.

128. Named Player Performance
1. Description: How many points will the named player score in the player performance scoring system?
2. Points are scored as in All-Rounder v All-Rounder Head to Heads.
3. If the player does not bat or bowl, but is in the starting eleven, all bets will still be settled. If the player is not in the starting eleven bets will be void.

Document title: FanDuel Sportsbook House Rules NJ | FanDuel
Capture URL: https://www.fanduel.com/fanduel-sportsbook-house-rules-nj
Capture timestamp (UTC): Fri, 07 Feb 2025 08:49:34 GMT

Log in   Join

128. Named Player Performance

1. Description: How many points will the named player score in the player performance scoring system?

2. Points are scored as in All-Rounder v All-Rounder Head to Heads.

3. If the player does not bat or bowl, but is in the starting eleven, all bets will still be settled. If the player is not in the starting eleven bets will be void.

4. In limited overs matches, bets will be void if it has not been possible to complete at least 80% of the scheduled overs in either innings due to external factors, including bad weather, unless settlement has been determined. Result will be considered determined if the line at which the bet was placed is passed.

5. In drawn First Class matches, bets will be void if fewer than 200 overs have been bowled, unless both first Innings have been completed.

6. In First Class games, only first innings points will count.

7. Points scored in a super over do not count.

8. Cycling

1. Where there is a presentation ceremony, markets will be settled on the official result of the relevant governing body at the time of the ceremony, regardless of any subsequent disqualification or amendment to the result.

2. If there is no presentation ceremony, outcomes will be determined in accordance with the official result of the relevant governing body, regardless of any subsequent disqualification or amendment to the result (except if an amendment is announced within 24 hours of the initial settlement of the relevant market in order to correct an error in reporting the result).

3. For 'To Win A Stage' markets, if the named rider fails to start the race all bets on that rider will be void. If the named rider is involved in a dead heat for first place in any stage, this will count as a stage win.

4. For overall 'Head to Head' markets, if both riders retire during the same stage then this market will be settled as a dead heat. If either rider fails to start the race all bets will be void. If both riders fail to start a subsequent stage for any reason the winner is the rider with the highest position after the previous stage. Dead heat rules apply.

5. For stage 'Head to Head' markets, if both riders fail to finish the stage this market will be void. Any other non runners will not affect this market. At least one rider must finish the stage for bets to stand.

6. Riders must start event/stage for bets to stand. Stakes will be refunded on riders withdrawn prior to the start of event/stage.

7. Head to Head match-ups will be settled based on the cyclist achieving the highest placing in the specified event/stage.

8. All bets will be deemed valid providing the event, or relative stage to which bet refers to, takes place within the same year, unless other arrangements have been agreed to.

9. Bets on performances in a particular stage stand regardless of any route modifications which the organizers might deem necessary to apply during a stage. Exception to this is where a stage which has a particular profile (i.e.: Mountain Stage) is changed by the organizers, prior to start of stage, into a stage which has a different predominant profile (i.e.: Time Trial or Sprint Stage). In such case bets which have been placed prior to the announcement of the change in stage profile will be declared void.

9. Darts

1. In the event a match starts but is not completed, the player that progresses to the next round (or is declared the winner in a final) is settled as the winner in match betting markets only. Other markets (e.g. "set winner" markets) will be voided unless the market result has been unconditionally determined.

2. If a match is not completed for any reason then bets on 'any correct score' or 'next leg/game/set' market will be void unless the market has been unconditionally determined.

3. If a match is not completed for any reason then bets on any point spread (handicap) market will be void unless the market has been unconditionally determined.

4. For parlays involving highest checkout, most 180s and win/loss of match, each of the three aspects of the bet must have been won outright for the bet to be deemed successful (and settled as a winning bet). For the avoidance of doubt, the bet will be deemed unsuccessful (and settled as a losing bet) if: (i) the selected player's highest checkout is the same as his/her opponent, (ii) the selected player scores the same number of 180s as his/her opponent and/or (iii) the match is tied.

5. If a match is postponed and does not take place within 48 hours, bets for this match will be declared void.

6. If the offered number of legs or sets is altered, any event already determined (e.g. "first set winner") will be settled. Match betting markets will also be settled under the condition that the match was decided by competitive play. All other bets will be declared void.

7. Futures bets will be voided if the selection does not take part at any stage of the event. When returning stakes on futures with non-players, FanDuel Sportsbook reserves the right to deduct the equivalent of prices referenced in Section B, Rule 7.3 above.

8. Individual Player Averages: All bets void if the match is not completed

9. For Darts Daily Specials, all scheduled matches must take place, otherwise all bets are void.

10. E-Sports

1. General E-Sports
1. Where the e-sports match involves Maps, e-Sports matches can be played best of 1,2,3 or 5 Maps depending on the e-Sport and tournament with the winner of the match (Moneyline) winning more Maps. A Draw will occur if each team win an equal number of Maps.

2. Official Results: all e-Sports bets will be settled in accordance with the official results of the match/tournament/race (as applicable) (following any extension of normal time where required unless otherwise specified) as declared by the official organizer, administrator or governing body as officially published on the website for the applicable organizer, administrator or governing body. All decisions of relevant e-Sports officials stand.



winner of the match (Moneyline) winning more Maps. A Draw will occur if each team win an equal number of Maps.

2. Official Results: all e-Sports bets will be settled in accordance with the official results of the match/tournament/race (as applicable) (following any extension of normal time where required unless otherwise specified) as declared by the official organizer, administrator or governing body as officially published on the website for the applicable organizer, administrator or governing body. All decisions of relevant e-Sports officials stand.

3. Errors: FanDuel makes every effort to ensure that no errors are made in listing e-Sports player and team names. All bets will stand where it is reasonably practicable that the misspelled player/team name refers to the correct player/team. If there is an obvious error, FanDuel reserves the right to void wagers.

4. Map Changes: In the event of a change in the number of Maps (for those e-Sports involving Maps) to be played, all bets will be void except for match bets (provided that an official result is declared) and first Map bets. Please note that e-sports events will have differing match formats. It is solely the customer's responsibility to understand the formatting of a match before placing a bet. FanDuel Sportsbook will not be liable for any erroneous bets made under the assumption that a match would use a certain format.

5. Retirements & Disqualifications: If an e-Sports race, tournament, match or Map is not completed due to retirements or disqualifications, all bets will be void except those bets on completed e-Sports matches (as applicable) or Maps which will stand. All bets will stand on a completed e-Sports race, tournament or match where there has been any retirements or disqualifications.

6. All bets will stand on a retired or disqualified player except where the e-Sports race, tournament, match or Map is not completed.

7. Abandonment, Postponement & Cancellation:

8. If an e-Sports race, tournament or match is postponed, all bets will stand as long as the e-Sports race, tournament or match commences within:
   1. a) 24 hours of the initial scheduled time for traditional e-sports (such as games involving Maps, real-time strategy (RTS), first-person shooter (FPS), multiplayer online battle arena (MOBA), and battle royale games;

   2. b) 48 hours of the initial scheduled time, for sports-based e-sports (such as e-soccer).

   3. c) If the e-Sports race, tournament, or match is cancelled or commences after this the periods set out above, all bets will be void.

9. In the event that an e-Sports race, tournament or match is abandoned or not completed, all bets will be voided unless the outcome has been unequivocally decided.

10. FanDuel Sportsbook may, in its absolute discretion, void any bets placed after the earlier of the official start time of the e-Sports race, tournament or (as published on the relevant official website) or the actual start time if started early. This Rule does not apply to live betting.

11. Player & Team Changes: If an e-Sport team name changes (usually, but not limited to, sponsorship changes) but the roster or team members remain the same, all bets will stand. If a player (i.e. not a team event) withdraws prior to the start of their first race or match, all bets on that player will be void. If there is a replacement player or 'stand in' for any team in an e-Sport race, tournament or match, all bets will stand.

12. Connectivity: if a race, match or Map is officially determined to be a draw due to a connectivity or technical issue (or similar reason), all live bets on the respective race, match or map will be void.

13. If a race, match or Map is stopped and restarted from the beginning with the approval or the relevant administrator or official due to connectivity or technical issues which are not player related, then all undecided markets will be void.

14. If a race, match or Map is replayed, all live betting on the original race, match or Map will be voided

2. Market Specific E-sport Rules
   1. Match Betting: If a draw occurs, bets are void. Dead Heat Rules Do Not Apply.

   2. Handicap Betting: A Handicap in e-Sports can be Maps or other counting measures related to the match.

   3. Tournament Match Betting: in a match involving only two teams/players, both teams/players must start the match in the tournament for bets to stand. If both players progress to the same round of tournament, all bets will be void.

   4. First Kill/Blood Markets: Bets will be settled based on the Team that is able to achieve the first kill in the respective Map.

   5. First Inhibitor: Bets will be settled based on which team destroys the first inhibitor in the relevant map.

   6. First Dragon: Bets will be settled based on which team kills the first dragon in the relevant Map. If no Dragon is killed in the relevant map, this market will be voided.

   7. First Baron: Bets will be settled based on which team kills the first baron in the relevant Map. If no Baron is killed in the relevant Map, this market will be voided and all bets cancelled.

   8. Total Inhibitors Destroyed: Bets will be settled based on the total number of separate inhibitors destroyed. Where the same inhibitor is destroyed more than once, it will only be counted once toward the total number of inhibitors destroyed.

   9. 2-Way Most Kills: Bets will be settled based on which team records the most kills in the relevant Map. If teams are tied on the same number of kills then this market will be voided.

   10. Dota 2:

   11. First Aegis Market - Bets will be settled based on which team picks up the 1st Aegis of the respective Map. If the Aegis is not picked up at all in a Map, this market will be voided and all bets cancelled.

   12. E-Basketball:

   13. All settlement includes overtime if played.

   14. E-Soccer:

   15. All game markets are settled based on the official score at the end of regulation time, unless otherwise stated. This includes any added injury or stoppage time but does not include extra-time, time allocated for a penalty shootout or golden goal.

13. All settlement includes overtime if played.

14. E-Soccer:

15. All game markets are settled based on the official score at the end of regulation time, unless otherwise stated. This includes any added injury or stoppage time but does not include extra-time, time allocated for a penalty shootout or golden goal.

## 11. GAA

1. If the venue of a match is other than is indicated on our website, the bet will stand provided the match has not been switched to the opponent's ground, in which case the match will be declared void.

2. Post-match inquiries into match results and subsequent changes or disqualification will be ignored for settlement purposes and will be settled on that day's match result.

3. Extra time not included (unless otherwise stated). Markets settled on the 60/70 minute result.

4. Any match abandoned before completion will be declared void unless an official result is declared by the governing body. All other markets will be deemed void unless their result is already determined.

5. Player points. This market will be settled on the total score (Goals plus points) scored by the named player. The player must start for bets to stand.

6. Average points. League/Championship. This market will be settled based on the average score obtained by the named player over the course of the entire league or championship campaign (including semi-final and final). The named player must start a minimum of 3 league game for bets to stand.

7. Footballer/Hurler of the Year. This market will be settled based on the results of the official All star award ceremony.

8. Match Betting: All bets will be settled on 60/70 minutes play respectively at the prices advertised. The term 60/70 minutes play refers to the period of play which included time added by the match officials for stoppages, but not scheduled extra time.

9. Abandoned/Postponed Matches
   1. Any match that is abandoned before completion of the match (i.e. 70 mins.) will be void unless an official result is declared by those teams' governing body within 24 hours of postponement, in which case that official result will govern win-draw-win market settlement. All other markets will be void unless their result is already decided. When an abandoned match(es) reduces the client's bet to below the permitted minimum for a list the bet will stand, with the void match(es) treated as non-runners for settling purposes. This ruling does not apply to bets involving first goalscorer which will stand provided a goal has been scored prior to abandonment. Bets on last goalscorer will be void in the event of abandonment. Total Points bets and goal bets will be voided unless the bet is already deemed a winner/loser before the match is abandoned.
   2. If a match is postponed, all bets on that match will be voided unless it is rescheduled to take place within 72 hours of its originally scheduled start time. For the purpose of this rule, the scheduled start time of a match shall be that which is declared by the GAA Central Council, the individual provincial councils and/or the individual county boards which determine the applicable competition fixtures. In the event of any conflict or inconsistency between the start times declared by any of the foregoing, the order of priority shall be (in descending order): (i) the GAA Central Council then (ii) the individual provincial councils then (iii) the individual county boards.

10. Goalscorer Markets
    1. In the event of a dispute over the award of a goal for first/last goalscorer or scorer special purposes, settlement will be in accordance with the result given by GAA within 48 hours of the final whistle. Any subsequent changes to the result will be ignored for settlement purposes.
    2. Bets taken on First Goalscorer/First Team Goalscorer will be void if that player does not take part in the game or if he gets substituted on after the 1st goal is scored. This includes singles and each way bets.
    3. Bets on last Goalscorer will be void if that player does not take part in the game.
    4. Bets on Anytime Goalscorer will be void if the player does not take part in the game. Bets will stand if the player takes part in the game.
    5. Own goals do not count for all markets; in the 1st/last goalscorer markets if an own goal is scored the winner will be settled on the next goalscorer.

11. Total Match Points
    1. All bets on total points markets will be settled on the normal time result (including injury time) unless otherwise stated. The market result is determined by the point's total of the game including goals. For example Dublin 1-17 Mayo 1-17 the points total equals 40pts (1 Goal = 3 Points).
    2. Extra time does not count.

12. Player Points/Scoring Match Bets
    1. Bets will be settled on selected player's total score including goals unless otherwise stated.
    2. Extra time does not count.
    3. Bets will be voided if the player does not start the game.
    4. If the player starts but gets injured or is substituted the bets will stand.
    5. Placed balls count unless otherwise stated.
    6. In the event of a tie in the Scoring match bets the market will be settled as a push.

13. All Stars/Footballer-Hurler of the Year/Top Championship Scorer
    1. All Star markets are singles only and will be settled on the official GAA/GPA team of the year 15. If your selection is nominated or wins an All Star in a different position than what is displayed on the website the bet will stand.
    2. Footballer/Young Footballer/Hurler/Young Hurler of the Year markets will be settled on the official GAA/GPA award's winners. Straight bets only.
    3. Top Championship Scorer market will be settled on the player who scores the most through the All Ireland Championship including qualifier and provincial series matches. All in, play or not.

## 12. Golf


3. Top Championship Scorer market will be settled on the player who scores the most through the All Ireland Championship including qualifier and provincial series matches. All in, play or not.

## 12. Golf

1. General

   1. Tournament bets will only be settled if 36 holes have been completed, and an official result has been declared. Should 36 holes not be completed then all bets on that event will be void except markets that have already been decided i.e. 'first round 3-balls, 'First Round Leader' etc.

   2. Outcomes will be determined in accordance with the official result of the relevant governing body, regardless of any subsequent disqualification or amendment to the result (except if an amendment is announced within 24 hours of the initial settlement of the relevant market in order to correct an error in reporting the result).

   3. Dead Heats apply for all golf markets in the event of 2 or more players finishing in the same position, except in the following situations:
      1. A tie/draw option is offered.

