# Exhibit 49

‹ Back to Press Releases

06/18/2020

# FanDuel Group Adds Official NFL Data with Extension to Sportradar Partnership

<span></span> Share this article



**New York, NY, June 17 —** Today, FanDuel Group and Sportradar, the global provider of sports data and content, announced an extension of their current partnership, giving FanDuel access to the use of official NFL league data. FanDuel now has access to all major U.S. sports data from Sportradar.

"We've been long-time partners with Sportradar, a company that shares a unique vision of engaging with sports fans, so extending the depth of our partnership with Sportradar was a natural next step," said Niall Connell, General Manager of FanDuel Sportsbook. "Continuing to use Sportradar stats will allow us to further deliver on our promise of improving the experience for our customers."

"FanDuel has been an excellent partner, and we're pleased to expand our relationship with them," said Neale Deeley, Vice President of US Sales and Gaming, Sportradar. "FanDuel remains on the forefront of the betting and gaming industry and consistently delivers for its loyal customers. We look forward to continued success together."

In partnership with Sportradar, FanDuel was the first sports betting operator to bring live streaming to FanDuel Sportsbook's industry-leading sports betting app for tennis and European soccer. The FanDuel Sportsbook also offers customers live streaming directly within the FanDuel Sportsbook app for international soccer matches, darts, and Korean baseball.

## Read More



**FanDuel Brings America's #1 Sportsbook to Puerto Rico**

January 16, 2025



**Peyton Manning and Eli Manning Face Off Live at Supe...**

January 10, 2025



**FanDuel and Flutter Donate $250,000 to Organizations...**

January 10, 2025

Document title: FanDuel Group Adds Official NFL Data with Extension to Sportradar Partnership | FanDuel Inc.
Capture URL: https://press.fanduel.com/press-releases/fanduel-group-adds-official-nfl-data-with-extension-to-sportradar-partnership
Capture timestamp (UTC): Fri, 07 Feb 2025 09:08:34 GMT

**New York, NY, June 17 —** Today, FanDuel Group and Sportradar, the global provider of sports data and content, announced an extension of their current partnership, giving FanDuel access to the use of official NFL league data. FanDuel now has access to all major U.S. sports data from Sportradar.

"We've been long-time partners with Sportradar, a company that shares a unique vision of engaging with sports fans, so extending the depth of our partnership with Sportradar was a natural next step," said Niall Connell, General Manager of FanDuel Sportsbook. "Continuing to use Sportradar stats will allow us to further deliver on our promise of improving the experience for our customers."

"FanDuel has been an excellent partner, and we're pleased to expand our relationship with them," said Neale Deeley, Vice President of US Sales and Gaming, Sportradar. "FanDuel remains on the forefront of the betting and gaming industry and consistently delivers for its loyal customers. We look forward to continued success together."

In partnership with Sportradar, FanDuel was the first sports betting operator to bring live streaming to FanDuel Sportsbook's industry-leading sports betting app for tennis and European soccer. The FanDuel Sportsbook also offers customers live streaming directly within the FanDuel Sportsbook app for international soccer matches, darts, and Korean baseball.

## Read More



**FanDuel Brings America's #1 Sportsbook to Puerto Rico**

January 16, 2025



**Peyton Manning and Eli Manning Face Off Live at Supe...**

January 10, 2025



**FanDuel and Flutter Donate $250,000 to Organizations...**

January 10, 2025



| Latest News | Our Company | Impact | Resources |
|---|---|---|---|
| Press Room | Products | Interactive Map | Media Contacts |
| | Leadership | Responsible Gaming | Press Kit |
| | Partners | | Investors |
| | FDTV Talent | | Work With Us |
| | | | Privacy Policy |
| | | | Opt-Out Form |

   

Exhibit 50

Show record details

This is a Perma.cc record
Captured February 19, 2024 9:28 pm
View Mode: Standard

View the live page ▸

What is Perma.cc?



**sportradar**

coverage    packages    documentation    api sandbox    release log

Sign In    Register

Documentation
Football (American Football)
Football (Soccer)
Australian Rules Football
**Baseball**
  MLB v7 with Statcast
  MLB v7
  MLB v6.6
  MLB v6.5
  MLB v6
  MLB v5
  **Global Baseball v2**
    Global Baseball API Overview
    Global Baseball API Map
    Competition Info
    Competition Seasons
    Competitions
    Competitor Mappings
    Competitor Merge Mappings
    Competitor Profile
    Competitor Summaries
    Competitor vs Competitor
    Daily Summaries
    Live Summaries
    Live Timelines
    Live Timelines Delta
    Player Mappings
    Player Merge Mappings
    Player Profile
    Player Summaries
    Season Competitors
    Season Info
    Season Links
    Season Mappings
    Season Players
    Season Probabilities
    Season Standings
    Season Summaries

Bash    Ruby    Python

# Global Baseball v2

| Statistics Summary |
| Documentation |
| OpenAPI Specification |
| Change Log |
| Coverage Matrix |
| Frequently Asked Questions |

| Quick Access | |
| --- | --- |
| **Postman Collection** | **XSD Schema** |
| ▶ Run in Postman | Download |

## Global Baseball API Overview

The Global Baseball API provides real-time, inning-by-inning scoring (when available) and a database of supplementary statistics. Data is collected via Sportradar on-venue scouts and in-house operators.

League coverage includes: MLB, NPB, KBO, World Baseball Classic, and more. Select the **Global Baseball** package in our Coverage Matrix for competitions and data offered.

The API is consistent in structure, format and behavior with the other General Sport APIs. Primary feeds will return seasons, competitions, team and player data, and real-time scores.

Additional feeds provide a host of complementary stats, including:

- Standings
- Player profiles
- Team profiles
- Historical results
- Match win probabilities

An extended Probabilities package is also offered. This add-on includes in-game probability updates and season outrights.

| API | API Version |
| --- | --- |

# Exhibit 51

Case 3:25-cv-01146-E   Document 1-8   Filed 02/10/25   Page 7 of 226   PageID: 1545

Show record details   This is a Perma.cc record
Captured February 19, 2024 9:27 pm
View Mode: Standard   View the live page ▶   What is Perma.cc?



coverage   packages   documentation   api sandbox   release log

Sign In   Register

Bash   Ruby   Python

Documentation
Football (American Football)
Football (Soccer)
Australian Rules Football
Baseball
**Basketball**
NBA v8
NBA v7
NBA v5
NBA v4
WNBA v8
WNBA v7
WNBA v4
WNBA v3
NBA G League v8
NBA G League v7
NBA G League v5
NCAA Men's Basketball v8
NCAA Men's Basketball v7
NCAA Men's Basketball v4
NCAA Men's Basketball v3
NCAA Women's Basketball v8
NCAA Women's Basketball v7
NCAA Women's Basketball v3
**Global Basketball v2**
Global Basketball API Overview
Global Basketball API Map
Competition Info
Competition Seasons
Competitions
Competitor Mappings
Competitor Merge Mappings
Competitor Profile
Competitor Summaries
Competitor vs Competitor
Daily Summaries
Live Summaries
Live Timelines

# Global Basketball v2

Statistics Summary

Documentation

OpenAPI Specification

Change Log

Coverage Matrix

Frequently Asked Questions

| Quick Access | |
|---|---|
| **Postman Collection** | **XSD Schema** |
| ▶ Run in Postman | Download |

## Global Basketball API Overview

The Global Basketball API provides real-time scoring and statistics (when available) and an array of supplementary data. Data is collected via Sportradar's on-venue scouts and in-house operators.

Over 200 unique competitions are available in one package. Select the **Global Basketball** package in our Coverage Matrix for competitions and data offered.

The API is consistent in structure, format and behavior with the other General Sport APIs. Primary feeds will return seasons, competitions, team and player data, and real-time scores.

Additional feeds provide a host of complementary stats, including:

- Standings
- Player profiles
- Team profiles
- Historical results
- Game rosters
- Seasonal statistics
- Match win probabilities
- Live event positional data

Real-time customers are also offered two delivery Push Feeds to enhance speed.

Exhibit 52

Case 3:25-cv-01143-PERMA Document 1-8    Filed 02/10/25    Page 9 of 226 PageID:
This is a Perma.cc record
Captured February 19, 2024 9:27 pm
View Mode: Standard
Show record details
View the live page ▶
What is Perma.cc?
1547



coverage   packages   documentation   api sandbox   release log

Sign In   Register

# Global American Football v2

Bash   Ruby   Python

| Statistics Summary |
| --- |

| Documentation |
| --- |

| OpenAPI Specification |
| --- |

| Change Log |
| --- |

| Coverage Matrix |
| --- |

| Frequently Asked Questions |
| --- |

| Quick Access | |
| --- | --- |
| **Postman Collection** | **XSD Schema** |
| ▶ Run in Postman | Download |

## Global American Football API Overview

The Global American Football API provides real-time game updates (when available) and a database of supplementary statistics. Data is collected via Sportradar on-venue scouts and in-house operators.

Leagues covered include NFL, NCAA, CFL, European League football, and more. Select the **Global American Football** package in our Coverage Matrix for competitions and data offered.

The API is consistent in structure, format, and behavior with the other General Sport APIs. Primary feeds will return seasons, competitions, team and player data, and real-time scores.

Additional feeds provide a host of complementary stats, including:

- Standings
- Player profiles
- Team profiles
- Historical results
- Match win probabilities

An extended Probabilities package is also offered. This add-on includes in-game probability updates and season outrights.

| API | API Version |
| --- | --- |

### Sidebar navigation

Documentation

**Football (American Football)**

NFL v7
NFL v6
NFL v5
NCAA Men's Football v7
USFL v7
**Global American Football v2**
  Global American Football API Overview
  Global American Football API Map
  Competition Info
  Competition Seasons
  Competitions
  Competitor Mappings
  Competitor Merge Mappings
  Competitor Profile
  Competitor Summaries
  Competitor vs Competitor
  Daily Summaries
  Live Summaries
  Live Timelines
  Live Timelines Delta
  Player Mappings
  Player Merge Mappings
  Player Profile
  Player Summaries
  Season Competitors
  Season Info
  Season Links
  Season Mappings
  Season Players
  Season Probabilities
  Season Standings
  Season Summaries
  Seasons
  Sport Event Mappings

Exhibit 53

This is a Perma record
Captured February 19, 2024 9:29 pm
View Mode: Standard
Show record details
View the live page ›
What is Perma.cc?

Documentation
Football (American Football)
Football (Soccer)
Australian Rules Football
Baseball
Basketball
Combat Sports
Cricket
Editorial Content
Golf
Handball
**Hockey**
NHL v7
NHL v6
NHL v5
NCAA Mens Hockey v3
**Global Ice Hockey v2**
Global Ice Hockey API Overview
Global Ice Hockey API Map
Competition Info
Competition Seasons
Competitions
Competitor Mappings
Competitor Merge Mappings
Competitor Profile
Competitor Summaries
Competitor vs Competitor
Daily Summaries
Live Summaries
Live Timelines
Live Timelines Delta
Player Mappings
Player Merge Mappings
Player Profile
Player Summaries
Season Competitors
Season Info
Season Leaders
Season Lineups
Season Links

## Global Ice Hockey API Overview

The Global Ice Hockey API provides real-time scoring and statistics (when available) and an array of supplementary data. Data is collected via Sportradar's on-venue scouts and in-house operators.

80+ leagues are covered, including: SHL, Liiga, Czech Extraliga, Ekstraliga, HKL, and Olympics Men. Select the **Global Ice Hockey** package in our Coverage Matrix for competitions and data offered.

The API is consistent in structure, format and behavior with the other General Sport APIs. Primary feeds will return seasons, competitions, team and player data, and real-time scores.

Additional feeds provide a host of complementary stats, including:

- Standings
- Player profiles
- Team profiles
- Historical results
- Game lineups
- Seasonal statistics
- Match win probabilities

Real-time customers are also offered two delivery Push Feeds to enhance speed.

An extended Probabilities package is also offered. This add-on includes in-game probability updates and season outrights.

| API | API Version |
|---|---|
| Global Ice Hockey | v2 |

**Note: Authentication is required for all API calls.**

## Global Ice Hockey API Map

To best utilize the Global Ice Hockey API, you will need several parameters to create your API calls. The map below illustrates how you can obtain the parameters you need.

The primary feeds require only a date or human-readable parameters to call the endpoints. Those feeds provide Sport Event Ids, Competitor Ids, or Season Ids which can be used to generate the match, team, and tournament feeds.

| Competition Info | Competitions |
|---|---|
| Daily Summaries | Live Summaries |
| Live Timelines | Live Timelines Delta |

Primary Feeds

Bash    Ruby    Python

**Example:**

To find the probability of a home team win for a given game:

1. Call the Daily Schedule for the day the sport event takes place and find the Season Id for the chosen sport event
2. Make note of the Sport Event Id for the given

# Exhibit 54

Show record details

This is a Perma.cc record
Captured February 19, 2024 9:52 pm
View Mode: Standard

View the live page
What is Perma.cc?

**sportradar**

coverage  packages  documentation  api sandbox  release log

Sign In  Register

- Documentation
- Football (American Football)
- **Football (Soccer)**
  - Soccer Advanced Analytics v1
  - Soccer Extended v4
  - **Soccer v4**
    - Soccer API Overview
    - Soccer v4 API Map
    - Soccer v4 Failover Information
    - Competition Info
    - Competition Seasons
    - Competitions
    - Competitor Mappings
    - Competitor Merge Mappings
    - Competitor Profile
    - Competitor Summaries
    - Competitor vs Competitor
    - Daily Summaries
    - League Timeline
    - Live Summaries
    - Live Timelines
    - Live Timelines Delta
    - Player Mappings
    - Player Merge Mappings
    - Player Profile
    - Player Summaries
    - Season Competitors
    - Season Form Standings
    - Season Info
    - Season Leaders
    - Season Lineups
    - Season Links
    - Season Missing Players
    - Season Over/Under Statistics
    - Season Players
    - Season Probabilities

# Soccer v4

Bash  Ruby  Python

| Statistics Summary |
| --- |
| Documentation |
| OpenAPI Specification |
| Change Log |
| Coverage Matrix |
| Frequently Asked Questions |

| Quick Access | |
| --- | --- |
| Postman Collection | XSD Schema |
| ▶ Run in Postman | Download |

## Soccer API Overview

Our Soccer API provides real-time game updates and a vast database of supplementary statistics for the largest leagues in the world. Data is collected via Sportradar on-venue scouts and in-house operators.

Over 650 unique competitions are available in one package. See our Coverage Matrix for a detailed breakdown of competitions and data offered.

The Soccer API is consistent in structure, format and behavior with the other General Sport APIs. Primary feeds will return seasons, competitions, team/player data and real-time scores.

Additional feeds provide a host of complementary stats, including:

- Live standings for top leagues
- League leaders
- Win probabilities for every match
- Lineups with formations
- Seasonal statistics
- Season leaders
- Missing/Injured players
- Live ball-spotting data (x,y coordinates for events on the field)
- Head-to-head statistics
- Fun facts

Exhibit 55



| READ THE ODDS | BET TYPES ⌄ | BY SPORT ⌄ | NAVIGATING SPORTSBOOK ⌄ |

## SPORTS BETTING 101

Our helpful guide provides tools and resources so you can better understand the FanDuel Sportsbook app for a smoother betting experience. Vea la página en español aquí.

*Need help getting started on FanDuel? Watch our how-to video here*

## HOW TO READ THE ODDS

Odds are the measure of how much you can win per $100 wager. The - and + next to the odds are used to show the potential payout and whether the wager is more or less likely to win.

While the "-" wagers have a higher chance of paying out and the "+" wagers a lower chance, this is implied probability and does not guarantee a win or loss.

The "-" odds show how much you'd need to bet to win $100. For example, if you see the odds are -120, that means if you wager $120, your potential profit is $100 (plus your original stake).



The "+" odds show the amount of money you'd win if you bet $100. For example, if you see the odds are +120, that means if you wager $100, your potential profit is $120.

| Washington Commanders | +120 |
| MONEYLINE | |

The "+" odds show the amount of money you'd win if you bet $100. For example, if you see the odds are +120, that means if you wager $100, your potential profit is $120.



FYI: Don't confuse the odds with the point spread. The point spread is a bet type that has two types of "+" and "-". The "+" and "-" with single or double digits are displayed ABOVE the odds and refer to the points scored in a game. The odds are below the spread and have triple digits or higher.

# THE BET TYPES

## SPREAD

When you bet the spread, you're betting on a team's margin of victory or defeat. So, if you bet on the favorite (indicated by the "-"), they have to win by more than the number shown. If you bet on the underdog ("+"), they have to win outright or lose by less than the number shown.

▶ **Example**

## MONEYLINE

A moneyline is a bet on which team will win a game outright.

Example: The Cowboys are -190 to beat the Commanders, while the Commanders are +160 to win. If you think the Cowboys will win the game, you would have to wager $190 to potentially win $100 (or wager $19 to win $10). Conversely, if you think the underdog, Commanders, will win, you would wager $100 to potentially win $160 (or wager $10 to win $16).



## TOTAL

A total, or over/under, is a bet on the total amount of points scored in a game by both teams combined. A bet on the over means that both teams combined must score more than the number shown, whereas a bet on the under means that they must score less than the number shown.

Example: The Cowboys vs Commanders total is 48 points. If you think the total score of the game will be more than 48, you would bet the over and would have to wager $110 to potentially win $100.



A total, or over/under, is a bet on the total amount of points scored in a game by both teams combined. A bet on the over means that both teams will score a total of more than the number shown, while a bet on the under means that they'll score less than the number shown.

Example: The Cowboys vs Commanders total is 48 points. If you think the total score of the game will be more than 48, you would bet the over and would have to wager $110 to potentially win $100.



FYI: If the teams combine for the indicated total exactly, then the wager is a push (or tie), meaning all bets are voided and you get your money back.

## PROP (OR PROPOSITION):

A prop is a bet that isn't tied to the outcome of a game. FanDuel offers both player props and game props.

Player props are tied to an individual player's performance in an event.

Example: Player totals: A set number for points/assists/yards/etc. and you can bet the over or under, e.g. "Noah Fant will have over 48 receiving yards."

Game props are tied to another specific aspect of the game (other than player performance).

Example: Will the game go to overtime? Will the team that scores first win? Is the total score going to be an odd or even number?



## PARLAY



A parlay is a bet that combines two or more selections into one larger bet. For a parlay to be successful, each of the individual legs (or selections) must win.

## PARLAY

A parlay is a bet that combines two or more selections into one larger bet. For a parlay to be successful, each of the individual legs (or selections) must win.

▶ **Example**

## SAME GAME PARLAY & SGP+

A Same Game Parlay is a special type of parlay that combines two or more selections from a single game or correlated games, matches, or events.

FanDuel also offers a SGP+, which lets you add more selections from other games to your Same Game Parlay and Live SGP/SGP+ for all NFL games so you can get in the action even after the game has started.

Example: Think your favorite team is going to dominate their next matchup? Bet on them to win by more than 4 points and the total to go over - all in one parlay. If both of your parlay legs hit, you'll win more than if you placed each bet separately. But if you miss one leg, you'll lose the parlay.

Same Game Parlay



Same Game Parlay+



FYI: Keep an eye out for our Popular SGPs where you can make the same bets as your favorite celebrities or bet on trending wagers among FanDuel customers.





FYI: Keep an eye out for our Popular SGPs where you can make the same bets as your favorite celebrities or bet on trending wagers among FanDuel customers.

[ Learn More ]

## LIVE BETS OR IN-GAME BETS

If you're late to a game, you can still get in on the action. Live bets are any bets placed on a live game after it has already started. FanDuel offers odds throughout the game that continuously update as the game progresses.



FYI: Odds are subject to change at any time and often change frequently in real time. Toggle on the "Always accept odds movement", located on the betslip, to submit bets without confirming changes to odds for quick bet placement. Toggle off to confirm odds changes before bet placement.

Bet settlement is not always immediate and many of our live markets settle after the game is over.

## ODDS BOOSTS

Odds Boosts are available on an impromptu basis. They offer increased odds on certain bet selections for a higher potential payout.

Example: If the odds were -110 and you wagered $10, you would potentially win a little over $9. With the odds boosted to +125, a $10 wager could win you $12.50.





---

Document title: FanDuel Sportsbook – How to Bet Strategy Guide and Tips | FanDuel | FanDuel
Capture URL: https://www.fanduel.com/sports-betting-strategy
Capture timestamp (UTC): Fri, 07 Feb 2025 18:33:54 GMT



## ALTERNATE LINES

Alternate lines let you choose your own spread or total.



FYI: The majority of alternate spreads and totals are added to parlays and not normally bet as a straight.

## FUTURES

Futures are bets on future events that generally won't occur for weeks or months. These events usually refer to significant league championships, but can also refer to divisional or conference outcomes or be specific to a player.

Example: Futures can be wagers on competition or tournament outrights (e.g. the Denver Broncos to win the Super Bowl, Novak Djokovic to win Wimbledon, the Los Angeles Lakers to win the Pacific Division, etc.). They can also refer to regular season win totals (e.g. Brooklyn Nets O/U 57.5 Wins), regular season points (e.g. Seattle Kraken O/U 90.5 Points) or player prop futures (e.g. Aaron Rodgers O/U 42.5 Passing TDs for the season).



## ROUND ROBIN



A round robin is an easy way to place multiple parlays at once. When you place a round robin, you're placing individual bets on every possible parlay combination within the selected wagers. You don't have to win all the parlays to win the round robin.

## ROUND ROBIN

A round robin is an easy way to place multiple parlays at once. When you place a round robin, you're placing individual bets on every possible parlay combination within the selected wagers. You don't have to win all the parlays to win the round robin.

To place a round robin, just add 3 or more selections to your betslip and go to the Round Robin tab. Here, you'll see the bets broken down By 2's, By 3's, and so on. These indicate the number of selections in each individual parlay you're placing.

Example: If you're betting on teams A, B, and C to win outright, you'll have two round robin options available. Your By 2's option includes all possible 2-team parlays for these three wagers (A+B, B+C, and A+C). And your By 3's option includes all possible 3-team parlays on these 3 wagers (A+B+C). If you bet $30 on the By 2's option, that money will be split evenly among the 2-team parlays ($10 on each of the 3 wagers).



You can add up to 24 legs to your round robin. The more legs you add, the more combinations you can create.

Reminder: Selections with the same game (i.e. side/total/prop) cannot be combined.

Example: If you are betting on six teams to win outright, you'll have the option to bet By 2's, By 3's, By 4's, By 5's, or a traditional 6-leg parlay.
By 2's = 15 possible 2-leg parlays
By 3's = 20 possible 3-leg parlays
By 4's = 15 possible 4-leg parlays
By 5's = 6 possible 5-leg parlays

## TEASER

A teaser lets you add or subtract points from a spread or total. A minimum of two teams must be selected for a valid teaser and all selections must cover the spread for the teaser to win. Teaser point values vary by sport.