      2. The position is decided by an official playoff.

      3. Upon a tie in the Tournament Match Betting market, stakes will be refunded.

   4. Dead heat is a term that describes when two or more selections finish an event tied. If a "dead-heat" between two selections is declared on any event, half the stake is applied to the selection at full odds and the other half is lost. If more than two "dead-heats" are declared, the stake is proportioned accordingly.
      1. For example:
         1. You bet $100 at odds of +200 and 2 players tie for the same position.
            1. Half the stake is lost -$50

            2. The other half wins and is paid at the same odds. So $50 wins at +200

         2. If 3 players tie for the same position then:
            1. Two thirds of the stake is lost -$66.66

            2. The remaining third $33.33 wins at +200

   5. If a player does not start a tournament then all bets on that player will be void.

   6. A player must complete at least one stroke in a market for bets to stand. If a player withdraws before completing a stroke, they will be considered as having not played and all bets on the player will be voided.

   7. If a tournament is shortened and FanDuel Sportsbook settles the tournament markets then all bets matched after the last completed round will be void.

   8. If a Tournament/Round is restarted from the beginning, all bets placed after the official off time will be void, except on markets which have been unconditionally determined, which will stand. Bets on 2 or 3 balls will only be void if matched after the tee time of the relevant 2 or 3 ball.

   9. In the event of a postponed event, bets will stand provided the tournament takes place in the same calendar year.

   10. For all "lie related" markets (e.g. Closest to the Pin, Number of Greens in Regulation, etc.) - the lie will be determined using league official data.

   11. For all markets related to a single shot, bets will be voided if that shot does not take place.

2. Outright Winner

   1. In the event of a play-off the result of the play-off will determine the winner of the tournament.

   2. When more than one player shares the same lowest score in a tournament and there is no play-off, bets are settled by the normal dead heat method. See Section 12.1 above for dead heat example.

   3. Any players who withdraw after completing at least one stroke are considered as players and are therefore losers, unless the player takes no more part in the tournament after the bet is placed.

3. 2/3 Balls

   1. Players must complete at least one stroke for bets to stand.

   2. In 2/3 ball betting the winner will be the player in the pairing or group with the lowest score over 18 holes.

   3. Should a player in the 2/3 ball not tee-off all bets in that 2/3 ball are void. However should a player retire during the round after completing a stroke, he will be deemed to have played.

   4. If a player posts a score but is later disqualified, all bets will be settled on the score that the player initially signs for that round. Signing of the card is deemed as the weigh-in and subsequent disqualification or amendment of result will be ignored for settlement purposes.

   5. Odds for a tie are offered in 2 ball betting, therefore in the event of a tie bets on both players are losers and bets on the tie are winners. Dead heat rules apply in the event of a tie in 3 ball betting. See Section 12.1 for dead heat example.

   6. Any tournament that applies the stableford scoring system, the highest point scorer during the round will be deemed the winner.

   7. Should all players fail to complete the round then all bets will be void.

   8. Mythical 2-balls:
      1. In 'mythical 2 ball' betting the player/group with the lowest score over 18 holes is the winner.

      2. Should a player in the 2 ball not tee-off all bets in that 2 ball are void. However, if a player starts his round but withdraws or is disqualified during any part of the round he is deemed to be a loser.



Log in    Join

8. Mythical 2-balls:

1. In 'mythical 2 ball' betting the player/group with the lowest score over 18 holes is the winner.

2. Should a player in the 2 ball not tee-off all bets in that 2 ball are void. However, if a player starts his round but withdraws or is disqualified during any part of the round he is deemed to be a loser.

3. If a player posts a score but is later disqualified, all bets will be settled on the score that the player initially posts for that round.

4. If odds for a tie are offered in mythical 2 ball betting and in the event of a subsequent tie, then bets on both players/groups are losers and bets on the tie are winners.

5. Any tournament that applies the stableford scoring system, the highest point scorer during the round will be deemed the winner.

4. End of Round Leader

1. If 2 or more players tie for the lead after the round, dead heat rules will apply. See Section 12.1 above for dead heat example.

2. Lead After X Round and Win:
1. Settlement is based on a player leading after the selected Round (ties included) and winning the tournament.

2. All 72 holes must be completed. In the event of a reduction in the number of Rounds/Holes played all bets will be made void.

3. Wire to Wire Winner:
1. Settlement is based on a player leading after Rounds 1, 2 and 3 (ties included) and winning the Tournament.

2. All 72 holes must be completed. In the event of a reduction in the number of Rounds/Holes played all bets will be made void.

5. Top X Finish (Top 5/10/20/etc.)

1. Dead heat rules apply for settlement of all Top X markets:
1. For example:
1. You bet $100 at odds of +150 for a player to finish in the Top 20, and 5 players finish in a tie for 19th:
1. Two fifths of the bet has won (19th & 20th) and three fifths have lost (21st, 22nd and 23rd);

2. Thus three fifths of the stake is lost (-$60); and

3. Two fifths of the stake win and is paid at the same odds, thus $40 wins at +150.

2. Players must complete at least one stroke for bets to stand.

3. Finishing position is decided by result posted by the governing body of that tournament (i.e. PGA Tour, DP World Tour).

4. If a player is disqualified, retires injured or withdraws they will be deemed to have finished last.

5. Should 36 holes (or 54 holes in the case of a 3 Round cut) not be completed then all bets on this market will be void.

6. Top Player Betting (e.g. Top US Player, Top European Player) & Tournament Group Betting

1. In Top Player betting, the winner will be the player with the highest placing at the end of the tournament.

2. If all listed players in a given market miss the cut, the player with the lowest score at the cut will be deemed the winner.

3. In the event of a tie, dead heat rules apply. (See Section 12.1 for dead heat example)

7. Tournament Match Betting

1. In Tournament match betting the winner will be the player with the highest placing at the end of the tournament.

2. Players must complete at least one stroke for bets to stand.

3. If both players miss the cut, then the one with the lowest score will be deemed the winner.

4. If a player withdraws or is disqualified after making the cut, when his opponent has already missed the cut, the disqualified or withdrawn player is deemed the winner.

5. If a player withdraws or is disqualified before the cut is made the other player is deemed the winner.

6. In the event of a tie in tournament match betting, stakes are refunded

8. Tournament Group Betting

1. In Tournament group betting the winner will be the player with the highest placing at the end of the tournament. Players missing the cut will be eliminated. If all listed players miss the cut the player with the lowest score at the cut will be deemed the winner.

2. Players must complete at least one stroke for bets to stand.

3. In the event of a tie in tournament groups, dead heat rules apply.

4. In the event of a listed player being withdrawn prior to the first round, then the market will be void.

9. To Make/Miss the Cut

1. Players who are disqualified or withdraw before they complete 36 holes (or 54 holes in the case of a 3 Round cut) are deemed to have missed the cut.

2. Players who are disqualified or withdraw after the cut will be deemed to have made the cut.

3. If there is more than one cut in a tournament, settlement will be based on whether the player has made or missed the first cut.

4. Should 36 holes (or 54 holes in the case of a 3 Round cut) not be completed then all bets on this market will be void.
1. Bets on players to make/miss the cut will be settled on the official result posted on the tour sites.

2. Players who are disqualified or withdraw after the cut will be deemed to have made the cut.

3. If there is more than one cut in a tournament, settlement will be based on whether the player has made or missed the first cut.

4. Should 36 holes (or 54 holes in the case of a 3 Round cut) not be completed then all bets on this market will be void.
   1. Bets on players to make/miss the cut will be settled on the official result posted on the tour sites.

10. Matchplay Markets

   1. For all matchplay markets (e.g. individual matches in the WGC Match Play or Ryder Cup) if, after 18 holes, the match is tied then:
      1. If the tournament allows for sudden death or playoff hole(s), then the market will be settled on the result of the sudden death or playoff hole(s); or

      2. If the tournament allows for halved matches, then the market will be settled as a "half"; or

      3. If the tournament allows for halved matches, and there is no half/tie/draw option offered, then stakes on the match betting will be refunded.

   2. For team matchplay events, bets on the winner of any singles match will be void if that match does not reach its natural conclusion. A match will be deemed not to have reached its natural conclusion if, for example, the applicable players agree to a half because the overall team contest has already been determined.

11. Strokeplay Hole-by-Hole Markets (i.e. performance of a named player on a given hole)

   1. Should a hole not be completed for any reason all bets on that hole will be void unless the market has been unconditionally determined.

   2. Markets are settled on completion of the hole and any subsequent penalties or disqualification will not be taken into account.

12. Matchplay Hole-by-Hole Markets (i.e. performance of players against each other on a given hole)

   1. Any player or team withdrawing or being disqualified having played a stroke on that hole will be settled as a loser providing at least one other player completes that hole.

   2. If any player or team does not play a stroke on a hole all bets will be void.

   3. Markets are settled on completion of the hole and any subsequent penalties or disqualification will not be taken into account.

13. Big X v. The Field

   1. If any of the players quoted as part of the Big "X" are non runners, bets will be void on this market.

14. Total Majors Won/To Win a Major

   1. Players must play all four majors for bets to stand.

15. "To Qualify" Markets

   1. In any 'To Qualify' market for any tournament the winners are the number of golfers that qualify for the tournament, whether they compete in the tournament or not. Markets will be settled after the qualifying stage and any subsequent disqualification or amendment to results will not count.

16. Victory Margin Markets

   1. 'Victory Margin' markets will be settled on the official tournament result NOT including any playoff.

17. Straight/Dual Forecast

   1. For Straight Forecasts, players must come 1st and 2nd in the specified order, and in Dual Forecasts players must come 1st or 2nd in either order. Dead-heat rules may apply.

   2. Both players must tee off for bets to stand, otherwise bets will be made void on that selection.

   3. In the event of a tie for 2nd place, Dead-heat rules will apply, i.e. a 4 way tie for 2nd place will mean the bet will be settled at ¼ of the original stake.

18. Hole in One Markets

   1. Should the tournament be reduced to 36 holes or less then all bets on this market will be void, unless the market has been unconditionally determined.

   2. If the original card of the course is adjusted in any manner that affects the initial overall par of the course, then bets on hole in one related markets will be void.

   3. In a specified player to make a hole in one market, said player must tee off for bets to stand.

19. Closest/Distance to the Pin

   1. Bets are on the ball closest to the pin/hole in regulation shots for the hole being played (1 shot for a par 3, 2 shots for a par 4 etc.).

   2. For group betting, if no player hits the green in regulation then the 'No Green' selection will be deemed the winner. If there is not a 'No Green' selection offered and no player hits the green in regulation, then all bets will be void.

   3. For individual player pin markets (e.g. Tee shot to finish within "X" Feet of the pin) the ball must be on the green to qualify.

20. Longest Drive Markets

   1. For group betting, if no ball finishes on the fairway or green, then the 'No Fairway' selection will be deemed the winner. If there is not a 'No Fairway' selection offered and no player's drive finishes in the fairway or on the green then all bets will be void.

21. Putting Markets

   1. Putts are counted as all shots after the 1st shot where the lie is green (even if subsequent lie is not green)

   2. To Make Putt markets will be void if putt not hit.

selection offered and no player's drive finishes in the fairway or on the green then all bets will be void.

21. Putting Markets

   1. Putts are counted as all shots after the 1st shot where the lie is green (even if subsequent lie is not green)

   2. To Make Putt markets will be void if putt not hit.

22. Player Performance Bets (Bogey Free/Birdie or Better/etc.)

   1. Any Eagles or better will count for the birdies, and any Double Bogeys or worse will count for the bogeys.

   2. Any change of Hole par during the round, then all bets are void.

   3. The selected player must complete the nominal 18 holes for bets to stand. Any withdrawal or disqualification during the round, then bets will be made void on that player.

   4. Bets are on the stipulated round only. Playoffs do not count as part of the bet.

23. OddsBoosts

   1. For any "OddsBoost" which involve a player to win a tournament, if that player shares the same lowest score in the tournament as another player and there is no play-off, the relevant part of the "Special" will be settled according to our normal dead heat rules.

   2. In the event of a play-off, the result of the play-off will determine the winner of the tournament. Even if three or more contestants take part in a play-off, such a play-off has, for the purposes of any "OddsBoost", the sole purpose of determining the winner of the tournament (meaning that the relative finishing positions, within the tournament, of unsuccessful play-off contestants is not affected by their placing in the play-off).

   3. Any players who withdraw from a tournament after completing a stroke are considered as having played in the tournament and, therefore, any "OddsBoost" bets placed on those players will be deemed to be losing bets.

   4. For any "OddsBoost" which involve a player that has withdrawn before they have completed a stroke, the bet in question will be voided in its entirety.

   5. Any "OddsBoost" involving a player to finish in the top 5/10/15/20 (or similar) will (unless otherwise stated) be deemed successful if the player finishes in a tie for the last named place. For example, if a "OddsBoost" bet is placed on a player to finish in the top 10 and the player finishes in tied 10th position, the "OddsBoost" bet will be settled as a winning bet.

24. Tourney Specials Bets

   1. The rules in this sub-section apply specifically to the settlement of any golf bets which are placed via Tourney Specials tab in Golf. All other settlement rules which are included in this "Golf Rules" section or elsewhere on this website (including in FanDuel Sportsbook's Rules and Regulations) will also apply to the settlement of Specials bets unless they contradict, or conflict with, those included in this sub-section (in which case, the rules in this sub-section shall take precedence).

   2. For any Specials bets which involve a player to win a tournament, if that player shares the same lowest score in the tournament as another player and there is no play-off, the relevant part of the Special bet will be settled according to our normal dead heat rules.

   3. In the event of a play-off, the result of the play-off will determine the winner of the tournament. Even if three or more contestants take part in a play-off, such a play-off has, for the purposes of any Specials bets, the sole purpose of determining the winner of the tournament (meaning that the relative finishing positions, within the tournament, of unsuccessful play-off contestants is not affected by their placing in the play-off).

   4. Any players who withdraw from a tournament after completing a stroke are considered as having played in the tournament and, therefore, any Specials bets placed on those players will be deemed to be losing bets.

   5. For any Specials bets which involve a player that has withdrawn before they have completed at least one stroke, the bet in question will be voided in its entirety.

   6. Where an obvious pricing error has occurred, we reserve the right to cancel any Specials bets placed at the incorrect price (and, in such circumstances, we will offer the Special bet to be re-placed at the correct price).

   7. Any Special bets involving a player to finish in the top 5/10/15/20 (or similar) will (unless otherwise stated) be deemed successful if the player finishes in a tie for the last named place. For example, if a Special bet is placed on player to finish in the top 10 and the player finishes in tied 10th position, the Special bet will be settled as a winning bet.

   8. For any obvious wording errors, we reserve the right to cancel any Special bets placed on that selection (and, in such circumstances, we will offer the Special bet to be re-placed with the correct wording).

13. Handball

   1. Settled on 60 minutes play unless stated otherwise. Extra time does not count.

   2. If 60 minutes is not completed then all bets will be void, except those that have been unconditionally determined. If an official result is declared all bets will stand.

   3. In case of a match being postponed it will be voided unless it takes place within 48 hours of the initial scheduled start time.

   4. The name/heading of a competition amounts to evidence of what a bet refers to. For example, if you placed a bet on "Norway vs Brazil" under the competition name/heading U20 World Cup, the bet would have applied to the match between Norway and Brazil which was part of the U20 World Cup.

   5. All bets referring to aggregated Tournament Totals will be settled based on official statistics by the governing association. Unless otherwise stated, cumulative amounts of such bets will include eventual prolongations (e.g. Extra Time) but not Penalty Shoot Outs.

   6. Settlement of player related bets in a specific match will be based on the result after the end of the 2nd half (Regular Time), unless otherwise stated. Extra time does not count.