Example: If you were to subtract +3.5 points from your spreads, you would have longer odds (i.e. a harder chance to win) but a potentially higher payout. If you added points to your spreads, such as +8.5, you would have shorter odds (i.e. a better chance at winning) but a lower potential payout.



Document title: FanDuel Sportsbook – How to Bet Strategy Guide and Tips | FanDuel | FanDuel
Capture URL: https://www.fanduel.com/sports-betting-strategy
Capture timestamp (UTC): Fri, 07 Feb 2025 18:33:54 GMT

...spective, it subtracts points from your spread, making it here, a higher risk but potentially higher payout. If you added points to your spread (i.e. Broncos +8.5, you would have shorter odds (i.e. a better chance at winning) but a lower potential payout.



FYI: In the event of a tie in one of the selections in a teaser, that individual leg would be removed from the teaser and the odds would be adjusted accordingly. In the event of a tie in one leg of a 2-team teaser, two legs in 3-team teaser, etc. with a single leg covering, then the teaser is a push and stakes are refunded.

# NAVIGATING FANDUEL SPORTSBOOK

## HOW TO GET STARTED

Once you've signed up, check out the different ways to bet so you can play your way.

And once you've found a bet that interests you, just tap on the bet you want to place.







Then, it's time to enter how much you want to bet.



We'll even show you how much money you'll win if your bet hits.



After you place your bet, you can find then keep track of it in the **My Bets** tab.









If your bet wins, your total payout will include the amount you won + the amount you originally bet. And if your bet doesn't hit, you won't receive a payout.

## VERIFY YOUR IDENTITY

We use a third-party provider to verify your name, date of birth, social security number, and, in some states, your address. Your private information will be deleted after the verification process is complete.

## VERIFY YOUR IDENTITY

We use a third-party provider to verify your name, date of birth, social security number, and, in some states, your address. Your private information will be deleted after the verification process is complete.

Steps to a successful verification:

1. Log into FanDuel Sportsbook. App: iOS, Android or Web
2. Go through the verification process. You will have 3 attempts before you will be prompted to ID Scan, our third-party advanced verification support provider.
3. If you fail your 3rd attempt, ID Scan allows you to verify your identity by uploading the front and back of your ID.
   *Your private information will be deleted after the verification process is complete.*
4. If verification is successful, your screen will say "You're verified" and you can tap **Continue** to get started.
   Note: If you're having trouble uploading your ID through the Automated Upload, reach out to our customer support team who can help you by resetting your attempts to verify.

## DEPOSIT

Adding funds to your FanDuel Sportsbook account is safe, secure, and easy to do!

How to deposit:

1. Sign in using your login credentials and go to your **Account** tab
2. Click **Add Funds** and choose your mode of payment
   - Online Banking
   - Debit Card
   - Venmo
   - PayPal
   - Wire transfer
   - Cash at counter
   - Cash with PayNearMe
   - FanDuel Prepaid Play+
   - Gift Card
3. Enter the amount you wish to deposit and your payment information
4. Confirm your transaction and your deposit will be credited to your account in an instant

**Depositing on Fantasy vs Sportsbook**
Deposited funds can only be used on the product to which the deposit was made. While we can't transfer funds between products, we can refund your Sportsbook account if you've mistakenly deposited it on your Fantasy account. Winnings, however, can be used on both Fantasy and Sportsbook!

## WITHDRAW

Getting paid on FanDuel Sportsbook is safe, secure, and easy!

You can withdraw your winnings at any time through PayPal, Prepaid Card, Check, Venmo, and Online Banking. Please note, some states may not allow all withdrawal options. You can view all of the available options in your state by going to the **Withdraw** page.

In order to withdraw using Online Banking, Prepaid Card, Venmo, or Paypal, you must first make a deposit using that method. If you have deposited using multiple methods, then each withdrawal method will be available to you.



some states may not allow all withdrawal options. You can view all of the available options in your state by going to the Withdraw page.

In order to withdraw using Online Banking, Prepaid Card, Venmo, or Paypal, you must first make a deposit using that method. If you have deposited using multiple methods, then each withdrawal method will be available to you.

## CASH OUT

Cash Out allows you to settle a wager for a certain value before the event you have bet on has finished. You have full control over this feature and once a bet is cashed out, it cannot be reversed.

If your bet is eligible for Cash Out, you will be offered a "Cash Out Value". This value will be clearly displayed on your bet slip within the **Active Bets** tab.

Keep in mind, even if Cash Out is available on your bet at one moment, it can be disabled or suspended at any time. It's not always guaranteed to be there.



## REFER A FRIEND

Referring a friend is now easier than ever!

How to Refer a Friend:

1. **Invite Your Friends**
   Make sure they sign up with your invite link
2. **They deposit and settle a bet of $10+**
   Make sure your friend's first bet of $10+ settles within 30 days of signing up
3. **Get Your Bonus**
   You'll both receive a bonus after your friend's bet has settled

You can also track your friends' sign up progress in the Referral Hub to see if they joined, settled a wager, and check on your bonus!





# UNDERSTANDING REWARDS AND PROMOTIONS

## TYPES OF REWARDS

**What is a "No Sweat" promotion?**

If your bet wins, you keep the money. If your bet is settled as a loss, you will be refunded up to a certain amount in the promotion as site credit.

The credit will appear in your account within 72 hours. You then have 7 days in which to use your bonus bet.

**What is a bonus?**

A **bonus** is an extra payment in bonus bets that you get for placing a certain wager, based on a specified statistics/occurrences within the game. For example, a promotion on an MLB game may offer a "$5 bonus in bonus bets for each home run hit in the game." This bonus may be offered regardless of your upfront wager winning or losing, or may be tied to you winning or losing your bet (see promotion details for more info).

The credit will appear in your account within 72 hours. You then have 7 days in which to use your bonus bet.

**What are bonus bets?**

**Bonus Bets** are bonuses that can be found in your account page or betslip. Your Bonus Bets will either be all-purpose or for a specific sport, game, or bet type.

After your bet settles (and if it wins), you'll get to pocket all of the winnings but the initial Bonus Bet portion of your wager will not be returned to your wallet.

For example: You could use a $25 NFL Bonus Bet to place a $25 bet on the Patriots to cover the spread. If the bet wins, the $22.73 winnings will be added to your wallet, but the Bonus Bet stake would not be included in your winnings.

Your Bonus Bets will expire in 7 days, unless stated otherwise.

More questions? Check out the FAQ page

**What is a Profit Boost?**

**Profit Boosts** are rewards that allow you to boost your winnings on a bet. If you have a Profit Boost, you will find it in your account or on your betslip when you're placing a bet that meets the requirements for your boost.

A Profit Boost can automatically be added to your account by FanDuel or you can claim one by opting into a promotion. Once you've completed the promo, your Profit Boost will appear in your account.

Each Profit Boost will say what it can be used for. Either an all-purpose boost or it could be exclusively for a specific sport, game or bet type (such as a Same Game Parlay).

Profit Boosts expire so please visit your account page for more details on each reward's expiration date Your Profit Boost cannot be combined with other rewards.



Each Profit Boost will say what it can be used for. Either an all-purpose boost or it could be exclusively for a specific sport, game or bet type (such as a Same Game Parlay).

Profit Boosts expire so please visit your account page for more details on each reward's expiration date Your Profit Boost cannot be combined with other rewards.

More questions? Check out the FAQ page.

### What is a Boost Builder?

**Boost Builders** are rewards that allow you to boost your winnings on parlays – the more legs you add, the bigger the Profit Boost!

If you have a Boost Builder available, it will appear on your homepage to claim. Once claimed, it will appear in your account and on your bet slip when making a qualifying wager.

Boost Builders expire so please check your account page for the details on when each reward will run out.

More questions? Check out the FAQ page.

### What is site credit?

**Site credit** is also known as bonus funds. If a customer wagers with bonus funds and the wager loses, the site credit is not returned.

If a customer wagers with bonus funds and the wager wins, your stake, as well as your winnings, will be returned to you and both can be withdrawn. If a customer wagers with cash on a promotion and receives bonus funds as part of that promotion, that site credit cannot be withdrawn.

For example, a customer places a $5 cash wager after opting into the following promotion: "Place a Same Game Parlay to get a refund in site credit if your bet loses. Max refund $10." If the qualifying bet loses, the customer will receive $5 in site credit as part of the promotion. That $5 is now site credit which can be used to place other bets. It cannot be withdrawn. Only your winnings can be withdrawn.
The credit will appear in your account within 72 hours. You then have 7 days in which to use your site credit.

If you have bonus funds in your account, you can toggle between cash wagers and using bonus within the bet slip.

## TYPES OF PROMOTIONS

### What is an "Insurance" promotion?

If your bet is settled as a loss but a certain result happens (as specified in the promotion), you will be refunded the amount within the promotion as a bonus bet. For example, if you place a parlay and exactly 1 leg loses, you'd get refunded in a bonus bet.
The credit will appear in your account within 72 hours. You then have 7 days in which to use your bonus bet.

### What is a "Bet & Get" promotion?

A **Bet & Get** promo means you will be awarded a bonus in bonus bets for placing a certain type of wager (as specified in the promotion). You will be awarded this bonus regardless of whether your bet wins or loses.

The credit will appear in your account within 72 hours. You then have 7 days in which to use your bonus bet.

### What is a "Bet Match" promotion?

A **Bet Match** is a promotion that allows you to receive a Bonus Bet bonus equal to a percentage of the stake of your first cash wager. The maximum bonus amount will be specified in your promotion. Your wager must be



**What is a "Bet Match" promotion?**

A **Bet Match** is a promotion that allows you to receive a Bonus Bet bonus equal to a percentage of the stake of your first cash wager. The maximum bonus amount will be specified in your promotion. Your wager must be placed during the promotion period and the bonus will be issued upon bet settlement.

Please note, you must **Opt In** before placing the relevant bet.

The credit will appear in your account within 72 hours. You then have 7 days upon receipt to use your Bonus Bet. Your credit must be played on Sportsbook. It cannot be withdrawn.

## HOW TO OPT IN FOR PROMOTIONS

We make it easy for you to bet with your favorite promotion. If a promotion requires you to **Opt In**, you can do so with our seamless one-tap process. This will be visible right below the promotion.

To Opt In

1. Tap **Opt In**
2. It will say **ACCEPTED** on the upper left corner of the promotion if your opt-in has been accepted
3. Find relevant bets by selecting **Bet Now**
4. Learn more about the promotion by clicking **More Info**

An example of the process is shown below.



Unfortunately, our team is unable to Opt In on your behalf. So don't forget to Opt In before placing any relevant bets.

## RESPONSIBLE GAMING

User Limiting Tools:

**Deposit limit**: Set a limit to how much you can deposit on FanDuel in a given time period.



## RESPONSIBLE GAMING

User Limiting Tools:

**Deposit limit**: Set a limit to how much you can deposit on FanDuel in a given time period.

**Wager limit**: Set a limit on the amount of money you can wager in a given time period.

**Maximum wager size limit**: Set a limit on the amount of money you wager per bet slip.

**Time limit**: Set a limit on the time you spend on the FanDuel site and apps per day.

**Timeout**: Take a break from playing with a Timeout. Tell us how much time you need and we'll make sure you can only log in after the Timeout has ended.

[ Learn More ]

## NFL

**Available Bet Types:** Straight Wagers, Player Propositions, Game Propositions, Parlays, Teasers, Live Wagers, Half and Quarter Wagers, Round Robins, Futures, Spread Wagers

▶ **Available Teasers**

▶ **What you need to know**

**The Duel: Picks and Predictions**

FanDuel's curated collection of quick-hitting content written by the most knowledgeable sports fans around.

Get helpful tips for upcoming games now! Click here to get everything you need to bet on the NFL.

[ Bet on NFL ]

## NBA

**Available Bet Types:** Straight Wagers, Player Propositions, Game Propositions, Parlays, Teasers, Live Wagers, Half and Quarter Wagers, Round Robins, Futures, Spread Betting

▶ **Available Teasers**

▶ **First Basket Markets**

▶ **The First Team Basket**

▶ **Wire-to-Wire Betting**

▶ **What you need to know**



▶ **How to Win at Betting**

▶ **What you need to know**

**The Duel: Picks and Predictions**

FanDuel's curated collection of quick-hitting content written by the most knowledgeable sports fans around. Get helpful tips for upcoming games now! Click here to get everything you need to bet on the NBA.

[ Bet on NBA ]

## MLB

**Available Bet Types:** Straight Wagers, Proposition Wagers, Parlays, Live Wagers, First 5 Innings, Round Robins, Futures, Spread Betting (Run Line)

▶ **Spread Wagering (Run Line)**

▶ **Listed Pitcher(s) Option**

▶ **First 5 Inning Wagering**

▶ **What you need to know**

▶ **Additional MLB Betting Rules**

**The Duel: Picks and Predictions**

FanDuel's curated collection of quick-hitting content written by the most knowledgeable sports fans around. Get helpful tips for upcoming games now! Click here to get everything you need to bet on the MLB.

[ Bet on MLB ]

## NHL

**Available Bet Types:** Straight Wagers, Proposition Wagers, Parlays, Live Wagers, Period Wagers, Round Robins, Futures, Double Result

▶ **Spread/Puck Line Wagering**

▶ **What you need to know**

▶ **Additional NHL Betting Rules**

▶ **What you need to know**

─────────────────────────────────────

▶ **Additional NHL Betting Rules**

─────────────────────────────────────

**The Duel: Picks and Predictions**

FanDuel's curated collection of quick-hitting content written by the most knowledgeable sports fans around.

Get helpful tips for upcoming games now! Click here to get everything you need to bet on the NHL.

> Bet on NHL

## TENNIS

**Available Bet Types:** Straight Wagers, Proposition Wagers, Parlay, Live Wagers, Set Wagers, Round Robins, Futures, Spread Wagers

▶ **Game/Set Spread Wagering**

─────────────────────────────────────

▶ **What you need to know**

─────────────────────────────────────

▶ **Additional Tennis Wagering Rules**

─────────────────────────────────────

▶ **Retirement Rules**

─────────────────────────────────────

**The Duel: Picks and Predictions**

FanDuel's curated collection of quick-hitting content written by the most knowledgeable sports fans around.

Get helpful tips for upcoming games now! Click here to get everything you need to bet on tennis.

> Bet on tennis

## GOLF

**Available Bet Types:** Straight Wagers, Proposition Wagers, Parlays, Live Wagers, Round Robins, Futures, Spread Wagers

▶ **Outright Winner Betting**

─────────────────────────────────────

▶ **Top 5/10/20 Betting**

─────────────────────────────────────

▶ **Dead Heat Rule**

─────────────────────────────────────

▶ **What you need to know**

─────────────────────────────────────



▶ **Dead Heat Rule**

▶ **What you need to know**

**The Duel: Picks and Predictions**
FanDuel's curated collection of quick-hitting content written by the most knowledgeable sports fans around.
Get helpful tips for upcoming games now! Click here to get everything you need to bet on golf.

[ Bet on golf ]

# SOCCER

**Available Bet Types:** Proposition Wagers, Spread, Total Goals, Parlays, Futures, Round Robins

▶ **Spread Betting (3-way)**

▶ **Home vs. Away Display**

▶ **What you need to know**

**World Soccer 101**
The World Cup is starting November 20th! Click here to learn everything there is to know about the 2022 tournament.

**The Duel: Picks and Predictions**
FanDuel's curated collection of quick-hitting content written by the most knowledgeable sports fans around.
Get helpful tips for upcoming games now! Click here to get everything you need to bet on soccer.

[ Bet on soccer ]

# AUTO RACING

**Available Bet Types:** Straight Wagers, Proposition Wagers, Parlays, Round Robins, Futures

▶ **What you need to know**

▶ **Formula I "first retirement" wagers**

▶ **NASCAR Specific Wagering Rules**

**The Duel: Picks and Predictions**
FanDuel's curated collection of quick-hitting content written by the most knowledgeable sports fans around.
Get helpful tips for upcoming games now! Click here to get everything you need to bet on NASCAR.

▶ **NASCAR Specific Wagering Rules**

**The Duel: Picks and Predictions**

FanDuel's curated collection of quick-hitting content written by the most knowledgeable sports fans around.

Get helpful tips for upcoming games now! Click here to get everything you need to bet on NASCAR.

<div style="background:green;color:white;padding:8px 20px;display:inline-block">Bet now</div>

# MMA / BOXING

**Available Bet Types:** Round Wagering, Proposition Wagers, Parlays, Live Wagering, Future Fights (If available)

## BOXING

▶ **Round Wagering**

▶ **Round Wagering Rules**

▶ **Method of Victory**

▶ **Technical Decision/Draw Information**

▶ **What else you need to know**

**The Duel: Picks and Predictions**

FanDuel's curated collection of quick-hitting content written by the most knowledgeable sports fans around.

Get helpful tips for upcoming games now! Click here to get everything you need to bet on boxing.

<div style="background:green;color:white;padding:8px 20px;display:inline-block">Bet on boxing</div>

## MMA

▶ **Round Wagering**

▶ **Method of Victory Wagering in MMA**

▶ **Additional MMA Rules**

<div style="background:green;color:white;padding:8px 20px;display:inline-block">Bet on MMA</div>

## OTHER TYPES OF BETTING



# OTHER TYPES OF BETTING

## Straight Betting

A simple straight wager on one selection to win.

## Half and Quarter Betting

*Half* and *quarter wagers* only involve the score and player performances of a single half or quarter. The overall game score and stats don't count, only what happens during the specified portion of the game. The rules can vary depending on the sport in question but for NFL and NBA Overtime is included in 2nd half wagers.

## Total Point Bet

A bet on the combined total number of points at the end of the whole game.

**ABOUT**

- Support
- About FanDuel
- What's New on Sportsbook
- How It Works
- Rules & Scoring
- Responsible Play
- Modern Slavery Statement
- Legal Sports Betting Map
- Affiliates
- Sitemap

**SPORTSBOOK ODDS**

- NBA Odds
- NFL Odds
- MLB Odds
- Golf Odds
- UFC Odds
- College Football Odds
- College Basketball Odds
- Soccer Odds
- NASCAR Odds
- NHL Odds
- Super Bowl 59 Odds
- 2024 World Series Odds
- 2025 CFB Playoff National Championship Odds

**FANDUEL SPORTS BETTING STATES**

- FanDuel Sportsbook AZ
- FanDuel Sportsbook CA
- FanDuel Sportsbook CO
- FanDuel Sportsbook CT
- FanDuel Sportsbook DC
- FanDuel Sportsbook IA
- FanDuel Sportsbook IL
- FanDuel Sportsbook IN
- FanDuel Sportsbook LA
- FanDuel Sportsbook MA
- FanDuel Sportsbook MI
- FanDuel Sportsbook NC
- FanDuel Sportsbook NJ
- FanDuel Sportsbook NY
- FanDuel Sportsbook OH
- FanDuel Sportsbook PA
- FanDuel Sportsbook TN
- FanDuel Sportsbook VA
- FanDuel Sportsbook VT
- FanDuel Sportsbook WV

**FANDUEL NEWS**

- UFC
- Soccer
- NFL
- Casino
- NBA
- College Basketball
- NHL

**FANDUEL GROUP PRODUCTS**

- FanDuel Sportsbook
- The Duel
- TVG
- FanDuel Casino
- FanDuel Racing
- numberFire - Fantasy Sports Projections
- FanDuel Faceoff

**FANTASY SPORTS**

- NFL
- NHL
- MLB
- Soccer
- CFB

**FANDUEL APPS**

- Fantasy (iOS)
- Sportsbook & Fantasy (Android)
- Sportsbook (iOS)
- Sportsbook (Android)

**NFL SPORTSBOOK BETTING**

- 2024 Best FanDuel Sportsbook Promos
- NFL Betting
- NFL Picks
- 2024 NFL Team Power

**FANDUEL CASINO**

- Online Slots
- New Casino Games
- Blackjack Online
- Live Dealer Casino
- Online Roulette

**FOLLOW FANDUEL**

- Facebook
- Twitter
- Instagram
- YouTube
- Snapchat



and stats don't count, only what happens during the specified portion of the game. The rules can vary depending on the

## Total Point Bet

A bet on the combined total number of points at the end of the whole game.

---

**ABOUT**

- Support
- About FanDuel
- What's New on Sportsbook
- How It Works
- Rules & Scoring
- Responsible Play
- Modern Slavery Statement
- Legal Sports Betting Map
- Affiliates
- Sitemap

**SPORTSBOOK ODDS**

- NBA Odds
- NFL Odds
- MLB Odds
- Golf Odds
- UFC Odds
- College Football Odds
- College Basketball Odds
- Soccer Odds
- NASCAR Odds
- NHL Odds
- Super Bowl 59 Odds
- 2024 World Series Odds
- 2025 CFB Playoff National Championship Odds

**FANDUEL SPORTS BETTING STATES**

- FanDuel Sportsbook AZ
- FanDuel Sportsbook CA
- FanDuel Sportsbook CO
- FanDuel Sportsbook CT
- FanDuel Sportsbook DC
- FanDuel Sportsbook IA
- FanDuel Sportsbook IL
- FanDuel Sportsbook IN
- FanDuel Sportsbook LA
- FanDuel Sportsbook MA
- FanDuel Sportsbook MI
- FanDuel Sportsbook NC
- FanDuel Sportsbook NJ
- FanDuel Sportsbook NY
- FanDuel Sportsbook OH
- FanDuel Sportsbook PA
- FanDuel Sportsbook TN
- FanDuel Sportsbook VA
- FanDuel Sportsbook VT
- FanDuel Sportsbook WV

**FANDUEL NEWS**

- UFC
- Soccer
- NFL
- Casino
- NBA
- College Basketball
- NHL

**FANDUEL GROUP PRODUCTS**

- FanDuel Sportsbook
- The Duel
- TVG
- FanDuel Casino
- FanDuel Racing
- numberFire - Fantasy Sports Projections
- FanDuel Faceoff

---

**FANTASY SPORTS**

- NFL
- NHL
- MLB
- Soccer
- CFB
- Golf
- Tennis
- NASCAR
- WNBA
- CBB

**FANDUEL APPS**

- Fantasy (iOS)
- Sportsbook & Fantasy (Android)
- Sportsbook (iOS)
- Sportsbook (Android)

**NFL SPORTSBOOK BETTING**

- 2024 Best FanDuel Sportsbook Promos
- NFL Betting
- NFL Picks
- 2024 NFL Team Power Rankings
- NFL Team Schedules & Odds
- OddsFire - Compare Betting Odds

**FANDUEL CASINO**

- Online Slots
- New Casino Games
- Blackjack Online
- Live Dealer Casino
- Online Roulette
- Online Table Games
- FanDuel Casino Promo Codes

**FOLLOW FANDUEL**

- Facebook
- Twitter
- Instagram
- YouTube
- Snapchat

---

- Careers • Governance • Trust & Safety • Bill of Rights • Privacy Policy • California Privacy Rights • Terms of Use • Your Privacy Choices • Modern Slavery Statement • Press & Media

---

© Betfair Interactive US LLC, 2025

Gambling Problem? Call 1-800-GAMBLER or visit RG-help.com. Call 1-888-789-7777 or visit ccpg.org/chat (CT). Hope is here. GamblingHelpLineMA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPE-NY or text HOPENY (467369) (NY). 21+ (18+ D.C.) and present in select states (for KS, in affiliation with Kansas Star Casino). Persons under 21 are not permitted to engage in sports wagering. For customer support please contact us.