14. Field Hockey

   1. Overtime does not count unless stated otherwise.



6. Settlement of player related bets in a specific match will be based on the result after the end of the 2nd half (Regular Time), unless otherwise stated. Extra time does not count.

14. Field Hockey

1. Overtime does not count unless stated otherwise.

2. If 70 minutes is not completed then all bets will be void, except those that have been unconditionally determined. If an official result is declared all bets will stand.

3. Should a match be abandoned all markets will be void unless the outcome of that market has been unequivocally decided.

4. In the case of a match being postponed all bets will be void unless the match takes place within 36 hours of the initial scheduled starting time. Affected Parlays will be recalculated excluding that event or leg.

15. Ice Hockey

1. US Ice Hockey (General)

   1. These rules apply for NHL, any NHL sanctioned events, AHL, NCAA, PWHL, ECHL and other North American Ice Hockey Leagues

   2. All settlements are based on results and statistics provided by the relevant league's governing body (www.nhl.com, www.thepwhl.com, theahl.com, www.ncaa.com).

   3. Games must go 55 minutes for bets to stand. In the event a game is suspended prior to the 55th minute of play and will not resume within 24 hours bets will be void unless the result of a market has been unequivocally determined during the normal course of play.

   4. All game score related markets will be settled inclusive of overtime (including any subsequent shootout) unless explicitly stated to be settled on 60 Minutes or Regulation Time.

   5. In the event of a shootout, the winning team will be credited with one goal. This counts for all game related markets where applicable. Shootout goals do not apply to player props unless explicitly stated in market name.

   6. In the event that a game does not begin on the scheduled start date and is postponed (using time-zone of the original scheduled venue), all wagers will be void.

   7. All Outright markets include playoffs where applicable.

   8. Season-Long player prop outrights (such as leading goal scorer) are resulted on regular-season only.

   9. Where a season or tournament is unexpectedly shortened, all futures markets/wagers will be settled in accordance with the official ruling (unless otherwise stated) of the relevant governing body so long as the ruling is made within 90 days after the scheduled completion date; or unless the outcome has unequivocally been determined prior to the interruption of the season.

2. Overview of Specific Game Markets (US Ice Hockey)

   1. Money Line/Puck Line/Total Goals/Alternates - Includes overtime and any subsequent shootout for settlement purposes. In the event of the total goals scored being the exact index quoted (for a flat total), bets will result in a push.

   2. 60 Minute Markets - Where indicated 60 minute markets exclude overtime and shootout goals. If game goes to overtime, the "tie" selection will be the winner.

   3. Period Markets - Settled on the exact score of the specified period. For settlement purposes the 3rd period does not include any overtime played.

   4. 1st/2nd/3rd Period Money Line - Settled on the final score of the listed period only. If the score is a tie, bets will be voided.

   5. Highest Scoring Period/Team Highest Scoring Period - Settled on which period has the most goals scored. This market has a "Tie" selection and in the event of 2 or more periods having an equal number of goals scored, the "Tie" is the winning selection. For settlement purposes - the 3rd period does not include OT or Shoot-outs.

   6. Goal Markets Odd/Even - Settled on whether the final number of goals scored is an odd or even number. For settlement purposes 0 goals is considered even.

   7. 60 Min Team to Score 1st/Last Goal - Markets settled by which team scores the listed goal in the game. If the game has 0 goals scored in regulation, the "None" selection will be deemed the winner.

   8. Period X Team to Score 1st/Last Goal - Markets settled by which team scores the listed goal in respective period. If the period has 0 goals scored, the "None" selection will be deemed the winner. 3rd Period does not include OT or Shoot-Outs.

   9. Goal Scored in first 5/10 Minutes of Quoted Period - For settlement purposes the First 5 minutes of a hockey period are 00:00 - 04:59 of elapsed time and 10 minutes are 00:00 - 09:59 of elapsed time.

   10. Daily Specials - Markets including but not limited to: daily goals scored, highest & lowest scoring teams, highest & lowest scoring games, and team & player specials, are quoted with the listed date and number of games scheduled for the respective day. In the event that any of the following takes place then all bets will be voided (unless outcome unequivocally determined):
       1. Any of the originally scheduled games do not begin on the scheduled start date and are postponed (using time-zone of the original schedule venue);

       2. Any of the listed games does not fully complete the necessary 55 minutes required to have action; or

       3. The quoted number of games does not equal the actual number of games played.

   11. In the event that multiple games have the same number of goals scored, the dead heat rule will apply (See Dead Heats - Part A).

   12. All markets are subject to their respective pre-match rules for the purposes of Live Betting.

3. **Overview of Specific Futures Markets (US Ice Hockey)**

   1. Team Regular Season Futures - For NHL Regular Season future wagers to have action, teams must complete 80 scheduled regular season games. For NCAA Hockey Regular Season future wagers, teams must complete the scheduled 20 scheduled regular season games or more games. To ensure there is


but in the event that multiple games have the same number of goals scored, a dead-heat rule will apply (see Dead Heat – Rule).

12. All markets are subject to their respective pre-match rules for the purposes of Live Betting.

3. **Overview of Specific Futures Markets (US Ice Hockey)**

   1. Team Regular Season Futures - For NHL Regular Season future wagers to have action, teams must complete 80 scheduled regular season games. For NCAA Hockey Regular Season futures to have action, teams must be completed 20 scheduled regular season conference games. For any other league not explicitly specified teams must completed 85% of their scheduled regular season games. Should a team not complete the required number of games, all wagers on that respective team's regular season points/wins will be void, unless the result is already pre-determined.

   2. Worst Regular Season Record - Settled on the basis of which team finishes in last place, per the governing bodies' final standings.

   3. Season Award/Player Regular Season Markets - Player must appear in 1 (one) game across the regular season for the specific player wager to have action for regular season awards. A player must appear in a game in the postseason for the specific player wager to have action for postseason awards. In the event a quoted player retires or does not play in the quoted season, then that respective players bets are to be voided. For awards that are reliant on statistics, Dead-Heat rules will apply if there are one or more ties (See Dead Heat Rules). Award rules apply to non-player awards such as Coaches/General Managers.

   4. NCAA Player/Regular Season Prop Markets: Player must play in at least one (1) game across the regular season conference schedule for the specified wager to have action for Regular Season Prop Markets. Only conference games will count towards statistics for any regular season prop markets, unless otherwise specified.

   5. Playoff Series Props (Player Most Goals/Points/Assists/Shots/etc.) - A series must come to a natural conclusion for bets to stand. Overtime counts for settlement purposes unless explicitly stated to be a 60 min only market. In the event two or more players tie, dead heat rules apply (See Dead Heat Rules). A player listed must take part in at least one game in the series for bets to have action. If a player does not take the ice during at least one game, all bets on the player selected will be void (and in the case of a 2-player head-to-head market, all bets on the market will be voided and any prebuilt parlay containing that player will be voided).

   6. Playoff Series Props (Player Stats in Every Game): A series must come to a natural conclusion for bets to stand. Overtime counts for settlement purposes unless explicitly stated to be a 60min only market. Wagers will have action as long as the specific player has at least one (1) second of ice time in any game of the series. For bets to settle as a win, player must complete the required stat in every game the team plays in the series.

4. **NHL Draft**

   1. The official draft results on nhl.com will be used for settlement purposes including, but not limited to: player draft position, playing position, development league, school, height, nationality, etc.

   2. For "over/under draft position' markets, undrafted players are assigned the draft position that comes after the last drafted player.

   3. For "over/under draft position" markets, the "under" means the player is chosen with a pick that is less than the designated number and "over" would mean the player is chosen with a pick that is more than the designated number. For example, in a market of "Player X - Over/Under 3.5" if Player X is picked with the second pick of the draft, then the "Under" selection would be the winner.

5. Overview of Player Prop Markets (US Ice Hockey)

   1. Full game/60 Min Related Player Markets: Players must receive time on ice, in any capacity, per the governing body box score to be considered as action. If a player does not receive any time on the ice, then all bets on the player will be void.

   2. 1st/2nd/3rd Period Player Related Props: Players must receive any time on ice, in the quoted period market name, as per the governing body box score to be considered as action. If a player does not receive any time on the ice in quoted period, then all bets on the player will be void. Overtime Player Period Markets are, however, subject to all-in betting (see below).

   3. All proposition markets are graded on the inclusion of regulation and overtime, unless otherwise explicitly stated that markets are for a specified period or 60 minutes. Player Shootout attempts/stats do not contribute unless market specifically states shootouts.

   4. First/Last Goalscorer - Market settled based on which player scores the first or last goal in a game. In the event that a game is scoreless in regulation and is scoreless in the overtime period, then "No Goalscorer" will be the winning selection.

   5. Xth Goal Scorer Markets - For markets priced with a "No Goalscorer" selection In the event a that the quoted index in market name is not scored, the "No Goalscorer" selection is the winner.

   6. Overtime Specific Player Markets:

   7. All-In rules apply to these markets. In the event a player does not receive time on ice in Overtime, bets will be settled as per results. Game to Reach Overtime & OT Goal Scorer(s): Market quoted to reflect that game must be tied at end of Regulation and effectively overtime must be played. If game ends in regulation, all subsequent wagers are a loss.

   8. Goalie Props: Props for full game markets will only have action if the listed goalie starts the game (records time on ice in the first minute). Period specific goalie props will have action if the listed goalie records any time on the ice in the quoted period, as per the governing body box score.

6. European Ice Hockey and IIHF International Competitions

   1. In case of a match being postponed, all wagers on the match will be voided unless it takes place within 48 hours of the initial scheduled starting time.

   2. Bets will be settled according to the result declared by the relevant governing body at the end of the match. In the absence of consistent, independent evidence or in the presence of significant conflicting evidence, bets will be settled based on our own statistics.

   3. All markets will be settled with the result at the end of regular time (60 minutes) unless otherwise stated.

   4. Should a match be abandoned, all markets will be voided unless the outcome has been unequivocally decided.

   5. All Outright markets include playoffs where applicable.

7. Overview of Specific Markets (European Ice Hockey and IIHF International Competitions)

   1. 2-Way Match Betting/Moneyline will be settled on result after overtime (including any subsequent shootout).



Log in    Join

4. Should a match be abandoned, all markets will be voided unless the outcome has been unequivocally decided.

5. All Outright markets include playoffs where applicable.

7. Overview of Specific Markets (European Ice Hockey and IIHF International Competitions)

   1. 2-Way Match Betting/Moneyline will be settled on result after overtime (including any subsequent shootout).

   2. Period Markets - Settled on the exact score of the specified period. For settlement purposes, the 3rd period does not include any overtime played.

   3. Double Result - Settled on the score of the game at the end of the 1st and 3rd periods.

   4. Race to xth Goal - The winner will be the team to achieve the number of specified goals first. For Markets quoted with a "Neither" selection, in the event the quoted index goal is not scored, "neither will be the winning selection.

   5. All markets are subject to their respective pre-match rules for the purposes of Live Betting.

8. Player Props (European Ice Hockey and IIHF International Competitions)

   1. Players must receive time on the ice per the governing body box score for bets to stand. If a player does not receive any time on the ice, then all wagers on that player will be voided.

   2. Player Props are settled on the basis of 60 minutes, unless market explicitly states to include OT or Shootouts.

   3. Xth Goal Scorer Markets: All-In Betting. In the event an unquoted selections wins, all bets still have action.

16. Jai Alai

   1. Jai Alai bets on the full game (Moneyline, Spread, Total) are considered official only once the game is completed without either player withdrawing due to injury, incapacity, or disqualification.

   2. Time or period based markets will have action as soon as the result has been officially determined, regardless of the match being suspended afterwards. For example, a wager on a player to win a specific set will be settled once that set is final.

   3. When a game is postponed or suspended before it starts, and it is officially determined the game will not be played within 48 hours of the originally scheduled start time, otherwise, all bets have no action and stakes will be refunded.

   4. When a game is in progress and is delayed or postponed before any official announcement, the game must be resumed and completed within 48 hours of the originally scheduled start time, all bets have no action and stakes will be refunded.

   5. Team to Win the Match: Team to Win the Match will use the final score of the match, bets will stand if one of the players retires or forfeits for any reason.

   6. All bets on matches where a player or pairing retires or is disqualified prior to the first set will be voided. Doubles matches in which one player of a pairing is replaced by another player prior to the first set will also be voided.

17. Lacrosse

   1. **General Rules**
      1. If a game is postponed and is not played within 48 hours of the official start time (local time) then all bets will be voided.

      2. If a game that has started is suspended due to a rain delay or other deferral and resumes within 48 hours of the originally scheduled start time (local time), then all wagers will stand. If the game is delayed beyond 48 hours of the originally scheduled start time, then all bets on the market for the game will be void. Except for bets on any markets that have been unconditionally determined. If an official result is declared by the relevant governing body, all bets will stand.

      3. In the event of a venue change, all bets on the impacted game will be voided.

      4. Premier Lacrosse League games are considered complete after 48 minutes of regulation gameplay unless the score is tied at the end of regulation.

      5. National Lacrosse League & NCAA Lacrosse games are considered complete after 60 minutes of regulation gameplay unless the score is tied at the end of regulation.

      6. In the event of a tie at the end of regulation, the game is considered complete upon the first goal in overtime.

      7. Overtime counts for all markets unless stated otherwise.

      8. Second half markets include overtime.

      9. Fourth quarter markets do not include overtime.

      10. All Outright markets are All-in (see Section 7.1).

      11. For markets that specify number of goals - a goal shot from behind the two-point line counts as one goal.

   2. Player Props
      1. For player proposition markets, if the selected player does not take the field, wagers placed on the player will be voided.

      2. For season long player proposition bets, the nominated player must participate in at least one game during the regular season for bets to stand.

18. Motorsports (which may include, amongst others, NASCAR, Indy Car, Formula One, Superbikes and Speedway)

   1. Motorsports - General Rules
      1. The start of the race is the signal to commence the warm up lap. If a driver is not on the grid or ready to start from the pit lane when the signal is given we will void all bets on the selection.

      2. If a race is abandoned and no presentation position or official result is declared all bets on that race will be void except for bets on any markets which have been unconditionally determined.

      3. Bets will be settled on the result at the time of the podium presentation regardless of any subsequent disqualifications.

given we will void all bets on the selection.

2. If a race is abandoned and no presentation position or official result is declared all bets on that race will be void except for bets on any markets which have been unconditionally determined.

3. Bets will be settled on the result at the time of the podium presentation regardless of any subsequent disqualifications.

4. If the scheduled venue is changed after a bet is placed, all bets will be void.

5. On "head-to-head" bets (i.e. match bets) the driver/rider/car (in team races) who finishes ahead or completes the greatest number of laps is deemed to be the winner. Both drivers must start.

6. If both drivers retire on the same lap, then wagers will be settled on the official result of the relevant governing body.

7. In Speedway, bets will be void if all scheduled heats or races of a meeting or match are not completed except on markets which have been unconditionally determined.

8. In any case where there is no podium presentation, but the market states that settlement of the relevant market will be based on the result at the time of the podium presentation, then the market will be settled on the official result of the relevant governing body regardless of any subsequent disqualification or amendment to the result (except if an amendment is announced within 24 hours of the initial settlement of the relevant market in order to correct an error in reporting the result).