         


Back to top ↑

---

Exhibit 56

# SPORTS BETTING TERMS AND HOW TO BET

Learn more with Sports Betting 101 right here



*If you want to know about horse racing, like the Kentucky Derby, Belmont Stakes, or Breeders' Cup, we have more here.*

## Popular sports bets

**Point Spread** - The most popular sports bets are based on the point spread, sometimes just called the "Spread." The point spread represents the margin of points in which the favored team must win to "cover the spread." Bets on the point spread are usually offered at 11-to-10 odds. Here's an example:



If you bet on the Cowboys -4 option, the Cowboys would have to win by more than 4 points for your bet to cover. If you bet on the Commanders +4 option, Washington would have to either win outright, or lose by less than 4. If the Cowboys beat the Commanders by exactly 4, then it's a push, meaning all stakes are refunded.

With odds at -110, you would bet $11 to win $10 for a total payout of $21, or $110 to win $100 for a total payout of $210.



**Moneyline -** A moneyline (or money line) is a bet on which team will win a game outright. Example: The Cowboys are -190 to beat the Commanders, while the Commanders are +160 to win. If you think the Cowboys will win the game, you would have to wager $190 to potentially win $100 (or wager $19 to win $10). Conversely, if you think the underdog Commanders will win, you would wager $100 to potentially win $160 (or wager $10 to win $16).



Here's a video with more:



### Related Articles

FanDuel House Rules Hub

What if there's an injury or a player is inactive?

Temporary suspensions, weather cancellation, postponement rules

Football - Touchdown prop bets





Here's a video with more:



**Over** – A sports bet in which the player wagers that the combined point total of two teams will be more than a specified total.

**Under** – The player bets that the total points scored by two teams will be less than a certain figure.



**Same Game Parlay and SGP+ -** Same game parlays are a type of parlay that combines two or more selections from a single game or correlated games, matches, or events. With a same game parlay, you will have the potential to score a larger payout than if you placed each bet individually.

Here's a video with more:



**Round Robin** - A series of parlays. For example, a 3-team round robin consists of four total bets- three 2 team parlays (A + B, A + C and B + C) and one 3-team parlay (A + B + C).



**Teaser** – A type of parlay in which the point spread or total of each individual play is adjusted. The price of moving the point spread (teasing) is lower payoff odds on winning wagers.







## Glossary

**Action** – A sports wager of any kind; a bet.

**Added Game** – A game not part of the typical menu of wagering offerings, often posted as an accommodation to patrons.

**Advance Deposit Wagering (ADW)** - Wagering where you must have funds in your account to cover the cost of the wager before the wager can be placed. This is how FanDuel and most wagering services operate.

**Bad Bet** - A wager that loses unexpectedly.

**Book** – An establishment that accepts bets on the outcome of sporting events.

**Buck** - A $100 sports wager, also called a Dollar.

**Buy (Points)** – A player pays an additional price (lays more money) to receive a half-point or more in his favor on a point spread game.

**Canadian Line** - A hockey wager. A combination point spread and moneyline.

**Chalk** – The favorite.

**Chalk Player** - A bettor who generally only plays the chalk. Sometimes called a "Chalkeater."

**Circled Game** - A game where the limits are lowered, or betting options are restricted, often due to injuries.

**Cover** – Winning by more than the point spread.

**Dime** - A $1,000 sports wager.

**Dime Line** - A line where the juice is 10 percent.

**Dog** - The team perceived to be most likely to lose. Short for underdog, sometimes called the "Puppy."

**Dog Player** - A bettor who generally only plays the underdog.

**Double Action** - An "if bet" that is processed when the precedent bet wins, ties or cancels.

**Edge** - A person's advantage when it comes to sports betting.

**Even Money** - A wager on which neither side lays any odds or vigorish.

**Exposure** - The maximum amount a sportsbook stands to lose on a game.

**Favorite** – The team considered most likely to win an event.

**Fifty Cents** - A $50 sports wager. Also called Half-a-Dollar.

**Final Four** - The remaining four teams in the NCAA basketball tournament.

**First Half Bet** - A bet placed only on the first half of the game.

**Futures/Future Bet** - A future bet is a wager placed on an event typically far in the future, such as which team will win next year's Super Bowl or which horse will win the next Kentucky Derby.

**Future Odds** - Odds that are posted well in advance on the winner of major events, such as the Pro Basketball and Baseball Championships.

**Grand Salami** - The grand total of goals scored in all the hockey games of the day. It can be wagered to go Over/Under.

**Handicapper** - A person trying to predict the winners of an event. Can refer to anyone who wagers but is more commonly used for professionals that wager and handicap for a living.

**Handicapping** - Attempting to predict the result of an event using known information.

**Halftime Bet** - A bet placed on the score in the second half of the game, including any overtime periods.

**Handle** – The total amount of bets taken.

**Hedging** - Betting the opposing side of your original bet, to either ensure some profit or minimize potential loss.

**High Roller** – A high-stakes gambler.

**Hook** - A half-point.

**Hot Game** - A game that is drawing a lot of action on one side from knowledgeable handicappers.

**Juice** – The bookmaker's commission, most commonly the 11 to 10 bettors lay on straight point spread wagers; also known as "vigorish."

**Laying the Points** - Betting the favorite by giving up points.

**Laying the Price** - Betting the favorite by laying money odds.

**Limit** – The maximum amount accepted by the house before the odds and/or point spread are changed.

**Line** – The current odds or point spread on a particular event.

**Linemaker** - The person who establishes the betting lines. Also known as "Oddsmaker."

**Listed Pitchers** – A baseball bet placed only if both of the pitchers scheduled to start a game actually start. If they don't, the bet is deemed "No Action" and refunded.

**Lock** - An exceptionally strong favorite.

**Longshot** - A team perceived to be unlikely to win.

**Middle** - To win both sides of a game; wagering on the underdog at one point spread and the favorite at a different point spread and winning both sides. For example, if the player



are changed.

**Lignment** – The person who establishes the betting lines. Also known as "Oddsmaker."

**Listed Pitchers** – A baseball bet placed on both of the pitchers scheduled to start a game actually start. If they don't, the bet is deemed "No Action" and refunded.

**Lock** - An exceptionally strong favorite.

**Longshot** – A team perceived to be unlikely to win.

**Middle** - To win both sides of a game; wagering on the underdog at one point spread and the favorite at a different point spread and winning both sides. For example, if the player bets the underdog at +4 1/2 and the favorite -3 1/2 and the favorite wins by 4, the player has "middled" the book and won both bets.

**Money Line** - The money line represents the odds of a team winning the game outright without the use of the point spread. The money line is expressed as a 3-digit number. For example -150 means a player must bet $150 for every $100 they wish to win, $15 for every $10 and multiples thereof. Or, a +140 means a player will win $140 for every $100 they bet.

**Nickel** – A $500 sports wager.

**No Action** – A wager in which no money is lost or won and the original bet amount is refunded.

**Off the Board** - A game in which no bets are being accepted.

**Opening Line** - The earliest line posted for a particular event. Called the "Morning Line" in horse racing.

**Outlaw Line** - The earliest line in sports betting. This is an overnight line that only a handful of players are allowed to bet into.

**Parlay** – A single bet that links together two or more wagers; to win the bet, the player must win all the wagers in the parlay. If the player loses one wager, he loses the entire bet. However, if he wins all the wagers in the parlay, they win a higher payoff than if they had placed the bets separately.

**Pick or Pick 'em** – A game in which neither team is favored.

**Point Spread** - The most popular sports bets are based on the point spread, sometimes just called the "Spread." The point spread represents the margin of points in which the favored team must win to "cover the spread." Bets on the point spread are usually offered at 11-to-10 odds. For example, a player must bet $11 with $10 for a total payout of $21, or $110 to win $100 for a total payout of $210.

**Price** – The odds or point spread.

**Propositions** - Proposition bets, or "prop" bets, focus on the outcome of events within a given event. An example of a prop bet is "Which team will score the first point?" Also called an Exotic bet.

**Puck Line** – In hockey, a spread used instead of the money line.

**Push** – When the contest ends with no winner or loser for wagering purposes; a tie for wagering purposes.

**Round Robin** – A series of parlays. For example, a 3-team round robin consists of four total bets- three 2 team parlays (A + B, A + C and B + C) and one 3-team parlay (A + B + C).

**Run Down** - All the lines for a specific date, sport, time, etc.

**Run Line** – In baseball, a spread used instead of the money line.

**Scouts** - Person(s) who waits for what they think is an unusually strong wager. Also known as a "sports player."

**Sides** – The two teams playing; the underdog and the favorite.

**Sharp** - A sophisticated or professional gambler.

**Sports Book** – A physical location that accepts sports bets.

**Square** - A novice when it comes to sports betting.

**Steam** - When a line starts to move rapidly. Most "steam games" are games that draw a mass of bettors for some reason.

**Store** - A bookie or sports betting establishment.

**Straight Bet** – An individual wager on a game or event that will be determined by a point spread, money line or total.

**Straight-up** – Winning the game without any regard to the point spread; a money line bet.

**Taking the Points** - Betting the underdog and its advantage in the pointspread.

**Taking the Price** - Betting the underdog and accepting money odds.

**Teaser** – A type of parlay in which the point spread or total of each individual play is adjusted. The price of moving the point spread (teasing) is lower payoff odds on winning wagers.

**Ticket** - A wager.

**Tie** – A wager in which no money is lost or won because the teams' scores were equal to the number of points in the given point spread or total.

**Total** – The combined amount of runs, points or goals scored by both teams during the game, including overtime.

**Totals Bet** - A proposition bet in which the bettor speculates that the total score by both teams in a game will be more or less than the line posted by the sportsbook.

**Tout** - Someone who sells their expertise on sports wagering.

**Underdog** – The team perceived to be most likely to lose. Also known as the "dog."

**Value** - Getting the best odds on a wagering proposition; the highest possible edge.

**Vigorish/Vig** - The bookmaker's commission; also known as the "juice."

**Wiseguy** - A well-informed or knowledgeable handicapper or bettor.




**LIVE CHAT**

total bets- three 2 team parlays (A + B, A + C and B + C) and one 3-team parlay (A + B + C.)

**Run Down** - All the lines for a specific date, sport, time, etc.

**Run Line** – In baseball, a spread used instead of the money line.

**Scouts** - Person(s) who waits for what they think is an unusually strong wager. Also known as a "sports player."

**Sides** – The two teams playing; the underdog and the favorite.

**Sharp** - A sophisticated or professional gambler.

**Sports Book** – A physical location that accepts sports bets.

**Square** - A novice when it comes to sports betting.

**Steam** - When a line starts to move rapidly. Most "steam games" are games that draw a mass of bettors for some reason.

**Store** - A bookie or sports betting establishment.

**Straight Bet** – An individual wager on a game or event that will be determined by a point spread, money line or total.

**Straight-up** – Winning the game without any regard to the point spread; a money line bet.

**Taking the Points** - Betting the underdog and its advantage in the pointspread.

**Taking the Price** - Betting the underdog and accepting money odds.

**Teaser** – A type of parlay in which the point spread or total of each individual play is adjusted. The price of moving the point spread (teasing) is lower payoff odds on winning wagers.

**Ticket** - A wager.

**Tie** – A wager in which no money is lost or won because the teams' scores were equal to the number of points in the given point spread or total.

**Total** – The combined amount of runs, points or goals scored by both teams during the game, including overtime.

**Totals Bet** - A proposition bet in which the bettor speculates that the total score by both teams in a game will be more or less than the line posted by the sportsbook.

**Tout** - Someone who sells their expertise on sports wagering.

**Underdog** – The team perceived to be most likely to lose. Also known as the "dog."

**Value** - Getting the best odds on a wagering proposition; the highest possible edge.

**Vigorish/Vig** - The bookmaker's commission; also known as the "juice."

**Wiseguy** - A well-informed or knowledgeable handicapper or bettor.

## DID THIS ARTICLE ANSWER YOUR QUESTION?

Yes    No

## STILL NEED HELP?



**Contact us**

**Help**
Contact us
Accessibility
Terms of Use
Privacy Policy
Your Privacy Choices

**Responsible Gaming**
User limits
Timeout
Self-exclusion
Player activity statements

FanDuel Inc
New York, NY

 

LIVE CHAT

© Betfair Interactive US LLC, 2025

If you or someone you know has a gambling problem or wants help, please check out our Responsible Gaming resources.

2/7/25,



Back to top ▲

# Exhibit 57

Check out our GUIDES and VIDEOS to learn how to play some of the most exciting Casino games and find ANSWERS to all your FanDuel Casino questions.

## QUICK START



**GETTING STARTED**

VISIT ›



**HOW TO DEPOSIT**

VISIT ›



**HOW TO PLAY BLACKJACK**

VISIT ›



**HOW TO PLAY BACCARAT**

VISIT ›



**HOW TO PLAY CRAPS**

VISIT ›



**HOW TO PLAY SLOTS**

VISIT ›




Check out our GUIDES and VIDEOS to learn how to play some of the most exciting Casino games and find ANSWERS to all your FanDuel Casino questions.

# QUICK START



### GETTING STARTED

VISIT >



### HOW TO DEPOSIT

VISIT >



### HOW TO PLAY BLACKJACK

VISIT >



### HOW TO PLAY BACCARAT

VISIT >



### HOW TO PLAY CRAPS

VISIT >



### HOW TO PLAY SLOTS

VISIT >

# Exhibit 58



# BLACKJACK




## HOW TO PLAY BLACKJACK

• • •

**Play Now**

# GUIDES

## OVERVIEW ⌄

### The Basics

Blackjack is a popular and exciting Casino card game. The goal is simple: beat the dealer when your hand value is closer to 21 without exceeding it, or when the dealer's hand exceeds 21. Once you fully understand the basics, there are Blackjack strategies you can try to better your chances of leaving the online Blackjack table a winner!

## BET TYPES ⌄

# BLACKJACK



## HOW TO PLAY BLACKJACK

● ● ●

**Play Now**

# GUIDES

## OVERVIEW ⌃

### The Basics

Blackjack is a popular and exciting Casino card game. The goal is simple: beat the dealer when your hand value is closer to 21 without exceeding it, or when the dealer's hand exceeds 21. Once you fully understand the basics, there are Blackjack strategies you can try to better your chances of leaving the online Blackjack table a winner!

## BET TYPES ⌄

## RULES OF BLACKJACK ⌄

## GAMEPLAY ⌄

Exhibit 59

**In this article**

FanDuel deposit troubleshooting video

Why was my deposit declined?

Credit Card deposit restrictions

Deposit and withdrawal methods

Can I deposit with one method and withdraw from FanDuel with a different one?

What is a "non-playable balance"?

How can I refund or cancel a deposit?

Do I have to pay any deposit or withdrawal fees on FanDuel?

How do I set deposit account limits?

Can I deposit money at an in-person FanDuel Sportsbook?

How do I raise my state deposit limit?

Still need help?

# DEPOSIT WITH FANDUEL

At FanDuel--from Faceoff, to Sportsbook, Casino, Daily Fantasy, and Racing, we want to make sure you can play quickly and easily.

FanDuel deposit troubleshooting video



## Why was my deposit declined?

FanDuel wants to make sure you can easily get money into your account and get right into the action.

But sometimes deposits don't go as planned and we know that is frustrating. Here are some of the main reasons FanDuel deposits may be declined and how you can fix them:



**1. Card information**

Just like online shopping, double check to make sure the name, card number, expiration date, security code, and state/zip code all match the account information associated with your card.

**2. Bank restrictions**

While most major banks allow online wagering, the following banks may decline transactions with online wagering companies:

- Capital One
- Comerica Bank
- Goldman Sachs
- Some Citibank Cards

Banks occasionally change their terms and conditions without notice so we cannot guarantee that this list includes all banks with this policy.

Your bank might have also temporarily restricted online transactions. There may also be limits for deposits from the bank on your account. You will need to contact your bank directly to identify if this is happening and determine if these online restrictions can be

**Related Articles**

Why was my deposit declined?

How can I refund or cancel a deposit?

Canada - What are my deposit options?

PayPal with FanDuel





- Goldman Sachs
- Credit Card / Bank Card

Banks occasionally change their terms and conditions without notice so we cannot guarantee that this list includes all banks with this policy.

Your bank might have also temporarily restricted online transactions. There may also be limits for deposits from the bank on your account. You will need to contact your bank directly to identify if this is happening and determine if these online restrictions can be lifted.

Finally, updated FanDuel policies prohibit deposits and withdrawals from business accounts. Company funds connected to a business account are not allowed to be used on FanDuel. You will need to select a personal banking account or other form of payment.

### 3. Gift card and pre-paid card restrictions

If you're using a gift/pre-paid card, some banks or types of gift cards may not allow payments to sites like FanDuel.

**Game On cards** are not allowed in the following states: Connecticut, Mohegan Sun Reservation, Illinois, Indiana, Massachusetts, North Carolina, Tennessee, Vermont, and Washington D.C.

**Play+ pre-paid cards** are not allowed in Connecticut, Mohegan Sun Reservation, and Iowa.

Here are some other suggestions:
- Make sure to register the gift card as instructed on the back of the card.
- Deposit slightly less than the balance on the card.
- If depositing from Canada, be sure to take the exchange rate into account.

### 4. PayPal and Venmo restrictions

PayPal and Venmo are not available to use in Connecticut (Mohegan Reservation) and Tennessee.

### 5. PayNearMe restrictions

PayNearMe is not available to use in Ohio.

## Credit Card deposit restrictions

FanDuel follows all state and local regulations for any restrictions on depositing and withdrawals.

**Where does this apply?**
- Connecticut: Sportsbook and Mohegan Sun Casino
- Massachusetts: Sportsbook
- Massachusetts: FanDuel Racing
- Tennessee: Sportsbook
- Vermont: Sportsbook

State rules prevent betting of funds deposited from credit cards while you use the products in the states above.

That means that even if you deposited by credit card **elsewhere** in the country, you'll see those funds as "Unavailable in your state" when you are inside the states above.

Iowa: You cannot use funds deposited via credit cards.

New York: $2,500 per year limit on credit card deposits per card.

**What if I travel out of state?**
If you travel out of one of the restricted states and make a credit card deposit before returning, you will see a banner explaining the state restriction.

You'll see a new balance that says "Unavailable in your state." That is the amount that was deposited via credit card out of state.

But your money is still safe and accounted for!

**Can I refund my credit card deposit?**
Yes! You can refund any deposits you make.

## Deposit and withdrawal methods

While we accept methods from **debit cards** and **online banking**, Venmo and Apple Pay,


**LIVE CHAT**



**Can I refund my credit card deposit?**

Yes! You can refund any deposits you make.

## Deposit and withdrawal methods

While we accept methods from **debit cards** and **online banking**, Venmo and Apple Pay, wire transfers, not every option may be in available in your state or financial institution.



You'll be able to use most major banks across the country by **connecting your account safely and securely** with your log-in.

It's the same for **debit cards**---just like online shopping, you'll share you number and deposit or withdraw.

We also offer newer options like Venmo and Apple Pay.

## In Canada?

Your deposit options may be different, including the addition of Interac as an option:



- **Online Banking:** Select from a number of financial institutions and connect directly with Trustly.
- **Interac:** Transfer funds instantly from your bank or credit union through your online banking with Interac.
- **PayPal:** Deposit onto your account through PayPal's payment process.
- **Credit/Debit:** Note: there may be restrictions on certain card providers.

For online banking, simply select your preferred method and begin the login process with your bank:

Choose the bank you wish to deposit with





- **PayPal:** Deposit onto your account through PayPal's payment process.
- **Credit/Debit:** Note: there may be restrictions on certain card providers.

For online banking, simply select your preferred method and begin the login process with your bank:



## Can I deposit with one method and withdraw from FanDuel with a different one?

You can connect any of your eligible deposit methods, but you'll have to use the same method or account for withdrawal first.

Here's an example: If you have only set up online banking, you'll have to use that connection to take out your funds.

If you want more options, you can deposit and withdraw funds across any connected accounts. Deposit with your debit card and withdraw with Venmo, for example. **Connect your accounts and you're good to go!**

## What is a "non-playable balance"?

You are able to withdraw any and all of your winnings. This is called a "shared wallet" across all FanDuel platforms and products.

However, you may see a "playable balance" figure. This includes deposits, bonuses, and winnings that may be linked to certain products.

For example, you can use Sportsbook, Casino, and Racing deposits interchangeably among each other. That's a shared wallet of playable funds you deposited.

Fantasy and Faceoff use a shared wallet for deposits on those platforms. You cannot use those deposited funds on other products and they will show up as "non-playable balances."

**Again, your winnings are yours and can be used across all of FanDuel!**

## How can I refund or cancel a deposit?

If for whatever reason you want to get your deposit back, we make it easy and simple. You can receive any unused deposit money in your account.

And you can do this with any card deposits, online banking connections, Venmo, or PayPal.

Here are some quick differences between the two.

**Refund:** A refund on your deposit would be getting back any amount of the unused deposit you've made on FanDuel.

**Cancellation:** This is a request to fully stop the deposit of funds into your FanDuel account.



**LIVE CHAT**

PayPal.

Here are some quick differences between these two:

**Refund:** A refund on your deposit would be getting back any amount of the unused deposit you've made on FanDuel.

**Cancellation:** This is a request to fully stop the deposit of funds into your FanDuel account.

*Note: If you request a refund the same day you deposited, some banks simply remove the transaction history from your account.* **You haven't lost your money,** *but the bank essentially removes the entire transaction from your account.*

How do I **refund** a FanDuel Sportsbook deposit?
Go to your Account page by clicking the button at the bottom right of the FanDuel home screen.

Click on the blue "Withdraw funds" button:



Scroll down to see the Refundable balance. This will show how much money you can take out from your FanDuel account, including any unused money from your deposits.



If available, you can select the amount and return the funds to the same method you used for the deposit.