9. On Safety Car "Yes/No" markets, a virtual safety car will not count as a Safety Car.

2. NASCAR/IndyCar

1. Race Betting:
   1. The Field includes any driver who is not listed.

   2. Any drivers who do not qualify for the race will be deemed no action.

   3. The race must be run within 72 hours of the scheduled start time for bets to stand.

   4. The podium presentation will count as the result and any subsequent inquiries will not affect settlement of bets.

   5. IndyCar results will be settled on official classification at the time of the podium presentation, with subsequent disqualifications disregarded.

2. Race Driver Matchups and Group Betting:
   1. All drivers within the match-up must start or the market will be void. The driver who finished ahead or completes the greater number of laps will be deemed the winner. The official results of the relevant governing body will be used to determine the finishing order.

   2. Both drivers must start the race (e.g. cross the start line) for bets to be action. If any driver is replaced before the start of the race then all match-ups will be void.

3. Race Props:
   1. Race props will be settled on official IndyCar & NASCAR results (e.g. cautions, caution laps, lead changes, number of leaders, winning car etc.). If a race is shortened and no official results are posted then all bets will be deemed no action.

4. NASCAR Futures:
   1. All prop futures are deemed action when drivers qualify for at least 26 regular season races. Outright Drivers Championship will be deemed as action when driver has qualified for at least 26 regular season races. Unless there is a special exception made by NASCAR to qualify a driver for the playoffs, bets on drivers who do not qualify for at least 26 regular season races will be void.

   2.

3. Formula 1

1. Official Results:
   1. The race must be run within 72 hours of the scheduled start time for bets to stand.

   2. All F1 race bets are settled on the official FIA classification at the time of the podium, with subsequent disqualifications disregarded.

   3. F1 Sprint Weekends: Unless otherwise stated, all F1 Grand Prix markets will be settled on results of the main weekend race. Sprint Race markets will be explicitly called out. Sprint Race wins will not count towards overall season race wins special markets unless stated otherwise in market description.

   4. All Drivers who complete 90% of the race laps are deemed as classified finishers in line with the official FIA Classification. However, all drivers are given a ranking, and for the purpose of match and positional betting, this rank shall apply.

   5. In the event a selection does not complete the designated number of laps to be deemed a classified finisher, for match, and positional betting - the winner will be determined by the number of laps completed. Should both selections complete same number of laps, wagers will be voided.

   6. For Group Betting, the winner is the driver achieving the highest placing at the time of the podium presentation. If all drivers in the group fail to be classified, then the driver completing the most laps will be deemed the winner. If all drivers in the group fail to be classified and two or more drivers retired on the same lap then dead-heat rules will apply.

   7. In the event of a driver switching race teams during race week, or a driver not originally listed entering the field, all bets taken prior to these changes being factored into the betting will be re-settled at the correct price taking into account the team/car change. This is inclusive of all markets offered for F1 and FanDuel Sportsbook's decision is final in this regard.

   8. All qualifying wagers are action once a driver starts qualifying. Drivers must start qualifying for action on qualifying wagers. Subsequent penalties or demotions will not affect the grading of wagers.

   9. Qualifying Match Betting: The winner will be deemed to be the driver who sets the fastest qualifying time during the final qualifying session between the two drivers quoted. If either driver fails to begin a qualifying lap, then all bets on that match will be void. Any subsequent grid penalties or disqualifications shall be ignored for betting purposes. If Q3 does not take place, then bets will be settled if the grid is formed based on times from Q1 or Q2. All bets will be void if the grid is formed for the main race or for Sprint Qualifying (where such format is used) based on any other criteria



demotions will not affect the grading of wagers.

9. Qualifying Match Betting: The winner will be deemed to be the driver who sets the fastest qualifying time during the final qualifying session between the two drivers quoted. If either driver fails to begin a qualifying lap, then all bets on that match will be void. Any subsequent grid penalties or disqualifications shall be ignored for betting purposes. If Q3 does not take place, then bets will be settled if the grid is formed based on times from Q1 or Q2. All bets will be void if the grid is formed for the main race or for Sprint Qualifying (where such format is used) based on any other criteria.

10. The Start of the race is deemed to be the signal to start the warmup lap. All drivers are action from this point on.

11. For match and positional betting, all drivers within the specified market must start the race (see above) for bets to be action. If any driver is replaced before the start of the race then all match-ups will be void.

12. Race Props will be settled on official Formula One results.

13. For "first retirement markets" the following rules shall apply. All bets placed on drivers who do not start the formation lap will be deemed void. The first retirement will be settled on the number lap on which the driver retired. If 2 or more drivers retire on the same lap, then dead heat rules will apply regardless of the time that the drivers retired.

14. Leader after the first lap, for Settlement purposes the winner is deemed to the driver leading the race as they cross the start/finish line after one classified lap (warm up lap not included). In the event of one lap not being fully completed all bets will be void. If the race starts under the Safety car, all bets will be void.

15. Bets on the Formula One Championship and Constructors Championship will be settled in line with the official FIA results immediately following the podium presentation of the final race of the season, with subsequent disqualifications disregarded. The drivers and constructors championship titles are awarded to the driver and constructor who score the most points over the course of the season. In the case of a dead heat for a championship place, then the driver or constructor with the higher number of superior race results will be awarded the place.

19. Netball

1. Overtime counts for the settlement of Match Betting, Point Spread (Handicap) Betting, Total Goals, Home Team Total and Away Team Total Goals.

2. Dead Heat rule will apply for Match Betting if no overtime is played. All other markets will be settled according to the result at the end of regular time.

3. In the event of a match not taking place or is cancelled or the starting but not being completed all bets are void and wagers will be refunded.

20. Olympics

1. Olympics - General Rules

1. The final medal table declared by the governing body will be used to settle all bets. Any subsequent changes will not be taken into consideration.

2. For the Olympic Games all events will be settled on the official IOC results at the time of the medal/podium ceremony only. Subsequent disqualifications or amendments will not be counted for settlement purposes.

3. In the event of a team/participant not competing in an event for any reason we reserve the right to apply a deduction in returns relevant to the price of the scratched selection per Section B, Rule 7.3 above.

4. Unless otherwise explicitly stated in the market or the sports specific rules below; all bets will be settled according to the rules for the relevant sport and/or the relevant general rule.

5. Dead Heat Rules apply.

6. If an event is postponed, bets will stand as long as the event takes place within 48 hours of the initial scheduled time. If the event is cancelled or takes place after this period, bets will be voided.

2. Olympics - Specific Sport Rules

1. Olympic Basketball - Matches are played under FIBA rules. Therefore all bets will be settled according to 'European Basketball Rules'.

2. Olympic Field Hockey - Match betting will be settled based on the result at the end of 60 minutes. In the event of a two-way match betting/to qualify market being offered, then this will be settled on whichever team progresses.

3. Olympic Rugby 7s - all bets will be settled according to rugby 7s rules within the 'Rugby Union and Rugby League' section.

21. Rowing

1. If a crew or individual starts a race but does not complete it then they will be deemed a loser providing at least one other crew or individual completes the race. If no crew or individual completes a race then all bets will be void.

2. If a regatta is cancelled for any reason, all bets will be void, except those on markets which have been unconditionally determined.

3. Where there is a presentation ceremony, markets will be settled on the official result of the relevant governing body at the time of the ceremony, regardless of any subsequent disqualification or amendment to the result.

4. If there is no presentation ceremony, outcomes will be determined in accordance with the official result of the relevant governing body, regardless of any subsequent disqualification or amendment to the result (except if an amendment is announced within 24 hours of the initial settlement of the relevant market in order to correct an error in reporting the result).

22. Rugby Union and Rugby League

1. Rugby Union Rules

1. Unless otherwise stated, all rugby union bets are settled on 80 minutes' play plus any injury time.

2. For Rugby 7s tournaments, all bets are settled on the result at the end of Normal/Regular time (except halftime, first half, overtime and penalty shootout markets).

3. If a match is postponed, bets will stand until 48 hours from the original kick off time, after which time they will be void.

Document title: FanDuel Sportsbook House Rules NJ | FanDuel
Capture URL: https://www.fanduel.com/fanduel-sportsbook-house-rules-nj
Capture timestamp (UTC): Fri, 07 Feb 2025 08:49:34 GMT

1. Unless otherwise stated, all rugby union bets are settled on 80 minutes' play plus any injury time.

2. For Rugby 7s tournaments, all bets are settled on the result at the end of Normal/Regular time (except halftime, first half, overtime and penalty shootout markets).

3. If a match is postponed, bets will stand until 48 hours from the original kick off time, after which time they will be void.

4. If the venue is changed from the one advertised, all bets on that match are void.

5. Any parlay bet reduced by an abandoned, postponed or re-arranged match will stand on the remaining selections.

6. If a match starts but is abandoned before its completion, all bets will be void unless an official result is declared by the applicable governing body. Where an official result has been declared by the official governing body, that official result will govern match and point spread (handicap) market settlement but all other markets will be void unless their result has already been determined at the point of abandonment (i.e. at the point of abandonment, it would not have been possible for the outcome of the bet to change had the match continued to its natural conclusion). By way of example, if 37 points have been scored at the time a match is abandoned: (i) a bet placed on 35 points or more to be scored would be settled as a winning bet, (ii) a bet placed on 30-35 points to be scored would be settled as a losing bet and (iii) a bet placed on 40-45 points to be scored would be void. In such circumstances, bets on last tryscorer / team to score last / team to score last try / last scoring play would all be void.

7. Outright Bets: all bets placed on outright markets will be settled on official tournament results. For betting purposes, any team which has points deducted due to breaches of rules and regulations will be deemed a starter. If, at the time a deduction of points is announced, the loss of points means that only one eventuality can occur then all bets on that competitor are void and monies will be returned. Any bets placed after a points deduction may have prices adjusted accordingly.

8. All outright markets which state "Regular Season" (or similar) are deemed to mean the official standings of teams after all matches of the predetermined season are played and before any playoff matches have commenced.

9. Tournament Tries/Points: Bets will apply to all playing time, including any extra time in any match where an official result is declared.

10. To Miss Top 2 / Top 4 / Top 8: For betting purposes, any team which has points deducted due to breaches of rules and regulations will be deemed a starter. If, at the time a deduction of points is announced, the loss of points means that only one eventuality can occur, then all bets on that competitor are void.

11. Tryscorers: All bets will be refunded if they were placed on players not included in the official match day 22 or 23 (depending on the competition). If a substitute is not on the field before the first try is scored then bets on that player will be void in the 'First Tryscorer', 'First Team Tryscorer' and 'First Tryscorer Insurebet' markets. If a substitute comes on at any stage during the game, they will be considered 'All In' for all other tryscorer markets. If they do not take any part in the game, they will be void in all tryscorer markets.

12. First/Last Tryscorer: In the event of a penalty try being the first / last try scored, we will pay out on the penalty try option if offered. If the penalty try option is not offered, we will pay out, for "First Try" markets, on the next tryscorer following the penalty try (where the first try is a penalty try) and, for "Last Try" markets, on the tryscorer immediately preceding the penalty try (where the last try is a penalty try). For 'Xth try scorer' markets, if the penalty try option is not offered, we will void any bets placed on the Xth try to be scored by a particular player if that try is in fact a penalty try. If there is no try scored after the penalty try then "First Try" and "Last Try" markets will be void.

13. First Tryscorer Insurebet: If the player fails to score the first try but does score a try in the match then the bet stake will be returned. If a substitute is not on the field before the first try is scored then bets on that player will be void.

14. Position to Score First Try: In the event of a penalty try being the first try scored, we will pay out on the position of the next tryscorer for "Position to Score First Try" markets. For 'Position to score xth Try' markets, in the event of a penalty try, we will pay out on the position which scores the next try (e.g. if the first try scored in a match is a penalty try and the second try is scored by a 'forward', then a 'forward' will be deemed to have scored both the first and second tries). If there is no try scored after the penalty try then this market will be void.

15. To win in Extra Time: If there is no winner following extra time, dead heat rules will apply to bets on this market.

16. Tryscorer Matchbets / Kicker Matchbets / To Score the Most Points Matchbets: Both players must be in the starting 15 for bets to stand. If there is no 'Tie' or 'Draw' selection offered and the result is a tie then all bets will be void.

17. Best Kicking Percentage Matchbets / Kicker Matchbets / To Score the Most Points Matchbets: Bets will be void if both players do not attempt at least 1 placed kick at goal.

18. Player Total Points / Perfect Kicking record: Bets will be void if the selected player does not attempt at least 1 placed kick at goal.

19. Top Tryscorer / Top Team Tryscorer / Top Points Scorer: dead heat rules apply.

20. Regular Season Team Matchbets: dead heat rules apply.

21. Head to Head: Any extra time will be counted for settlement purposes. In the result of a draw where no extra time is played, this market will be settled according to dead heat rules.

22. Man of the Match: for Rugby World Cup Man of the Match markets, the market will be settled based on the official 'Man of the Match' as determined by the Rugby World Cup official site. If the Rugby World Cup official site fails to declare an official Man of the Match for any reason, all bets will be void.

2. Rugby League Rules

1. Unless otherwise stated, all rugby league bets are settled on 80 minutes' play plus any injury time.

2. All bets on NRL matches will be settled on the official declared result including any extra time, except 'Match Betting, 'Point Spread (Handicap) Betting, 'Will There Be Extra Time?', 'Highest Scoring Half' and 'Half With Most Tries' markets (which will be settled on the basis of 80 minutes' play plus any injury time). In Point Spread (Handicap)/Line and Totals betting where the value selected is a whole number (e.g. 6.0), and the result lands on that number, then all wagers related to that line number will be refunded, and any such bet will be deemed an excluded leg for the purpose of any applicable parlay, which will be recalculated excluding that leg. The same rules apply for State of Origin and any other Australian Rugby League match where extra time is played.

3. If the result of an NRL match after extra time is a draw, then the Dead Heat Rule will apply to all bets where a winner has not been officially declared. All winning margin bets, including Dozen Winning Margins, will be deemed unsuccessful bets as neither team has won the match.

Document title: FanDuel Sportsbook House Rules NJ | FanDuel

Capture URL: https://www.fanduel.com/fanduel-sportsbook-house-rules-nj

Capture timestamp (UTC): Fri, 07 Feb 2025 08:49:34 GMT

number, then all wagers related to that line number will be refunded, and any such bet will be deemed an excluded leg for the purpose of any applicable parlay, which will be recalculated excluding that leg. The same rules apply for State of Origin and any other Australian Rugby League match where extra time is played.

3. If the result of an NRL match after extra time is a draw, then the Dead Heat Rule will apply to all bets where a winner has not been officially declared. All winning margin bets, including Dozen Winning Margins, will be deemed unsuccessful bets as neither team has won the match.

4. If a match is postponed, bets will stand until 48 hours from the original kick off (local time of match), after which time they will be void.

5. If the venue is changed from the one advertised, all bets on that match will still have action (unless it is also postponed to over 48 hours from scheduled kick off)

6. Any parlay bet reduced by an abandoned, postponed or re-arranged match will stand on the remaining selections.

7. If a match starts but is abandoned before its completion, all bets will be void unless an official result is declared by the applicable governing body. Where an official result has been declared by the official governing body, that official result will govern match and point spread (handicap) market settlement but all other markets will be void unless their result has already been determined at the point of abandonment (i.e. at the point of abandonment, it would not have been possible for the outcome of the bet to change had the match continued to its natural conclusion). By way of example, if 37 points have been scored at the time a match is abandoned: (i) a bet placed on 35 points or more to be scored would be settled as a winning bet, (ii) a bet placed on 30-35 points to be scored would be settled as a losing bet and (iii) a bet placed on 40-45 points to be scored would be void. In such circumstances, bets on last tryscorer / team to score last / team to score last try / last scoring play would all be void.