*Note: If you have used some of the deposit or it is part of a pending bet, it will not be able to be withdrawn.*

How do I **refund** a FanDuel Daily Fantasy deposit?
The process is very similar to the Sportsbook method above, but it will look slightly different.




If available, you can select the amount and return the funds to the same method you used to make the deposit.

*Note: If you have used some of the deposit as part of a pending bet, it will not be able to be withdrawn.*

How do I **refund** a FanDuel Daily Fantasy deposit?
The process is very similar to the Sportsbook method above, but it will look slightly different.

Go to your Account page by clicking the button at the bottom right of the FanDuel home screen.

From here you'll be able to see how much is available to refund and be able to start the process by clicking "Refund."

How do I **cancel** my FanDuel deposit?
To cancel a duplicate deposit or a deposit made in error please contact our support team **as soon as possible**. As deposits are unable to be canceled directly online, you will be required to contact one of our support agents to assist with the deposit cancellation.

**Select "Live chat" at the bottom right of the screen.**

As long you have contacted customer support in a timely manner and none of the deposited funds have been wagered with, our team should have no issues voiding the transaction.

If you're having difficulty, please make sure your browser allows pop-up windows.

## Do I have to pay any deposit or withdrawal fees on FanDuel?

FanDuel will never charge any fees to deposit or withdraw your money with us.

However, some **banks** will consider deposits with Advance Deposit Wagering companies as a cash advance and will charge an additional fee. Those banks may consider FanDuel Sportsbook or FanDuel Racing ADW companies and charge fees according to their policies.
This also includes potential fees for **wire transfers.**

In some cases, cash advance fees may be charged by **credit cards.**

Please contact your bank for their policies.

## How do I set deposit account limits?

At FanDuel, we want everyone to have fun and play responsibly. We call it Play Well , and it gives you the power to wager wisely.

We have a growing list of easy-to-use tools that you can use from anywhere:

**Deposit limits:** protecting you against how much money you can deposit into your account during a specified time period.

**Wager limits:** Protecting you against how much money you can wager during a specified time period.

**Time Limits:** If you want to limit the number of hours per day that you can play on the site, you can set a time limit. You just need to specify your time-frame and submit the request.

**Timeout:** Here, you can take a break by closing your account for anywhere between 3 days to 12 months. Once the time-frame has expired, your account will reactivate automatically. There is no limit on how many of these you can apply.

*Note: Changes to make more restrictions will take effect immediately and request to make them less restrictive will take effect after the time period of the previous limit has expired.*

You can learn more about Play Well and all of the responsible gaming options with FanDuel right here.

## Can I deposit money at an in-person FanDuel Sportsbook?

Yes! Our FanDuel Sportsbooks are perfect places to make your bets, but also connect to your online account. It's called "Cash at Counter."

You can put money into your account or withdraw---all with the help of our ticket writers





LIVE CHAT

FanDuel right here.

### Can I deposit money at an in-store FanDuel Sportsbook?

Yes! Our FanDuel Sportsbooks are perfect places to make your bets, but also connect to your online account. It's called "Cash at Counter."

You can put money into your account or withdraw---all with the help of our ticket writers and staff.

**Why use Cash at Counter?**
This is the quickest way to deposit or withdraw cash from your online FanDuel account.

**Where is Cash at Counter in-person Sportsbooks available?**

| | |
|---|---|
| Footprint Center | Arizona |
| Elevated Stakes OTB | Colorado |
| Havana Park | Colorado |
| Odds on OTB | Colorado |
| The Celtic on Market | Colorado |
| Mohegan Sun | Connecticut |
| Diamond Jo Dubuque | Iowa |
| Diamond Jo Worth | Iowa |
| Kansas Star Casino | Kansas |
| Amelia Bell Casino | Louisiana |
| Delta Downs Racetrack and Casino | Louisiana |
| Evangeline Downs Racetrack and Casino | Louisiana |
| Sam's Town Hotel & Casino, Shreveport | Louisiana |
| Treasure Chest Casino | Louisiana |
| Maryland Live! | Maryland |
| Motor City Casino | Michigan |
| Meadowlands Sportsbook | New Jersey |
| Golden Nugget Casino Atlantic City | New Jersey |
| Tioga Downs Casino | New York |
| Belterra Park Casino | Ohio |
| Valley Forge Casino | Pennsylvania |
| The Greenbrier | West Virginia |

**How do you deposit funds into your account using Cash at Counter?**
1. Have an active and verified FanDuel Sportsbook account within the state the desired retail location resides.
   - Log in to your Sportsbook account and be sure you have accepted the terms and conditions within the state
   - Acceptance of terms is only required on the first login attempt with the specific state of the retail location
2. Come to any window at the FanDuel Sportsbook, and request to make a deposit into your online account.
3. Make sure to bring:
   - A valid, non-damaged government ID (driver's license, passport, or military ID)
   - Your FanDuel Sportbook username or email address

**Is there a limit for Cash at Counter withdrawals?**
Yes, two per day at the Golden Nugget and Valley Forge.

### How do I raise my state deposit limit?

The following applies to FanDuel daily fantasy accounts only:

If you are a resident of (or physically located in) Massachusetts, Maryland, or Tennessee,





LIVE CHAT

state of the retail location

3. Make sure to bring:
   - A valid, non-damaged government ID (driver's license, passport, or military ID)
   - Your FanDuel Sportbook username or email address

**Is there a limit for Cash at Counter withdrawals?**
Yes, two per day at the Golden Nugget and Valley Forge.

## How do I raise my state deposit limit?

The following applies to FanDuel daily fantasy accounts only:

If you are a resident of (or physically located in) Massachusetts, Maryland, or Tennessee, you may be subject to a state-imposed deposit limit. If you would like to raise or remove these limits, FanDuel does require that you complete the appropriate form, depending on which state you're in. Once you've signed the form, please submit it to our support team at support@fanduel.com for processing.

Below are the states which require a monthly limit and links to the form to sign.
- Massachusetts - $1,000
- Tennessee - $2,500
- Maryland - $5,000

*Please note that in some cases, additional documentation may be required to raise your deposit limit. If this is the case, FanDuel will send you an encrypted link upon request where you may upload the requested documentation. Please do not send additional documentation via email.*

## Still need help?

Select "Live Chat" at the bottom-right of this screen to get answers from our agents. You can connect with us in other ways by scrolling to the top or bottom of this page and selecting "Contact us."



### DID THIS ARTICLE ANSWER YOUR QUESTION?

Yes    No

## STILL NEED HELP?



**Contact us**

**Help**
Contact us
Accessibility
Terms of Use
Privacy Policy
Your Privacy Choices

**Responsible Gaming**
User limits
Timeout
Self-exclusion
Player activity
statements

FanDuel Inc
New York, NY

 

LIVE CHAT

© Betfair Interactive US LLC, 2025
If you or someone you know has a gambling problem or wants help, please check out our Responsible Gaming resources.

2/7/25,



Back to top ▲

Document title: Deposit with FanDuel
Capture URL: https://support.fanduel.com/s/article/Depositing-with-FanDuel
Capture timestamp (UTC): Fri, 07 Feb 2025 18:56:26 GMT

Exhibit 60

# WITHDRAWING WITH FANDUEL

**Your money matters.** And at FanDuel we want to make sure you have access to your winnings and funds any time you want. Start here if you're having problems with your account:

FanDuel withdrawal troubleshooting video



## What are my withdrawable winnings?

You are able to withdraw any and all of your winnings. This is called a "shared wallet" across all FanDuel platforms and products.

However, you may see a "playable balance" figure. This includes deposits, bonuses, and winnings that may be linked to certain products. For example, you can use Sportsbook, Casino, and Racing deposits interchangeably.

Again, your winnings are yours!

## Why can't I withdraw my money?

There are could be a few reasons why your funds may not be eligible for withdrawal from FanDuel.

If you need help with how to withdraw your winnings or refund your deposits, you can learn more here.

**Trying to withdraw a bonus:**

Bonuses, boosts, or other promotions must be used on bets or contest entries and cannot be withdrawn or taken out.

For example, if you are given a $5 Bonus Bet, that is money that can only be used on wagers according to the terms and conditions.

However, any **winnings** you get from bonuses or boosts are all yours and can be withdrawn and taken out.

Some of the bonuses come with what's called a "playthrough requirement."

These funds can only be used to place wagers on the FanDuel product on which they were earned. For example, Sportsbook site credit can only be used on Sportsbook while Casino site credit can only be used on FanDuel Casino or Mohegan Sun Casino as applicable. Cash deposits can be used across either platform.

Here's much more on Bonus Bets and how they are used.

**Credit cards and Apple Pay:**

Credit cards and Apple Pay are authorized for deposit-only. You'll need to have another confirmed and connected method in order to withdraw funds.

**Bank, Venmo, PayPal or other account problems:**

It's always easiest to take money out the same way you put it in.

You're only able to withdraw funds to accounts you've used to deposit.

## In this article

- FanDuel withdrawal troubleshooting video
- What are my withdrawable winnings?
- Why can't I withdraw my money?
- How long do withdrawals take?
- How can I track my withdrawal?
- I won my bet and my money hasn't shown up yet
- How do I withdraw my money?
- Do I have to pay any deposit or withdrawal fees on FanDuel?
- Can I withdraw money at an in-person FanDuel Sportsbook?
- Still need help?

## Related Articles

- How long do withdrawals take?
- Canada - How long do withdrawals take?
- How do I withdraw my money?
- Bonus Bets



Document title: Withdrawing with FanDuel
Capture URL: https://support.fanduel.com/s/article/Withdrawing-with-FanDuel
Capture timestamp (UTC): Fri, 07 Feb 2025 19:00:18 GMT
Page 1 of 7

Credit cards and Apple Pay are authorized for deposit only. You'll need to have another withdrawal connected account before your withdrawal review.

**Bank, Venmo, PayPal or other account problems:**

It's always easiest to take money out the same way you put it in.

You're only able to withdraw funds to accounts you've used to deposit.

Let's say you **deposited** with your bank account, but want to **withdraw** with PayPal.

In this case, you'd need to make a deposit with PayPal first in order to safely authorize future withdrawals.

Finally, updated FanDuel policies prohibit deposits and withdrawals from business accounts. Company funds connected to a business account are not allowed to be used on FanDuel. You will need to select a personal banking account or other form of payment.

**Trying to withdraw deposited funds that have not been used:**

If you deposit on FanDuel, you can access your unused deposits for refund or to return to your preferred payment method. While you are withdrawing the funds, it's actually a refund of your unspent and unused deposit. Either way, it's your money.

You can learn more about that easy process here.

**Incorrect address information when withdrawing with checks:**

We are only able to send checks to the verified address linked to your account.

You can update your address in your Account Settings and navigate to "Personal Details." You will enter your verified address for your mailed check during your withdrawal.

## How long do withdrawals take?

You can withdraw your winnings any time through a number of methods.

With online banking, many institutions use Real Time Payments, a system that could help speed up withdrawals to less than 24 hours. You can learn more about those banks here.

Note: If you are withdrawing from your account **for the first time**, it may take up to 48 hours for a full review--no matter the method.

Large transactions may take additional processing time, but often, withdrawals can be instant. Here's a timeline of what to expect depending on your method:

- Debit card: up to 24 hours
- PayPal/Venmo: up to 24 hours
- Online Banking: 3-5 business days
- FanDuel Prepaid Play+: up to 24 hours
- Cash at Counter withdrawals are typically processed within an hour, but larger withdrawals may take up to 48 hours. You will be notified by email when your cash is ready for pick up.
- Check: 7-10 business days

### Withdrawal times in Canada

While some withdrawals may take longer than expected, here are some times you may expect:
- Trustly (Online Banking): 5 business days
- PayPal: 24-48 hours
- Debit or Credit Card: 2-5 business days
- Interac: 3-5 business days
  - You can learn more from Interac here

**Please note:** Banks can decline deposits and withdrawals from real money gaming sites. Some providers, including CapitalOne, Mastercard and American Express are currently declining withdrawals from real money gaming sites.

We do not allow prepaid cards for withdrawals in Canada.

## How can I track my withdrawal?

Once you've initiated your withdrawal, FanDuel updates the status of your money every step of the way. It's like a "pizza tracker" for your money!




**LIVE CHAT**

We do not allow prepaid cards for withdrawals in Canada.

### How can I track my withdrawal?

Once you've initiated your withdrawal, FanDuel updates the status of your money every step of the way. It's like a "pizza tracker" for your money!

You'll see each step of the process, including time stamps for when the request was received, approved, and completed. Here's an example:



You can also **cancel withdrawals** from within the tracker if they are still pending.

**You can also receive notifications about your withdrawal - in real time:**

Simply turn on push notifications on your phone in your settings. The Sportsbook app notifications will look similar to this:



### I won my bet and my money hasn't shown up yet

**FanDuel and all other sports betting providers rely on official statistics and results from the leagues like the NFL or NBA.** Horse racing is a little different depending on race course tracks and governing bodies, and it can include post-race inspection, video replay, and much more.

Because of this, it can take a little longer for any winnings to end up in your account following a race compared to other sports. This is called "bet settlement."

We must wait on any official results in case there are no disqualifications or issues with the confirmed outcome of the race.

### How do I withdraw my money?

You can withdraw your funds any time through Online Banking, Debit Card, Venmo, PayPal, FanDuel Prepaid Play+, Check, and Cash at Counter. You can view all your options on the "Withdraw" page.

*Please note: Some locations may limit which withdrawal options are available.*

**In order to withdraw using Debit Card, Venmo, PayPal, and FanDuel Prepaid Play+, you must first make a deposit using that method.** You can use any confirmed deposit method.

Select on the **profile icon** if you are on your computer or the **Account icon** if using the app.





LIVE CHAT

In order to withdraw using Debit Card, Venmo, PayPal, and FanDuel Deposit Play+, you must first make a deposit using that method. You can use any confirmed deposit method.

Select on the **profile icon** if you are on your computer or the **Account icon** if using the app.



This is the main account page and shows you your playable balances, shared deposits and more:



Next, you'll select **Withdraw.** You'll see the options for **"Withdraws and refunds"** on your screen. You'll see your withdrawable balance—this is money you have from winnings across FanDuel! You'll also see any possible funds from deposits that can be refunded.

Here's more about how deposit refunds work.



Once you select Withdraw, you'll find the different methods you've set up for deposit and withdrawal. Simply choose your method of payment.

You'll be able to choose from multiple methods to get your funds. It will automatically show any methods you've used previously for deposits.



different methods, for your next deposit and withdrawal. Simply choose your method of payment.

You'll be able to choose from multiple methods to get your funds. It will automatically show any methods you've used previously for deposits.



## Do I have to pay any deposit or withdrawal fees on FanDuel?

FanDuel will never charge any fees to deposit or withdraw your money with us.

*However, some **banks** will consider deposits with Advance Deposit Wagering companies, such as FanDuel Sportsbook or FanDuel Racing, as a cash advance and will charge an additional fee. Please contact your bank for their policies.*

## Can I withdraw money at an in-person FanDuel Sportsbook?

Yes! Our FanDuel Sportsbooks are perfect places to make your bets, but also connect to your online account. You can put money into your account or withdraw---all with the help of our ticket writers and staff.

**Why use Cash at Counter?**
This is the quickest way to deposit or withdraw cash from your online FanDuel account.

**Where is Cash at Counter in-person Sportsbooks available?**

| | |
|---|---|
| Footprint Center | Arizona |
| Elevated Stakes OTB | Colorado |
| Havana Park | Colorado |
| Odds on OTB | Colorado |
| The Celtic on Market | Colorado |
| Mohegan Sun | Connecticut |
| Diamond Jo Dubuque | Iowa |
| Diamond Jo Worth | Iowa |
| Kansas Star Casino | Kansas |



| | |
|---|---|
| TC Comm Market | Colorado |
| Mohegan Sun | Connecticut |
| Diamond Jo Dubuque | Iowa |
| Diamond Jo Worth | Iowa |
| Kansas Star Casino | Kansas |
| Amelia Bell Casino | Louisiana |
| Delta Downs Racetrack and Casino | Louisiana |
| Evangeline Downs Racetrack and Casino | Louisiana |
| Sam's Town Hotel & Casino, Shreveport | Louisiana |
| Treasure Chest Casino | Louisiana |
| Maryland Live! | Maryland |
| Motor City Casino | Michigan |
| Meadowlands Sportsbook | New Jersey |
| Golden Nugget Casino Atlantic City | New Jersey |
| Tioga Downs Casino | New York |
| Belterra Park Casino | Ohio |
| Valley Forge Casino | Pennsylvania |
| The Greenbrier | West Virginia |

**How do you withdraw using Cash at Counter?**

1. On your FanDuel account under the "Account" page select the withdraw option
2. Select Cash at the Counter
3. Input the desired amount you wish to withdraw and select the FanDuel Sportsbook location you wish to pick it up from
4. Follow the prompts to finalize your request.
5. Wait to receive the email specifying that your withdrawal is ready for pick-up
6. Be sure to bring a valid, non-damaged government ID (driver's license, passport, or military ID) and have your FanDuel Sportbook username or email address available.

**How long does a Cash at Counter withdrawal take to process?**

- Your first withdrawal can take up to 48 hours, as can all future requests.
- Large withdrawals are subject to additional management review and can surpass the 48-hour processing time

**How many days do you have to pick-up your Cash at Counter withdrawal?**

14 days from the time you've received the second email confirming your request is ready for pick-up

**Is there a limit for Cash at Counter withdrawals?**

Yes, 2 per day at the Golden Nugget and Valley Forge.

## Still need help?

Select "Live Chat" at the bottom-right of this screen to get answers from our agents.

You can connect with us in other ways by scrolling to the top or bottom of this page and selecting "Contact us."



### DID THIS ARTICLE ANSWER YOUR QUESTION?

Yes    No



STILL NEED HELP?



| Potterra Park Casino | Ohio |
| Valley Forge Casino | Pennsylvania |
| The Greenbrier | West Virginia |

**How do you withdraw using Cash at Counter?**
1. On your FanDuel account under the "Account" page select the withdraw option
2. Select Cash at the Counter
3. Input the desired amount you wish to withdraw and select the FanDuel Sportbook location you wish to pick it up from
4. Follow the prompts to finalize your request.
5. Wait to receive the email specifying that your withdrawal is ready for pick-up
6. Be sure to bring a valid, non-damaged government ID (driver's license, passport, or military ID) and have your FanDuel Sportbook username or email address available.

**How long does a Cash at Counter withdrawal take to process?**
- Your first withdrawal can take up to 48 hours, as can all future requests.
- Large withdrawals are subject to additional management review and can surpass the 48-hour processing time

**How many days do you have to pick-up your Cash at Counter withdrawal?**
14 days from the time you've received the second email confirming your request is ready for pick-up

**Is there a limit for Cash at Counter withdrawals?**
Yes, 2 per day at the Golden Nugget and Valley Forge.

## Still need help?

Select "Live Chat" at the bottom-right of this screen to get answers from our agents.

You can connect with us in other ways by scrolling to the top or bottom of this page and selecting "Contact us."

---

### DID THIS ARTICLE ANSWER YOUR QUESTION?

[ Yes ]    [ No ]

---

## STILL NEED HELP?



**Contact us**

---

**Help**
Contact us
Accessibility
Terms of Use
Privacy Policy
Your Privacy Choices

**Responsible Gaming**
User limits
Timeout
Self-exclusion
Player activity
statements

FanDuel Inc
New York, NY

 

LIVE CHAT

© Betfair Interactive US LLC, 2025
If you or someone you know has a gambling problem or wants help, please check out our Responsible Gaming resources.

2/7/25,



Back to top ▲

Document title: Withdrawing with FanDuel
Capture URL: https://support.fanduel.com/s/article/Withdrawing-with-FanDuel
Capture timestamp (UTC): Fri, 07 Feb 2025 19:00:18 GMT

Exhibit 61



# THE WORLD'S LEADER IN ONLINE SPORTS BETTING AND GAMING

Flutter is the parent company of the world's biggest and most popular sports betting and iGaming brands.












## WORLD CLASS BRANDS, GLOBAL SCALE AND A CHALLENGER MINDSET

Leveraging this portfolio of distinct and market leading brands, Flutter brings best in class sports betting and gaming products to our customers around the world. At its core, this customer centric approach is enabled by proprietary technology platforms which ensure we can innovate at pace as well as meet our customers' product demands.

Our local businesses are connected across borders through the Flutter Edge which combines our global scale with world-class talent, technology, product and capital to empower our brands to win in their local markets. This is really how Flutter differentiates itself, ensuring our brands have access to global scale while focusing on local execution.

Our unparalleled portfolio of world-class brands, global scale and a challenger mindset presents a powerful combination. With the optimal strategy for success in place, a proven track record of delivering growth and our ability to leverage the power of our unique Flutter Edge, we are excited about the future.

### OUR FLUTTER EDGE
SUPERCHARGES WORLD-CLASS BRANDS SHARING

PRODUCTS    TALENT
TECH    CAPITAL

TOGETHER WE'RE
CHANGING THE GAME



## OUR GROUP STRATEGY WILL ENSURE WE DELIVER LONG-TERM SHAREHOLDER VALUE



### INVEST
To build on our gold medal position in the US as more states regulate.



### GROW
Our recreational player base and leading positions in our other core markets of UK, Ireland, Australia and Italy.



### BUILD
Our network and invest in leadership positions across international markets.

## OUR BRANDS ARE LEADERS ACROSS THE GLOBE, WITH A SIZEABLE MARKET OPPORTUNITY

Flutter is listed on the London Stock Exchange and traded as part of the FTSE 100. We're working towards a listing date of 29 January 2024 on the New York Stock Exchange (NYSE). Flutter consists of four divisions that operate across the world. Together, we're Changing the Game for millions of customers worldwide.

In the US, the value of the sports betting and iGaming market is estimated to reach US$40bn by 2030 and in markets across the rest of the world we see already see a further US$320bn of future potential value.

■ Flutter's largest 15 markets by revenue



## FANDUEL

### FANDUEL IS FLUTTER'S LARGEST BRAND
### AND THE US MARKET LEADER

Since being acquired by Flutter in 2018, FanDuel has leveraged its daily fantasy sports business to consolidate a clear #1 position in the online sportsbook market. The business also has a growing share of iGaming with 26% of the market in Q4, up 4ppt from the prior year.