8. Outright Bets: all bets placed on outright markets will be settled on official tournament results. For betting purposes, any team which has points deducted due to breaches of rules and regulations will be deemed a starter. If, at the time a deduction of points is announced, the loss of points means that only one eventuality can occur then all bets on that competitor are void and monies will be returned. Any bets placed after a points deduction may have prices adjusted accordingly.

9. NRL & Super League Outright / Regular Season Outright / Top 2 / 4 / 8 Finish: All In Betting. Any Team which has points deducted due to breaches of rules and regulations will be deemed a starter for resulting purposes. Any loss of titles after the completion of the Grand Final will be deemed null and void and all bets will stand. All outright markets which state "Regular Season" (or similar) are deemed to mean the official standings of teams after all matches of the predetermined season are played and before any playoff matches have commenced.

10. NRL & Super League Wooden Spoon: This market is settled on the team which has the least wins for the season. A draw is considered as half a win. In the event of more than one team having the same number of wins, the outcome will be determined by the worst 'for and against' points total. Points deducted because of breaches of rules and regulations are excluded for resulting purposes. All In. Win Only.

11. To Miss Top 2 / 4 / 8: For betting purposes, any team which has points deducted due to breaches of rules and regulations will be deemed a starter. If, at the time a deduction of points is announced, the loss of points means that only one eventuality can occur, then all bets on that competitor will be void.

12. Tournament Tries/Points: Bets will apply to all playing time (including any extra time) in any match where an official result is declared.

13. Tryscorers: All bets will be refunded if they were placed on players not included in the official match day 17. All players that are named in the match day 17 will be considered 'All In' for all tryscorer markets (including "First Tryscorer" and "First Team Tryscorer" markets).

14. First/Last Tryscorer: In the event of a penalty try being the first / last try scored, we will pay out on the penalty try option if offered. If the penalty try option is not offered we pay on the next tryscorer for first try or preceding tryscorer for last try. For xth try betting if the penalty try option is not offered we pay on the next tryscorer i.e. if the second try scored in a match is a penalty try and the third try is scored by Paul Smith, then Paul Smith will be deemed the winner for the second and third tries. If there is no try scored after the penalty try then this market will be void.

15. First 2nd Half Tryscorer: If a player is included in his team's matchday 17-man squad, all bets on that player will stand regardless of whether the player is on the field for the first 2nd half try or not.

16. To win in Extra Time: If there is no winner following extra time, dead heat rules will apply to bets on this market.

17. Tryscorer Matchbets / Kicker Matchbets / To Score the Most Points Matchbets: Both players must be in the starting 13 for bets to stand. If there is no 'Tie' or 'Draw' Selection offered and the result is a tie then all bets will be void.

18. Best Kicking Percentage Matchbets / Kicker Matchbets: Bets will be void if both players do not attempt at least 1 placed kick at goal.

19. Player Total Points / Perfect Kicking record: Bets will be void if a player does not attempt at least 1 placed kick at goal.

20. Statistics/Supercoach Markets: All bets on players not in the starting 13 will be void. All statistic bets will be paid at the completion of each round in accordance with official NRL statistics. Supercoach markets will be paid at the completion of each round in accordance with the Daily Telegraph (Australia) results.

21. Top Tryscorer / Top Points Scorer: dead heat rules apply.

22. Regular Season Team Matchbets: dead heat rules apply.

23. Pool

1. In the event of a match starting but not being completed, the player progressing to the next round will be deemed the winner (or in the final the player declared the winner).

2. If a player fails to start a tournament or match all bets on that player or individual match will be void.

3. If a match is not completed for any reason then bets on 'any correct score' or 'next frame' market will be void.

4. If a match is not completed for any reason, bets on any point spread (handicap) market will be void unless the market has been unconditionally determined.

5. First Color Potted The first color legally potted scoring its own value (i.e. not taken as a free ball) will be considered the winner, irrespective of whether there are any subsequent re-racks.

6. Next Frame - First Player to Pot a Ball The first player potting a ball legally will be considered the winner, irrespective of whether there are any subsequent re-racks.



determined.

5. First Color Potted The first color legally potted scoring its own value (i.e. not taken as a free ball) will be considered the winner, irrespective of whether there are any subsequent re-racks.

6. Next Frame - First Player to Pot a Ball The first player potting a ball legally will be considered the winner, irrespective of whether there are any subsequent re-racks.

7. Point Spread (Handicap)/Total Rack betting - If the statutory number of racks are not completed, then all bets will be void. In the event of a match starting but not being completed, bets will be void unless the outcome is already determined.

8. Match betting - In the event of a match starting but not being completed then player progressing to next round, or the player awarded the victory (points) in a team competition, will be deemed the winner for settlement purposes.

9. To win next Rack betting - In the event of the specified rack not being played or not being completed, bets will be void.

10. Next Rack (Golden Break/Balls Potted off Break) - In the event of the specified rack not being played, bets will be void. Only legally potted balls will count for settlement purposes.

11. Top Points Scorer/Top Team Points Scorer - Dead Heat rules will apply.

12. Markets for this sport may not currently be offered in all jurisdictions.

24. Snooker

1. Outright markets are offered on a Non-runner no-bet basis. Future wagers on any player who takes part in a qualifying tournament but fails to qualify for the main tournament will be classed as losers.

2. Next Frame Total Points - In the event of a re-rack, only points scored in the completed frame will count towards settlement.

3. In the event of a player being awarded a frame due to non-appearance of opposing player, to win 1st frame, to win xth frame and all related markets to that frame will be settled as void. Frame betting, handicap betting, total frames, race to three frames & 1st 4 & 6 frames outright/correct score will be settled as normal.

4. Next Four frames outright and correct score, Next Session outright/correct score. If Four Frames/Next Session are not completed due to the match result having been determined before this point, then bets will be deemed void unless already determined as a losing bet. If all frames are not completed due to time constraints, bets will be settled when play resumes and settlement point is reached.

5. Session outright/correct score: If a session is reduced in length due to time constraints, bets will be settled on completion of the original intended number of frames in that session.

6. Stage of Elimination: Player must play one shot in the tournament for bets to stand.

7. Official match sheets will be used for settlement purposes.

25. Soccer

1. General Information
   1. General Information
      1. For soccer betting, the team listed first is the Home Team, unless the game takes place in a neutral venue. For settlement purposes, the first team listed will still be considered the Home Team in this case.

      2. Player Prop markets will be settled upon statistics provided by Official Opta Data, These include Player selections on the following markets.
         1. Shots/Shots on Goal Markets

         2. Assists Markets

         3. Tackles Markets

         4. Offside/Foul Markets

         5. Cross Markets

         6. Pass Markets

         7. Goalkeeper Save Markets

      3. The statistics provided by Official Opta Data will be used to determine the settlement of any bets which are placed on: (i) a given player to achieve a certain number of shots or shots on target (SOT), (ii) the total number of offsides awarded in a match or against a particular team, (iii) the total number of shots on target achieved by both sides, or either side, in a match, (iv) the total number of tackles made by either team in a match, or (v) the total number of free kicks, goal kicks or throw-ins in a match.

      4. All bets on soccer are automatically settled on the basis of 90 minutes play unless otherwise stated for that particular market. 90 minutes play includes time added on by referee for stoppages. The only exceptions are for matches that are played for a lesser duration (e.g. 60, 70 or 80) as agreed by the laws of the competition in which they are competing or agreed by both sides prior to kick-off. In such cases, if the match is played in the traditional format of two halves, all bets will be settled at the end of the agreed game length which includes time added on by the referee for stoppages whether the game length is advertised by FanDuel Sportsbook or not. If the game is played in an unusual format (e.g. 3 or 4 periods) then all half-time markets will be voided but all other markets will be settled on the basis of the score at the end of the match (including any time added on by the referee for stoppages).

      5. "Normal Time" refers to the full length of a game (usually 90 minutes, including time added on by the referee for stoppages) and excludes any extra time or penalty shootouts.

      6. Where a bet is accepted on a match where no prices are on offer then that selection will be treated as a non-runner, but the remainder of any parlay bet will stand provided there are not fewer than the stipulated minimum number of matches in the bet.

      7. Settlement will be at the price prevailing at the time the bet was placed and confirmed. Dates and kick-off times of matches shown on our website are for guidance purposes only. Bets will be accepted up until the advertised kick-off time.

Log in    Join

time or penalty shootouts.

6. Where a bet is accepted on a match where no prices are on offer then that selection will be treated as a non-runner, but the remainder of any parlay bet will stand provided there are not fewer than the stipulated minimum number of matches in the bet.

7. Settlement will be at the price prevailing at the time the bet was placed and confirmed. Dates and kick-off times of matches shown on our website are for guidance purposes only. Bets will be accepted up until the advertised kick-off time.

8. If a parlay is reduced by non-runners the bet will stand with the reduced number of legs.

9. FanDuel Sportsbook reserves the right to void or stand any bet inadvertently accepted after the betting has closed or where the event was resolved or at a stage where the customer could have any indication of the outcome.

10. There is a small possibility that we will inadvertently offer soccer bets in respect of which it is impossible for the outcome to occur (for example, we continue to offer bets on a player to be the first goal scorer in a match after that player has been substituted). While we have implemented systems which aim to prevent this from occurring, in the small number of circumstances where it does, we will void the bets in question (and return the relevant stakes to customers accordingly).

11. For head-to-head markets where there is a draw/tie option offered. If the market ends in a tie, bets on all other selections will be losers.

12. Any bets involving players to be carded; only cards awarded when the player is active in the match will count. Bookings of managers, coaches or players off the field of play will not count, Only cards shown to players currently on the pitch will count.

13. Any player who takes the field for any part of a match will have action for settlement purposes. Only players not in the squad or unused substitutes will be deemed non-runners.

14. For the avoidance of doubt - any FanDuel Soccer Special selection not specifically covered elsewhere will be settled in accordance with general rules - using Opta Data to determine settlement.

2. VAR

1. To the extent that a video assistant referee ("VAR") is consulted, the event which led to the referral will, for the purposes of these rules, be deemed to have occurred at the actual time of its occurrence (rather than the time on which the relevant referral, or decision, was made).

2. Where we have settled a bet and, due to a subsequent VAR decision, it becomes apparent that such settlement was inaccurate, we reserve the right to reverse such settlement (provided that the VAR decision occurred prior to the conclusion of the match or other timeframe relating to the bet).

3. Bets which are placed between the occurrence of an incident which leads to a VAR review and the related VAR decision will be deemed void unless: (i) the VAR review (and subsequent decision) did not ultimately alter the decision made by the on-field officials or (ii) the VAR review (and subsequent decision) altered the decision made by the on-field officials but did not have any material influence on the bet(s) in question. All bets which were not materially influenced by the VAR review (and subsequent decision) will stand.

4. In order to eliminate any doubt, we will consider the VAR as having been used if this is understood from the referee's gestures (e.g. hand gestures or stopping the match to review the incident themselves) and/or VAR usage is confirmed by the match report issued by the official governing body who is ultimately responsible for oversight of the applicable match. In cases where it is unclear whether the VAR has been used due to missing TV coverage and/or conflicting reports, FanDuel Sportsbook will settle the bets based on the information acquired from feed providers and generally reputable online sources (acting reasonably).

3. Abandoned, Postponed, Venue Changed or Unplayed Matches

1. If a match is postponed, all undetermined bets will be voided as long as the match does not start before 23:59 local time (or if FanDuel Sportsbook believes that a match will not have started by such time) on its scheduled date.

2. Fixtures that are rearranged before the scheduled kick off date will not be regarded as postponements and all bets will stand, as long as the rescheduled date is within 72 hours of the original kick off time.

3. If the venue of a match is other than what is indicated on our website, the bet will stand provided the match has not been switched to the opponent's ground, in which case the match will be declared void. Notwithstanding this rule, in major international tournaments (e.g. World Cup, European Championships), all venues will be deemed neutral. If the scheduled venue of a match is changed, including if the venue changes to a new venue in a different country, all bets will stand.

4. If a match starts but is later abandoned, all undetermined bets will be voided as long as the match is not played to a finish before midnight local time on its scheduled date.

5. For major tournaments (such as the World Cup), if a game is delayed beyond midnight local time, all bets will stand and be settled once the game is played, as long as the game is played to a finish within 72 hours.

4. Late Bets

1. In relation to soccer markets that are scheduled to be turned in-play, FanDuel Sportsbook aims to use its reasonable endeavors to turn such markets in-play at kick-off and to suspend such markets on the occurrence of a Material Event (see definition of "Material Event" below). However, FanDuel Sportsbook does not guarantee that markets will be suspended and turned in-play at kick-off.

2. If a market is scheduled to be turned in-play but FanDuel Sportsbook fails to suspend the market at kick-off and the market is not turned in-play at any time during the match, all bets placed after the scheduled time of the kick-off will be void UNLESS it can be established that the bet was actually placed before the actual time of kick-off.

3. If a market is scheduled to be turned in-play but FanDuel Sportsbook fails to suspend the market at kick-off, but the market is turned in-play at a later time during the match, all bets placed after the scheduled time of the kick-off will stand. However, the price may be adjusted by FanDuel Sportsbook and the bets may be settled in accordance with the correct price at the time on which the relevant bet was placed (such price to be determined by FanDuel Sportsbook, acting reasonably).

4. For the purpose of this rule, a "Material Event" shall mean a goal being scored, a penalty being awarded, a player being sent off, or a VAR decision.

5. Terminology

1. Official Opta Data will be used to settle player prop markets, see definition's below.

determined by FanDuel Sportsbook, acting reasonably).

4. For the purpose of this rule, a "Material Event" shall mean a goal being scored, a penalty being awarded, a player being sent off, or a VAR decision.

5. Terminology
   1. Official Opta Data will be used to settle player prop markets, see definition's below.

   2. Offside is awarded to the player deemed to be in an offside position where a free kick is awarded. If two or more players are in an offside position when the pass is played, the player considered to be most active and trying to play the ball is given offside.

   3. With respect to "Tackles", a tackle is defined as where a player connects with the ball in a ground challenge where he successfully takes the ball away from the player in possession.

   4. The tackled player must clearly be in possession of the ball before the tackle is made.

   5. A tackle won is deemed to be where the tackler or one of his team-mates regains possession as a result of the challenge, or that the ball goes out of play and is "safe".

   6. A tackle lost is where a tackle is made but the ball goes to an opposition player.

   7. Both are deemed as successful tackles, however the outcome of the tackle (won or lost) is different based on where the ball goes after the tackle.

   8. It is not a tackle, when a player cuts out a pass by any means.

   9. Missed Tackles is where a player attempts to challenge for the ball and does not make it - it is calculated by adding fouls with an attempted tackle qualifier to the number of times a player is beaten by a dribble (challenge lost).

   10. Clearance is a defensive action where a player kicks the ball away from his own goal with no intended recipient.

   11. Interception is where a player reads an opponent's pass and intercepts the ball by moving into the line of the intended pass.

   12. Blocked pass is where a player tries to cut out an opposition pass by any means. Similar to an interception except there is much less reading of the pass.