INCREASED SCALE AND FLEXIBILITY

BEST CUSTOMER PROPOSITION

GREATER OPERATING LEVERAGE

HIGHER REVENUE GROWTH

**The FanDuel Advantage drives our flywheel, creating a larger and more profitable business**

FanDuel achieved its market-leading position through its competitive differentiators, what we call the **FanDuel Advantage.**

| ACQUIRE | RETAIN | GROW |
|---|---|---|
| • In Q4 '23, US average monthly players had grown to over 4 million.<br>• FanDuel acquires customers much more efficiently than other sportsbooks in the market. | • We were first to market with the Same Game Parlay, an industry-changing feature, and continue to deliver improved flexibility and choice for customers through product and feature innovations.<br>• FanDuel has premier partnerships with nearly every major sports league in the U.S., including the NFL, NBA, MLB, WNBA and NHL. | • The Flutter Edge gives FanDuel a structural margin advantage as our in-house risk and trading team offers more accurate odds across more markets for customers.<br>• We retain customers for longer due to our superior product, and generate 43% more margin per $1 handle compared to the rest of the market. |

**By 2030, the total market for sports betting, daily fantasy sports, and iGaming in the U.S. could reach $40Bn.***

FanDuel will be the first sportsbook to achieve profitability for a full year.

Leveraging both the FanDuel Advantage and the Flutter Edge, FanDuel is in an excellent position to continue to win in the US market.



## $40BN
U.S. Market by 2030

## Flutter changed the sports betting landscape with the Same Game Parlay, and we continue to disrupt the sector through superior customer experience and gameplay.

With technology at our core, Flutter is uniquely positioned to bring innovations to market. Through our in-house capabilities and global resources, we can quickly respond to customers' needs and provide them with the most enjoyable experience with superior flexibility and choice.




## WE ARE COMMITTED TO RESPONSIBLE GAMEPLAY GLOBALLY

**We have a clear vision for sustainability and the four tenets of our Positive Impact Plan are:**

1. **Play Well,** representing responsible gaming initiatives.
2. **Work Better,** which is our commitment to improved diversity and inclusion  among our employee base.
3. **Do More,** which is the social impact work we do in the communities we serve.
4. **Go Zero,** which is our environmental plan to help mitigate the impacts of climate change.

In H1 '23, Flutter invested

# $55M

**in responsible gaming initiatives**

## UNDERPINNED BY PROGRESS ON SUSTAINABILITY THROUGH OUR POSITIVE IMPACT PLAN





**Customers**
Helping customers to
**play well**



**Colleagues**
Empowering colleagues to
**work better**



**Communities**
Working with communities
to **do more**



**Environment**
**Reducing our impact**
through Go Zero strategy

## Targets



>75% of customers using a Play Well tool by 2030



Our teams will be representative of where we live and work by 2030

Improve the lives of 10m people by 2030

Comprehensive strategy to reduce impact and 2035 NetZero transition plan

## Progress in 2023

# 42.1%
% of customers using a Play Well tool (+7ppts vs H1 2022)

# 34%
Female representation in leadership (+3ppts vs H1 2022)

# 458k
Lives improved since launch of program

# NetZero
Target and roadmap to 2035 in place

\* US total addressable market based on internal estimates and excluding Canada (estimated mature total addressable market of $3bn). Total addressable market outside US based on H2GC data and internal estimates. Total addressable regulated market of £147bn based on total addressable market outside US above excluding the UK, Ireland, Australia and various markets that are unregulated or operating under monopoly conditions.

# FLUTTER IS CHANGING THE GAME.

Flutter

Exhibit 62



# Flutter™

# INVESTOR DAY

## Management presentation and Q&A

New York, September 25, 2024

**Wi-Fi:** Flutter Investor Day
**Password:** FLUTTER2024



# Disclaimers

**Forward-Looking Statements**

This presentation contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These statements reflect our current expectations as to future events based on certain assumptions and include any statement that does not directly relate to any historical or current fact. In some cases, you can identify these forward-looking statements by the use of words such as "outlook," "believe(s)," "expect(s)," "potential," "continue(s)," "may," "will," "should," "could," "would," "seek(s)," "predict(s)," "intend(s)," "trends," "plan(s)," "estimate(s)," "anticipates," "projection," "goal," "target," "aspire," "will likely result," and or the negative version of these words or other comparable words of a future or forward-looking nature. Such forward-looking statements are subject to various risks and uncertainties. Accordingly, there are or will be important factors that could cause actual outcomes or results to differ materially from those indicated in these statements. Such factors include, among others: Flutter's ability to effectively compete in the global entertainment and gaming industries; Flutter's ability to retain existing customers and to successfully acquire new customers; Flutter's ability to develop new product offerings; Flutter's ability to successfully acquire and integrate new businesses; Flutter's ability to maintain relationships with third-parties; Flutter's ability to maintain its reputation; public sentiment towards online betting and iGaming generally; the potential impact of general economic conditions, including inflation, rising interest rates and instability in the banking system, on Flutter's liquidity, operations and personnel; Flutter's ability to obtain and maintain licenses with gaming authorities; adverse changes to the regulation of online betting and iGaming; the failure of additional jurisdictions to legalize and regulate online betting and iGaming; Flutter's ability to comply with complex, varied and evolving U.S. and international laws and regulations relating to its business; Flutter's ability to raise financing in the future; Flutter's success in retaining or recruiting officers, key employees or directors; litigation and the ability to adequately protect Flutter's intellectual property rights; the impact of data security breaches or cyber-attacks on Flutter's systems; and Flutter's ability to remediate material weaknesses in its internal control over financial reporting. In addition, the ability to achieve estimated cost synergies in the timeframe described in this press release, or at all, is subject to various assumptions, which involve risks and uncertainties. In addition, we may incur additional or unexpected costs to realize these cost synergies. The ability to predict results or actual effects of our plans and strategies is inherently uncertain. Accordingly, actual results may differ materially from those expressed in, or implied by, the forward-looking statements.

Additional factors that could cause the Company's results to differ materially from those described in the forward-looking statements can be found in Part I, "Item 1A. Risk Factors" of the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2023 as filed with the Securities and Exchange Commission ("SEC") and other periodic filings with the SEC, which are accessible on the SEC's website at www.sec.gov. Accordingly, there are or will be important factors that could cause actual outcomes or results to differ materially from those indicated in these statements. These factors should not be construed as exhaustive and should be read in conjunction with the other cautionary statements that are included in the Company's filings with the SEC. The Company undertakes no obligation to publicly update or review any forward-looking statement, whether as a result of new information, future developments or otherwise, except as required by law.

**Non-GAAP Financial Measures**

This presentation contains the financial measures of Adjusted EBITDA, Adjusted EBITDA Margin, Group Ex-US Adjusted EBITDA, Free Cash Flow, Net Debt, Leverage ratio and Adjusted Earnings Per Share and  which are not prepared under U.S. GAAP. The Company believes that these non-GAAP financial measures provide users of its financial information with useful information to supplement its financial operating performance in accordance with U.S. GAAP. These measures may not be comparable to similarly titled measures used by other companies, have limitations as analytical tools and should not be considered in isolation, or as a substitute for analysis of the Company's operating results as reported under U.S. GAAP. Additionally, the Company does not consider its non-GAAP financial measures as superior to, or a substitute for, the equivalent measures calculated and presented in accordance with U.S. GAAP. A reconciliation of Adjusted EBITDA, Ex-US Adjusted EBITDA, Free Cash Flow, Net Debt, Leverage ratio and Adjusted Earnings Per Share to the most directly comparable U.S. GAAP financial measures can be found at the end of this presentation.

**Guidance**

This is provided (i) on the basis that sports results are in line with our expected margin for the remainder of the year, (ii) at current foreign exchange rates, (iii) on an existing state and province basis in the US and Canada (iii) on the basis of a consistent regulatory and tax framework except where otherwise stated. A reconciliation of our forward-looking non-GAAP financial measures to the most directly comparable GAAP financial measure cannot be provided without unreasonable effort. This is due to the inherent difficulty of accurately forecasting the occurrence and financial impact of the adjusting items necessary for such a reconciliation to be prepared of items that have not yet occurred, are out of our control, or cannot be reasonably predicted.

**Market and Industry Data**

This presentation includes market and industry data and forecasts that the Company has derived from independent consultant reports, publicly available information, various industry publications, other published industry sources, and its internal data and estimates. Independent consultant reports, industry publications and other published industry sources generally indicate that the information contained therein was obtained from sources believed to be reliable. Although the Company believes that these third-party sources are reliable, it does not guarantee the accuracy or completeness of this information, and the Company has not independently verified this information. The Company's internal data and estimates are based upon information obtained from trade and business organizations and other contacts in the markets in which the Company operates and management's understanding of industry conditions. Although the Company believes that such information is reliable, it has not had this information verified by any independent sources.

**Trademarks**

This presentation may contain trademarks, service marks, trade names and copyrights of other companies, which are the property of their respective owners. Solely for convenience, some of the trademarks, service marks, trade names and copyrights referred to in this presentation may be listed without the TM, SM © or ® symbols, but the Company will assert, to the fullest extent under applicable law, the rights of the applicable owners, if any, to these trademarks, service marks, trade names and copyrights.



# PETER JACKSON

## GROUP CEO



# Agenda

 **Introduction**          Global leader in sports betting and iGaming

 **Flutter EDGE**          Our unique competitive advantage

 **U.S.**          Continuing to win

*Break*

 **Rest of World**          Leveraging a local hero strategy

 **Financial Model**          Our compelling financial story

*Break and Q&A*



# Introduction

## PETER JACKSON, FLUTTER CEO

# Flutter is the #1 online sports betting and gaming operator





1. Number one position based on estimated revenue for the twelve-month period ended 30 June 2024, internal estimates based on competitor filings. See slide 148 for details on calculation of market positions throughout this presentation

6

# A global leader with unmatched scale

FLUT
LISTED
NYSE

$41bn
**Market Capitalization[1]**

32m
**Active customers[2]**

~$14bn
**FY24E revenue[3]**

~$2.5bn
**FY24E Adjusted EBITDA[3]**

Revenue, LTM June 30 2024[4]



3x

2x

**Flutter Group**   **#2 UK listed peer**   **#2 US listed peer**

1. As of September 17, 2024 2. See slide 148 for a definition of active customers; refers to 2023 actives 3. Represents midpoint of Flutter guidance issued 13 August 2024. See slide 2 for further details on Non-GAAP measures and forward-looking statements. 4. Estimated revenue for the twelve-month period ended 30 June 2024, internal estimates based on competitor filings



INVESTOR DAY

7

# Strategic positioning is compelling investment opportunity

 **Significant market opportunity**

*Rapidly expanding newly-regulated US market and huge rest of world market*

 **Diversified portfolio of local hero brands with local scale**

*Winning in key markets, #1 position in US, Italy, UK & Ireland and Australia*

 **Unique differentiator: Flutter EDGE**

*Competitive advantages empowering brands with global scale*

Harnessed by  **Clear and well executed strategy for sustainable growth**

Will deliver  **Flutter value-creation model**

| Sustainable revenue growth | Margin benefits | Cashflow generation | Capital allocation |



# **Introduction**



# **Significant market opportunity**

**Regulated sports betting and gaming market[1]**



## ~$368bn

## **Strong 8% CAGR to 2030**

Further opportunity beyond 2030:

▸ Just ~43% online in ROW

▸ Unregulated ROW market still remaining of c.$210bn

# **Compelling opportunity for future growth**

1. Market opportunity and associated growth rates includes (i) $70bn GGR US and Canada online sports betting and iGaming total addressable market (TAM) at maturity for states regulated by 2030, based on internal estimates (additional detail from slide 57), and (ii) $298m Rest of World (ROW) GGR market size estimate in 2030 for online and retail sports betting, gaming and lottery in regulated and regulating markets. Underlying market size estimates and online penetration based on figures from H2 Gambling Capital. The addressable ROW TAM excludes countries which, based on Flutter's judgement, are not addressable by Flutter due to the regulatory regime and/or licensing structure in place.



## 2 Diversified local hero brands



### 2023 revenue by region[1]



Legend:
- US
- UK
- Australia
- Italy
- Ireland
- Turkey
- Georgia
- India
- Spain
- Armenia
- Brazil
- Other

### Gold medals in key markets[2]



US 38%

UK & Ireland 30%

Italy 30%

Australia 45%

1. Revenue is attributed based on the countries where we derive revenue and may be different to our revenue per reported segments. 2. Gold medal is defined as a number one position in the market.



**Introduction**

# 3 Local hero brands with local scale



INCREASED **SCALE AND FLEXIBILITY**

BEST **CUSTOMER PROPOSITION**

GREATER **OPERATING LEVERAGE**

HIGHER **REVENUE GROWTH**

▸ Leading product grows customers and revenue

▸ Enables higher returns and investment capacity

▸ Creates significant barrier to entry

▸ Drives superior economics

## Market leaders enjoy greater proportion of local profit pool



# ③ Unique advantages of the Flutter™ EDGE



**Product**

**Technology**

**Expertise**

**Scale**

**Empowering local hero brands with the benefits of a global leader**

**Introduction**



# 4 Optimal strategy to deliver success



## Harnessing the Flutter™ EDGE to

### Win in the US

- ‣ Sustain FanDuel as the primary sportsbook in North America
- ‣ Solidify position as #1 iGaming brand
- ‣ Transform earnings profile through operating leverage







Flutter EDGE

### Win in the ROW

- ‣ Consolidate gold medal positions
- ‣ Grow local hero brands through organic investment and M&A
- ‣ Enhance earnings through diversification and efficiencies

**Underpinned by sustainability through our Positive Impact Plan**





# 4 Sustainability underpins our strategy



## Play Well

Goal to reach **75%** of customers using a Play Well tool[1] by 2030 (50% by 2026)

## Work Better

Goal to reach **40%** leadership roles held by women by 2026[2]

### Our Positive Impact Plan

## Do More

Goal to improve the lives of **10m** people by 2030

## Go Zero

Goal to reach **NET ZERO** by 2035

1. A Play Well tool is any tool that a customer has used (or Flutter has applied to a customer) to promote responsible gambling practices, including but not limited to deposit limits, staking limits, reality checks and time outs. 2. Based on a hierarchy definition of women in leadership (N to N-4)



# 4 Responsible gambling is at the heart of our business

**Play Well underpins Flutter's Business Model**

Check out our RG video online



SUSTAINABLE PLAY

SUSTAINABLE CUSTOMERS

SUSTAINABLE REVENUE

SUSTAINABLE BUSINESS

## Bespoke local approach underpinned by four consistent principles

 **Lead progress**

 **Promote Positive Play**

 **Effective interaction**

 **Support and protect**

## With significant progress made to date

**47.5%**
Q2 2024 tool usage globally

**75%**
2030 goal

**550**
Dedicated staff June 2024

**2X**
FY 2022

# Strategic positioning is compelling investment opportunity

**Significant market opportunity**

**Diversified portfolio of local hero brands with local scale**

**Unique differentiator:** Flutter EDGE

Harnessed by

**Clear and well executed strategy for sustainable growth**

Will deliver

**Flutter value-creation model**

| **Sustainable revenue growth** | **Margin benefits** | **Cashflow generation** | **Capital allocation** |

FLUTTER
LISTED
NYSE

# Creating significant medium-term value-creation

c.**$21bn**
2027E Group revenue[1]

c.**25%**
2027E Group Adjusted EBITDA margin[1]

c.**$2.5bn**
2027E Free Cash Flow[1]

Up to **$5bn**
in capital returns

**Approximately**
**14%**
compound growth

**Approximately**
**700**
basis points of margin expansion

**Approximately**
**36%**
compound FCF growth

**Shareholder returns over 3-4 years**

1. See slide 2 for further information on forward looking statements and non-GAAP measures. Numbers include contributions from Snai and NSX from 2025 onwards when transactions are expected to complete. See Financial section from slide 129 for additional detail on financial guidance and related assumptions.



# *Flutter*™ EDGE

## PETER JACKSON, GROUP CEO

Featuring case studies on:

Pricing and Risk Management

Generosity

 Extra videos on:

Technology, iGaming, Flutter Edge around the world

# Federated operating model



**Decentralized decision making**

**Challenger mindset in local markets**

**Decisions at pace close to customer**

# Right management team to drive future success
## Delivering the wealth of expertise to power our strategic priorities



**PETER JACKSON**
Chief Executive Officer, Flutter

Joined 2018



**ROB COLDRAKE**
Chief Financial Officer, Flutter

Joined 2020



**PHIL BISHOP**
Chief Operating Officer, Flutter

Joined 2022



**AMY HOWE**
Chief Executive Officer, FanDuel

Joined 2021



**BARNI EVANS**
Chief Executive Officer, Sportsbet

Joined 2001



**IAN BROWN**
Chief Executive Officer, Flutter UK & Ireland

Joined 2022



**DAN TAYLOR**
Chief Executive Officer, Flutter International

Joined 2015



**LISA SEWELL**
Chief People Officer, Flutter

Joined 2022



**PÁDRAIG Ó RÍORDÁIN**
Chief Legal Officer, Flutter

Joined 2020



**CONOR LYNCH**
Chief Information Officer, Flutter

Joined 2009

FLUT
LISTED
NYSE

# Flutter EDGE - A global differentiator



## Product

Extensive portfolio of leading products driven by a culture of innovation



## Technology

Unparalleled, agile, scalable, proprietary technology platforms and capabilities



## Expertise

Natural home for world-leading industry experts, connecting and collaborating globally



## Scale

Powering local brands through the effectiveness and efficiency of global leadership

## Empowering local hero brands with the benefits of a global leader

# Market leading products



## Product

| Sportsbook | iGaming |
|---|---|
| **Superior pricing and risk management** | **Unparalleled global breadth** |
| Global capabilities delivering best sportsbook product across the Group | High quality content with intuitive and personalized delivery through market-leading brands |
| Details from slide 27 | |

## Market-leading generosity

Customer-led and diverse promotional mechanics delivered efficiently

Details from slide 37

# Unparalleled iGaming global breadth

## Product: iGaming

Check out our iGaming video online 

### Leading local and global brands

# #1 US, UKI and Italy

## 6.5m global iGaming AMPs



### Best-in-class offering

**Highly effective customer acquisition**

**Market-leading promotions and generosity**

**Superior product**

▸ High quality content

▸ Seamless cross-sell

▸ Intuitive, personalized experience

**Delivered through agile and scalable platforms**

1. Average monthly players for the six-month period ending June 30, 2024. See page 148 for further details on how we calculate AMPs as used throughout this presentation.

# Scaled and agile technology strategy



## Technology

Check out our
Technology video online



| Unparalleled proprietary platforms | Unmatched scale and pace | Culture of innovation |
|---|---|---|
| ▸ Agile technology handling huge volumes at low latency<br>▸ Multiple platform types to fit market opportunity | ▸ Decentralized hubs with centers of expertise<br>▸ Shared codebase across brand maximizes speed and scale | ▸ Track record of sector-leading innovations<br>▸ Leveraging AI and automation to enhance player experience |

**4bn**
Sports wagers[1]

**61k**
Peak wagers/min NFL playoffs

**~13m**
Average daily pricing updates[2]

**>100bn**
iGaming wagers in 2023[3]

1. Number of bets processed in the Group during 2023. 2. Average number of daily pricing changes YTD as of September 8, 2024 on Betfair, used as a proxy for the Group. 3. Number of individual bets placed across FanDuel, Sky Betting & Gaming, Paddy Power, Betfair, PokerStars, Sisal and Adjarabet online, excluding lottery. A bet is counted as each spin in a slots or roulette game, or an amount staked on each hand in card games.

# World-leading industry experts, connecting and collaborating

## Expertise

▸ 20+ years of online experience

▸ Deep bench strength

▸ Subject matter experts

▸ Shared knowledge and learning

▸ 250 global talent moves since 2022



# Powering local brands through the benefits of global leadership



## Scale

▸ Driving operating leverage

▸ Addressing a broad opportunity set

▸ Prioritizing longer term opportunities

▸ Purchasing power

▸ Geographic footprint unlocks efficiencies

Revenue, LTM June 30 2024[1]



**2x**

**3x**

**Flutter Group**     **#2 UK listed peer**     **#2 US listed peer**

1. Estimated revenue for the twelve-month period ended 30 June 2024, internal estimates based on competitor filings.



# Flutter™ EDGE
# Pricing case study

## DOMINIC CROSTHWAITE
### FLUTTER CHIEF TRADING OFFICER

**Pricing and Risk** | **Introduction** | Op Model | Price Accuracy | Net Effect

# Pricing underpins global sports betting leadership

We **set accurate odds**, using multiple core inputs to get the right price quickly

We maximize the benefits of the largest dataset in the market to **manage risk**

We are **continually innovating** to develop the products our customers want

 Check out our "Pricing 101" video online



Pricing process

FLUT
LISTED
NYSE

Pricing and Risk | Introduction | **Op Model** | Price Accuracy | Net Effect

# Operating model amplifies benefits of our scale and expertise



20+ years of experience and 1,500 specialists

Local sports managed by local expert teams, supported by our global capabilities

Delivering the right price, at low latency, to all our brands

Harnessing the unique insights unlocked by our unmatched global scale and liquidity

In-house expertise

Global teams

Seamless distribution

Value of **~4bn** bets[1]

1. Number of bets processed during 2023

# Price accuracy enables sustainable competitive advantage

 **Offer more innovative and complex markets, shaping customer demand**

 **Flex pricing relative to market and competitive context**

 **Allows us to manage short-term results variability**



# More innovative and complex markets, shaping demand

## Material expansion in markets offered…

**36% CAGR in player markets per game[1]**

| 2021 | 2022 | 2023 |
|------|------|------|

## …unlocking the benefits of market leading products










FLUT LISTED NYSE

# Drives mix shift to higher revenue margin parlay products

**More choice** = **More parlays** + **With more legs** = **Bet at higher odds**

% of bets on player markets[1] | % of bets that are a parlay[2] | Average legs in a parlay[3] | Average odds of bets[4]

1. Based on FanDuel online data across NFL, NBA, MLB. 2. Based on FanDuel online data across all sports and forms of parlay bets. 3. Refers to the average number of outcomes included in a parlay bet by customers. 4. Based on stake weighted average price.



# Flex pricing relative to market and competitive context

**Best price as a competitive advantage**
FanDuel has lowest prices but generates highest gross revenue margin[1], e.g. Average parlay payout premium of 31% vs. other operators[2]

**Higher revenue margin to unlock generosity spend**
Higher gross revenue margin enabled ~35% increase in Australian generosity spend[3]

**Leverage price elasticities to improve structural win margin**
UKI price elasticity analysis informs pricing by sport, product and promotions

**Align to local regulatory and tax environments**
Operate higher revenue margin in France due to regulatory requirement to deliver minimum 15% revenue margin

**Different pricing strategies in individual local markets**

1. See page 148 for a definition of gross revenue margin. 2. Barclays Research: September 12, 2024, based on 2023–24 NBA season. 3. Generosity cost 2022 versus 2019

# Allows us to manage short-term results variability



**Group actual vs expected gross revenue margin[1]**

**30bps**
Cumulative sports results impact since January 2021

Jan 21

Jun 24

▭ Actual versus expected gross revenue margin     ── Cumulative

1. See slide 148 for definition of gross revenue margin and expected (or structural) gross revenue margin throughout this presentation

# Global structural gross revenue margin advantage



**US[1]**

9.2% → 12.0%

6.8% → 8.1%

2021 · 2022 · 2023 · H1 2024



**UKI[2]**

8.3% → 13.3%

7.4% → 7.2%

2021 · 2022 · 2023 · 2024 (Jan - July)

Flutter · Rest of market



**Australia[3]**

15.4% → 17.5%

11.8% → 12.2%

2020 · 2021 · 2022 · 2023

**Consistently delivering superior revenue margins across multiple markets**

1. Total sportsbook gross revenue margin. Source: US state regulator filings in states where FanDuel is live and data is published. 2. British horse racing gross revenue margin. Source: Betting Liaison Group, comprising Flutter brands, Bet365, Evoke, Betfred & Entain.  3. Total sportsbook gross revenue margin. Source: estimate based on competitor filings.