   13. Block is where a player blocks a shot on target from an opposing player.

   14. Cards are collected as yellow, second yellow or red card. Where possible, cards are cross checked against official (referee) reports to match the official statistics, unless these are clearly incorrect.

   15. Crosses can be defined as any Intentional played ball from a wide position intending to reach a teammate in a specific area in front of the goal.

   16. A Shot is defined as any goal attempt.

   17. A Shot on target is defined as any goal attempt that a) goes into the net regardless of intent - for Goals only b) is a clear attempt to score that would have gone into the goal but for being saved by goalkeeper or is stopped by a player who is the last man with the goalkeeper having no chance of preventing the goal (last line block). Shots directly hitting the frame of the goal are not counted as shots on target unless the ball goes in and is awarded as a goal. Shots blocked by another player, who is not the last man, are not counted as shots on target.

   18. A foul is defined as any infringement that is penalized as foul play by the referee. For a foul to be awarded, play must be stopped and a free kick must be given. If the referee plays advantage and later distributes a yellow card once the ball goes out of play this will not count towards a foul as a free kick was never awarded. Offsides do not count as fouls.

   19. A Foul Won is defined when a player wins a free kick or penalty for their team after being fouled by an opposing player. There are no fouls won for a handball, dive, back pass, illegal restart, dissent, GK 6-second violation or by obstruction where a free kick is concerned.
       1. Handball - A deliberate hand ball by an opposition player

       2. Dive - A deliberate attempt for an opposition player to deceive the referee and win a free kick

       3. Back Pass - A pass picked up by a goalkeeper when played from a teammate

       4. Illegal Restart - An opposition player has consecutive touches directly after a dead ball situation

   20. A pass is defined as any intentional played ball from one player to another. Passes include open play passes, goal kicks, corners and free kicks played as pass - but exclude crosses, keeper throws and throw-ins. All Player Passes bets are settled on the basis of 90 minutes' play (plus injury time) unless otherwise stated. For any Player Passes markets, all bets placed on players that are not part of the starting 11 will be void.

   21. A goalkeeper save is defined as a goalkeeper preventing the ball from entering the goal with any part of their body when facing an intentional attempt on goal from an opposition player. An attempt on goal that hits a defending player before being collected by the goalkeeper is not defined as a save and will be registered as a block. A touch from a keeper that is subsequently cleared by a defender is not defined as a save. Saves have the following attributes:
       1. Body Part - Hands/Feet/Body

       2. Save Type - Caught/Collected/Parried Safe/Parried Danger Area/Fingertip

       3. Goalkeeper Position - Diving/Standing/Reaching/Stopping

   22. Chance Created: A player will be credited with a Chance Created if they play the final pass leading to the recipient of the ball having an attempt at goal (Key Pass), or if they are credited with an assist. Where the final pass prior to a shot is blocked or deflected, this will not be credited as a Key pass.

   23. Goal Involvement - A player will be credited with a goal involvement if they score or assist a goal.

   24. Foul Involvement - A player will be credited with a foul involvement if they commit a foul or win a foul.

2. Overview of Specific Markets
   1. Goalscorer Markets
      1. First/Last Goalscorer
         1. Own goals do not count for settlement of first/last goalscorer bets. If any goal is an own goal, the result of the following goalscorer market will

Log in    Join

24. Foul Involvement - A player will be credited with a foul involvement if they commit a foul or win a foul.

2. Overview of Specific Markets
   1. Goalscorer Markets
      1. First/Last Goalscorer
         1. Own goals do not count for settlement of first/last goalscorer bets. If any goal is an own goal, the result of the following goalscorer market will count for the settlement of the original one - e.g. second goal of the game is an own goal. The scorer of the third goal will be settled as the winner for both the second goalscorer and third goalscorer markets. If the last goal of the game is an own goal, then the second last goal of the game will be considered the winner for the Last Goalscorer market.
         2. Bets taken on first goalscorer will be void if that player does not take part in the game or if they come on after the first goal is scored.
         3. Every effort is made to quote first/last player to score odds for all possible players. However, odds for other players are available on request and will count as winners if they score the first/last goal even if they are not named in our lists.
         4. Bets on last goalscorer will be void if that player does not take part in the game or does not come on as a substitute. In the event of a dispute over the award of a goal for first/last goalscorer or scorer special purposes, settlement will be in accordance with the result given by governing body of that league within 24 hours of the final whistle. Any subsequent changes to the result will be ignored for settlement purposes.

      2. Anytime Goalscorer
         1. A player will be considered to be a runner and bets will stand should the player play any part in the match.
         2. Goals scored in normal time only count for this market. Goals scored in extra time or in a penalty shoot-out do not count.
         3. Own goals do not count.
         4. All below markets also abide by the rules outlined above:
            1. To Score 2 or More
            2. To Score A Hat-trick
            3. First Team Goalscorer
            4. To Score And Win
            5. To Score First Or Second
            6. To Score First and Second
            7. To Score in First Half
            8. To Score in Second Half
            9. To Score in Both Halves
            10. To Score and be Carded
            11. First Scorer and Anytime Carded
            12. First Scorer and First Carded
            13. To Score in First 20 Minutes
            14. To Score in Last 20 Minutes

      3. Insurebet First Goalscorer
         1. Price offered is for the player to score the first goal of the match. If the player fails to score the first goal of the match but does score a goal in the match then the bet stake is returned.

   2. Assist Markets
      1. First & Anytime assists
         1. Data provided by Opta will be used to settle all assist markets.
         2. An assist is defined by the final touch (pass, pass-come-shot or any other touch) leading to the recipient of the ball scoring a goal.
         3. If the final touch (as defined above) is deflected by an opposition player, the initiator is only given an assist if the receiving player was the likely intended destination of the touch before the deflection.
         4. If a shot on goal is blocked by an opposition player, is saved by a goalkeeper, or hits the woodwork, and a goal is scored directly from the rebound, then an assist is awarded, unless the resulting goal is scored by the same player who had the initial shot, in which case no assist is awarded.
         5. If a player shoots or passes the ball and forces an opposing player to put the ball in their own net (Own Goal), then an assist is awarded to the attacking player.
         6. For a penalty or a free-kick, the player winning the penalty or free-kick (by being fouled or causing a handball) is awarded an assist if a goal is directly scored, but not if they take it themselves, in which case no assist is awarded.
         7. Bets taken on first assist will be void if that player does not take part in the game or if he comes on after the first goal is scored (and where an assist is awarded for that goal).
         8. For the first assist market only, if a player enters the field of play after the first goal is scored (and where an assist is awarded for that goal), the bet will be voided. If a player is sent off or substituted before the first goal is scored (and where an assist is awarded for that goal) bets on that selection are deemed as losers.

   3. Spread Betting (3-way)
      1. For the purpose of deciding results on spread betting, the actual score of the match (Team A v Team B) is adjusted for the spread. If Team A or Team B are selected, then the spread adjustment applies to the goals scored by that team. If the draw is selected then the spread adjustment applies to


bet will be voided. If a player is sent off or substituted before the first goal is scored (and where an assist is awarded for that goal) bets on that selection are deemed as losers.

3. Spread Betting (3-way)
   1. For the purpose of deciding results on spread betting, the actual score of the match (Team A v Team B) is adjusted for the spread. If Team A or Team B are selected, then the spread adjustment applies to the goals scored by that team. If the draw is selected then the spread adjustment applies to Team A.

   2. For example, spread markets are shown as:
   1. Team A (-1)

   2. 7/2 Draw (-1) 3/1

   3. Team B (+1) 8/15

   4. If Team A win by 2 or more goals then all bets on Team A (-1) will be winners. Bets on the Draw (-1) and Team B (+1) will be losers. (e.g., Team A win 2-0 so becomes Team A 1-0 after the -1 adjustment so Team A are the spread winners.)

   5. If Team A win by exactly 1 goal, then all bets on Draw (-1) will be winners. Bets on Team A (-1) and Team B (+1) will be losers (e.g., Team A 1-0 becomes 0-0 after the -1 adjustment to the home team so it's a spread draw)

   6. If the match ends in a draw or Team B win by any number of goals, then all bets on Team B (+1) will be winners. Bets on Draw(-1) and Team A (-1) will be losers. (e.g., Team A 1-1 Team B becomes Team A 1-2 Team B after the +1 adjustment to Team B so Team B are the spread winners).

4. Tie/Draw No Bet
   1. A 2-way money line market where bets are void if the game ends in a tie after normal time.

5. Double Chance
   1. A double chance bet allows you to cover two of the three possible outcomes in a soccer game with one bet.

   2. Home team and draw - Your bet is a winner if the home team wins or ties the game.

   3. Away team and draw - Your bet is a winner if the away team wins or ties the game.

   4. Home team and away team - Your bet is a winner if the home team or the away team wins the game.

   5. Normal 90 minute betting rules apply.

6. Scorecasts/Wincasts
   1. Scorecasts
      1. First player to score/correct score double.

      2. To win you must successfully forecast both the player who will score the first goal in a selected match and also the correct score after 90 minutes play.

      3. If a player is selected who comes on after the first goal has been scored or does not take part in the match, the bet will be settled as a correct score single.

      4. In the event of a match being abandoned, bets will be void unless a goal has been scored prior to abandonment, when bets will be settled as singles on the selected first goalscorer at the appropriate odds.

      5. In the eventuality of all goals in the match being own goals, all bets will be settled as correct score singles at the correct score odds only.

   2. Wincast
      1. Player to score/match result doubles.

      2. To win you must successfully forecast both a player to score in a selected match and also the match result after normal time.

      3. If a player is selected who takes no part in the match then all bets will be void regardless of the match result.

      4. A player will be considered to be a runner and bets will stand should the player play any part in the match.

      5. In the event of a match being abandoned, all bets will be void.

7. Time Markets
   1. Time of X Markets
      1. Bets on time of the first/last goal, time of first corner, time of first booking and interval bets will be settled as the time shown by the major TV station broadcasting the match.

      2. For time of first corner market, the time that the corner is taken will count.

      3. For time of first booking market, the time that the player is shown the card will count.

      4. In the event of a dispute, the decision of Opta Data will be final.

      5. The 1st minute is defined as between 00:00 & 00:59 and so on for every other minute of the game.

   2. Next Minute Markets
      1. What will happen in the next minute. Settlement rules for these markets are below:

      2. Settlement in all cases will use the time of the event supplied to us by our data provider.

      3. If none of the stated outcomes occur during the stated period, all bets will be settled as losing bets.

      4. For the 'goal' selection, a goal will be deemed to have been scored the moment the ball completely crosses the goal-line within the confines of the goal posts, provided that the referee ultimately awards the goal. For example, if the ball completely crosses the goal-line but the goal is not awarded because, for example a foul occurred before the ball crossed the line or because the referee did not believe that the ball did cross the



2. Settlement in all cases will use the time of the event supplied to our data provider.

3. If none of the stated outcomes occur during the stated period, all bets will be settled as losing bets.

4. For the 'goal' selection, a goal will be deemed to have been scored the moment the ball completely crosses the goal-line within the confines of the goal posts, provided that the referee ultimately awards the goal. For example, if the ball completely crosses the goal-line but the goal is not awarded because, for example a foul occurred before the ball crossed the line or because the referee did not believe that the ball did cross the line, then a goal will not be deemed to have been scored. Own goals scored will count towards settlement of this market.

5. For the 'free kick' selection, a free-kick will be deemed to have been awarded the moment the referee and or assistant referee signal any of the following: A direct free-kick following a foul, an indirect free-kick following a foul or offside offense but not a penalty kick, corner or drop ball.

6. Direct Free Kick for Goals / Shots - direct free kick shots are any attempts created directly from the free kick itself.

7. For the 'corner' selection, a corner will be deemed to have been awarded the moment the referee and or assistant referee signal for the award of a corner.

8. For the 'goal kick' selection, a goal kick is awarded and timed according to when it was indicated by the referee and/or assistant referees. A kick out from the hands of the goalkeeper or a free kick taken by the goalkeeper is not a goal-kick.

9. For the 'throw in' selection, a throw in will be deemed to have been awarded the moment the referee and or assistant referee signal the award of the throw in.

3. X - Y Minute Markets
   1. "Goal Scored X - Y" markets are defined as betting on whether there will be a goal scored by one of the teams within the time period X - Y (inclusive) of the event's match clock. Only goals scored within that timeframe will count for settlement.

   2. "Corner Awarded X - Y" markets are defined as betting on whether there will be a corner awarded to one of the teams within the time period X - Y (inclusive) of the event's match clock. Only corners taken within that timeframe will count for settlement.

   3. "Card Shown X - Y" markets are defined as betting on whether there will be a yellow or red card shown to a player within the time period X - Y (inclusive) of the event's match clock. Only cards shown within that timeframe will count for settlement.

4. Goal Minutes
   1. The goal minutes market is the total of the time in minutes of each goal scored. A goal scored at 23 mins & 25 seconds will be settled as the 24th minute.

   2. All injury time goals will be counted as either 45th minute for the injury time at the end of the first half, or 90th minutes for injury time at the end of the second half

   3. This bet is 90 minutes only, extra time and penalties do not count for settlement purposes

   4. For team goal minutes, own goals count for the team that are awarded the goal.

8. Number of Goals/Corners/Bookings
   1. These are known as special spreads.

   2. Bets on number of goals include own goals.

   3. Bookings of managers, coaches, or players who are yet to participate in the game (i.e., substitutes) do not count.

   4. In the event of an abandoned match all bets on special spreads will be void unless the maximum quote has been obtained. For example, should a customer back 12 or more corners in a match and that match is abandoned when 13 corners have already been taken then that bet is a winner with all other bets on corners losers.

   5. Bets on 'number of corners' refers to corners taken and not corners awarded.

9. Corner Markets
   1. Bets on number of corners refers to number of corners taken and not corners awarded.

   2. For time of corner markets, the time that the corner is actually taken will count and not the time it was awarded.

   3. For "Odd or Even" corner markets, 0 is counted as an even number.

   4. Multi Corners refers to number of 1st half corners multiplied by number of 2nd half corners.

   5. Team Multi Corners refers to number of 1st half team corners multiplied by number of 2nd half team corners.

   6. Markets for "Race to X Corners" will be settled on whatever team reaches "X" corners first. E.g. Race to 3 Corners will be settled on the first team to take 3 corners in the match.

10. Card/Booking Markets
    1. Player to be Booked:
       1. Players will be considered to be a runner and bets will stand should he play any part in the match.

       2. Only bookings in normal time (90 mins play) count.

       3. Any bookings made during half time will count; however, bookings made after the final whistle do not count.

       4. Bookings of players yet to participate in the game (i.e., substitutes) do not count.

    2. Card Index / Total Cards:
       1. For Over/Under Total Card markets, the maximum number of cards awarded to one player is two. Yellow Card = 1. Red Card = 1. Yellow Card + Yellow Card (Sending Off) = 2 Cards.

       2. Bets on 'card index' are settled as follows: Yellow card = 10 points; Red card = 25 points.

       3. If a player is shown a yellow card and subsequently sent off this counts as 35 points.

Log in    Join

2. Card Index / Total Cards:

1. For Over/Under Total Card markets, the maximum number of cards awarded to one player is two. Yellow Card = 1. Red Card = 1. Yellow Card + Yellow Card (Sending Off) = 2 Cards.