**Pricing and Risk**  Introduction  Op Model  Price Accuracy  **Net Effect**

# Investing margin advantage to sustain benefits

**Structural gross revenue margin advantage**

**Partially re-invested in**

Improving pricing capabilities to extend our advantage

Unlocking new product innovations

Better player value proposition through **market-leading generosity**



# Flutter™ EDGE
## Generosity case study

**BARNI EVANS**
**SPORTSBET CEO**

FLUT
LISTED
NYSE

# We have a worldclass sportsbook experience

**Market-leading pricing and risk**

**Market-leading generosity**



**Flutter Edge driving superior sportsbook outcomes**

**Handle volume**

**Higher gross revenue margin**

**Sustainable revenue growth**

FLUT
LISTED
NYSE

# We know how to deliver market-leading generosity

## Flutter EDGE uniquely enables key drivers:

| Customer-led | Diverse range | Efficient delivery |
|---|---|---|

## Enhanced customer experiences that are:

| Exciting | Intuitive | Personalized | Fair |
|---|---|---|---|

# Unparalleled scale enables deeper customer understanding



## Annual active customers[1]

### Australia 2023

~3x

2.3m

0.8m

Comp. 1

## Flutter spends >$3bn annually in customer-led spend[2]

>100 countries | >10 brands | Sportsbook and iGaming

### Customer Insights
Diverse customer data to analyse

### Test & Learn
Scaled A/B experiments live in-market

1. See slide 148 for a definition of active customers throughout this presentation. Competitor data is based on internal estimates and competitor filings. 2. 2023 Flutter Group sportsbook generosity, does not include generosity recorded as an offset to revenue, such as profit boost tokens for ROW.

Case 3:25-cv-01146-GC-JTQ     Document 1-8     Filed 02/10/25     Page 111 of 226 PageID: 1649

FLUT
LISTED
NYSE

# Elevating the sportsbook product experience



### WIN MORE
e.g. odds boost



### INSURANCE
e.g. 'money-back' if 2nd



### INTO THE ACTION
e.g. inclusive free bet campaigns



### SURPRISE & DELIGHT
e.g. discretionary refund

**Pricing and risk management + generosity**

Case 3:25-cv-01146-GC-JTQ    Document 1-8    Filed 02/10/25    Page 112 of 226 PageID: 1650

# Expansion enabled by constant group innovation













**SEP 2022**

**MAR 2024**

**JUN 2024**

FLUT
LISTED
NYSE

# Efficiency delivered through proprietary capabilities



**Machine learning models**
leveraging customer insight

Integrated with scalable **Tech platforms**

Distributed thoughtfully through **Comms channels**

**Customer gets the value experience they want most**

➕

**Revenue maximized driving greater ROI**

# Superior customer experience <u>and</u> returns

Case 3:25-cv-01146-GC-JTQ    Document 1-8    Filed 02/10/25    Page 114 of 226 PageID: 1652

# Enhanced customer experiences

## Exciting



Bringing excitement from the jump to the final whistle





## Intuitive



Giving our customers what they want when they want it

# Enhanced customer experiences

## Personalized



Creating an experience that feels unique to each customer





## Fair



Not just delivering what customer expect but what they deserve

Generosity    Introduction    Customer-led    Diverse range    Efficiency    Outcomes

# Customer experience makes Sportsbet a clear player favorite



## Advocacy

Online Wagering NPS[1] (%)

- 2019: 28%
- 2023: 34%
- Comp 1: 22%
- Comp 2: 19%

## Growth

Sportsbet AMPs[2] (m)

- 2019[2]: 0.6 (0.1)
- 2021: 1.0
- 2023: 1.1

1. Net promoter score based on internal research July 2024, representing those customers likely to recommend the brand, less those with a negative opinion. 2019 figure excludes BetEasy. Competitor information presented for 2023 only. 2. 2019 0.6m AMPs includes 0.1m BetEasy AMPs, integrated in 2020 as part of The Stars Group.

Flutter | INVESTOR DAY

46

# Extending our structural revenue advantage

Sportsbet GGR & NGR (%)



Structural hold

18%

16%

13%

10%

11%

12%
Net revenue margin

2019    2021    2023

Increasing gross revenue margins from improved pricing and structural shifts in customer and product mix…

…have supported increasing investments in generosity for our customers…

…and efficient allocation has led to gradual and sustainable expansion of our net revenue margin

FLUT
LISTED
NYSE

# With more market-leading innovation to come



## 1-to-1 geno personalisation

### Model Driven Generosity

Machine learning capability that will create dynamic targeted offering unique at the individual customer-level



## New range of generosity mechanics



### Coming soon

Giving customers greater autonomy and choice to deploy their generosity wallet







# US overview
## AMY HOWE, FANDUEL CEO

Market opportunity
Sustainable sportsbook advantages
iGaming
Customer cohorts



# Strategic positioning is compelling investment opportunity

Significant **US** market opportunity

Local hero **FanDuel** brand with unmatched scale

Unique differentiator: Flutter **EDGE**

Harnessed by

**Clear and well executed strategy for sustainable growth**

Will deliver

**Flutter value-creation model**

| Sustainable revenue growth | Margin benefits | Cashflow generation | Capital allocation |

FLUT
LISTED
NYSE

# FanDuel Advantages delivered us to #1 position today



**ACQUIRE**
CUSTOMERS MORE EFFICIENTLY

**+**

**RETAIN**
CUSTOMERS FOR LONGER

**+**

**GROW**
CUSTOMER VALUE

## Benefiting from the Flutter™ EDGE

# Progress clearly surpassed plans laid out in 2022

| Grow our customer base | Grow structural GGR margin to 12% by 2025 | Accelerate our iGaming position | Deliver positive Adjusted EBITDA |
|---|---|---|---|
| **3m** | c.**10%** | **#3** | **Negative** |
| Q4 2022 AMPs | FY 2022[1] | 2022 brand by GGR | 2022 Adjusted EBITDA margin |
|  |  | |  |
| **4m** | **13%** | **#1** | **Positive** |
| Q4 2023 AMPs | H1 2024 | Q2 24 brand by GGR | 2023 Adjusted EBITDA margin |

1. 2022 gross revenue margin as shared in FanDuel Investor Day presentation Nov 2022.

# FanDuel has strengthened its position



1. Midpoint of guidance for year ended 31 December 2024 Revenue and Adjusted EBITDA, as per Q2 earnings dated August 13, 2024. See slide 2 for further information on forward looking statements. 2021 figures exclude the PokerStars US business, in line with reporting segments from January 1, 2024.

# Consumer trends driving US industry growth



**Customers want…**

| | | |
|---|---|---|
| Parlays | › | ›70% |
| Live action | › | ›25% |
| Player narratives | › | ›50% |
| Land-based content | › | ›50% |
| Jackpot games | › | ›35% |

**Sportsbook NFL + NBA bets[1]**

**iGaming customers play[2]**

## 88% of bettors believe that sports betting makes games more fun to watch[3]

1. Parlays and player narrative datapoints refer to percentage of bets that are parlays or player related markets based on internal 2023 NFL and NBA data. Live action datapoint based on data for 2023/24 NFL and NBA seasons. 2. Refers to the proportion of iGaming actives playing retail based or jackpot games during the twelve-month period ended July 31,2024. 3. January to August 2024 per Hall & Partners Brand Performance Tracker.

# A sustainable winning strategy









**Highly effective acquisition**

**Superior Product**

**World class promos and generosity**

**Best Pricing**

  



## Underpinned by our competitive moat:
### Unparalleled local scale and The Flutter EDGE

# Commercial delivery underpins compelling financial outlook

**Our players are growing in value**

**Long runway for continued customer acquisition**

**Scale advantage is widening moat around our business**

**c.$9.7bn**
2027E US revenue[1]

**c.25%**
2027E US Adjusted EBITDA[1] margin

**c.$2.4bn**
2027E US Adjusted EBITDA

1. US existing state 3-year revenue CAGR from 2024 to 2027 of 16% ($9.7bn), and US existing state 2027 projected Adjusted EBITDA margin of ~25% ($2.4bn), are based on an expected revenue CAGR range of 15-17% ($9.4bn - $10bn) for states in which we are currently live for online sports betting, and excludes the impact of any new states we expect to launch within that period.





# Market opportunity
## AMY HOWE, FANDUEL CEO

# FanDuel market opportunity now expected to be $70bn



**US market growth to 4x where we are today[3]**

1. Based on internal estimates, representing live and future states at market maturity. Assumes addressable population of 80% for sportsbook and 25% for Casino by 2030. Excludes Canada; 2. Canada TAM inclusive of sports betting and casino; internal estimate based on relevant information from iGaming Ontario and Ontario Lottery and Gaming Corporation. 3. FanDuel addressable market benchmarked against 2023 US combined sportsbook and casino market of c$16bn for states in which FanDuel was active

# Pre-2022 states on-track to surpass original expectations



- 🟦 Sportsbook
- 🟪 iGaming
- ⬜ Previous mature market TAM estimate

$7.7bn — 2023 TAM[1]
$10.0bn — Nov 22 estimate for mature market[2]
77%

$6.5bn — 2023 TAM[1]
$7.9bn — Nov 22 estimate for mature market[2]
82%

## Driven by improved player values and higher casino penetration

1. Gross gaming revenue market size data per state regulator filings and Eilers & Krejcik for states in which FanDuel had launched before June 2022, as presented at the November 2022 Investor Day. 2. GGR market size at maturity for state launches pre-June 2022, calculated by applying value multipliers as presented at the November 2022 Investor Day.

FLUT
LISTED
NYSE

# Factors combine to deliver US TAM 1.5x previous expectations

## Market population penetration

Confident in reaching long-term population penetration estimates

⌄

### 10.5%

FanDuel long-term rate (used to estimate market growth factor)

## Market population coverage

Confident in regulatory expansion by 2030

⌄

### 80% Sportsbook
### 25% iGaming

← As expected[1] →

## Drivers of increase

Higher parlay penetration, structural hold and overall player value

⌄

Player values[2] **+45%**

Casino penetration[3] **+10%**

1. In line with TAM presented at November 2022 Investor Day. 2. Combination of i) higher player values than forecasted at November 2022 Investor Day (date of our prior TAM estimate), and ii) an expectation that these higher player values carry forward into the future. 3. Observed more actives engaging with casino product in live iGaming states than forecasted in 2022.

Flutter | I N V E S T O R   D A Y

60

FLUT
LISTED
NYSE

# Clear advocacy strategy



## GROWTH
**Continue to expand the map, with focus on "the big 3"**



## SUSTAINABILITY
**Proactively drive favorable tax and policy outcomes**



California          Texas          Florida

- Creating compelling messaging around the **industry's economic impact** (e.g. programs supported by our taxes)

- Driving **community impact** (e.g. Operation HOPE[1])

- **Demythologizing the industry** (e.g. avg bet size)

- Amplifying **breadth & depth of commitment to RG**

### Investing to broaden our champions:


**1** Lobbying and engagement


**2** Proactive Public Affairs


**3** Coalition building, sponsorships, and industry memberships


**4** Dedicated resources within FanDuel

1. Operation HOPE is a non-profit organization providing financial literacy empowerment and education.

# Sustainability built into the core of our business

| Understand Our Customers | Support Our Customers | Further a Culture of RG | Unite the Industry |
|---|---|---|---|
| Take data-led approach to RG, understanding customer base | Develop tools and capabilities to identify & service RG concerns | Increase awareness and education while reducing stigma associated with RG | Unify & advance RG agenda with industry stakeholders |
| 💬 **EFFECTIVE INTERACTION** | 🧑 **SUPPORT AND PROTECT** | 👍 **PROMOTE POSITIVE PLAY** |  **LEAD PROGRESS** |

## Clear alignment with Flutter Play Well strategy



# Sustainable sportsbook advantages

## MIKE RAFFENSPERGER

### FANDUEL PRESIDENT OF SPORTS

FLUT
LISTED
NYSE



Case 9:25-cv-02146-GC-JTQ    Document 1-8    Filed 02/10/25    Page 134 of 226 PageID: 1672

FLUT
LISTED
NYSE

# Maintaining #1 by delivering key sportsbook growth drivers









**Highly effective acquisition**

**Superior Product**

**World class promos and generosity**

**Best Pricing**

**Underpinned by our competitive moat:
Unparalleled local scale and The Flutter EDGE**

# #1 sports betting brand driving highly efficient referral engine

## Aided brand awareness[1]

80%

73%

61%

Competitor A    Competitor B

## 2023 active customers by source



26%
Referrals

74%
Other channels

**Referral CPA ~75% lower** than non-referral CPA[2]

1. Hall & Partners research commissioned by FanDuel, July 2024. 2. CPA refers to cost per customer acquired. Based on data for the six-month period ended June 30, 2024.



# National scale driving broadcast media spend efficiency

1. Estimated spend for advertising inventory purchases for male demographic aged 21-54 based on external data from Nielsen. 2. Cost per impression is the estimated cost incurred displaying FanDuel ad to potential customer.

FLUT
LISTED
NYSE

# Efficient investment in highly relevant streaming eco-system



**Exclusive** SBK category marketing partner of NFL Sunday Ticket



Partner for **Thursday Night Football** and **Monday Night Hockey**



Primary SBK partner for **NFL Christmas Day** on Netflix

## Streaming media ~20% more efficient than broadcast media[1]

1. NFL advertising inventory only; based on estimated rates for 2024 NFL season.

Flutter | INVESTOR DAY

67

# Results in industry's most efficient acquisition engine



**34% more app downloads[1]...**

1.2m    **+34%**    0.9m

Competitor A

**...while spending less[2]**

**+10%**

Competitor A

## Industry-leading payback periods: 18-month payback in H1 24[3]

1. Internal estimate based on Q2 2024 sportsbook app downloads (Sensor Tower via data.ai). 2. Cost per download for Q2 2024 calculated as total sales and marketing expenses included in deriving the US Adjusted EBITDA, divided by app downloads derived per footnote 1. This has been compared with Competitor A's adjusted sales and marketing expenses. 3. See slide 148 for payback definition.

# Integrated offering enables multi-product engagement

## Single account for all FanDuel products



## An engaged player base drives greater value

Active customers are

# 4x

more likely to x-sell on state launch[1]

---

Customers that are active on more than one product have up to

# 5x

greater player value[2]

1. Actives on non-sportsbook FanDuel products within 30 days of state launch compared to players in database not active within prior 30 days (based on March 2024 North Carolina launch only). 2. Based on 2023 average expected net revenue per user for multi product player compared to the value of sportsbook only customers.

Flutter | INVESTOR DAY

69

# FanDuel leads the way on parlay innovation



**2019**
**SAME GAME PARLAYS:**

**2022**
**REAL-TIME BET EXPERIENCE:**

**2024**
**BIG 7[1] PLAYER PROPS:**

**14pp**
higher parlay penetration vs. competitors[2]

**15pp**
higher retention among parlay customers[3]

**18pp**
higher expected gross revenue margin than straight bets[4]

1. First among US podium operators to in-house player props for Big 7 Sports (NFL, NBA, WNBA, NHL, MLB, NCAAB, NCAAF) 2. Based on filings with Illinois regulator; assumes IL penetration is representative of US market. 3. Based on average monthly retention rates during twelve-month period to June 30, 2024. 4. Includes Parlays, SGP and SGP+

# Further transformative innovation in the pipeline

## Trailblaze parlays with near limitless assortment



Expanding the **possible combinations** of a parlay bet

## Grow our distinction in live betting



Generating more **immersive experiences** for customers betting live

## Shape betting with player-driven narratives



Intuitively surfacing **narrative-driven** bets to the right fan at the right time

# Results in industry's #1 sportsbook product



## #1 rated sports betting app by customers



**RATING 4.9 / 5**
**1.5M** Reviews

**RATING 4.6 / 5**
**290K** Reviews



Preferred brand for placing a bet[1]

33%    27%    13%

FanDuel    **Competitor A**    **Competitor B**

## Average Player Days have increased by 17% since 2019[2]

1. Mature States (NJ, PA, WV, IN, IA, CO, IL, TN) among 21+ respondents: FanDuel Performance Tracker 2024 prepared by Hall & Partners. 2. H1 2024 compared to H1 2019

Case 3:25-cv-01146-GC-JTQ    Document 1-8    Filed 02/10/25    Page 143 of 226 PageID: 1681

FLUT
LISTED
NYSE

# Customer-led and diverse range of generosity options

## Expanded tokenization[1]



Flexible Rewards - **Profit Boost Tokens**

Distribution innovation - **Reward Stack**

**+8x** Rewards per customer

**+16%** Bets per customer

**+17%** Expected GGR per bet

## Seamless redemption

**From**



Limited visual cues for promotions

**To**



Signposting of available rewards

Intuitive redemption within betslip

1. All metrics reflect H1 2024 vs H1 2022. eGGR refers to expected Gross Gaming Revenue.

# Delivered efficiently through advanced segmentation

## Sophisticated generosity distribution enhancing revenue per player

 H1 2023     H1 2024



**−39%**    **+10%**

No value[1]    Top 20%[1]

## Marketing technology investment[2]

Increase in relevant promotions

**+69%** promos created

**+79%** auto-campaigns

Increase in customer engagement

**+98%** email engagement[3]

**+153%** promo opt-ins

**A critical step towards 1:1 personalization**

1. Generosity spend by customer value tier. 2. All metrics represent H1 2024 growth vs H1 2023. 3. Based on 'click to open rate' in communications with top 20% customer value tier in July 2024 versus July 2023.

FLUT
LISTED
NYSE

# A winning formula for retaining our highest value customers

## Top 20% customers returning at unprecedented rates...



**91%** customer retention[1]

## ...And are continuously increasing in value

Number of bets placed by top 20% customers



**+11%**

H1 2023          H1 2024

1. Retention calculated as the percentage of customers in 2023 who were active in H1 2024

# In-house pricing enables competitive outperformance





Increased pricing accuracy

Improved bet mix

Product innovation

GGR margin vs market[1]

**Local market knowledge drives mix and volume, contributing to** Flutter EDGE

1. This data is based on regulator filings and therefore will be GGR as reported by state regulators and inclusive of generosity recorded as an offset to revenue. This will not reconcile with Flutter gross gaming revenue margin quoted which is before generosity recorded as an offset to revenue

# With opportunity for further structural hold growth



## Parlay penetration increasing

% handle[1]    ■ Parlay    ■ SGP

2018    2019    2020    2021    2022    2023    H1 2024

21%
16%



## With runway for continued growth[2]

**Pre-game** handle on parlays still only:    **50%**

**Live** still skews heavily to straights, with live parlay handle:    **22%**

## Still below international markets which have not stopped growing

1. Proportion of total handle including live betting and pre-game betting 2. Proportion of H1 2024 handle

Flutter | INVESTOR DAY

# Already at 12% structural margin with runway for further upside



| | |
|---|---|
| **Structural gross revenue margin** | **16%** |
| **Market-leading** generosity | **4%** |
| **Net revenue margin** | **12%** |

**Long-term FanDuel expectations**

## Expect 15% gross revenue margin in 2027 in existing states

# Clear leadership position has sustained over time



**2018:** PASPA repeal

Sportsbook GGR share (%)

50%

43%

39%

39%

45%

44%

46%

30%

29%

33%

36%

31%

32%

32%    Competitor A

28%

28%

25%

24%

24%

22%    Rest of Market

20%

**2021:** Fanatics launch

**2022:** Caesars launch

**2023:** ESPN Bet launch, Penn sells Barstool

2018    2019    2020    2021    2022    2023    H1 2024

## Underpinned by unparalleled product and scale moat

# Competitive moat and scale advantage drive leadership

| Sportsbook product releases | Pricing updates | Marketing and generosity dollars |
| --- | --- | --- |

**~500**
Online sportsbook product releases since 2018[1]

**~10k**
Cumulative updates to pricing platform since 2018[2]

**$10bn+**
Total investment since 2018 with c.$2.6bn in 2023 alone[3]

## #1 brand with 51% share of net gaming revenue

1. Internal estimate based on typical release frequency and feature changes per release. 2. Estimated based on GitHub commits, or small groups of meaningful changes to the platform. 3. Sportsbook investment only in customer generosity and marketing, includes Canada.



# iGaming

## AMY HOWE, FANDUEL CEO

# We delivered on 2022 strategy to become #1 by 2025



iGaming GGR share[1] (%)

25 
23 Competitor A
20 Competitor B

US Casino Market Share[2]
**+3.5pp**

Direct Cohort % of GGR[3]
**+4pp**

Direct Casino Value-In[4]
**+75%**

**From #3 operator in November 2022 to #1 brand today**

1. Series in chart reflects individual brands only, rather than multiple brands rolled up under one operator 2. All growth rates Q2 2024 compared to Q2 2023. 3. Refers to the proportion of iGaming revenue generated by customers first acquired through the iGaming channel. 4. Value in is the number of new customers acquired, multiplied by the expected twelve-month GGR of those customers.

# Leadership position maintained through key growth drivers



**Highly effective acquisition**

\+



**Superior Product**

\+



**World class promos and generosity**

**Underpinned by our competitive moat:**
**Unparalleled local scale and The Flutter EDGE**

# FanDuel brand position supports further growth

## #1 preferred casino brand today[1]



20% — FanDuel
19% — Brand 1
17% — Brand 2
10% — Brand 3

## Continued through key partnerships



**Media spend scaling >50% YoY[2] while maintaining paybacks <20 months[3]**

1. Hall & Partners research commissioned by FanDuel, June 2024. 2. Q2 2024 compared to Q2 2023. 3. See slide 148 for definition of payback periods.