2. Bets on 'card index' are settled as follows: Yellow card = 10 points; Red card = 25 points.

3. If a player is shown a yellow card and subsequently sent off this counts as 35 points.

4. Maximum booking points a single player can receive in one match is 35 points.

5. Bookings will only count for players taking part in the match. Bookings of managers, coaches or off the field of play will not count.

6. Any bookings made during half-time will count, however bookings made after the final whistle do not count.

7. Restrictions apply as to what special spread selections can be combined with in parlay bets.

8. For first booking if more than one player being booked in the same incident the first player to be shown a card by the match referee shall be deemed the winner.

9. Both yellow and red cards count for this market.

10. Booking times will be settled on the match time when the yellow or red card is shown and not when the foul or offense took place. Bookings during half-time (before the 2nd half kicks off) will be counted as cards awarded in the 1st half for settlement purposes with regards to all relevant markets.

11. Card Index Match Bet refers to which team gets the most Card Index points during the match.

12. For any bets placed on the total number of cards to be awarded (e.g., in total, to a team or to a single player / group of players), a player who has been shown two yellow cards (and is therefore ultimately shown a red card) or a player who is shown a yellow card followed by a straight red card will, for settlement purposes, be deemed in each case to have been shown two (rather than three) cards. For the avoidance of a doubt, the award of a straight red card will, for settlement purposes, be deemed to amount to the award of a single card.

11. Shots on Target
1. For any bets involving a given player to achieve a number of shots on target, the final determination of Official Opta Data will be used to determine the numbers of shots on target for which the relevant player achieved.

2. Goes into the net regardless of intent; or
1. Is a clear attempt to score that would have gone into the net but for being saved by the goalkeeper or is stopped by a player who is the last-man with the goalkeeper having no chance of preventing the goal (last line block).

2. Shots directly hitting the frame of the goal are not counted as shots on target, unless the ball goes in and is awarded as a goal.

3. Shots blocked by another player, who is not the last-man, are not counted as shots on target.

4. All shots on target bets are settled on the basis of 90 minutes' play (plus injury time) unless otherwise stated.

5. For any player shots/shots on target bets, all bets placed on players that do not take part in the match will be void. Players will be deemed a participant should they enter the game at any point in 90 minutes play plus injury time.

6. For combined shots on target markets, the bet will be void if any player named in the selection plays no part in the match, regardless of the overall outcome.

12. Player in Each Half Rules
1. You are betting on a nominated player to achieve the stated stipulation in both the first half and second half.

2. If the nominated player achieves the stated stipulation in the selection, then the selection will be settled as a winner (e.g. if the selection Is Harry Kane to have 1 or more assists in each half and he has an assist in the first half and an assist in the second half, this would be settled as a winner).

3. If the nominated player plays no part in the first half of the match, or indeed any part of the match, then the selection is void (e.g. if the selection is Harry Kane to score 1 or more goals in both halves and Harry Kane is a substitute, but comes on during or after half time, or plays no part whatsoever, the selection would be void).

4. If the nominated player plays any part of the first half, and fails to achieve the stated first half stipulation, then the selection is a loser regardless of the duration of their participation in either the first or second half (e.g. if the selection is Harry Kane to have 1 or more shots on target in each half, and he starts the match/comes on during the first half and fails to register a shot on target during the first half, this selection will be a loser regardless of his participation in the second half).

5. If the nominated player plays any part of the first half, and does achieve the stated stipulation but is subsequently withdrawn before or during half time and plays no part in the second half, then this selection will be void (e.g. if the selection is Harry Kane to score 1 or more goals in each half & assist 1 or more goals in each half, and he scores AND assists in the first half but is withdrawn before or during half time i.e. plays no part in the second half, then the selection is void. In this instance however, if he scored but didn't assist in the first half, the selection would be a loser, as it marries up with the point above).

13. Extra Time Markets
1. Extra time markets refer only to the 30 minute period of extra time plus any time added by the referee for stoppages. For settlement purposes, this is essentially treated as a new game, and stats (goals, corners etc.) start at zero here. Goals scored in Penalty shootout do not count for settlement purposes.

2. Extra Time Correct Score: Market applies to the result during the extra time period only. For the purposes of this market, the score shall be deemed 0-0 at the start of the extra time period.

14. Match Penalty Markets
1. Refers only to Penalties scored in Normal Time. Penalties scored in extra time or penalty shootouts do not count here.

15. Penalty Shootout Markets



0-0 at the start of the extra time period.

14. Match Penalty Markets
    1. Refers only to Penalties scored in Normal Time. Penalties scored in extra time or penalty shootouts do not count here.

15. Penalty Shootout Markets
    1. Refers to results of penalty shootout only. Penalties scored in normal time or extra time do not count here.

16. Top X Finish
    1. Refers to team finishing in top X positions of league table in regular season play, excluding any subsequent playoff matches.

17. Multiple Trophies
    1. Refers to trophies won by a specific team in a given season. Must win all listed trophies in selection to win.

18. Relegation
    1. If a team is relegated from a league because, at the end of a season, it has finished within the relegation positions which are relevant to that league, bets on that team to be relegated will be settled as winning bets. If a team is otherwise disqualified, thrown out or removed from a league (i.e. in circumstances other than those where it has finished the season within the relevant relegation positions): (i) if such team is disqualified, thrown out or removed from the league before the relevant season has started, all bets on the affected market will be void (and a new market will subsequently be loaded) and (ii) if such team is disqualified, thrown out or removed from the league after the relevant season has started (or a determination is made by the applicable governing body, during the season, that the team will be thrown out or removed from the league following the season's conclusion), all bets on the affected team will be void. For the avoidance of doubt, if a points deduction is imposed on a team such that it finishes the season within the relegation places which are relevant to the applicable league, bets on that team to be relegated will be settled as winning bets.

19. Stages of Elimination
    1. Stage of Elimination refers to the round of the tournament at which a team is eliminated. E.g. if a team is defeated in the quarter final, the "Quarter Final" selection would be the winner.

20. Asian Handicaps
    1. Asian Handicaps
        1. An Asian handicap is a market where a handicap is applied to the match in order to make the prices more equal.
        2. The favorite in a match will have a negative handicap represented with a (-) symbol and will have to win by more goals than the handicap in order to be a winner.
        3. The outsider in the match will receive a positive handicap represented with a (+) symbol which will be added to the final score.
        4. The handicap will be added to one side only.
        5. Half-time Asian handicap markets will be settled on the half-time result.

    2. There are three types of Asian handicap:
        1. (i) Whole ball handicap (e.g. Team A -0, Team A -1.0, Team A -2.0)
            1. The handicap is applied to the final result of the match and the team with the most goals after the handicap has been applied will be the winner. If the number of goals for each team are level after the handicap has been applied, it will result in a push with the stake being returned.
            2. Example: Team A -2.0, Team B +2.0
                1. If Team A win by three or more goals then all bets on Team A will be winners and bets on Team B will be losers.
                2. If Team A win by exactly two goals then all bets on the market will be pushed and the bet stake returned on both sides
                3. If Team A win by exactly one goal, the match ends in a draw or Team B win the match then all bets on Team B will be winners and bets on Team A will be losers.

        2. (ii) Half ball handicaps (e.g. Team A -0.5, Team A -1.5, Team A -2.5)
            1. The handicap is applied to the final result of the match and the team with the most goals after the handicap has been applied will be the winner.
            2. Example: Team A -1.5, Team B +1.5
                1. If Team A win by two or more goals then all bets on Team A will be winners and bets on Team B will be losers.
                2. If Team A win by exactly one goal, the match ends in a draw or Team B win the match then all bets on Team B will be winners and bets on Team A will be losers.

        3. (iii) Split ball handicaps (e.g. Team A -0 & -0.5, Team A -0.5 & -1.0, Team A -1.0 & -1.5)
            1. A split ball handicap is where the level of favoritism is between a half ball and a whole ball. In this case, your stake is being split equally between the whole ball and half ball handicaps.
            2. Example: Team A -1.0 & -1.5, Team B +1.0 & +1.5
                1. If you place a $100 bet on Team A -1.0 & -1.5 then your bet is split into two $50 bets. The first bet is on the Whole Ball Handicap (Team A -1.0) and the second bet is on the Half Ball Handicap (Team A -1.5)
                2. If Team A win by two or more goals then all bets on Team A will be winners and bets on Team B will be losers.
                3. If Team A Win by exactly one goal then the stake on Team A -1.0 will be refunded and the stake on Team A -1.5 will be a loser. The stake on Team B +1.0 will be refunded and the stake on Team B +1.5 will be a winner.
                4. If the match ends in a draw or Team B win the match then all bets on Team B will be winners and bets on Team A will be losers.

21. Both Teams Score No Draw
    1. Yes Selection means both teams to score and one of the teams wins the match
    2. No Selection means all other outcomes


    4. If the match ends in a draw or Team B win the match then all bets on Team B will be winners and bets on Team A will be losers.

21. Both Teams Score No Draw
  1. Yes Selection means both teams to score and one of the teams wins the match
  2. No Selection means all other outcomes

22. Tournament Markets
  1. Top Goalscorer
    1. The top goal scorer market will be settled on the basis of the player who scored the most goals and not the Golden Boot, therefore Dead Heat Rules Apply.
    2. Goals scored in a Penalty Shootout are NOT included in final goal totals.

  2. Golden Boot
    1. The Golden Boot award is given to the player who has scored most goals.
    2. If two or more players score the same number of goals, the player with more assists will be deemed the winner.
    3. If two or more players are still equal after taking assists into account, the minutes played by the player in the tournament will be taken into account, with the player playing fewer minutes ranked first.
    4. The same criteria apply for each-way bets.
    5. Extra-Time is included, however penalty shoot-outs and own goals are not included.

  3. Winner/Top Goalscorer Doubles
    1. Which player will score the most goals in the tournament & which team will win the tournament outright, should players tie on the same number of goals, dead heat rules will apply.

  4. Name the Finalists
    1. Which two teams will play each other in the Final of the tournament.

  5. Straight Forecast
    1. Which teams will finish 1st & 2nd in the tournament - in the exact order.

  6. Reach the Final/Semi Finals/Quarter Finals
    1. Team to reach the stated round of the tournament.

  7. Runner Up
    1. Which team will lose the final and finish in 2nd place.

  8. Winner Double Chance
    1. Either of 2 named teams to win the tournament.

  9. Winning Group
    1. Which group will produce the winner of the tournament.

  10. Winning Confederation
    1. Which confederation will the winning team represent, i.e. UEFA, CONCACAF, etc.

  11. Eliminated in Round of 16/Quarter Finals/Semi Finals
    1. Team to reach the stated round of the tournament but fail to qualify for the following round of the tournament.

  12. Highest Scoring Team
    1. Team to score the most goals in the tournament.
    2. Dead heat rules apply.
    3. Goals scored in a Penalty Shootout are NOT included in final goal totals.

  13. Lowest Scoring Team
    1. Team to score the fewest goals in the tournament.
    2. Dead heat rules apply.
    3. Goals scored in a Penalty Shootout are NOT included in final goal totals.

  14. Best Player of the Tournament
    1. Which player will official governing body announce as the best player of the tournament.

  15. Best Young Player of the Tournament
    1. Which player will official governing body announce as the best young player of the tournament.

  16. Top Team Goalscorer
    1. Which player will score the most goals for their stated team in the tournament.
    2. Should players tie on the same number of goals, dead heat rules will apply.
    3. Goals scored in a Penalty Shootout are NOT included in final goal totals.

  17. Group Outrights:
    1. Group Winner



Log in    Join

2. Should players tie on the same number of goals, dead heat rules will apply.

3. Goals scored in a Penalty Shootout are NOT included in final goal totals.

17. Group Outrights:
   1. Group Winner
      1. Which team will win/finish top of the stated group.

   2. To Qualify From Group
      1. Team to qualify from the group and progress to the next round of the tournament.

   3. Group Runner Up
      1. Which team will finish second/runner up of the stated group.

   4. Group Finish 3rd
      1. Which team will finish in third place of the stated group.

   5. Group Bottom
      1. Which team will finish in bottom/last place of the stated group.

   6. Group Straight Forecast
      1. Which teams will finish 1st & 2nd in the group - in the exact order.

   7. Group Dual Forecast
      1. Which teams will finish 1st & 2nd in the group - in any order.

   8. Group Quadcast/Exact Order
      1. Which teams will finish in 1st, 2nd, 3rd & 4th place in the exact order.

23. FanDuel Soccer Specials
   1. The rules in this sub-section apply specifically to the settlement of any soccer bets which are placed via FanDuel Soccer Specials markets. All other settlement rules which are included in this "Soccer Rules" section or elsewhere on this website (including in FanDuel Sportsbook's Rules and Regulations) will also apply to the settlement of FanDuel Soccer Specials bets unless they contradict, or conflict with, those included in this sub-section (in which case, the rules in this sub-section shall take precedence).

   2. All FanDuel Soccer Specials bets are settled on the basis of 90 minutes' play (plus injury time) unless otherwise stated on our website or below. Extra time and penalties will not count, except when the phrases 'To Qualify', 'Lift The Trophy' or 'Win The Tie' are quoted. For all parlay bets which involve one or more bets including such phrases, the remaining bets (i.e. which do not include such phrases) will be settled on the basis of 90 minutes' play (plus injury time) unless stated otherwise.

   3. If any player who forms part of a FanDuel Soccer Specials bet does not take any part in the relevant match (or does not fulfil the conditions of the bet), then the whole FanDuel Soccer Specials bet shall be voided. This will apply in all cases regardless if any/all of the remaining components win or lose.

   4. Any dubious goals will be awarded according to the final determination of the Press Association.

   5. Own goals do not count towards any player totals. If an own goal is scored by a player on Team A, the goal will be added to Team B's total goals as per normal rules.

   6. For FanDuel Soccer Specials bets which have been placed on the method of the first (or any other) goal (e.g. header, shot from outside the penalty area etc.), any own goals will be disregarded (i.e. for the purposes of such any such bets, own goals will be deemed not to have occurred). For example, if you have placed a FanDuel Soccer Specials bet on the first goal to be scored via a header, your bet will be successful if: (i) the first goal was an own goal which came off a player's knee and (ii) the second goal was an ordinary goal scored via a header.

   7. Any FanDuel Soccer Specials bets involving woodwork to be hit require that the ball hits the frame of the goal. Any shot that hits the frame multiple times (e.g. bar and left post) only count as hitting the woodwork once. Hit woodwork is always collected for the attacking team (and the player, who performed the last action), even when the ball hits the frame coming from a defensive back pass.

   8. For FanDuel Soccer Specials bets on a player NOT to score or NOT to be carded, the player in question MUST start the match or the applicable bet(s) shall be voided.

   9. Any FanDuel Soccer Specials Bets on the last goalscorer of a match will be void if that match is abandoned.

   10. For FanDuel Soccer Specials bets involving goal kicks, only goal kicks which are actually taken will count towards the cumulative goal kick count (i.e. any goal kicks which are awarded but not taken will not count).

   11. For FanDuel Soccer Specials bets involving two or more occurrences, those occurrences must take place at separate times for the FanDuel Soccer Specials bet to be successful. For example, a FanDuel Soccer Specials bet on a header to be scored and a goal to be scored from outside the penalty area will only be successful if a goal is scored via a header and separate goal is scored from outside the penalty area.

   12. Any FanDuel Soccer Specials bets involving free-kick goals must be scored directly from a free-kick. For the avoidance of doubt, a goal will be deemed to have been scored directly from a free kick if the individual who takes the free kick is awarded the applicable goal (even if the ball touched another player before it crossed the goal line). Penalties do not count as free kicks.