# Delivering the product that customers are looking for



**Customer preference on key features[1]**

- Games I Know — 62%
- Exclusive Games — 53%
- New Games — 36%
- Branded Games — 34%
- Sports-league games — 10%
- Sports-team games — 6%

FANDUEL CASINO

**Coverage of Top Game Suppliers[2]**

- <50% — Q2 2022
- 88% — Q2 2024
- 98% — 2025

5 Exclusive Wonka titles by EOY 2025

4 Exclusive Samauri titles by EOY 2025

## More to come including in-house content following migration to proprietary tech

1. Based on internal research survey where respondents ranked each feature as the #1 or #2 most important aspect for online casino games portfolio. 2. Coverage of total 3rd party supplier revenue by suppliers live on FanDuel Casino.

FLUT
LISTED
NYSE

# Market-leading generosity improving engagement

## Monthly Retention[1]

**+28%**

Q2 2022      Q2 2024

## Average Player Days[2]

**+66%**

Q2 2022      Q2 2024

## Further innovation on the way





1. Monthly retention is calculated as the proportion of customers in Q2 2022 returning in Q2 2024. 2. See slide 148 for definition of Average Player Days.

# Confident we will deliver drivers of long-term growth

| | |
|---|---|
| **Strong Momentum** | **Extensive Runway** |
| **Differentiated Proposition** | **Plan to Expand US Market** |

**Translating to rapidly scaling revenue cohorts and profitability**





# Customer cohorts

## DAVID JENNINGS

### FANDUEL CFO

FLUT
LISTED
NYSE

Flutter | INVESTOR DAY

Case 3:25-cv-01146-GC-JTQ    Document 1-8    Filed 02/10/25    Page 159 of 226 PageID: 1697

# Revenue growth from three customer cohorts



**Existing states**

**New states**

**1** Existing customers

**2** **3** New customers

**Combined represent a large, fast-growing and sustainable revenue base**

# Strong sportsbook customer acquisition volumes to date[1]



**New states % of total population[2]**

| 2019 | 2020 | 2021 | 2022 | 2023 |
|------|------|------|------|------|
| 0.3m | 0.7m | 1.6m | 2.9m | 3.4m |
| 9% | 9% | 9% | 10% | 7% |

## Driven by deeper penetration in existing states and new state launches

1. Customer acquisition volumes refer to customers acquired in the period for US sportsbook only. 2. Population added from date FanDuel was live.

Flutter | INVESTOR DAY

FLUT
LISTED
NYSE

# 2019 sportsbook cohort has grown GGR every year



**Outsized growth in Y2 driven by annualization[1]**

**+73%**

**19% CAGR**

2019    2020    2021    2022    2023    2024

## #1 product underpinning key drivers[2]



**Average Player Days[3]**
**2.5x**



**Gross revenue margin Expansion**
**1.6x**



**Strong retention after 4 years[3]**
**60%**

## 19% 4-year revenue CAGR from our oldest cohort

1. Sportsbook 2019 acquisition cohort GGR includes customers acquired in Q4 2018. GGR is before the impact of generosity recorded as an offset in revenue, and top 5 customers by handle per state, to give most representative view of underlying trends. Annualization refers to the impacts of twelve month's activity from players who joined in the middle of their activation year. 2. Reflects increases in customer metrics from 2019 to 2023. 3. Represents the percentage of customers from 2018/9 that were active during 2023.

Flutter | INVESTOR DAY

91

FLUT
LISTED
NYSE

# Double digit revenue growth replicated in all cohorts



- ■ 2019 cohort
- ■ 2020 cohort
- ■ 2021 cohort
- ■ 2022 cohort
- ■ 2023 cohort

**YoY: 35%**

**CAGR Post-Annualization[1]**

**1-YR: 20%**

**2-YR: 12%**

**3-YR: 12%**

**4-YR: 19%**

2019    2020    2021    2022    2023    2024E

## 85% of 2024 revenue projected to come from pre-2024 cohorts

1. Annualization refers to the impacts of twelve month's activity from players who joined in the middle of their activation year. Chart reflects US Sportsbook GGR by customer cohort. GGR is presented before the impact of generosity recorded as an offset in revenue and excludes customers acquired in 2024 and top 5 customers by handle per state, to give most representative view of underlying trends. CAGRs compare 2024E revenue against the later of 2020 or the cohort activation year.

# Transformed iGaming capabilities driving strong growth



- Pre-sportsbook cohort
- 2019 cohort
- 2020 cohort
- 2021 cohort
- 2022 cohort
- 2023 cohort

**YOY +56%**

**CAGR post annualization[1]**

1 YR: +9%

2 YR: 14%

3 YR: +6%
4 YR: +4%
4 YR: +3%

2022: −7% / −6% / −8%
2023: +49% / +10% / +12% / +22% / +10%

1. Annualization refers to the impacts of twelve month's activity from players who joined in the middle of their activation year. Chart reflects US iGaming GGR by customer cohort. GGR excludes revenue from customers acquired in 2024. CAGRs compare 2024E revenue against the later of 2020 or the cohort activation year

Flutter | INVESTOR DAY

93

# Headroom to double size of customer base in pre-2024 states



**FanDuel sportsbook population penetration[1]**

1.9x

10.5%

5.6%

2023 — Long-Term Target



**FanDuel casino population penetration[2]**

2.1x

9.5%

4.6%

2023 — Long-Term Target

## Expect future customers to follow similar growth trajectory to existing cohorts

1. Penetration rates are based on actives that reside in live OSB states and exclude customers that reside outside OSB states (c.430K customers in 2023). 2. Penetration rates are based on actives that reside in live Casino states, thus excludes customers that reside outside Casino states (c.220K customers in 2023).

FLUT
LISTED
NYSE

# Strong foundation for sustainable existing state growth

Efficient customer acquisition

New product innovation

Increased parlay penetration

Structural hold improvement

Generosity sophistication



**Existing customer**
Double digit Sportsbook CAGR

**New customer**
acquisition capitalizing on penetration headroom



c.**16%**
existing state revenue CAGR to 2027

## Further upside from new state launches

1. Existing customer refers to customers acquired pre-2024 and includes 10% sportsbook revenue CAGR, 5% iGaming CAGR.

# Confident in long-term addressable population targets



1. Population targets represent the % of the US population that we expect to have access to a regulated online sports betting product and/or a regulated iGaming product by 2030.

Flutter | INVESTOR DAY

# Significant operating leverage as business matures

Cost of sales %[1]
**53.5-55.5%**

Sales and marketing %
**10.5-12.5%**

Other operating costs %
**5-6%**

**Long-term Adj EBITDA margins[2]:**

# 25 -30%

Remain confident in previously guided long-term range

## Existing state Adjusted EBITDA margin already at 25% in 2027[3]

1. All cost lines are shown as a percentage of revenue. Other operating costs refers to G&A and R&D combined. 2. See slide 2 for further details on Non-GAAP measures. 3. Long-term Adjusted EBITDA margins assume 80% sportsbook population coverage and 25% iGaming population coverage.

# FanDuel winning formula will deliver long-term value creation

| Our players are growing in value | Long runway for continued customer acquisition | Scale advantage is widening moat around our business |
| --- | --- | --- |

**Sustainable revenue growth from new and existing states**

**Significant operating leverage**

**Rapidly scaling, profitable business**



# INVESTOR DAY

**Management presentation and Q&A**

New York, September 25, 2024





# ROW overview
## Dan Taylor, International CEO

Developed markets

UK case study

Developing markets



# Strategic positioning is compelling investment opportunity

Significant **ROW** market opportunity

Diversified portfolio of local hero brands with local scale

Unique differentiator: Flutter **EDGE**

**Harnessed by**

## Clear and well executed strategy for sustainable growth

**Will deliver**

### Flutter value-creation model

| Sustainable revenue growth | Margin benefits | Cashflow generation | Capital allocation |

# Huge global market with long runway of growth

ROW gaming TAM[1]



**Online penetration**

30%  >  39%

ROW  |  Introduction  |  Developed markets  |  UK case study  |  Developing markets

**Online market projected to grow at 10% annually**

1. ROW GGR market size estimate in 2030 for online and retail sports betting, gaming and lottery in regulated and regulating markets. Underlying market size estimates and online penetration based on figures from H2 Gambling Capital. Excludes US and Canada..

# Market is highly local, led by local leaders



**Local**

regulations

**Local**

customer needs reflected in product & marketing

**Local**

payments / retail channels as key enabler for online

**Flutter makes decisions at pace, close to the customers**

# Empowering local heroes with the Flutter™ EDGE

| | **Developed** | **Developing** |
|---|---|---|
| **Market type** | **Mature** | **Fast growth** |
| **Key attributes** | • Scale market with established regulation<br>• Stable revenue growth<br>• Highly profitable for market leaders | • Pre/early-stage regulation, higher levels of uncertainty and market share shift<br>• Higher revenue growth<br>• Lower Adjusted EBITDA/ occasionally loss making during investment phase |
| **Our focus** | **Strengthening gold medals** | **Investing for future** |
| **Key enabler** | **Underpinned by the Flutter™ EDGE** | |







sky betting & gaming    Sisal    tombola    betfair    adjarabet

sportsbet    PADDYPOWER.    POKERSTARS    JUNGLEE GAMES    MAXBET

# Highly diversified across geographies and products

**2023 ROW revenue by region[1]**



- Exposure highly cash generative mature markets and high growth investment markets

- Growth through material regulatory change

**Pro forma CAGR[2]**



AMPs    Revenue

## Scale and diversification critical to long-term sustained growth

1. As reported under US GAAP with PokerStars US reclassified from the US segment. Excludes Canada revenue generated by US segment. 2. As reported under IFRS. See reconciliation of 2019 revenue to then-relevant reporting segments on slide 150.



# ROW developed markets

## DAN TAYLOR, INTERNATIONAL CEO

# Strong growth through substantial change

| | UKI $9.0b | ITALY[2] $3.7b | AUSTRALIA $3.4b |
|---|---|---|---|
| **Online Market Size NGR (2023)[1]** | | | |
| **Flutter market share[1]** | 30% 🏆 | 21% 🏆 | 45% 🏆 |
| **Revenue[2] CAGR** | +7% | +11% | +14% |
| **Adj EBITDA[2] CAGR** | +9% | +11% | +15% |
| **Our brands** | sky betting & gaming, betfair, PADDYPOWER, tombola, POKERSTARS | Sisal, betfair, POKERSTARS, tombola | sportsbet |

1. See slide 148 for details of online market share calculation. 2. Growth rates represent compound annual growth over the period from 2019 to 2023 for online only based on IFRS figures, pro forma for the acquisitions of The Stars Group, Sisal and tombola. See reconciliation to historic reporting segments on slide 150. Italy revenue and Adjusted EBITDA growth is for the entire Sisal business. Group's latest accounting policy has been applied retrospectively to 2019 figures to ensure like for like comparison, including the recognition of some gaming taxes within cost of sales rather than an offset against revenue. See reconciliation on slide 150. Sisal figures have also been adjusted to remove the Payments & Services business unit disposed of in 2021. These figures should not be viewed in isolation, and users should refer to the relevant 10-K and 10-Q filings with the SEC on www.flutter.com, and relevant legal entity financial statements filed in local jurisdictions.

Case 3.25-cv-01146-GC-JTQ    Document 1-8    Filed 02/10/25    Page 178 of 226 PageID: 1716

# Sisal leveraging Flutter™ EDGE to take market share

**Flutter EDGE**

Pricing capabilities

Generosity capabilities

**Local capabilities**

Lottery

Retail network



Sisal Italian online market share growth by category

- Sports betting GGR
- iGaming GGR
- AMPs



Case 3:25-cv-01146-GC-JTQ   Document 1-8   Filed 02/10/25   Page 179 of 226 PageID: 1717

# Snai consolidates Italian leadership, unlocking value

## Enhances Flutter's #1 position in Italy



**Online Market Share – Q2 2024**

**21%**

**10%**

**~30%**
post completion

## Unlock significant synergies



**c.$80m Cost Synergies**
- Integrated technology
- Common teams
- Aligned supplier terms

**Material Revenue Synergies**
- Pricing and risk management
- In-house iGaming content
- Improved technology

# Further Italian share gain opportunity in fragmented market

## Omnichannel operators winning
## Regulation likely to squeeze sub-scale players[1]



Online only brands

Omni-channel brands

| | 2016 | H1 2024 |
|---|---|---|
| Online only | 49% | 33% |
| Omni-channel | 51% | 67% |

Operators with **<3% share**

⬇

Represent **16% of Italian market**

## ⊦lutter EDGE
## drives superior product

PokerStars Platform migration

Flutter Studios

Shared Tombola Bingo liquidity

Full SGP product suite available for Sisal







All current ⊦lutter EDGE projects to complete by end of 2025

1. Aggregate market share by operator classification estimated based on underlying regulator data.

FLUT
LISTED
NYSE

# Transforming PokerStars through integration with local leaders



India
*completed*

Italy
*Complete end H1 2025*

UK and .com

North America

Southern Europe

**Plan**

- PokerStars integration onto technology of local hero brands

**Key benefits**

- Strengthening competitive moat
- Greater cross-sell opportunity
- Opex and capex savings

## Unlocking $120m of cost savings by 2027[1]

1. Reflects annual run-rate operating cost saving achieved by 2027.



# ROW: UKI case study

## IAN BROWN
### UKI CEO

Case 3:25-cv-01146-GC-JTQ    Document 1-8    Filed 02/10/25    Page 183 of 226 PageID: 1721

# Taking share in resilient UKI market

## Market expanding through regulatory change

UKI online market NGR[1] ($bn)

**+4% CAGR**



| | iGaming | Sportsbook |

## Successful execution driving Flutter share gains



**+7%**
AMPs CAGR[2]

**+13%**
Revenue CAGR[2]

**+18%**
Adj EBITDA CAGR[2]

**+4ppt**
Market share gain[3]



**30%**
2023 market share[4]

**41%**
Sportsbook

**23%**
iGaming

**Opportunity for further gains:** 40% of fragmented iGaming market held by 45 smaller operators, more impacted by regulation[5]

1. Market size and growth forecasts based on Apr 2024 Regulus data. 2. H1 2024 online versus H1 2022. 3. Q2 2022 - Q2 2024 increase represents an internal estimate using available market data as identified on slide 148. 4. Internal estimates for 2023 based on Regulus and other market data identified on slide 148. 5. Operator count estimated based on reporting by from Eilers & Krejcik.

# Flutter winning in UKI market



**BEST PORTFOLIO OF BRANDS**



**PRODUCT & GENEROSITY LEADERSHIP**



**PLAYER SAFETY & TRUST**



**LOCAL SCALE & EFFICIENCIES**



Case 3:25-cv-01146-GC-JTQ    Document 1-8    Filed 02/10/25    Page 186 of 226 PageID: 1724

FLUT
LISTED
NYSE

# Product leadership leveraging ꟻlutter™ EDGE - Sports

## New products

## New markets

ꟻlutter™ EDGE

**Mar 2024**



**84%** of football customers placed a Super Sub bet this season

**Aug 2023**



**47%** of parlay customers have 'frozen' a bet

ꟻlutter™ EDGE

**Fouls committed**

**Fouls Won**

**Saves**

**Player Passes**

**Score or assist**



## Driving higher parlay penetration

Case 3:25-cv-01146-GC-JTQ    Document 1-8    Filed 02/10/25    Page 187 of 226 PageID: 1725

# Product leadership leveraging Flutter™ EDGE - iGaming

| In-house content | Differentiated branded games | Co-created third party exclusives |
|---|---|---|







 **Innovative licensed content**

 **In-house branded content**



 **Peer to peer free-to-play game**

 **Designed and built in-house**

 **First branded live gameshow in UK**



 **UK's first free-to-play jackpot game**

# Product leadership leveraging Flutter™ EDGE - Generosity

## From generic offers...



**−68%**

reduction in **mass generosity spend**[1]

## ...to tiered offers...

 
 

**+163%**

growth in **tiered generosity spend**[1]

## ...and personalized rewards



1. Mass generosity refers to generosity spend on offers available to all customers. Tiered generosity represents spend on generosity offers based on customer value segments

Case 3:25-cv-01146-GC-JTQ    Document 1-8    Filed 02/10/25    Page 189 of 226 PageID: 1727

FLUT
LISTED
NYSE

# Leading the industry on player safety and trust

| Invested materially... | ...with positive outcomes... | ...and external recognition |

### Invested materially...

**412** Dedicated player safety colleagues[1]

**358** patterns of behaviour tracked

**120K** outbound player safety calls in 2023

### ...with positive outcomes...

**Safer gambling tool usage**

**40%** ➡ **56%**

Jan 2022              Aug 2024

**Recreational player base**

**$15** average weekly spend[2]

### ...and external recognition

**Highest level Gamcare accreditation[3]**



**Greater trust in our brands**

 

## Bold vision for the future of customer safety

1. As of September 6, 2024. 2. Based on online revenue and average monthly players for Q2 2024. 3. Achieved by each of PaddyPower, Betfair, Sky Betting & Gaming and tombola.

Case 3:25-cv-01146-GC-JTQ    Document 1-8    Filed 02/10/25    Page 190 of 226 PageID: 1728

FLUT
LISTED
NYSE

# Leveraging local scale for $100m cost efficiencies



## Further integrating the UKI tech stack

Sky Betting & Gaming migrating onto global betting platform, enabling:

- Accelerated sharing of product features, markets and content

- Greater innovation and speed to market via leading technology

**$30m** projected savings by 2027[3]

## Automation and AI at our core

| | Q1 2020 | Q2 2024 |
|---|---|---|
| **Customer support journeys automated %** | 8% | 73% |
| **Customer NPS[1]** | –10 | +34 |
| **Staff costs[2]** *(% of NGR)* | 3.8% | 1.3% |

- Combines with marketing and generosity efficiencies

**$70m** projected savings by 2027[3]

1. Net promotor score based on customer satisfaction; 2020 comparative figure represents Q4 2020 average rather than Q1 due to availability of data. 2. Customer operations staff costs as a percentage of revenue. 3. Reflects annual run-rate operating cost and generosity saving achieved by 2027.

Case 3:25-cv-01146-GC-JTQ    Document 1-8    Filed 02/10/25    Page 191 of 226 PageID: 1729

# Scale benefits compounding, $1bn Adjusted EBITDA business



| | Flutter UKI Revenue[1] | | | Flutter UKI Adj EBITDA[1,2] | | |
|---|---|---|---|---|---|---|
| | H1 2024 Online | | | H1 2024 Online | | |
| | Flutter | Listed comp 1 | Listed comp 2 | Flutter | Listed comp 1 | Listed comp 2 |
| | | 3x | 4x | | 5x | 10x |
| YoY growth[1] | +17% | (8%) | +1% | +23% | (25%) | (26%) |

1. Based on competitor filings, Flutter represents Flutter's UKI division with peer comparatives based on their reported UK numbers. 2. See slide 2 for further details on Non-GAAP measures.



# ROW: Developing markets

## DAN TAYLOR, INTERNATIONAL CEO

FLUT
LISTED
NYSE

# M&A will strengthen our portfolio of local hero leaders

### Grow share in developed markets

- Grow share in established attractive markets
- Flutter EDGE revenue synergy
- Cost synergy through integration
- Acquire 100% of target




### Acquire local leaders in developed markets

- New leadership position
- Flutter EDGE revenue synergy
- Cost synergy through Group scale
- New division under federated model
- Acquire 100% of target



### Controlling stake in a developing market

- New position in a growing market
- Significant longer-term potential
- Flutter EDGE revenue synergy
- Entry with a strong local partner
- Acquire >50% of target






# Exceptional track record of delivering value from M&A



First **3** years post-acquisition

adjarabet — Acquired Feb 2019
**2.4x**

Junglee Games — Acquired Jan 2021
**3.4x**

First **2.5** years post-acquisition

Sisal[3] — Acquired Aug 2022
**1.4x**

tombola — Acquired Jan 2022
**1.3x**

**Revenue[1,2]**

2018 | 2021
2020 | 2023
2021 | LTM June 2024
2021 | LTM June 2024

Rake[1]

**Adjusted EBITDA[2]**

**2.7x**
2018 | 2021

**0.9x**
2020 | 2023

**1.2x**
2021 | LTM June 2024

**2.0x**
2021 | LTM June 2024

Adj EBITDA reflective of India player acquisition investment

1. Junglee increase relates to gaming rake which is the income generated from card games based on a given portion of the total amount staked. 2. Figures presented on an IFRS basis for comparability and using reported currency movements. See reconciliation of Adjusted EBITDA to reported net income on slide 152. 3. Group's latest accounting policy has been applied retrospectively to 2021 figures to ensure like for like comparison, including the recognition of some gaming taxes within cost of sales rather than an offset against revenue.. See reconciliation on slide 152. These figures have also been adjusted to remove the Payments & Services business unit disposed of in 2021. These figures should not be viewed in isolation, and users should refer to the relevant 10-K and 10-Q filings with the SEC on www.flutter.com, and relevant legal entity financial statements filed in local jurisdictions.

FLUT
LISTED
NYSE

# Well placed in key developing markets for next wave of growth



### India

1.4 billion population



### Central and Eastern Europe

111 million collective population



### Latin America

215 million population



### Turkey & North Africa

~150 million collective population[1]

# $40–50bn
# TAM[2] by 2030

1. Population of Turkey, Morocco and Tunisia only. 2. GGR market size estimate in 2030 for online and retail sports betting, gaming and lottery in regulated and regulating markets. Underlying market size estimates and online penetration based on figures from H2 Gambling Capital.

ROW | Introduction | Developed markets | UK case study | **Developing markets**

FLUT
LISTED
NYSE

# Case study 1 – India: Exceptional growth with large prize





## Junglee's rapid expansion post acquisition

Avg Monthly Rake[1]

**7x**

Q1 2021    Q2 2024

### FY 2023 highlights

**$151m**
revenue

**#2**
market share[2]

**1.3**
million AMPs

**~2 Year**
payback period[3]

## Headroom to grow

India TAM[4] (GGR $bn)

**+18%**

2.9 (2023)    5.6 (2027)

2023    2027

1. Rake represents the revenue generated from card games based on a given portion of the total amount staked. 2. Internal estimate of Rummy market position. 3. See slide 148 for payback definition 4. Internal GGR estimate includes Rummy and poker based on H2 Gambling Capital forecasts and Daily Fantasy Sports leveraging market research by Redseer.