   13. For any bets involving a penalty to be scored and/or missed (including FanDuel Soccer Specials bets), if there is a retake of the first penalty, we will settle this market on the result of the retaken penalty. This may include several retakes until the sequence is finished.

   14. For any FanDuel Soccer Specials bets involving a given player to achieve a number of shots on target, the final determination of the number of shots on target will be by using Opta Data.

   15. FanDuel Soccer Specials bets involving total passes, total player passes or total possession will be determined in accordance with the final determination of the official website of the relevant competition's governing body.


settle this market on the result of the retaken penalty. This may include several retakes until the sequence is finished.

14. For any FanDuel Soccer Specials bets involving a given player to achieve a number of shots on target, the final determination of the number of shots on target will be by using Opta Data.

15. FanDuel Soccer Specials bets involving total passes, total player passes or total possession will be determined in accordance with the final determination of the official website of the relevant competition's governing body.

16. Pass shall mean any intentional played ball from one player to another. Passes include open play passes, goal kicks, corners and free kicks played as pass - but exclude crosses, keeper throws and throw-ins.

17. For any FanDuel Soccer Specials bets involving players to be carded, only cards awarded once the player is active in the match will count. Any cards shown after the final whistle will not count.

18. For any FanDuel Soccer Specials bets involving booking points: a yellow card will be worth 10 points and a red card will be worth 25 points. However, if a player receives two yellow cards and is consequently shown a red card, the player will receive a total of 35 booking points for the relevant game. Extra-time does not count nor do cards shown after the final whistle count towards the total. Only cards shown to players currently on the field of play will count. Cards shown to managers or substitutes will not count towards any total.

19. For any FanDuel Soccer Specials bets placed on the total number of cards to be awarded (e.g., in total, to a team or to a single player / group of players), a player who has been shown two yellow cards (and is therefore ultimately shown a red card) will be deemed, for settlement purposes, to have been shown two (rather than three) cards.

20. For any FanDuel Soccer Specials bets involving corners, only corners that are actually taken will count. If a corner is re-taken, it will only count as one corner.

21. For any FanDuel Soccer Specials bets relating to any competition long specials, in the event of one or more matches not being played, any selections that require an event (goal, corner, etc.) to occur in each match will be settled at a reduced price in line with the actual number of matches that were played.

22. For any FanDuel Soccer Specials bets relating to any specials involving players who play no part in the competition, these will be void.

23. Where an obvious pricing error has occurred, we reserve the right to cancel any FanDuel Soccer Specials bets placed at the incorrect price (and, in such circumstances, we will offer the FanDuel Soccer Specials bet to be re-placed at the correct price).

24. For any obvious wording errors, we reserve the right to cancel any FanDuel Soccer Specials bets placed on that selection (and, in such circumstances, we will offer the FanDuel Soccer Specials bet to be re-placed with the correct wording).

25. Any FanDuel Soccer Specials Bets requiring 2 teams to score in each half or to score 2+ or 3+ goals require each named team to score 2+, 3+ or in each half as appropriate.

26. For any outright FanDuel Soccer Specials bets placed on the top goal scorer of a premier league season, the bets will be settled on the basis of the player who is awarded the Golden Boot.

27. If a soccer match is abandoned after it has started, we will settle FanDuel Soccer Specials bets which have already been unequivocally determined at the time on which the match is abandoned. Any FanDuel Soccer Specials bets which have not been unequivocally determined at the time of abandonment will be void unless FanDuel has knowledge that the match has been rescheduled to be played within three days of its original start date (local time) (in which circumstances the bet shall apply to the rescheduled match).

26. Surfing

1. A Tournament will be deemed to have commenced when the first heat starts.

2. Tournament Withdrawals: For tournament betting, all bets will be voided on any surfers withdrawn prior to the start of an event. Bets will stand on any surfers withdrawn once the event has commenced.

3. Heat Withdrawals: For 2 board/3 board/4 board and any other heat betting - if any or all surfers are withdrawn and do not start the heat, then all bets on that heat will be voided.

4. Change of Venue: If there Is a change of venue (other than the back-up venue used by the World Surf League for each event) or the event is delayed by more than 10 or more days, then all bets will be made void and refunded.

5. Abandoned Events: Tournament cancellation will result in all wagers being voided.

6. Official Results; Wagers are settled on official results provided by the World Surf League or relative official governing body .

27. Swimming

1. Where there is a presentation ceremony, markets will be settled on the official result of the relevant governing body at the time of the ceremony, regardless of any subsequent disqualification or amendment to the result.

2. If there is no presentation ceremony, outcomes will be determined in accordance with the official result of the relevant governing body, regardless of any subsequent disqualification or amendment to the result.

3. Overall winner markets relate to the winner of the overall event and not for individual qualifiers or heats. If there is a presentation ceremony, markets will be settled on the official result of the relevant governing body at the time of the ceremony, regardless of any subsequent disqualification or amendment to the result. However, as a customer courtesy we may choose to settle prior to official publication of results.

28. Table Tennis

1. In the event of a table tennis game not taking place or begins and does not finish, bets on the game which have not already been unconditionally determined are declared void.

2. In the event a game is not decided competitively, for example a player is given a walkover, bets on this game are declared void.

3. If a player or team withdraw prior to the start of an event, stakes will be refunded. Payouts on events where participants have withdrawn are subject to deductions to reflect the reduced number of participants.



determined are declared void.

2. In the event a game is not decided competitively, for example a player is given a walkover, bets on this game are declared void.

3. If a player or team withdraw prior to the start of an event, stakes will be refunded. Payouts on events where participants have withdrawn are subject to deductions to reflect the reduced number of participants.

4. Bets are declared void in the event of a stated player being replaced.

5. Official score sheets are used for the settlement of all bets. Where it is found that the official score sheet is clearly incorrect, FanDuel Sportsbook may use its own recorded statistics for settlement purposes.

6. Players who are awarded at the podium are declared the event winner for settlement purposes. Any subsequent disqualifications will not overturn the original settlement.

29. Tennis

1. In the event of a retirement or disqualification at any time after the match has started, all bets on the completed service games & points will stand. For match betting purposes, regardless of the point in the match, bets on the retiring player or pair will be void, while bets on the player or pairing progressing to the next round (or winning the tournament in the case of a final) will be deemed the winner, across all grades of tennis. All other markets will be voided unless the market has already been unequivocally determined, or unless otherwise states. Any markets that have already been determined will be settled as such.

2. All tennis bets (including any specials or statistics-based bets) will be settled in accordance with the official website of each tournament's governing body. Please note that some tennis matches will have differing match formats (i.e. 4 Game Sets, Championship Tie Break etc.). It is solely the customer's responsibility to understand the formatting of a match before placing a bet. FanDuel Sportsbook will not be liable for any erroneous bets made under the assumption that a match would use a certain format.

3. In the case of any settlement disputes, FanDuel Sportsbook's decision is final.

4. In the event of a change in the number of sets (or games per set) to be played, bets for match betting markets and "To Win First Set" markets will stand (save where the number of sets is reduced to one from a higher number of sets, in which case such markets will be voided). All other markets will be void. Where the format of the final set is changed (e.g. the number of games to be played in that set is changed) but the number of sets to be played remains the same, bets for match betting markets will stand.

5. In the event of a tennis event not taking place or if a player is given a walkover, bets on the event are deemed void (in this context, "event" refers to a single match-up between players, rather than the tournament itself).

6. In the event of delay to the start, or suspension of the match at any point due weather or otherwise, then all bets will stand as long as the event is completed within the same tournament.

7. In the event of a change to any of the following, all bets will stand:
   1. a change in court type (indoor to outdoor or vice versa)

   2. a change of playing surface (either before or during a match)

   3. a change of venue

   4. a change to the scheduling which affects the time or date of a match.

8. Where a player, pairing or team does not participate in a tournament (i.e. they are withdrawn prior to the start of their first match), all bets (including outright, quarter or special bets) involving that player, pairing or team will be voided and stakes will be refunded accordingly.

9. A tournament must be completed in full for all markets relating to the outcome to stand. This includes: Name The Finalists, To Reach/Not to Reach Xth Round, Big Guns, Stage of Elimination or any tournament specials. For the Stage of Elimination and Not to Reach the Final markets, a player must play at least one point during the tournament for bets to stand.

10. Total Games/Point Spread (Handicap) related markets: For the purposes of such markets, a tie-break is counted as one game. Forfeited points or games will count for final settlement purposes. For the purpose of Total Games related markets, should a player retire or be disqualified, bets will settle as Win/Loss based off the minimum possible games should the match have been played too conclusion (e.g., A player retires with the score 6-4, 3-2. Total Games would be settled off the minimum amount of games left i.e., 6-4, 6-2 in a 3 set match or 6-4, 6-2, 6-0 in a 5 set match).

11. Champions Tie Breaks: In some competitions, matches that reach one set all are decided by a Champions tie-break.
    1. If a match is decided by a Champions tie-break then the Champions tie-break will be considered to be the third set.

    2. Where, for a match involving a champions' tie break, we erroneously accept bets on the winner of a specified game in the final set, on the total number of games in such set or on handicap markets relating to such set (or similar), the bets in question will be void.

    3. For the purpose of bets taken relating to Total Games market or Game Handicaps market for the match, the champions tie-break will be considered to be one game.

    4. A Champions tie-break will not count towards any 'Will there be a Tie-Break' markets and will not be treated as a tie-break for any markets involving the occurrence of a number of tie-breaks.

12. Game or Point related markets: If the wrong player has been set as the server for any individual game (Current or Next Game) then all markets relating to the outcome of that specific game will be void, regardless of the result. In the event of a game not being completed, all bets on the game will be void with the exception of Game to Deuce if the result has already been determined.

13. Games / Alternative Games / Exact Games Won Margin: These markets are resulted on the absolute difference in total games won by player A and total games won by player B. For example, if Player A wins 17 games and Player B wins 19 games during the match, the market will be settled based on the absolute difference (which is 2).

14. Aces / Double Fault related markets: The match must be completed for bets to stand, except in the case of the first ace or first double fault markets. These markets will be settled on the basis of official scoring providers or official tournament websites (and in the event of any discrepancies between data of official scoring providers and that of tournament websites, the data of tournament websites will take precedence). Notwithstanding the foregoing,

with the exception of Game to Deuce if the result has already been determined.

13. Games / Alternative Games / Exact Games Won Margin: These markets are resulted on the absolute difference in total games won by player A and total games won by player B. For example, if Player A wins 17 games and Player B wins 19 games during the match, the market will be settled based on the absolute difference (which is 2).

14. Aces / Double Fault related markets: The match must be completed for bets to stand, except in the case of the first ace or first double fault markets. These markets will be settled on the basis of official scoring providers or official tournament websites (and in the event of any discrepancies between data of official scoring providers and that of tournament websites, the data of tournament websites will take precedence). Notwithstanding the foregoing, for ace/double fault related markets:

   1. ITF matches will be settled on the basis of data from Sportradar and the tournament website of the ITF (and, in the event of any discrepancy, the data of the tournament website of the ITF will take precedence); and

   2. ATP and WTA matches will be settled on the basis of data from IMG and the tournament websites of ATP/WTA (and, in the event of any discrepancy, the data of the tournament websites of the ATP/WTA, as applicable, will take precedence).

15. Where a handicap is attributed to an entire market (e.g. the market is entitled "To Win - 1.5 sets)" and there is no handicap attributed to any individual selection within that market, the relevant handicap will be applied to each first named selection. For example, if a market is entitled "To Win - 1.5 sets" and one of the selections within the market is "Federer V Nadal", if the final score of the match is "Federer 3 sets, Nadal 2 sets", that selection will be settled as if it the final score had been "Federer 1.5 sets, Nadal 2 sets" (i.e. any bets on Federer will be settled as losing bets and any bets on Nadal will be settled as winning bets). Unless otherwise stated in the name/heading of a market or selection, totals/handicaps apply to the overall match (rather than to sets or games).

16. Unless otherwise states in the name/heading of a market or selection, totals/handicaps/spreads apply to the overall match (rather than to sets or games)

17. In the case of penalty points or games- these will be settled in accordance with the score update for resulting purposes.

18. In the case of a dead heat in a head to head tennis market, both selections will be voided.

19. End of Year Grand Slam Special:

   1. All bets placed on this market are for the singles event of each Grand Slam. All bets will stand if a player does not complete, or has retired or been disqualified before or during any Grand Slam. In the case of a change to surface, format of event/tournament, event location, or time of year, all bets will stand.

   2. All Grand Slams must be played within that respective year. If a Grand Slam is postponed or cancelled then all bets will be void, unless in the case where the result has already been pre-determined.

   3. The Australian Open, French Open, Wimbledon, & US Open are deemed Grand Slams.

20. Player Specials

   1. Unless stated otherwise, all bets placed are for the singles event of the tournament. All bets will stand if a player does not compete in related tournament(s) or throughout the year. If the player retires or is disqualified before or during any tournament, all bets will stand

   2. All bets will be settled in accordance with the official ATP/WTA & ITF Websites.

21. All settlement rules which are included in this "Tennis" section (or elsewhere on this website) will also apply to the settlement of tennis-related Popular Parlay Wagers (e.g. Popular Parlays - Featured, Popular Parlays - Up to +900, Popular Parlays +1000 to +2400, Popular Parlays >+2500.

22. Due to possible delays or inaccuracies, the FanDuel LIVE scoreboard may not be reflective of actual LIVE scores and therefore should not be solely relied upon in determining whether to place a bet or not.

30. Volleyball

   1. In the event of a match starting but not being completed then all markets will be void, unless an official result is declared, in which case all bets will stand.

   2. The name/heading of a competition amounts to evidence of what a bet refers to. For example, if you place a bet on "Italy vs Brazil" under the competition name/heading U20 World Cup, the bet will apply to the match between Italy and Brazil which is part of the U20 World Cup.

   3. In case of a match being cancelled or postponed to after midnight (local time) on the scheduled start date, all bets will be voided.

   4. All markets will be settled with the final result by volleyball rules. The only exceptions are for matches that are agreed by the laws of the competition in which they are competing or agreed by both sides prior to kick-off. In such cases, all bets will be settled at the end of the agreed rules.

   5. For competitions whereby a golden set is played to determine which team/player progresses, the golden set will not count towards settlement of an individual match. Golden Set will only apply to tournament/Outright Betting.

31. Winter Sports (which may include, amongst others, Alpine Skiing, Biathlon, Cross-Country Skiing and Ski-Jumping)

   1. Participants must pass the starting line/gate in order for bets to stand otherwise bets will be voided and stakes returned.

   2. Where there is a presentation ceremony, markets will be settled on the official result of the relevant governing body at the time of the ceremony, regardless of any subsequent disqualification or amendment to the result.

   3. If there is no presentation ceremony, outcomes will be determined in accordance with the official result of the relevant governing body, regardless of any subsequent disqualification or amendment to the result.

   4. If an event is abandoned, postponed or cancelled, all bets will be void unless the event is completed at the same venue within 48 hours of the official scheduled completion date; or a result is 'called' by the relevant governing body.

   5. FanDuel Sportsbook General Rules will apply for 'match bets'. However in respect of "Nordic Combined" if all competitors involved in the match bet do not start both sections of the event (ski jumping and cross country) then bets will be void.