# Case study 2 – Brazil: Acquisition creates strong podium player



## Significant market growth

**Brazil market NGR[1] $bn**

18% CAGR

$4.3bn

$2.8bn

$0.8bn

| | 2020 | 2023 | 2030 |
|---|---|---|---|
| iGaming | | 1.4 | 2.0 |
| Sports betting | | 1.4 | 2.3 |

■ Sports betting   ■ iGaming



## Strong combination

bet nacional    Flutter EDGE

| Payments | Industry Experience |
|---|---|
| Market Expertise | Pricing & risk management |
| Marketing | iGaming product |
| Customer Service | Capital |



## Positioned to take share

**11%**
Market Share[1]

**$330m**
revenue[2]

**1.3m**
AMPs[2]

#3

bet nacional

mrjack.bet

betfair

1.Market size estimated based on Regulus data to 2027, adjusted and extended to 2030 based on internal information and channel checks. Market share for 2023 including Betfair and NSX. 2. Revenue and AMPs is for Betfair and NSX combined for the twelve-month period ended June 30, 2024; average exchange rate for the period applied i.e. 1 BRL = 0.197678 USD

Case 3:25-cv-01146-GC-JTQ    Document 1-8    Filed 02/10/25    Page 198 of 226 PageID: 1736

FLUT
LISTED
NYSE

# Exceptionally well placed to capture huge global TAM

**Gold medals in largest regulated markets driving sustainable long-term growth**

**Enviable brand portfolio in high growth developing markets**

**Expanding footprint to grow share in ROW's $298bn TAM[1]**

**Driving excellent return from local hero M&A Leveraging the** Flutter EDGE

**Diversification and** Flutter EDGE **provide platform for continued strong returns**

1. ROW GGR market size estimate in 2030 for online and retail sports betting, gaming and lottery in regulated and regulating markets. Underlying market size estimates and online penetration based on figures from H2 Gambling Capital.

Flutter | INVESTOR DAY



# Financial summary

## ROB COLDRAKE
## GROUP CFO



# Financial model to deliver significant shareholder value

**Compelling platform for sustained revenue growth**

**Operating leverage driving Adjusted EBITDA margin accretion**

**Significant cash flow generation**

**An 'AND' business: Organic investment AND value accretive M&A AND capital returns**

FLUT
LISTED
NYSE

# Transformational growth over three years

| Sustainable revenue growth | Margin accretion | Cashflow generation | Capital allocation |

**c.$21bn**
2027E Group revenue[1]

**c.25%**
2027E Group Adjusted EBITDA margin[1]

**c.$2.5bn**
2027E Free Cash Flow[1]

Up to **$5bn**
in capital returns

Approximately **14%** compound growth

Approximately **700** basis points of margin expansion

Approximately **36%** compound FCF growth

**Shareholder returns over 3-4 years**

1. See slide 2 for further information on forward looking statements and non-GAAP measures. Numbers include contributions from Snai and NSX from 2025 onwards when transactions are expected to complete.

Flutter | INVESTOR DAY

131

# Strong track record of organic growth and value-creating M&A



1. 2019 and 2020 have not been restated under US GAAP with figures as presented when the Group reported in accordance with IFRS. See reconciliation of Adjusted EBITDA to reported net income on slide 151. 2. See slide 2 for further information on forward looking statements and non-GAAP measures.

# Strong foundation for sustainable existing US state growth

Efficient customer acquisition

New product innovation

Increased parlay penetration

Structural hold improvement

Generosity sophistication



**Existing customer**
Double digit Sportsbook CAGR

**New customer**
acquisition capitalizing on penetration headroom

**c.16%** existing state revenue CAGR to 2027[1]

## Further upside from new state launches

1. Reflects mid-point of 15-17% revenue CAGR guidance for revenue growth from 2024–2027.

FLUT
LISTED
NYSE

# US: Existing US states Adjusted EBITDA to triple over three years



- Material Adjusted EBITDA expansion in 2025 from:
  - Revenue growth 20%-25%
  - c.5-6ppt of operating leverage

- Within long-term Adjusted EBITDA margin range by 2027

**c.$2.4bn in Adjusted EBITDA by 2027[1]**

1. 2024: Mid-points of guidance issued August 13, 2024. 2027: revenue and Adjusted EBITDA based on mid-point of 15-17% revenue CAGR 2024-2027 which equates to $9.4bn - $10.0bn.

Flutter | INVESTOR DAY

# US: Existing states growth benchmarks well versus high growth internet



**Revenue CAGR 2024E–27E[1]**

- Flutter US: 16%
- Airbnb: 11%
- Alphabet: 11%
- Doordash: 16%
- Etsy: 6%
- Meta: 13%
- Netflix: 10%
- Pinterest: 16%
- Spotify: 11%
- Tesla: 16%
- Uber: 14%
- Zillow: 12%



**Adjusted EBITDA CAGR 2024E–27E[1]**

- Flutter US: 48%
- Airbnb: 13%
- Alphabet: 14%
- Doordash: 28%
- Etsy: 8%
- Meta: 14%
- Netflix: 17%
- Pinterest: 27%
- Spotify: 25%
- Tesla: 26%
- Uber: 28%
- Zillow: 28%

1. Figures based on FactSet analyst consensus as of September 10, 2024. Flutter figures reflect mid-point of guidance from previous page.

# US: Further material growth from new state launches

## Sportsbook

**Currently estimate ~2% of population annually gain access 2025 – 2027**

‣ Previously noted framework remains applicable:
  - Contribution loss of ~$35m per 1% of pop. in first twelve months[1]
  - Contribution positive in months 13-24

## iGaming

**At least one casino state over the next three years (~4% of population); first since 2021**

‣ Larger upfront investment than prior launches:
  - Likely an existing sportsbook states, significant cross-sell opportunity
  - Greater investment in 'direct' casino player segment
‣ New states to turn contribution positive at same rate or better than sportsbook state launches[1]

1. Contribution represents revenue less cost of sales and sales & marketing expenses.

# ROW: Scale and diversification unlocks revenue growth

## FY 23 revenue growth in key markets[1]:



| UKI | Italy | Australia | Other Consolidate & Invest[2] |
|---|---|---|---|
| **+14%** | **+10%** | **−7%** | **+32%** |

| % of ROW[3] | 41% | 18% | 20% | 12% |
|---|---|---|---|---|

### Driving 5-10% ROW long-term revenue CAGR

Underpinned by

| Diversification | Local and global scale | Flutter EDGE | Operating efficiencies | $298bn ROW TAM[4] |
|---|---|---|---|---|

1. All growth rates compare 2023 revenue vs 2022. Italy shown on a pro forma basis, including revenue from the pre-acquisition period in THE 2022 comparative period. 2. Other Consolidate & Invest markets include Georgia, Armenia, Spain, India, Brazil, Morocco and Turkey. 3. Percentage of 2023 revenue excluding the US; remaining 9% relates to the aggregate of other international markets. 4. ROW GGR market size estimate in 2030 for online and retail sports betting, gaming and lottery in regulated and regulating markets. Underlying market size estimates and online penetration based on figures from H2 Gambling Capital.

**Financial summary** | Introduction | US | ROW | Group

# Cost efficiency to drive ROW Adjusted EBITDA margin expansion

## $300m+
### Group cost efficiency program to 2027[1]

**$120m** PokerStars integration

**$80m** Snai synergies

**$70m** UKI efficiency program

**$30m** UKI platform integration

### Renewed cultural focus on efficiency across all cost categories

1 Program reflects annual run-rate operating cost and generosity saving achieved by 2027 with cost to achieve of approximately 1.0x.

# ROW: Adjusted EBITDA growth enhanced by operating leverage

| | | 2024E[1] | Revenue CAGR[2] | 2027E[3] |
|---|---|---|---|---|
| **Existing ROW** | Revenue | c.$8.0bn | 5% – 8% | c.$9.5bn |
| | Adjusted EBITDA margin | c.24.6% | | c.26% |
| **Snai[4] and NSX** | Revenue | c.$1.3bn | 10% – 20% | c.$2bn |
| | Adjusted EBITDA margin | c.25.2% | | c.25% |
| **Total ROW** | **Revenue** | **c.$9.3bn** | **5% – 10%** | **c.$11.5bn** |
| | **Adjusted EBITDA margin** | **c.24.7%** | **+1–2ppt** | **c.26%** |

- ‣ 2024 includes favourable YTD sports results

- ‣ Intra-year variability from regulation or developing market investment, e.g. Brazil

- ‣ Snai and NSX expected to complete in 2025

## c.$3.0bn in Adjusted EBITDA by 2027[1]

1. Mid-point of 2024 Group ex-US guidance less unallocated corporate overhead of $0.2bn along with Flutter's expectation of 2024 revenue and Adjusted EBITDA for Snai and NSX. 2. Revenue compound growth rates reflect adjustment in base year for impact of 2024 sports results (revenue $140m). 3. 2027: revenue and Adjusted EBITDA based on mid-points of revenue CAGRs 2024–2027. This equates to $9bn – $10bn for existing ROW and total ROW of $10.7bn – $12.3bn. 4. Snai and NSX estimates may not fully align with Flutter US GAAP accounting policies and reporting post completion of the transactions in 2025. Snai revenue net of gaming taxes, which may result in higher revenue but a lower Adjusted EBITDA margin when policies are aligned.

# ROW: Growth benchmarks well versus S&P500 consumer discretionary





1. S&P500 Consumer Discretionary figures based on FactSet analyst consensus as of September 10, 2024. Flutter figures based on mid-point ROW revenue guidance.

# Group: Adjusted EBITDA expected to more than double

| | 2024E[1] | | In 2027E[1] | |
|---|---|---|---|---|
| **US** | $0.7bn | | c.$2.4bn | |
| **Rest of World** | $2.0bn | | c.$3.0bn | |
| **Unallocated corporate overhead** | ($0.2)bn | | c.($0.2)bn | *Reduces from 7% of Group Adjusted EBITDA to 4% by 2027* |
| **Group** | $2.5bn | | c.$5.2bn | |

1. 2024: Mid-points of guidance issued August 13, 2024. Group ex-US Adjusted EBITDA mid-point of $1.77bn split between $2.0bn ROW less $0.2bn unallocated corporate costs. 2027: Adjusted EBITDA based on mid-point of revenue CAGR 2024-2027 and includes contributions from Snai and NSX, transactions which are expected to complete in 2025.

# Driving very strong free cash flow growth

| | 2024E | CAGR | In 2027E |
|---|---|---|---|
| **Group Adjusted EBITDA** | $2.5bn | **c.28%** | **c.$5.2bn** |
| % of revenue | c.18% | | c.25% |
| **Capital Expenditure¹** | $0.7bn | | **c.$0.7bn** |
| % of revenue | c.5.0% | | c.3.5% |

| Other indicative cash costs² | | |
|---|---|---|
| | 2024E | 2027E |
| Tax | $0.2bn | c.$1.2bn |
| Other | $0.2bn | c.$0.1bn |
| Net interest | $0.4bn | c.$0.7bn |



| **Free cash flow** | c.$1bn | **c.36%** | **c.$2.5bn** |

1. Capital expenditure includes purchases of property, equipment and intangible assets along with capitalized software. The 2027 investment excludes Italian concession renewals where the timing is uncertain.
2. Indicative estimates: Net interest based on assumed forward interest rates and mid-point of stated leverage range; Tax refers to expected cash tax payments; Other includes individually material items such as debt refinancing or restructuring expenses associated with Group efficiency program.



# Clearly defined capital allocation policy

**Generates highest returns**



**Prioritize highest returning**

| Organic investment |
|---|
| – Disciplined player acquisition and retention investment |
| – Sophisticated capabilities generate higher returns on generosity |

| Value creating M&A |
|---|
| – Local hero brands in attractive markets |
| – Strong financial fit with revenue and/or cost synergies |
| – Delivery against internal returns criteria |

| Shareholder returns |
|---|
| – Board authorization for up to $5bn share repurchase |
| – Deployed over next 3-4 years |
| – Expected to commence in Q4 2024 |



Up to
**$5bn**
Over 3-4 years

**Leverage ratio:** expected to be maintained within target range of 2.0 – 2.5 times (allowing flexibility to go above for value creating M&A)

**An <u>AND</u> business: Expect to allocate capital across all priorities**

# Significant value creation

Pathway to c.$5.2bn of Adjusted EBITDA in 2027

Revenue growth and operating leverage to drive significant capital allocation opportunities

Commencing up to $5bn in shareholder returns across 3-4 years



# Conclusion
## *Peter Jackson, Flutter Group CEO*

Global leader in sports betting and iGaming

# Strategic positioning is compelling investment opportunity

**Significant market opportunity**

**Diversified portfolio of local hero brands with local scale**

**Unique differentiator:** Flutter EDGE

Harnessed by

**Clear and well executed strategy for sustainable growth**

Will deliver

**Flutter value-creation model**

| **Sustainable revenue growth** | **Margin benefits** | **Cashflow generation** | **Capital allocation** |



**INVESTOR DAY**

**Management presentation and Q&A**
New York, September 25, 2024

FLUT
LISTED
NYSE

# Definitions and endnotes

**Active customers** includes the total number of players who have placed and/or wagered a stake and/or contributed to rake or tournament fees during the applicable period

**Average Monthly Players** ("AMPs") is defined as the average over the applicable reporting period of the total number of players who have placed and/or wagered a stake and/or contributed to rake or tournament fees during the month. This measure does not include individuals who have only used new player or player retention incentives, and this measure is for online players only and excludes retail player activity. In circumstances where a player uses multiple product categories within one brand, we are generally able to identify that it is the same player who is using multiple product categories and therefore count this player as only one AMP at the Group level while also counting this player as one AMP for each separate product category that the player is using. As a result, the sum of the AMPs presented at the product category level is greater than the total AMPs presented at the Group level. See Part II, "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations—Key Operational Metrics" of Flutter's Annual Report on Form 10-K for the year ended December 31, 2023 filed with the Securities and Exchange Commission (the "SEC") on March 26, 2024 for additional information regarding how we calculate AMPs data, including a discussion regarding duplication of players that exists in such data.

**Average Player Days** represent the cumulative number of days any player is active (placed and/or wagered a stake and/or contributed to rake or tournament fees) during a given period. The same player being .active on multiple days in the same period would be counted once each day.

**Gross revenue margin** is defined as sportsbook gross gaming revenue as a percentage of the amount staked. Gross gaming revenue excludes the impact of all player bonusing costs or generosity, and generosity recorded as an offset to revenue. Net revenue margin is after the deduction of all generosity types.

**Expected gross revenue margin** is defined as forecast gross revenue margin based on the actual betting product and sports mix for a period. Sports results impact represents the difference between our expected gross revenue margin and our actual gross revenue margin.

**Regulated and regulating markets** excludes countries which, based on Flutter's judgement, are not addressable by Flutter due to the regulatory regime and/or licensing structure in place.

**ROW** refers to Rest of World and includes the UKI, International and Australia segments. ROW does not include unallocated corporate overhead. Unallocated corporate overhead includes shared technology, research and development, sales and marketing, and general and administrative expenses that are not allocated to specific segments.

**US market position** based on available market share data for states in which FanDuel is active for Q2 2024, unless stated otherwise. Online sports betting and iGaming market shares are the gross gaming revenue (GGR) and net gaming revenue (NGR) market share of our FanDuel brand for the relevant period in the states in which FanDuel was live, based on published gaming regulator reports in those states and external estimates by Eilers and Krejcik for competitor market share. iGaming position and market share based on FanDuel and peer GGR based on published gaming regulator reports and external estimates by Eilers and Krejcik for competitor market share.

**ROW market positions** reflect company estimates using a variety of methods depending on the data sources available for the relevant market, and include data releases by the relevant regulatory body, market research and aggregated banking deposit information. Italian market position and share based on regulator GGR data from Agenzia delle dogane e dei Monopoli for Q2 2024 unless stated otherwise. UK market position based on full year Regulus data, banking deposit information and competitor filings. Brazil and Australia market share estimated based on Regulus data for 2023 and competitor filings. India market position for Rummy based on H2 Gambling Capital forecasts, Daily Fantasy Sports market research by Redseer, channel checks and internal data.

**Payback** is calculated in the US as the projected average length of time it takes players to generate sufficient adjusted gross profit to repay the original average cost of acquiring those players. Customer acquisition costs include the marketing and associated promotional spend incurred to acquire a customer. The projected adjusted gross profit is based on predictive models considering inputs such as staking behavior, interaction with promotional offers and gross revenue margin. Projected adjusted gross profit includes associated variable costs of revenue as well as retention generosity costs. Payback for Junglee has been calculated based on net gaming revenue rather than gross profit.





# Appendices



# Reconciliation of historic revenue

| $m | 2019 | | | | |
|---|---|---|---|---|---|
| | Group reported revenue in USD[1] | Historic acquisitions[2] | Pro forma combined | US segment as reported[1] | Pro forma ROW combined |
| ROW revenue | 2,732 | 3,283 | 6,015 | 480 | 5,535 |

| $m | 2019 | | |
|---|---|---|---|
| | Segment reported revenue in USD[1,3] | Historic acquisitions[2] | Pro forma combined |
| UKI online revenue | 979 | 1,087 | 2,066 |
| Australia revenue | 569 | 300 | 869 |

| $m | Sisal | | |
|---|---|---|---|
| | Sisal reported | Restatement adjustment[2] | Revenue per Flutter accounting policy |
| 2019 | 731 | 90 | 821 |
| 2021 | 805 | 136 | 941 |

1. IFRS reported revenue converted from GBP at a rate of USD 1.2768.  2. Historic acquisitions includes revenue contribution of The Stars Group which was acquired on May 5, 2020, tombola which was acquired on January 10,2022, and Sisal which was acquired on August 4, 2022 (ROW reconciliation only). 3. UKI reconciled against previously disclosed results for PPB segment included in 2019 reporting.

Flutter | INVESTOR DAY





# Adjusted EBITDA reconciliations

| $m | 2019[1] | 2020[1] | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| | **Group[1]** | | | | |
| **Net income** | **143** | **45** | **(757)** | **(370)** | **(1,211)** |
| *Add back:* | | | | | |
| Income taxes | 30 | 46 | 194 | 75 | 120 |
| Other (expense)/income, net | - | - | (101) | (5) | 157 |
| Interest expense, net | 18 | 131 | 215 | 212 | 385 |
| Depreciation and amortization | 329 | 828 | 1,010 | 1,075 | 1,285 |
| Share-based compensation expense | 22 | 90 | 484 | 147 | 196 |
| Restructuring and integration costs | - | 100 | 63 | 155 | 126 |
| Transaction fees and associated costs | 22 | 42 | 29 | 43 | 92 |
| Legal settlements (loss contingencies) | - | - | 223 | (44) | - |
| Gaming tax expenses | - | 14 | 10 | - | - |
| Impairment | - | 29 | - | - | 725 |
| **Adjusted EBITDA** | **565** | **1,208** | **1,369** | **1,289** | **1,874** |

1. 2019 and 2020 information presented and reconciled based on prior IFRS reporting as these period have not been restated under US GAAP. See earnings releases for the relevant period available on www.flutter.com for additional detail on the nature and components of costs identified

Flutter | INVESTOR DAY





# Adjusted EBITDA reconciliations

| $m | tombola | | Sisal | | Adjarabet | | Junglee | |
|---|---|---|---|---|---|---|---|---|
| | **2021** | **LTM Jun 2024** | **2021** | **LTM Jun 2024** | **2018** | **2021** | **2020** | **2023** |
| **Net income** | **(34)** | **73** | **143** | **164** | **25** | **64** | **15** | **11** |
| *Add back:* | | | | | | | | |
| Income taxes | 3 | 20 | (105) | 32 | – | 1 | 5 | 3 |
| Other (expense)/income, net | – | 1 | – | 3 | – | – | – | – |
| Interest expense, net | – | (6) | 30 | (27) | 1 | – | (1) | – |
| Depreciation and amortization | 1 | 4 | 164 | 150 | 1 | 4 | – | – |
| Restructuring and integration costs | 78 | 3 | 61 | 15 | – | – | – | – |
| Share-based compensation expense | – | 2 | – | 5 | – | 1 | – | 3 |
| **Adjusted EBITDA** | **48** | **96** | **294** | **342** | **26** | **70** | **20** | **17** |

1. All periods presented and reconciled based on prior IFRS reporting for comparability. See earnings releases for the relevant period available on www.flutter.com for additional detail on the nature and components of costs identified. LTM represents the twelve month period ended 30 June 2024.

Flutter | INVESTOR DAY



Exhibit 63



+ GET MORE FOOTBALL WITH NFL+ PREMIUM NFL+ NFL REDZONE NFL NETWORK Subscribe Now Learn More

metro by T-Mobile 4 FREE Samsung 5G phones Bring your number & ID and sign up for 4 lines of Metro Flex Plus. CHECK IT OUT +Tax. Not avail. if with T-Mobile now or Metro in past 180 days.

## Ways To Watch Super Bowl LIX

# Watch Super Bowl LIX live on February 9th, 2025

# Televised nationally on FOX at 6:30PM ET

WAYS TO WATCH LIVE GAMES

## TV

FOX

WATCH ON FOX

## Connected TV

NFL

WATCH

tubi

WATCH

## Phone And Tablet

NFL

STREAM IN THE NFL APP

tubi

STREAM IN THE TUBI APP



## Listening

NFL+
LISTEN

SiriusXM
LISTEN

WestwoodOne
LISTEN

# International Broadcasts

See the full list of countries where you can watch the Super Bowl LIX broadcast.

WATCH NOW

**NFL Network will be providing more than 70 hours of live Super Bowl Week coverage.**

Get ready for Super Bowl LIX with NFL Network as we bring you all the coverage ahead of the big game.

WATCH



**AFC**

**NFC**

| General & Legal | NFL Culture | NFL Ecosystem | Media | Players |
|---|---|---|---|---|
| Support | Careers | NFL Football Operations | NFL Communications | NFL Health & Safety |
| Privacy Policy | In the Community | NFL Shop | Media Guides | Player Engagement |
| Terms & Conditions | Inspire Change | NFL Films | Record & Fact Book | NFL Alumni Association |
| Subscription Terms & Conditions | NFL HBCU | On Location | Rule Book | NFL Player Care |
| Accessibility | Por La Cultura | Pro Football Hall of Fame | Licensing | |
| Ad Choices | Play Football | USA Football | | |
| Your Privacy Choices | Play 60 | NFL Extra Points | | |
| | NFL Origins | | | |

**Download the App**

Download on the App Store

GET IT ON Google Play



# International Broadcasts

See the full list of countries where you can watch the Super Bowl LIX broadcast.

WATCH NOW

**NFL Network will be providing more than 70 hours of live Super Bowl Week coverage.**

Get ready for Super Bowl LIX with NFL Network as we bring you all the coverage ahead of the big game.

WATCH

© 2025 NFL Enterprises LLC. NFL and the NFL shield design are registered trademarks of the National Football League. The team names, logos and uniform designs are registered trademarks of the teams indicated. All other NFL-related trademarks are trademarks of the National Football League. NFL footage © NFL Productions LLC.

Document title: 2025 Super Bowl LIX Sunday - Ways To Watch | NFL.com
Capture URL: https://www.nfl.com/super-bowl/ways-to-watch/
Capture timestamp (UTC): Fri, 07 Feb 2025 19:17:49 GMT