# Exhibit 64

GOVERNANCE

# We're all on the same team

## Our fans are our top priority

We're committed to protecting the best interests of our fans in everything we do. Read on to learn how this commitment informs the decisions we make at every level of our company.

❮

### Bill of Rights

We assembled a Bill of Rights so that our players know exactly what to expect out of FanDuel.

[Learn more](Learn more)

❯

## Our Goal: Fantasy Sports for All

We are not currently able to offer paid entry fantasy contests in certain states. We are working hard, however, to bring the excitement of our fantasy sports contests to players in every state, and provide information below on how you can help us to achieve that goal.

**Why are paid FanDuel contests not available in certain states?**

The laws regarding fantasy contests vary by state. While many states have clear legislation or legal precedent in place that protects FanDuel contests, some states require more legal clarity.

At FanDuel, we believe that state regulations that increase transparency and ensure contests are fair will benefit the entire fantasy industry, most importantly players. That's why we are in discussions with lawmakers anywhere there is legal ambiguity to ensure fans continue to have access to FanDuel contests and the fantasy games they love. Check out the map below to learn more about our status in your state.

See where your state stands

## See where your state stands

We are working with lawmakers across the country to clarify any legal ambiguity surrounding fantasy sports, and ensure consumers are protected, in order to ensure that fans continue to have access to FanDuel contests and the fantasy games they love. The map below shows where we currently offer paid contests.



FanDuel allows paid contests

FanDuel doesn't allow paid contests

## Join the team to protect fantasy sports

We're working hard to make sure fantasy sports are safe and legal in all 50 states — but we can't do it without your help. Visit **FanDuel Action** to learn how you can get involved in your state.

Visit FanDuel Action

## Our Goal: Fantasy Sports for All

We are not currently able to offer paid entry fantasy contests in certain states. We are working hard, however, to bring the excitement of our

## Our Goal: Fantasy Sports for All

We are not currently able to offer paid entry fantasy contests in certain states. We are working hard, however, to bring the excitement of our fantasy sports contests to players in every state, and provide information below on how you can help us to achieve that goal.

**Why are paid FanDuel contests not available in certain states?**

The laws regarding fantasy contests vary by state. While many states have clear legislation or legal precedent in place that protects FanDuel contests, some states require more legal clarity.

At FanDuel, we believe that state regulations that increase transparency and ensure contests are fair will benefit the entire fantasy industry, most importantly players. That's why we are in discussions with lawmakers anywhere there is legal ambiguity to ensure fans continue to have access to FanDuel contests and the fantasy games they love. Check out the map below to learn more about our status in your state.

## See where your state stands

We are working with lawmakers across the country to clarify any legal ambiguity surrounding fantasy sports, and ensure consumers are protected, in order to ensure that fans continue to have access to FanDuel contests and the fantasy games they love. The map below shows where we currently offer paid contests.



FanDuel allows paid contests

FanDuel doesn't allow paid contests

 FanDuel allows paid contests

FanDuel doesn't allow paid contests

## Join the team to protect fantasy sports

We're working hard to make sure fantasy sports are safe and legal in all 50 states — but we can't do it without your help. Visit **FanDuel Action** to learn how you can get involved in your state.

Visit FanDuel Action

**ABOUT**

Support
About FanDuel
What's New on Sportsbook
How It Works
Rules & Scoring
Responsible Play
Modern Slavery Statement
Legal Sports Betting Map
Affiliates
Sitemap

**SPORTSBOOK ODDS**

NBA Odds
NFL Odds
MLB Odds
Golf Odds
UFC Odds
College Football Odds
College Basketball Odds
Soccer Odds
NASCAR Odds
NHL Odds
Super Bowl 59 Odds
2024 World Series Odds
2025 CFB Playoff National
Championship Odds

**FANDUEL SPORTS BETTING STATES**

FanDuel Sportsbook AZ
FanDuel Sportsbook CA
FanDuel Sportsbook CO
FanDuel Sportsbook CT
FanDuel Sportsbook DC
FanDuel Sportsbook IA
FanDuel Sportsbook IL
FanDuel Sportsbook IN
FanDuel Sportsbook LA
FanDuel Sportsbook MA
FanDuel Sportsbook MI
FanDuel Sportsbook NC
FanDuel Sportsbook NJ
FanDuel Sportsbook NY
FanDuel Sportsbook OH
FanDuel Sportsbook PA
FanDuel Sportsbook TN
FanDuel Sportsbook VA
FanDuel Sportsbook VT
FanDuel Sportsbook WV

**FANDUEL NEWS**

UFC
Soccer
NFL
Casino
NBA
College Basketball
NHL

**FANDUEL GROUP PRODUCTS**

FanDuel Sportsbook
The Duel
TVG
FanDuel Casino
FanDuel Racing
numberFire - Fantasy Sports
Projections
FanDuel Faceoff

**FANTASY SPORTS**

NFL
NHL
MLB
Soccer
CFB
Golf
Tennis
NASCAR
WNBA
CBB

**FANDUEL APPS**

Fantasy (iOS)
Sportsbook & Fantasy (Android)
Sportsbook (iOS)
Sportsbook (Android)

**NFL SPORTSBOOK BETTING**

2024 Best FanDuel Sportsbook
Promos
NFL Betting
NFL Picks
2024 NFL Team Power Rankings
NFL Team Schedules & Odds
OddsFire - Compare Betting
Odds

**FANDUEL CASINO**

Online Slots
New Casino Games
Blackjack Online
Live Dealer Casino
Online Roulette
Online Table Games
FanDuel Casino Promo Codes

**FOLLOW FANDUEL**

Facebook
Twitter
Instagram
YouTube
Snapchat

Careers · Governance · Trust & Safety · Bill of Rights · Privacy Policy · California Privacy Rights · Terms of Use · Your Privacy Choices · Modern Slavery Statement · Press & Media

© Betfair Interactive US LLC, 2025
Gambling Problem? Call 1-800-GAMBLER or visit RG-help.com. Call 1-888-789-7777 or visit ccpg.org/chat (CT). Hope is here.GamblingHelpLineMA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPE-NY or text HOPENY (467369) (NY). 21+ (18+ D.C.) and present in select states (for KS, in affiliation with Kansas Star Casino). Persons under 21 are not permitted to engage in sports wagering. For customer support please contact us.

Back to top ↑

Exhibit 65

**WHAT'S NEW**

# Beginner Contests

## Who can play Beginner contests:

Beginner contests are exclusively for less experienced players on FanDuel. To be clear, no one who's played more than 50 contests on FanDuel has access to Beginner contests. These are for newer FanDuel players only.

You have access to Beginner contests for your full first 50 contests on FanDuel. It's your chance to get up to speed on FanDuel against players of an equal experience level. Once you hit the 50-contest milestone, you can move on to Intermediate level contests, where you'll take your skills to the next level.

**NOTE:** If you have big money wins, this can categorize you as an 'Experienced' or 'Highly Experienced' player, even if you've played fewer than 50 contests. For example, if you win more than $2,500 — congrats, but we can't call you a beginner anymore. Here's the [full breakdown](full breakdown) on who qualifies as an 'Experienced' or 'Highly Experienced' player.

## Types of Beginner contests:

We offer three types of Beginner contests, so you're better prepared for each contest type once you've graduated from 'Beginner' status. Each contest functions the same as our regular contests — 50/50s, Double Ups, and Tournaments — but, again, these contests are available exclusively to less experienced FanDuel players.

**Beginner 50/50s:** Just finish in the top half to win, no many how many other beginners enter. This is a great starter contest because of how many total fans win.

**Beginner Double Ups:** Win a Double Up and you literally double your money. You can win more money than you do in 50/50 contest, but just under 50% of entries win.

**Beginner Tournaments:** Tournaments let you play for more money than other Beginner Contests. But you'll need to put up a top score to win. The payouts are high, but the competition is higher, too.

## Where to find Beginner contests:

You can find Beginner contests in the FanDuel Lobby. To enter a Beginner contest, just select a contest from the 'Beginner Contests' tab.



**TIP:** We also include links to exclusive Beginner contests as part of email promotions. Be sure to check your inbox for Beginner contest invites during your first 50 contests on FanDuel.

## Also Available: Intermediate Contests

No longer a beginner? You can still enter Intermediate contests — contests that don't allow entries from 'Experienced' or 'Highly Experienced' players.

You're eligible to enter Intermediate contests until your 500th contest on FanDuel, or until you rack up four $1,000+ contest wins on FanDuel.

Learn more about Experienced & Highly Experienced play limits.

| ABOUT | SPORTSBOOK ODDS | FANDUEL SPORTS BETTING STATES | FANDUEL NEWS | FANDUEL GROUP PRODUCTS |
|---|---|---|---|---|
| Support | NBA Odds | FanDuel Sportsbook AZ | UFC | FanDuel Sportsbook |
| About FanDuel | NFL Odds | FanDuel Sportsbook CA | Soccer | The Duel |
| What's New on Sportsbook | MLB Odds | FanDuel Sportsbook CO | NFL | TVG |
| How It Works | Golf Odds | FanDuel Sportsbook CT | Casino | FanDuel Casino |
| Rules & Scoring | UFC Odds | FanDuel Sportsbook DC | NBA | FanDuel Racing |
| Responsible Play | College Football Odds | FanDuel Sportsbook IA | College Basketball | numberFire - Fantasy Sports Projections |
| Modern Slavery Statement | College Basketball Odds | FanDuel Sportsbook IL | NHL | FanDuel Faceoff |
| Legal Sports Betting Map | Soccer Odds | FanDuel Sportsbook IN | | |
| Affiliates | NASCAR Odds | FanDuel Sportsbook LA | | |
| Sitemap | NHL Odds | FanDuel Sportsbook MA | | |
| | Super Bowl 59 Odds | FanDuel Sportsbook MI | | |
| | 2024 World Series Odds | FanDuel Sportsbook NC | | |
| | 2025 CFB Playoff National Championship Odds | FanDuel Sportsbook NJ | | |
| | | FanDuel Sportsbook NY | | |
| | | FanDuel Sportsbook OH | | |
| | | FanDuel Sportsbook PA | | |
| | | FanDuel Sportsbook TN | | |
| | | FanDuel Sportsbook VA | | |
| | | FanDuel Sportsbook VT | | |
| | | FanDuel Sportsbook WV | | |

| FANTASY SPORTS | FANDUEL APPS | NFL SPORTSBOOK BETTING | FANDUEL CASINO | FOLLOW FANDUEL |
|---|---|---|---|---|
| NFL | Fantasy (iOS) | 2024 Best FanDuel Sportsbook Promos | Online Slots | Facebook |
| NHL | Sportsbook & Fantasy (Android) | NFL Betting | New Casino Games | Twitter |
| MLB | Sportsbook (iOS) | NFL Picks | Blackjack Online | Instagram |
| Soccer | Sportsbook (Android) | 2024 NFL Team Power Rankings | Live Dealer Casino | YouTube |
| CFB | | NFL Team Schedules & Odds | Online Roulette | Snapchat |
| Golf | | OddsFire - Compare Betting Odds | Online Table Games | |
| Tennis | | | FanDuel Casino Promo Codes | |
| NASCAR | | | | |
| WNBA | | | | |
| CBB | | | | |

Careers  •  Governance  •  Trust & Safety  •  Bill of Rights  •  Privacy Policy  •  California Privacy Rights  •  Terms of Use  •  Your Privacy Choices  •  Modern Slavery Statement  •  Press & Media

© Betfair Interactive US LLC, 2025
Gambling Problem? Call 1-800-GAMBLER or visit RG-help.com. Call 1-888-789-7777 or visit ccpg.org/chat (CT). Hope is here. GamblingHelpLineMA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPE-NY or text HOPENY (467369) (NY). 21+ (18+ D.C.) and present in select states (for KS, in affiliation with Kansas Star Casino). Persons under 21 are not permitted to engage in sports wagering. For customer support please contact us.

**TIP:** We also include links to exclusive Beginner contests as part of email promotions. Be sure to check your inbox for Beginner contest invites during your first 50 contests on FanDuel.

## Also Available: Intermediate Contests

No longer a beginner? You can still enter Intermediate contests — contests that don't allow entries from 'Experienced' or 'Highly Experienced' players.

You're eligible to enter Intermediate contests until your 500th contest on FanDuel, or until you rack up four $1,000+ contest wins on FanDuel.

Learn more about Experienced & Highly Experienced play limits.

| ABOUT | SPORTSBOOK ODDS | FANDUEL SPORTS BETTING STATES | FANDUEL NEWS | FANDUEL GROUP PRODUCTS |
|---|---|---|---|---|
| Support | NBA Odds | FanDuel Sportsbook AZ | UFC | FanDuel Sportsbook |
| About FanDuel | NFL Odds | FanDuel Sportsbook CA | Soccer | The Duel |
| What's New on Sportsbook | MLB Odds | FanDuel Sportsbook CO | NFL | TVG |
| How It Works | Golf Odds | FanDuel Sportsbook CT | Casino | FanDuel Casino |
| Rules & Scoring | UFC Odds | FanDuel Sportsbook DC | NBA | FanDuel Racing |
| Responsible Play | College Football Odds | FanDuel Sportsbook IA | College Basketball | numberFire - Fantasy Sports Projections |
| Modern Slavery Statement | College Basketball Odds | FanDuel Sportsbook IL | NHL | FanDuel Faceoff |
| Legal Sports Betting Map | Soccer Odds | FanDuel Sportsbook IN | | |
| Affiliates | NASCAR Odds | FanDuel Sportsbook LA | | |
| Sitemap | NHL Odds | FanDuel Sportsbook MA | | |
| | Super Bowl 59 Odds | FanDuel Sportsbook MI | | |
| | 2024 World Series Odds | FanDuel Sportsbook NC | | |
| | 2025 CFB Playoff National Championship Odds | FanDuel Sportsbook NJ | | |
| | | FanDuel Sportsbook NY | | |
| | | FanDuel Sportsbook OH | | |
| | | FanDuel Sportsbook PA | | |
| | | FanDuel Sportsbook TN | | |
| | | FanDuel Sportsbook VA | | |
| | | FanDuel Sportsbook VT | | |
| | | FanDuel Sportsbook WV | | |

| FANTASY SPORTS | FANDUEL APPS | NFL SPORTSBOOK BETTING | FANDUEL CASINO | FOLLOW FANDUEL |
|---|---|---|---|---|
| NFL | Fantasy (iOS) | 2024 Best FanDuel Sportsbook Promos | Online Slots | Facebook |
| NHL | Sportsbook & Fantasy (Android) | NFL Betting | New Casino Games | Twitter |
| MLB | Sportsbook (iOS) | NFL Picks | Blackjack Online | Instagram |
| Soccer | Sportsbook (Android) | 2024 NFL Team Power Rankings | Live Dealer Casino | YouTube |
| CFB | | NFL Team Schedules & Odds | Online Roulette | Snapchat |
| Golf | | OddsFire - Compare Betting Odds | Online Table Games | |
| Tennis | | | FanDuel Casino Promo Codes | |
| NASCAR | | | | |
| WNBA | | | | |
| CBB | | | | |

· Careers · Governance · Trust & Safety · Bill of Rights · Privacy Policy · California Privacy Rights · Terms of Use · Your Privacy Choices · Modern Slavery Statement · Press & Media

© Betfair Interactive US LLC, 2025
Gambling Problem? Call 1-800-GAMBLER or visit RG-help.com. Call 1-888-789-7777 or visit ccpg.org/chat (CT). Hope is here. GamblingHelpLineMA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPE-NY or text HOPENY (467369) (NY). 21+ (18+ D.C.) and present in select states (for KS, in affiliation with Kansas Star Casino). Persons under 21 are not permitted to engage in sports wagering. For customer support please contact us.

Back to top ↑

Document title: What's New: Beginner Contests | FanDuel
Capture URL: https://www.fanduel.com/beginner-contests
Capture timestamp (UTC): Fri, 07 Feb 2025 20:45:13 GMT

Exhibit 66

WHAT'S NEW

# Experienced Player Indicators

We now recognize the most accomplished FanDuel players with one of two special indicators — "Experienced" or "Highly Experienced." It's a quick way to scan the players who've already entered into a contest and see who you're up against.

## Icons for Experienced and Highly Experienced players



**Experienced**



**Highly Experienced**

If you see a 'star' icon next to any FanDuel player's username, it represents a significant amount of contests played or money won. The icons above correspond with each level of experience.

## Look for more experienced players within any FanDuel contest

To see a list of players who have entered a FanDuel contest (including those designated as Experienced or Highly Experienced), follow the 'Entries/Size' link from the FanDuel Lobby — or, you can select 'Entries' from the 'Contest' screen.



## How to become an Experienced or Highly Experienced Player

We measure experienced based on two criteria: 1) total contests played on FanDuel and 2) how many big wins you've brought home. Hit

# How to become an Experienced or Highly Experienced Player

We measure experienced based on two criteria: 1) total contests played on FanDuel and 2) how many big wins you've brought home. Hit either threshold and we'll label you as an Experienced or Highly Experienced player. Check out the specific milestones for each tier of FanDuel player below.

**Experienced player requirements:**
More than 500 total contests entered, OR
$2,500 won across 6 or more contests
**Highly Experienced player requirements:**
More than 1,000 total contests entered, OR
$1,000+ won in 4 or more contests

| ABOUT | SPORTSBOOK ODDS | FANDUEL SPORTS BETTING STATES | FANDUEL NEWS | FANDUEL GROUP PRODUCTS |
|---|---|---|---|---|
| Support | NBA Odds | FanDuel Sportsbook AZ | UFC | FanDuel Sportsbook |
| About FanDuel | NFL Odds | FanDuel Sportsbook CA | Soccer | The Duel |
| What's New on Sportsbook | MLB Odds | FanDuel Sportsbook CO | NFL | TVG |
| How It Works | Golf Odds | FanDuel Sportsbook CT | Casino | FanDuel Casino |
| Rules & Scoring | UFC Odds | FanDuel Sportsbook DC | NBA | FanDuel Racing |
| Responsible Play | College Football Odds | FanDuel Sportsbook IA | College Basketball | numberFire - Fantasy Sports Projections |
| Modern Slavery Statement | College Basketball Odds | FanDuel Sportsbook IL | NHL | FanDuel Faceoff |
| Legal Sports Betting Map | Soccer Odds | FanDuel Sportsbook IN | | |
| Affiliates | NASCAR Odds | FanDuel Sportsbook LA | | |
| Sitemap | NHL Odds | FanDuel Sportsbook MA | | |
| | Super Bowl 59 Odds | FanDuel Sportsbook MI | | |
| | 2024 World Series Odds | FanDuel Sportsbook NC | | |
| | 2025 CFB Playoff National Championship Odds | FanDuel Sportsbook NJ | | |
| | | FanDuel Sportsbook NY | | |
| | | FanDuel Sportsbook OH | | |
| | | FanDuel Sportsbook PA | | |
| | | FanDuel Sportsbook TN | | |
| | | FanDuel Sportsbook VA | | |
| | | FanDuel Sportsbook VT | | |
| | | FanDuel Sportsbook WV | | |

| FANTASY SPORTS | FANDUEL APPS | NFL SPORTSBOOK BETTING | FANDUEL CASINO | FOLLOW FANDUEL |
|---|---|---|---|---|
| NFL | Fantasy (iOS) | 2024 Best FanDuel Sportsbook Promos | Online Slots | Facebook |
| NHL | Sportsbook & Fantasy (Android) | NFL Betting | New Casino Games | Twitter |
| MLB | Sportsbook (iOS) | NFL Picks | Blackjack Online | Instagram |
| Soccer | Sportsbook (Android) | 2024 NFL Team Power Rankings | Live Dealer Casino | YouTube |
| CFB | | NFL Team Schedules & Odds | Online Roulette | Snapchat |
| Golf | | OddsFire - Compare Betting Odds | Online Table Games | |
| Tennis | | | FanDuel Casino Promo Codes | |
| NASCAR | | | | |
| WNBA | | | | |
| CBB | | | | |

· Careers    · Governance    · Trust & Safety    · Bill of Rights    · Privacy Policy    · California Privacy Rights    · Terms of Use    · Your Privacy Choices    · Modern Slavery Statement    · Press & Media

© Betfair Interactive US LLC, 2025
Gambling Problem? Call 1-800-GAMBLER or visit RG-help.com. Call 1-888-789-7777 or visit ccpg.org/chat (CT). Hope is here. GamblingHelpLineMA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPE-NY or text HOPENY (467369) (NY). 21+ (18+ D.C.) and present in select states (for KS, in affiliation with Kansas Star Casino). Persons under 21 are not permitted to engage in sports wagering. For customer support please contact us.

Document title: What&#39;s New: Experienced Player Indicator | FanDuel
Capture URL: https://www.fanduel.com/experienced
Capture timestamp (UTC): Fri, 07 Feb 2025 20:49:50 GMT

# Exhibit 67



# FANTASY

## PLAY FOR BIG CASH PRIZES

**DOWNLOAD NOW**

# HOW TO PLAY

**1**

### CHOOSE A CONTEST
Choose from a huge variety of contest types across all sports.

**2**

### DRAFT YOUR LINEUP
Draft a new lineup every day.

**3**

### WATCH
Watch your lineup(s) move up the leaderboard in real time.

**4**

### WIN
You don't have to finish first to win money!



Play like a pro with FanDuel Research & our Fantasy Training Guides.

Play like a pro with [FanDuel Research](#) & our [Fantasy Training Guides](#).

FOOTBALL | BASKETBALL | HOCKEY | BASEBALL

# ALL YOUR FAVORITE SPORTS

**Play fantasy NFL, NBA, NHL, MLB, CFB, Soccer, Golf, NASCAR, WNBA, CBB and more!**



■ Where You Can Play Fantasy

# TYPES OF CONTESTS

## TOURNAMENTS
Our largest tournaments with large, guaranteed prize pools

## BEGINNER CONTESTS
Learn the ropes by competing against other new players

## TOURNAMENTS

Our largest tournaments with large, guaranteed prize pools

## BEGINNER CONTESTS

Learn the ropes by competing against other new players

## FULL ROSTER

Draft a lineup with players across a slate of games

## SINGLE GAME

Draft a lineup with players from one game

## FRIENDS MODE

Play against your friends in a full-season league or a one-day contest

## SNAKE DRAFT

Take turns picking players in a live draft

## BEST BALL

Play season-long fantasy with no roster management

## MULTIPLIERS

Double your money or play for even more

## H2H

Winner-take-all! Compete head-to-head against a single opponent

## 3-100 PLAYERS

Compete against a smaller field

## 50/50s

Finish in the top half of the leaderboard to win!

## SATELLITES & QUALIFIERS

Play to win entries into other contests that feature large prize pools and other prizes!

## FREE-TO-PLAY

Play Pick'Ems, Bingo, Shuffle'Em, Hi Lo and more for a FREE chance to win thousands in prizes each week!



# GET REWARDED FOR YOUR PLAY

### PROMOTIONS & REWARDS

Exclusive promotions and rewards you can't get anywhere else

### VOUCHERS & TICKETS

Enter contests for FREE with Vouchers and Tickets

### FANDUEL PLAYERS CLUB

Earn points and enjoy exclusive rewards as a thanks for your loyalty

## PROMOTIONS & REWARDS

Exclusive promotions and rewards you can't get anywhere else

## VOUCHERS & TICKETS

Enter contests for FREE with Vouchers and Tickets

## FANDUEL PLAYERS CLUB

Earn points and enjoy exclusive rewards as a thanks for your loyalty







# PLAY WITH YOUR WINNINGS ACROSS ALL PRODUCTS



**DOWNLOAD SPORTSBOOK**

**DOWNLOAD CASINO**

**DOWNLOAD FACEOFF**

**DOWNLOAD RACING**

| ABOUT | SPORTSBOOK ODDS | FANDUEL SPORTS BETTING STATES | FANDUEL NEWS | FANDUEL GROUP PRODUCTS |
|---|---|---|---|---|
| Support | NBA Odds | FanDuel Sportsbook AZ | UFC | FanDuel Sportsbook |
| About FanDuel | NFL Odds | | Soccer | The Duel |

Document title: FanDuel: Daily Fantasy Football, NBA, NHL, MLB Leagues for Cash | FanDuel
Capture URL: https://www.fanduel.com/daily-fantasy-sports
Capture timestamp (UTC): Fri, 07 Feb 2025 21:23:50 GMT



**DOWNLOAD SPORTSBOOK**

**DOWNLOAD CASINO**

**DOWNLOAD FACEOFF**

**DOWNLOAD RACING**

## ABOUT

Support

About FanDuel

What's New on Sportsbook

How It Works

Rules & Scoring

Responsible Play

Modern Slavery Statement

Legal Sports Betting Map

Affiliates

Sitemap

## SPORTSBOOK ODDS

NBA Odds

NFL Odds

MLB Odds

Golf Odds

UFC Odds

College Football Odds

College Basketball Odds

Soccer Odds

NASCAR Odds

NHL Odds

Super Bowl 59 Odds

2024 World Series Odds

2025 CFB Playoff National Championship Odds

## FANDUEL SPORTS BETTING STATES

FanDuel Sportsbook AZ

FanDuel Sportsbook CA

FanDuel Sportsbook CO

FanDuel Sportsbook CT

FanDuel Sportsbook DC

FanDuel Sportsbook IA

FanDuel Sportsbook IL

FanDuel Sportsbook IN

FanDuel Sportsbook LA

FanDuel Sportsbook MA

FanDuel Sportsbook MI

FanDuel Sportsbook NC

FanDuel Sportsbook NJ

FanDuel Sportsbook NY

FanDuel Sportsbook OH

FanDuel Sportsbook PA

FanDuel Sportsbook TN

FanDuel Sportsbook VA

FanDuel Sportsbook VT

FanDuel Sportsbook WV

## FANDUEL NEWS

UFC

Soccer

NFL

Casino

NBA

College Basketball

NHL

## FANDUEL GROUP PRODUCTS

FanDuel Sportsbook

The Duel

TVG

FanDuel Casino

FanDuel Racing

numberFire - Fantasy Sports Projections

FanDuel Faceoff

## FANTASY SPORTS

NFL

NHL

MLB

Soccer

CFB

Golf

Tennis

NASCAR

WNBA

CBB

## FANDUEL APPS

Fantasy (iOS)

Sportsbook & Fantasy (Android)

Sportsbook (iOS)

Sportsbook (Android)

## NFL SPORTSBOOK BETTING

2024 Best FanDuel Sportsbook Promos

NFL Betting

NFL Picks

2024 NFL Team Power Rankings

NFL Team Schedules & Odds

OddsFire - Compare Betting Odds

## FANDUEL CASINO

Online Slots

New Casino Games

Blackjack Online

Live Dealer Casino

Online Roulette

Online Table Games

FanDuel Casino Promo Codes

## FOLLOW FANDUEL

Facebook

Twitter

Instagram

YouTube

Snapchat

---

Careers    Governance    Trust & Safety    Bill of Rights    Privacy Policy    California Privacy Rights    Terms of Use    Your Privacy Choices    Modern Slavery Statement    Press & Media

---

© Betfair Interactive US LLC, 2025

Gambling Problem? Call 1-800-GAMBLER or visit RG-help.com. Call 1-888-789-7777 or visit ccpg.org/chat (CT). Hope is here. GamblingHelpLineMA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPE-NY or text HOPENY (467369) (NY). 21+ (18+ D.C.) and present in select states (for KS, in affiliation with Kansas Star Casino). Persons under 21 are not permitted to engage in sports wagering. For customer support please contact us.

           

Back to top ↑

---

Document title: FanDuel: Daily Fantasy Football, NBA, NHL, MLB Leagues for Cash | FanDuel

Capture URL: https://www.fanduel.com/daily-fantasy-sports

Capture timestamp (UTC): Fri, 07 Feb 2025 21:23:50 GMT

Exhibit 68



FanDuel Training Camps
Learn everything you need to start winning today

Whether you're starting a new sport, shaking off some off-season rust, or just want to put in some extra reps — we're here to help. Our special training camps give you the basics of roster construction as well as some next-level strategies so you can start winning from Day 1. Just pick your sport below to get started.



NFL Training Guide
View Now



NBA Training Guide
View Now



WNBA Training Guide
WNBA
CLASSIC
View Now



NHL Training Guide
View Now



Soccer Training Guide
View Now



MLB Training Guide
View Now



College Football Training Guide
View Now



Golf Training Guide
View Now



NASCAR Training Guide
View Now



College Basketball Training Guide
View Now





NASCAR Training Guide
View Now



College Basketball Training Guide
View Now



Tennis Training Guide
View Now



XFL Training Guide
View Now

## ABOUT

Support
About FanDuel
What's New on Sportsbook
How It Works
Rules & Scoring
Responsible Play
Modern Slavery Statement
Legal Sports Betting Map
Affiliates
Sitemap

## SPORTSBOOK ODDS

NBA Odds
NFL Odds
MLB Odds
Golf Odds
UFC Odds
College Football Odds
College Basketball Odds
Soccer Odds
NASCAR Odds
NHL Odds
Super Bowl 59 Odds
2024 World Series Odds
2025 CFB Playoff National Championship Odds

## FANDUEL SPORTS BETTING STATES

FanDuel Sportsbook AZ
FanDuel Sportsbook CA
FanDuel Sportsbook CO
FanDuel Sportsbook CT
FanDuel Sportsbook DC
FanDuel Sportsbook IA
FanDuel Sportsbook IL
FanDuel Sportsbook IN
FanDuel Sportsbook LA
FanDuel Sportsbook MA
FanDuel Sportsbook MI
FanDuel Sportsbook NC
FanDuel Sportsbook NJ
FanDuel Sportsbook NY
FanDuel Sportsbook OH
FanDuel Sportsbook PA
FanDuel Sportsbook TN
FanDuel Sportsbook VA
FanDuel Sportsbook VT
FanDuel Sportsbook WV

## FANDUEL NEWS

UFC
Soccer
NFL
Casino
NBA
College Basketball
NHL

## FANDUEL GROUP PRODUCTS

FanDuel Sportsbook
The Duel
TVG
FanDuel Casino
FanDuel Racing
numberFire - Fantasy Sports Projections
FanDuel Faceoff

## FANTASY SPORTS

NFL
NHL
MLB
Soccer
CFB
Golf
Tennis
NASCAR
WNBA
CBB

## FANDUEL APPS

Fantasy (iOS)
Sportsbook & Fantasy (Android)
Sportsbook (iOS)
Sportsbook (Android)

## NFL SPORTSBOOK BETTING

2024 Best FanDuel Sportsbook Promos
NFL Betting
NFL Picks
2024 NFL Team Power Rankings
NFL Team Schedules & Odds
OddsFire - Compare Betting Odds

## FANDUEL CASINO

Online Slots
New Casino Games
Blackjack Online
Live Dealer Casino
Online Roulette
Online Table Games
FanDuel Casino Promo Codes

## FOLLOW FANDUEL

Facebook
Twitter
Instagram
YouTube
Snapchat

Careers    ·    Governance    ·    Trust & Safety    ·    Bill of Rights    ·    Privacy Policy    ·    California Privacy Rights    ·    Terms of Use    ·    Your Privacy Choices    ·    Modern Slavery Statement    ·    Press & Media

© Betfair Interactive US LLC, 2025

Gambling Problem? Call 1-800-GAMBLER or visit RG-help.com. Call 1-888-789-7777 or visit ccpg.org/chat (CT). Hope is here.GamblingHelpLineMA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPE-NY or text HOPENY (467369) (NY). 21+ (18+ D.C.) and present in select states (for KS, in affiliation with Kansas Star Casino). Persons under 21 are not permitted to engage in sports wagering. For customer support please contact us.

           

Back to top ↑

Exhibit 69



**FANDUEL** TRAINING CAMP

# FanDuel Spring Training

Everything you need to know
to take on the big leagues

## ROSTER CONSTRUCTION

Every player has a salary. Fill all the positions without going over the $35,000 salary cap.



**Roster Breakdown:**

1 Pitcher
1 Catcher / First Basemen
1 Second Basemen
1 Short Stop
1 Third Basemen
3 Outfielders
1 Utility

## *NEW* MULTI-POSITION ELIGIBILITY

Cash-in on your player's versatility. If a player typically plays multiple positions, they can be drafted into any of those positions.



PLAYER          POSITIONS

D. **LeMahieu**    2B/3B

Select P          +
Select C/1B       +
Select 2B         +
**OR**
Select 3B         +
Select SS         +
Select OF         +

OR

Select 3B  +

Select SS  +

Select OF  +

Select UTIL  +

## SCORING GUIDE

Here's how you'll score points and win cash.



### PITCHERS

| | |
|---|---|
| | 6pts |
| | 4pts |
| | -3pts |
| | 3pts |
| | 3pts* |

*Fractional Scoring Per Out



### HITTERS

| | |
|---|---|
| | 3pts |
| | 6pts |
| | 9pts |
| | 12pts |
| | 3.5pts |
| | 3.2pts |
| | 3pts |
| | 6pts |
| | 3pts |

## MORE WAYS TO WIN

Find the game style that's right for you.

### FULL ROSTER

Our classic, 9-player roster with a salary cap.

**Play Now**



One game. One contest. In this game style, you build a 5-player roster using players from only one MLB game.

**FULL ROSTER**

Our classic, 9-player roster with a salary cap.

**Play Now**

One game. One contest. In this game style, you build a 5-player roster using players from only one MLB game.

**Play Now**



### SNAKE DRAFT

The simplest way to play. Draft 6 players in a 6-round draft with 30 seconds per pick. No salary caps and a max of 12 players per contest.

**Draft now**

# numberFire *STRATEGY CENTER*

Our friends at numerFire are here to help you start winning.



## SPEND WHERE IT COUNTS

The easiest way to score points in a hurry is by splurging on a top-end starting pitcher. Here's how lineups performed in 2018 based on how much salary was spent on pitching.

| P Salary of $10,000+ | 124.89 AVG Lineup Score |
| P Salary Below $10,000 | 115.47 AVG Lineup Score |



## STACKS ON DECK

Stacking is when you use multiple players from the same team on one roster. If Xander Bogaerts doubles with Mookie Betts on third base, you get the points for Bett's run scored and Bogaerts's RBI. And the more players you have in your stack, the better.



AVERAGE LINEUP SCORE

| PLAYERS FROM THE SAME TEAM | AVG LINEUP SCORE |
| --- | --- |
| 1 Player | 116.9 |
| 2 Players | 119.1 |
| 3 Players | 120.2 |



| PLAYERS FROM THE SAME TEAM | AVG LINEUP SCORE |
|---|---|
| 1 Player | 116.9 |
| 2 Players | 119.1 |
| 3 Players | 120.2 |
| 4 Players | 121.8 |



## PARK FACTORS MATTER

Unlike other sports, not all fields are the same in baseball. That means you need to factor in how "batter friendly" a park is – also known as a park factor – when filling out your lineups.

| ROCKIES RUNS PER GAME IN 2017 | ASTROS RUNS PER GAME IN 2017 |
|---|---|
| 6.02 AT HOME (PARK FACTOR: 1.332) | 4.72 AT HOME (PARK FACTOR: 0.826) |
| ON THE ROAD: 4.12 | ON THE ROAD: 6.19 |

### number**Fire**

Want extensive content and award-winning daily fantasy tools? numberFire can help you get an edge on the competition.

Articles    Sign Up    Podcasts

## *BATTING PRACTICE*

Ready to give daily fantasy baseball a try? Take some practice swings at the low entry fee contests below and hone your skills.

**MLB Bunt**
- $1 Entry Fee*

Enter now
*Single Entry

**MLB Big $2 Double Up**
- $2 Entry Fee

Enter now

**MLB Stolen Base**
- $2 Entry Fee

Enter now

**MLB Big $5 Double Up**
- $5 Entry Fee

Enter now

$1 Entry Fee* Enter now

MLB Big $2 Double Up
- $2 Entry Fee

Enter now

MLB Stolen Base
- $2 Entry Fee

Enter now

MLB Big $5 Double Up
- $5 Entry Fee

Enter now

| ABOUT | SPORTSBOOK ODDS | FANDUEL SPORTS BETTING STATES | FANDUEL NEWS | FANDUEL GROUP PRODUCTS |
|---|---|---|---|---|
| Support | NBA Odds | FanDuel Sportsbook AZ | UFC | FanDuel Sportsbook |
| About FanDuel | NFL Odds | FanDuel Sportsbook CA | Soccer | The Duel |
| What's New on Sportsbook | MLB Odds | FanDuel Sportsbook CO | NFL | TVG |
| How It Works | Golf Odds | FanDuel Sportsbook CT | Casino | FanDuel Casino |

**ABOUT**

Support

About FanDuel

What's New on Sportsbook

How It Works

Rules & Scoring

Responsible Play

Modern Slavery Statement

Legal Sports Betting Map

Affiliates

Sitemap

**SPORTSBOOK ODDS**

NBA Odds

NFL Odds

MLB Odds

Golf Odds

UFC Odds

College Football Odds

College Basketball Odds

Soccer Odds

NASCAR Odds

NHL Odds

Super Bowl 59 Odds

2024 World Series Odds

2025 CFB Playoff National Championship Odds

**FANDUEL SPORTS BETTING STATES**

FanDuel Sportsbook AZ

FanDuel Sportsbook CA

FanDuel Sportsbook CO

FanDuel Sportsbook CT

FanDuel Sportsbook DC

FanDuel Sportsbook IA

FanDuel Sportsbook IL

FanDuel Sportsbook IN

FanDuel Sportsbook LA

FanDuel Sportsbook MA

FanDuel Sportsbook MI

FanDuel Sportsbook NC

FanDuel Sportsbook NJ

FanDuel Sportsbook NY

FanDuel Sportsbook OH

FanDuel Sportsbook PA

FanDuel Sportsbook TN

FanDuel Sportsbook VA

FanDuel Sportsbook VT

FanDuel Sportsbook WV

**FANDUEL NEWS**

UFC

Soccer

NFL

Casino

NBA

College Basketball

NHL

**FANDUEL GROUP PRODUCTS**

FanDuel Sportsbook

The Duel

TVG

FanDuel Casino

FanDuel Racing

numberFire - Fantasy Sports Projections

FanDuel Faceoff

**FANTASY SPORTS**

NFL

NHL

MLB

Soccer

CFB

Golf

Tennis

NASCAR

WNBA

CBB

**FANDUEL APPS**

Fantasy (iOS)

Sportsbook & Fantasy (Android)

Sportsbook (iOS)

Sportsbook (Android)

**NFL SPORTSBOOK BETTING**

2024 Best FanDuel Sportsbook Promos

NFL Betting

NFL Picks

2024 NFL Team Power Rankings

NFL Team Schedules & Odds

OddsFire - Compare Betting Odds

**FANDUEL CASINO**

Online Slots

New Casino Games

Blackjack Online

Live Dealer Casino

Online Roulette

Online Table Games

FanDuel Casino Promo Codes

**FOLLOW FANDUEL**

Facebook

Twitter

Instagram

YouTube

Snapchat

Careers  •  Governance  •  Trust & Safety  •  Bill of Rights  •  Privacy Policy  •  California Privacy Rights  •  Terms of Use  •  Your Privacy Choices  •  Modern Slavery Statement
Press & Media

© Betfair Interactive US LLC, 2025

Gambling Problem? Call 1-800-GAMBLER or visit RG-help.com. Call 1-888-789-7777 or visit ccpg.org/chat (CT). Hope is here. GamblingHelpLineMA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPE-NY or text HOPENY (467369) (NY). 21+ (18+ D.C.) and present in select states (for KS, in affiliation with Kansas Star Casino). Persons under 21 are not permitted to engage in sports wagering. For customer support please contact us.

Back to top ↑

MLB Big $2 Double Up

• $2 Entry Fee

Enter now

MLB Station Base

• $3 Entry Fee

Enter now

MLB Big $5 Double Up

• $5 Entry Fee

Enter now

**ABOUT**

Register

All Sports

Promotions

Support

About Us

FAQs

Betting Guides

Responsible Gaming

Accessibility

California Privacy Rights

Do Not Sell My Personal Information

**SPORTSBOOK ODDS**

NFL Odds

NFL Team Odds

NBA Odds

NBA Team Odds

MLB Odds

NHL Odds

College Football Odds

College Basketball Odds

Soccer Odds

Golf Odds

UFC Odds

NASCAR and F1 Odds

**FANDUEL GROUP SITES**

FanDuel Fantasy

FanDuel Racing

FanDuel Casino

TVG

numberFire

The Duel

**FANDUEL APPS**

Fantasy (iOS)

Fantasy (Android)

Sportsbook (iOS)

Sportsbook (Android)

**FOLLOW FANDUEL**

Facebook

Twitter

Instagram

YouTube

Snapchat

FanDuel Sportsbook IA
College Football Odds
College Basketball Odds
numberFire - Fantasy Sports Projections
FanDuel Sportsbook IN
NASCAR Odds
FanDuel Sportsbook KS
FanDuel Sportsbook LA
NHL Odds
College Basketball Odds
FanDuel Sportsbook MA
Super Bowl 59 Odds
FanDuel Sportsbook MI
2024 World Series Odds
FanDuel Sportsbook NC
2025 CFB Playoff Championship Odds
FanDuel Sportsbook NJ
FanDuel Sportsbook NY
FanDuel Sportsbook OH
FanDuel Sportsbook PA
FanDuel Sportsbook TN
FanDuel Sportsbook VA
FanDuel Sportsbook VT
FanDuel Sportsbook WV

| FANTASY SPORTS | FANDUEL APPS | NFL SPORTSBOOK BETTING | FANDUEL CASINO | FOLLOW FANDUEL |
|---|---|---|---|---|
| NFL | Fantasy (iOS) | 2024 Best FanDuel Sportsbook Promos | Online Slots | Facebook |
| NHL | Sportsbook & Fantasy (Android) | NFL Betting | New Casino Games | Twitter |
| MLB | Sportsbook (iOS) | NFL Picks | Blackjack Online | Instagram |
| Soccer | Sportsbook (Android) | 2024 NFL Team Power Rankings | Live Dealer Casino | YouTube |
| CFB | | NFL Team Schedules & Odds | Online Roulette | Snapchat |
| Golf | | OddsFire - Compare Betting Odds | Online Table Games | |
| Tennis | | | FanDuel Casino Promo Codes | |
| NASCAR | | | | |
| WNBA | | | | |
| CBB | | | | |

Careers • Governance • Trust & Safety • Bill of Rights • Privacy Policy • California Privacy Rights • Terms of Use • Your Privacy Choices • Modern Slavery Statement • Press & Media

© Betfair Interactive US LLC, 2025
Gambling Problem? Call 1-800-GAMBLER or visit RG-help.com. Call 1-888-789-7777 or visit ccpg.org/chat (CT). Hope is here.GamblingHelpLineMA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPE-NY or text HOPENY (467369) (NY). 21+ (18+ D.C.) and present in select states (for KS, in affiliation with Kansas Star Casino). Persons under 21 are not permitted to engage in sports wagering. For customer support please contact us.

Back to top ↑

MLB Big $2 Double Up
• $2 Entry Fee
Enter now

MLB Stolen Base
• $2 Entry Fee
Enter now

MLB Big $5 Double Up
• $5 Entry Fee
Enter now

| ABOUT | SPORTSBOOK ODDS | FANDUEL GROUP SITES | FANDUEL APPS | FOLLOW FANDUEL |
|---|---|---|---|---|
| Register | NFL Odds | FanDuel Fantasy | Fantasy (iOS) | Facebook |
| All Sports | NFL Team Odds | FanDuel Racing | Fantasy (Android) | Twitter |
| Promotions | NBA Odds | FanDuel Casino | Sportsbook (iOS) | Instagram |
| Support | NBA Team Odds | TVG | Sportsbook (Android) | YouTube |
| About Us | MLB Odds | numberFire | | Snapchat |
| FAQs | NHL Odds | The Duel | | |
| Betting Guides | College Football Odds | | | |
| Responsible Gaming | College Basketball Odds | | | |
| Accessibility | Soccer Odds | | | |
| California Privacy Rights | Golf Odds | | | |
| Do Not Sell My Personal Information | UFC Odds | | | |
| | NASCAR and F1 Odds | | | |

Careers • Security • Privacy Policy • Terms of Use • Press & Media

© Betfair Interactive US LLC, 2025
Gambling Problem? Call 1-800-GAMBLER or visit RG-help.com. Call 1-888-789-7777 or visit ccpg.org/chat (CT). Hope is here.GamblingHelpLineMA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPE-NY or text HOPENY (467369) (NY). 21+ (18+ D.C.) and present in select states (for KS, in affiliation with Kansas Star Casino). Persons under 21 are not permitted to engage in sports wagering. For customer support please contact us.

numberFire 

Back to top ↑

Exhibit 70

## WHAT IS AUTO-DRAFT AND HOW DO I DO IT?

Auto-draft is a feature that allows you to have your picks automatically be selected for you. These selections are either based on the order of your queue or the order of FanDuel's rankings.

If you have your queue set up, that will take precedence. If your queue is not set up, then the auto-draft will default to the projected score rankings for any specific draft.

To turn auto-draft on or off simply toggle the blue "auto-draft" button in the middle of the screen. You may decide to turn auto-draft on or off at any given time before or during a draft. Once selected, you will confirm that you wish to enable or disable auto-draft.



If time runs out during your selection, you will automatically have auto-draft enabled.

### DID THIS ARTICLE ANSWER YOUR QUESTION?

Yes    No

## STILL NEED HELP?



**Contact us**

**Help**
Contact us
Accessibility
Terms of Use
Privacy Policy
Your Privacy Choices

**Responsible Gaming**
User limits
Timeout
Self-exclusion
Player activity statements

FanDuel Inc
New York, NY

 

© Betfair Interactive US LLC, 2025
If you or someone you know has a gambling problem or wants help, please check out our Responsible Gaming resources.

2/7/25, 9:40:31 PM

# Exhibit 71

## CAN I CREATE MY OWN FANTASY CONTEST?

Yes! You can create your own contest directly from the FanDuel Lobby. To create your own contest:

1. Visit the Lobby
2. Click or tap on "Create Contest" in the top-left corner of the Lobby page
3. Build a contest based on the contest rules available
4. Select "Start my league" and submit your lineup
5. Share with friends! Invite your friends to play in your contest via the shareable link

If you're playing with friends it's best to invite more friends to enter your contest than there are available spots. This way, it's more likely that your contest will fill by game time. If the contest doesn't fill, it will not pay out prizes unless it fits the following criteria.

1. Must be set for five (5) or more entries
2. At least 80% of the spots must be filled
3. The contest has an entry fee of $25 or less

If your contest meets these requirements it will pay out prizes. If your private contest does not fill and does not meet these criteria, the contest will run as a free game— all entry fees will be returned to the users' accounts.

Does playing with friends sound like fun? To play in a league that has recurring contests check out Friends Mode!

---

### DID THIS ARTICLE ANSWER YOUR QUESTION?

Yes    No

---

## STILL NEED HELP?



**Contact us**

---

**Help**
Contact us
Accessibility
Terms of Use
Privacy Policy
Your Privacy Choices

**Responsible Gaming**
User limits
Timeout
Self-exclusion
Player activity
statements

FanDuel Inc
New York, NY

 

© Betfair Interactive US LLC, 2025
If you or someone you know has a gambling problem or wants help, please check out our Responsible Gaming resources.





---

Document title: Can I create my own fantasy contest?
Capture URL: https://support.fanduel.com/s/article/Can-I-create-my-own-contest
Capture timestamp (UTC): Fri, 07 Feb 2025 21:45:43 GMT

Page 1 of 1

Exhibit 72

## WHERE CAN I PLAY FANDUEL CASINO?

You must physically be located within the borders of **New Jersey, Michigan, Pennsylvania, and West Virginia** to play on FanDuel Casino. You can also play in **Connecticut** through our partners at the Mohegan Sun.

### DID THIS ARTICLE ANSWER YOUR QUESTION?

Yes          No

## STILL NEED HELP?



**Contact us**

**Help**

Contact us

Accessibility

Terms of Use

Privacy Policy

Your Privacy Choices

**Responsible Gaming**

User limits

Timeout

Self-exclusion

Player activity

statements

FanDuel Inc

New York, NY



© Betfair Interactive US LLC, 2025

If you or someone you know has a gambling problem or wants help, please check out our Responsible Gaming resources.

2/7/25, 10:03:10 PM

Back to top ▲





Document title: Where can I play FanDuel Casino?

Capture URL: https://support.fanduel.com/s/article/Can-I-play-on-Fanduel-Casino-from-anywhere-in-the-US

Capture timestamp (UTC): Fri, 07 Feb 2025 22:03:36 GMT

Page 1 of 1

Exhibit 73

# WHERE YOU CAN PLAY ONLINE CASINO GAMES FOR REAL CASH

Wondering which states allow online casino gambling for real money?

Online casino games are legal to play in MI, PA, NJ, WV, and CT with FanDuel Casino. States that have online casinos are always changing and growing as new legislation is adapted. FanDuel Casino is also available in Ontario, Canada. See the interactive map of real money online casino gambling states below, then read on to learn about how you can gamble online today.



| LIVE | LOTTERY | NOT AVAILABLE |

# READY TO PLAY ONLINE CASINO GAMES IN YOUR STATE?

Check out FanDuel Casino in your state for the most popular online blackjack games, slot games, table games, online baccarat, live dealer casino games and more! Play it again and get up to $1000 back if you're down after your first day!

**PLAY ONLINE CASINO GAMES IN MICHIGAN**

**PLAY ONLINE CASINO GAMES IN PENNSYLVANIA**

**PLAY ONLINE CASINO GAMES IN NEW JERSEY**

**PLAY ONLINE CASINO GAMES IN WEST VIRGINIA**

**PLAY ONLINE CASINO GAMES IN MICHIGAN**

**PLAY ONLINE CASINO GAMES IN PENNSYLVANIA**

**PLAY ONLINE CASINO GAMES IN NEW JERSEY**

**PLAY ONLINE CASINO GAMES IN WEST VIRGINIA**

**PLAY ONLINE CASINO GAMES IN CONNECTICUT**

**START PLAYING ONLINE TODAY**

Looking for tips and strategies for playing your favorite online casino games for real money? Check out our Casino 101 guide for tips on how to play your favorite casino games, popular casino game recommendations, top online casino strategies and more!



# NEW JERSEY
# NJ

FanDuel Casino is available in New Jersey!

Click here to play online casino games like slots, roulette, blackjack, games with jackpots, live table games and more in NJ.

**PLAY FANDUEL CASINO IN NJ**



# PENNSYLVANIA
# PA

FanDuel Casino is available in Pennsylvania!

Click here to play online casino games like slots, roulette, blackjack, games with jackpots, live table games and more in PA.

**PLAY FANDUEL CASINO IN PA**



# MICHIGAN
# MI



# WEST VIRGINIA
# WV



**FanDuel Casino is available in Michigan!**

Click here to play online casino games like slots, roulette, blackjack, games with jackpots, live table games and more in MI.

**PLAY FANDUEL CASINO IN MI**



**FanDuel Casino is available in West Virginia!**

Click here to play online casino games like slots, roulette, blackjack, games with jackpots, live table games and more in WV.

**PLAY FANDUEL CASINO IN WV**



**FanDuel Casino is available in Connecticut!**

Click here to play online casino games like slots, roulette, blackjack, games with jackpots, live table games and more in CT.

**PLAY FANDUEL CASINO IN CT**

| ABOUT | SPORTSBOOK ODDS | FANDUEL SPORTS BETTING STATES | FANDUEL NEWS | FANDUEL GROUP PRODUCTS |
|---|---|---|---|---|
| Support | NBA Odds | FanDuel Sportsbook AZ | UFC | FanDuel Sportsbook |
| About FanDuel | NFL Odds | FanDuel Sportsbook CA | Soccer | The Duel |
| What's New on Sportsbook | MLB Odds | FanDuel Sportsbook CO | NFL | TVG |
| How It Works | Golf Odds | FanDuel Sportsbook CT | Casino | FanDuel Casino |
| Rules & Scoring | UFC Odds | FanDuel Sportsbook DC | NBA | FanDuel Racing |
| Responsible Play | College Football Odds |  | College Basketball | numberFire - Fantasy Sports |

slots, roulette, blackjack, games with
jackpots, live table games and live dealer.



**PLAY FANDUEL CASINO IN CT**

---

**ABOUT**

Support

About FanDuel

What's New on Sportsbook

How It Works

Rules & Scoring

Responsible Play

Modern Slavery Statement

Legal Sports Betting Map

Affiliates

Sitemap

**SPORTSBOOK ODDS**

NBA Odds

NFL Odds

MLB Odds

Golf Odds

UFC Odds

College Football Odds

College Basketball Odds

Soccer Odds

NASCAR Odds

NHL Odds

Super Bowl 59 Odds

2024 World Series Odds

2025 CFB Playoff National
Championship Odds

**FANDUEL SPORTS BETTING STATES**

FanDuel Sportsbook AZ

FanDuel Sportsbook CA

FanDuel Sportsbook CO

FanDuel Sportsbook CT

FanDuel Sportsbook DC

FanDuel Sportsbook IA

FanDuel Sportsbook IL

FanDuel Sportsbook IN

FanDuel Sportsbook LA

FanDuel Sportsbook MA

FanDuel Sportsbook MI

FanDuel Sportsbook NC

FanDuel Sportsbook NJ

FanDuel Sportsbook NY

FanDuel Sportsbook OH

FanDuel Sportsbook PA

FanDuel Sportsbook TN

FanDuel Sportsbook VA

FanDuel Sportsbook VT

FanDuel Sportsbook WV

**FANDUEL NEWS**

UFC

Soccer

NFL

Casino

NBA

College Basketball

NHL

**FANDUEL GROUP PRODUCTS**

FanDuel Sportsbook

The Duel

TVG

FanDuel Casino

FanDuel Racing

numberFire - Fantasy Sports
Projections

FanDuel Faceoff

**FANTASY SPORTS**

NFL

NHL

MLB

Soccer

CFB

Golf

Tennis

NASCAR

WNBA

CBB

**FANDUEL APPS**

Fantasy (iOS)

Sportsbook & Fantasy (Android)

Sportsbook (iOS)

Sportsbook (Android)

**NFL SPORTSBOOK BETTING**

2024 Best FanDuel Sportsbook
Promos

NFL Betting

NFL Picks

2024 NFL Team Power Rankings

NFL Team Schedules & Odds

OddsFire - Compare Betting
Odds

**FANDUEL CASINO**

Online Slots

New Casino Games

Blackjack Online

Live Dealer Casino

Online Roulette

Online Table Games

FanDuel Casino Promo Codes

**FOLLOW FANDUEL**

Facebook

Twitter

Instagram

YouTube

Snapchat

---

- Careers   - Governance   - Trust & Safety   - Bill of Rights   - Privacy Policy   - California Privacy Rights   - Terms of Use   - Your Privacy Choices   - Modern Slavery Statement
- Press & Media

© Betfair Interactive US LLC, 2025

Gambling Problem? Call 1-800-GAMBLER or visit RG-help.com. Call 1-888-789-7777 or visit ccpg.org/chat (CT). Hope is here. GamblingHelpLineMA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPE-NY or text HOPENY (467369) (NY). 21+ (18+ D.C.) and present in select states (for KS, in affiliation with Kansas Star Casino). Persons under 21 are not permitted to engage in sports wagering. For customer support please contact us.

           

Back to top ↑

---

Document title: States Where Online Casinos are Legal 2025 | FanDuel

Capture URL: https://www.fanduel.com/casino/states-where-online-casinos-are-legal

Capture timestamp (UTC): Fri, 07 Feb 2025 22:09:36 GMT

Exhibit 74

# HOW OLD DO I HAVE TO BE TO BET OR PLAY ON FANDUEL?

FanDuel follows all state, provincial, and local rules for age and residency requirements for all our fantasy and free-to-play contests, along with casino, FanDuel Faceoff, and sports betting.

These requirements are in place to ensure you are of legal age and meet identity verification requirements.

### How old do I have to be to bet on FanDuel Sportsbook?

You must be **at least 21 years old** to wager using a FanDuel Sportsbook account in most states.

You must be **18+ in Washington, D.C.** *Note: If you are between the ages of 18-20, you will be restricted from using the Sportsbook app when trying to log in outside of the District.*

You must be **19+ in Canada** in order to play on FanDuel Sportsbook and FanDuel Casino.

You must be **18+ and a territorial resident of Puerto Rico** to wager online or at the in-person sportsbook.

### What are FanDuel Sportsbook's identify verification requirements?

To place a wager in the following states, the customer's address must be verified:

Connecticut, Iowa, Maryland, New Jersey, New York and Pennsylvania

The following states have additional authentication requirements:

Connecticut, New Jersey and Pennsylvania

You can learn more about these additional security measures if you create your account while in those states.

### How old do I have to be to play in FanDuel Fantasy or DFS contests?

You must be **at least 18 years old** to enter a DFS contest in most states.

-Alabama: **at least 19 years old**

-Arizona, Iowa, Louisiana, and Massachusetts: **at least 21 years old**

### How old do I have to be to play on FanDuel Racing or TVG?

You must be **at least 21 years old** to play with FanDuel Racing.

---

## DID THIS ARTICLE ANSWER YOUR QUESTION?

**Yes**     **No**

---

## Related Articles

FanDuel House Rules Hub

FanDuel in Washington, D.C.

Where can I play FanDuel Casino?

## STILL NEED HELP?



**LIVE CHAT**

...Sign up in Washington (state) if you are physically located in WA, you will be restricted from using the Sportsbook in WA but are not restricted from trying to log in outside of the District.

You must be **19+ in Canada** in order to play on FanDuel Sportsbook and FanDuel Casino.

You must be **18+ and a territorial resident of Puerto Rico** to wager online or at the in-person sportsbook.

## What are FanDuel Sportsbook's identify verification requirements?

To place a wager in the following states, the customer's address must be verified:

Connecticut, Iowa, Maryland, New Jersey, New York and Pennsylvania

The following states have additional authentication requirements:

Connecticut, New Jersey and Pennsylvania

You can learn more about these additional security measures if you create your account while in those states.

## How old do I have to be to play in FanDuel Fantasy or DFS contests?

You must be **at least 18 years old** to enter a DFS contest in most states.

-Alabama: **at least 19 years old**

-Arizona, Iowa, Louisiana, and Massachusetts: **at least 21 years old**

## How old do I have to be to play on FanDuel Racing or TVG?

You must be **at least 21 years old** to play with FanDuel Racing.

---

### DID THIS ARTICLE ANSWER YOUR QUESTION?

[ Yes ]    [ No ]

---

## STILL NEED HELP?



**Contact us**

---

**Help**
Contact us
Accessibility
Terms of Use
Privacy Policy
Your Privacy Choices

**Responsible Gaming**
User limits
Timeout
Self-exclusion
Player activity
statements

FanDuel Inc
New York, NY

 

© Betfair Interactive US LLC, 2025

If you or someone you know has a gambling problem or wants help, please check out our Responsible Gaming resources.

2/7/25, 1

LIVE CHAT



Back to top ▲

---

Document title: How old do I have to be to bet or play on FanDuel?
Capture URL: https://support.fanduel.com/s/article/How-old-do-I-have-to-be-to-bet-or-play-on-FanDuel
Capture timestamp (UTC): Fri, 07 Feb 2025 22:30:54 GMT

Exhibit 75

If you or someone you know has a gambling problem and wants help, call (888) 789-7777 or visit https://ccpg.org/chat.

   Log in    Join

‹    **Parental controls**



About Responsible Gaming

User tools

Deposit Threshold

**Parental controls**

Additional resources

Account information

Privacy policy

Prohibitions and restrictions

### Parental controls

FanDuel verifies all accounts for age and eligibility. If minors (under 18 (19 in AL & 21 in AZ, IA, LA, MA) for daily fantasy or under 21 (18 in DC) for Sportsbook/Casino) have access to your computer, your account or your personal information, please consider installing parental control software to prevent access to FanDuel and other age-restricted sites. If you believe a minor is playing on FanDuel, please contact customer support here. If a minor is found playing on FanDuel, then that account will be closed.

#### Underage gambling

Please note that anyone under the age of 21 years old found to be using this site for internet or mobile wagering purposes, as well as anyone who facilitates someone under the age of 21 years old using the site for internet or mobile wagering purposes, will be reported to law enforcement and will be subject to other legal penalties.

Underage gambling is a criminal offense and anyone who facilitates gambling by a person under the age of 21 has committed a criminal offense and shall be prohibited from internet gaming.

**Help**

Contact Us

FAQ

Responsible Gaming

Accessibility

Modern Slavery Statement

T&Cs

Privacy Policy

**More**

Do Not Sell

**FanDuel Inc**
New York, NY

© Betfair Interactive US LLC, 2025

2/7/2025, 5:34:01 PM

If you or someone you know has a gambling problem and wants help, call (888) 789-7777 or visit https://ccpg.org/chat

This site has been authorized by the Connecticut Department of Consumer Protection for use by registered users physically present in Connecticut. Betfair Interactive US, LLC is licensed in the State of Connecticut - License OGO2.

Persons under 21 are not permitted to engage in sports and casino wagering.



Document title: FanDuel Casino

Capture URL: https://account.ct.casino.fanduel.com/responsible-play/parental-controls

Capture timestamp (UTC): Fri, 07 Feb 2025 22:34:05 GMT

# Exhibit 76

# COLLEGE SPORTS
# BETTING STATE GUIDELINES

Every state has its own rules for what you can bet on during College Sports season.
Please find your state below for further details.

## OVERALL COLLEGE RULES

### CAN I BET ON GAMES INVOLVING SCHOOLS FROM MY STATE?

✔ AZ, CO, IA, IN[1], KS, KY, LA, MD, MI, MS, NC, TN, OH, PA, WV, WY

✘ NJ, CT, IL, DC, MA#, NY, VA, VT#, WA

### CAN I BET ON PRE-GAME PLAYER PROPS?

✔ CT, DC*, IA* (RETAIL ONLY), IL*, IN[1], KS, KY, MI, NC, NJ*, WA*, WV, WY

✘ AZ, CO, LA, MA, MD, MS, NY, OH, PA, TN, VA, VT

[1] You can only bet on player props pre-live.
* Although player props are allowed, you cannot bet on player props for players within your respective state.
# You can only bet on games involving your state in tournament play.

RETAIL ONLY: MS, WA

At this time, all states are eligible to bet on individual collegiate awards like the Heisman Winner EXCEPT for: CT, MA, VA, VT, CO, and NY.

Gambling Problem? Call 1-800-GAMBLER. Hope is here. GamblingHelpLineMA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPE-NY or text HOPENY (467369) (NY).
21+ (18+ D.C.) and present in select states (for KS, in affiliation with Kansas Star Casino).

# OVERALL COLLEGE RULES

### CAN I BET ON GAMES INVOLVING SCHOOLS FROM MY STATE?

✅ AZ, CO, IA, IN[1,] KS, KY, LA, MD, MI, MS, NC, TN, OH, PA, WV, WY

❌ NJ, CT, IL, DC, MA[#], NY, VA, VT[#], WA

### CAN I BET ON PRE-GAME PLAYER PROPS?

✅ CT, DC*, IA* (RETAIL ONLY), IL*, IN[1], KS, KY, MI, NC, NJ*, WA*, WV, WY

❌ AZ, CO, LA, MA, MD, MS, NY, OH, PA, TN, VA, VT

[1] You can only bet on player props pre-live.
* Although player props are allowed, you cannot bet on player props for players within your respective state.
# You can only bet on games involving your state in tournament play.

### RETAIL ONLY: MS, WA

At this time, all states are eligible to bet on individual collegiate awards like the Heisman Winner EXCEPT for: CT, MA, VA, VT, CO, and NY.

Gambling Problem? Call 1-800-GAMBLER. Hope is here. GamblingHelpLineMA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPE-NY or text HOPENY (467369) (NY).

21+ (18+ D.C.) and present in select states (for KS, in affiliation with Kansas Star Casino).



Document title: Daily Fantasy Sports and Online U.S. Sportsbook | FanDuel
Capture URL: https://www.fanduel.com/collegesports-rules
Capture timestamp (UTC): Fri, 07 Feb 2025 22:38:48 GMT

Page 2 of 2

# Exhibit 77

English ▼    Preferences ▼    Contact Us    Feedback



Get started    Service guides    Developer tools    All resources    [ Search in this guide ]    Create an AWS Account

**Amazon CloudFront** ‹
Developer Guide

▶ What is Amazon CloudFront?
▶ Get started
▶ Configure distributions
▶ Caching and availability
▶ Control the cache key with a policy
▶ Control origin requests with a policy
▶ Add or remove response headers with a policy
▼ Request and response behavior
   How CloudFront processes HTTP and HTTPS requests
   Request and response behavior for Amazon S3 origins
   **Request and response behavior for custom origins**
   Request and response behavior for origin groups
   Add custom headers to origin requests
   How CloudFront processes range GETs
   How CloudFront processes HTTP 3xx status codes from your origin
   How CloudFront processes HTTP 4xx and 5xx status codes from your origin
   ▶ Generate custom error responses
▶ Add, remove, or replace content
▶ Use AWS WAF protections
▶ Configure secure access and restrict access to content
▶ Video on demand and live streaming video
▶ Use functions to customize at the edge
▶ Reports, metrics, and logs
▶ Security
▶ Troubleshooting
   Quotas
▶ Code examples
   Document history

Documentation › Amazon CloudFront › Developer Guide

# Request and response behavior for custom origins

[ ⬇ PDF ]  [ ⬇ RSS ]  ⬤ Focus mode

To understand how CloudFront processes requests and responses when you're using custom origins, see the following sections:

**Topics**

- How CloudFront processes and forwards requests to your custom origin
- How CloudFront processes responses from your custom origin

## How CloudFront processes and forwards requests to your custom origin

Learn about how CloudFront processes viewer requests and forwards the requests to your custom origin.

**Contents**

- Authentication
- Caching duration and minimum TTL
- Client IP addresses
- Client-side SSL authentication
- Compression
- Conditional requests
- Cookies
- Cross-origin resource sharing (CORS)
- Encryption
- GET requests that include a body
- HTTP methods
- HTTP request headers and CloudFront behavior (custom and Amazon S3 origins)
- HTTP version
- Maximum length of a request and maximum length of a URL
- OCSP stapling
- Persistent connections
- Protocols
- Query strings
- Origin connection timeout and attempts
- Origin response timeout
- Simultaneous requests for the same object (request collapsing)
- User-Agent header

## Authentication

If you forward the `Authorization` header to your origin, you can then configure your origin server to request client authentication for the following types of requests:

**On this page**

How CloudFront processes and forwards requests to your custom origin

How CloudFront processes responses from your custom origin

**Did this page help you?**

[ 👍 Yes ]  [ 👎 No ]

Provide feedback

If you forward the `Authorization` header to your origin, you can then configure your origin server to request client authentication for the following types of requests:

- `DELETE`
- `GET`
- `HEAD`
- `PATCH`
- `PUT`
- `POST`

For `OPTIONS` requests, client authentication can *only* be configured if you use the following CloudFront settings:

- CloudFront is configured to forward the `Authorization` header to your origin
- CloudFront is configured to *not* cache the response to `OPTIONS` requests

For more information, see [Configure CloudFront to forward the Authorization header](#).

You can use HTTP or HTTPS to forward requests to your origin server. For more information, see [Use HTTPS with CloudFront](#).

## Caching duration and minimum TTL

To control how long your objects stay in a CloudFront cache before CloudFront forwards another request to your origin, you can:

- Configure your origin to add a `Cache-Control` or an `Expires` header field to each object.
- Specify a value for Minimum TTL in CloudFront cache behaviors.
- Use the default value of 24 hours.

For more information, see [Manage how long content stays in the cache (expiration)](#).

## Client IP addresses

If a viewer sends a request to CloudFront and does not include an `X-Forwarded-For` request header, CloudFront gets the IP address of the viewer from the TCP connection, adds an `X-Forwarded-For` header that includes the IP address, and forwards the request to the origin. For example, if CloudFront gets the IP address `192.0.2.2` from the TCP connection, it forwards the following header to the origin:

```
X-Forwarded-For: 192.0.2.2
```

If a viewer sends a request to CloudFront and includes an `X-Forwarded-For` request header, CloudFront gets the IP address of the viewer from the TCP connection, appends it to the end of the `X-Forwarded-For` header, and forwards the request to the origin. For example, if the viewer request includes `X-Forwarded-For: 192.0.2.4,192.0.2.3` and CloudFront gets the IP address `192.0.2.2` from the TCP connection, it forwards the following header to the origin:

```
X-Forwarded-For: 192.0.2.4,192.0.2.3,192.0.2.2
```

Some applications, such as load balancers (including Elastic Load Balancing), web application firewalls, reverse proxies, intrusion prevention systems, and API Gateway, append the IP address of the CloudFront edge server that forwarded the request onto the end of the `X-Forwarded-For` header. For example, if CloudFront

### On this page

How CloudFront processes and forwards requests to your custom origin

How CloudFront processes responses from your custom origin

### Did this page help you?

 Yes     No

Provide feedback



application firewalls, reverse proxies, intrusion prevention systems, and API Gateway, append the IP address of the CloudFront edge server that forwarded the request onto the end of the `X-Forwarded-For` header. For example, if CloudFront includes `X-Forwarded-For: 192.0.2.2` in a request that it forwards to ELB and if the IP address of the CloudFront edge server is 192.0.2.199, the request that your EC2 instance receives contains the following header:

```
X-Forwarded-For: 192.0.2.2,192.0.2.199
```

> ⓘ **Note**
>
> The `X-Forwarded-For` header contains IPv4 addresses (such as 192.0.2.44) and IPv6 addresses (such as 2001:0db8:85a3::8a2e:0370:7334).
>
> Also note that the `X-Forwarded-For` header may be modified by every node on the path to the current server (CloudFront). For more information, see section 8.1 in RFC 7239. You can also modify the header using CloudFront edge compute functions.

## Client-side SSL authentication

CloudFront does not support client authentication with client-side SSL certificates. If an origin requests a client-side certificate, CloudFront drops the request.

## Compression

For more information, see Serve compressed files.

## Conditional requests

When CloudFront receives a request for an object that has expired from an edge cache, it forwards the request to the origin either to get the latest version of the object or to get confirmation from the origin that the CloudFront edge cache already has the latest version. Typically, when the origin last sent the object to CloudFront, it included an `ETag` value, a `LastModified` value, or both values in the response. In the new request that CloudFront forwards to the origin, CloudFront adds one or both of the following:

- An `If-Match` or `If-None-Match` header that contains the `ETag` value for the expired version of the object.
- An `If-Modified-Since` header that contains the `LastModified` value for the expired version of the object.

The origin uses this information to determine whether the object has been updated and, therefore, whether to return the entire object to CloudFront or to return only an HTTP 304 status code (not modified).

> ⓘ **Note**
>
> `If-Modified-Since` and `If-None-Match` conditional requests are not supported when CloudFront is configured to forward cookies (all or a subset).
>
> For more information, see Cache content based on cookies.

## Cookies

You can configure CloudFront to forward cookies to your origin. For more

 

aws

Get started    Service guides    Developer tools    All resources    🔍 Search in this guide    Create an AWS Account

**Amazon CloudFront**
Developer Guide

- What is Amazon CloudFront?
- Get started
- Configure distributions
- Caching and availability
- Control the cache key with a policy
- Control origin requests with a policy
- Add or remove response headers with a policy
- Request and response behavior
  - How CloudFront processes HTTP and HTTPS requests
  - Request and response behavior for Amazon S3 origins
  - **Request and response behavior for custom origins**
  - Request and response behavior for origin groups
  - Add custom headers to origin requests
  - How CloudFront processes range GETs
  - How CloudFront processes HTTP 3xx status codes from your origin
  - How CloudFront processes HTTP 4xx and 5xx status codes from your origin
  - ▶ Generate custom error responses
- Add, remove, or replace content
- Use AWS WAF protections
- Configure secure access and restrict access to content
- Video on demand and live streaming video
- Use functions to customize at the edge
- Reports, metrics, and logs
- Security
- Troubleshooting
- Quotas
- Code examples
- Document history

## Cookies

You can configure CloudFront to forward cookies to your origin. For more information, see [Cache content based on cookies](#).

## Cross-origin resource sharing (CORS)

If you want CloudFront to respect cross-origin resource sharing settings, configure CloudFront to forward the `Origin` header to your origin. For more information, see [Cache content based on request headers](#).

## Encryption

You can require viewers to use HTTPS to send requests to CloudFront and require CloudFront to forward requests to your custom origin by using the protocol that is used by the viewer. For more information, see the following distribution settings:

- [Viewer protocol policy](#)
- [Protocol (custom origins only)](#)

CloudFront forwards HTTPS requests to the origin server using the SSLv3, TLSv1.0, TLSv1.1, and TLSv1.2 protocols. For custom origins, you can choose the SSL protocols that you want CloudFront to use when communicating with your origin:

- If you're using the CloudFront console, choose protocols by using the **Origin SSL Protocols** check boxes. For more information, see [Create a distribution](#).
- If you're using the CloudFront API, specify protocols by using the `OriginSslProtocols` element. For more information, see [OriginSslProtocols](#) and [DistributionConfig](#) in the *Amazon CloudFront API Reference*.

If the origin is an Amazon S3 bucket, CloudFront always uses TLSv1.2.

> ⚠️ **Important**
>
> Other versions of SSL and TLS are not supported.

For more information about using HTTPS with CloudFront, see [Use HTTPS with CloudFront](#). For lists of the ciphers that CloudFront supports for HTTPS communication between viewers and CloudFront, and between CloudFront and your origin, see [Supported protocols and ciphers between viewers and CloudFront](#).

## GET requests that include a body

If a viewer `GET` request includes a body, CloudFront returns an HTTP status code 403 (Forbidden) to the viewer.

## HTTP methods

If you configure CloudFront to process all of the HTTP methods that it supports, CloudFront accepts the following requests from viewers and forwards them to your custom origin:

- `DELETE`
- `GET`
- `HEAD`
- `OPTIONS`
- `PATCH`
- `POST`
- `PUT`

### On this page

**How CloudFront processes and forwards requests to your custom origin**

How CloudFront processes responses from your custom origin

### Did this page help you?

👍 Yes    👎 No

[Provide feedback](#)



English ▾    Preferences ▾    Contact Us    Feedback

English ▼    Preferences ▼    Contact Us    Feedback

aws

Get started    Service guides    Developer tools    All resources

Create an AWS Account

**Amazon CloudFront**
Developer Guide

- **What is Amazon CloudFront?**
- **Get started**
- **Configure distributions**
- **Caching and availability**
- **Control the cache key with a policy**
- **Control origin requests with a policy**
- **Add or remove response headers with a policy**
- **Request and response behavior**
  - How CloudFront processes HTTP and HTTPS requests
  - Request and response behavior for Amazon S3 origins
  - **Request and response behavior for custom origins**
  - Request and response behavior for origin groups
  - Add custom headers to origin requests
  - How CloudFront processes range GETs
  - How CloudFront processes HTTP 3xx status codes from your origin
  - How CloudFront processes HTTP 4xx and 5xx status codes from your origin
  - ▶ Generate custom error responses
- **Add, remove, or replace content**
- **Use AWS WAF protections**
- **Configure secure access and restrict access to content**
- **Video on demand and live streaming video**
- **Use functions to customize at the edge**
- **Reports, metrics, and logs**
- **Security**
- **Troubleshooting**
- **Quotas**
- **Code examples**
- **Document history**

- `PATCH`
- `POST`
- `PUT`

CloudFront always caches responses to `GET` and `HEAD` requests. You can also configure CloudFront to cache responses to `OPTIONS` requests. CloudFront does not cache responses to requests that use the other methods.

For information about configuring whether your custom origin processes these methods, see the documentation for your origin.

> ⚠️ **Important**
>
> If you configure CloudFront to accept and forward to your origin all of the HTTP methods that CloudFront supports, configure your origin server to handle all methods. For example, if you configure CloudFront to accept and forward these methods because you want to use `POST`, you must configure your origin server to handle `DELETE` requests appropriately so viewers can't delete resources that you don't want them to. For more information, see the documentation for your HTTP server.

## HTTP request headers and CloudFront behavior (custom and Amazon S3 origins)

The following table lists HTTP request headers that you can forward to both custom and Amazon S3 origins (with the exceptions that are noted). For each header, the table includes information about the following:

- CloudFront behavior if you don't configure CloudFront to forward the header to your origin, which causes CloudFront to cache your objects based on header values.

- Whether you can configure CloudFront to cache objects based on header values for that header.

  You can configure CloudFront to cache objects based on values in the `Date` and `User-Agent` headers, but we don't recommend it. These headers have many possible values, and caching based on their values would cause CloudFront to forward significantly more requests to your origin.

For more information about caching based on header values, see [Cache content based on request headers](#).

| Header | Behavior if you don't configure CloudFront to cache based on header values | Caching based on header values is supported |
|--------|---------------------------------------------------------------------------|----------------------------------------------|
| Other-defined headers | **Legacy cache settings** – CloudFront forwards the headers to your origin. | Yes |
| `Accept` | CloudFront removes the header. | Yes |
| `Accept-Charset` | CloudFront removes the header. | Yes |
| `Accept-Encoding` | If the value contains `gzip` or `br`, CloudFront forwards a normalized `Accept-Encoding` header to your origin. | Yes |

### On this page

**How CloudFront processes and forwards requests to your custom origin**

How CloudFront processes responses from your custom origin

**Did this page help you?**

👍 Yes    👎 No

**Provide feedback**





Get started    Service guides    Developer tools    All resources    Search in this guide    Create an AWS Account

**Amazon CloudFront** ‹
Developer Guide

- ▶ What is Amazon CloudFront?
- ▶ Get started
- ▶ Configure distributions
- ▶ Caching and availability
- ▶ Control the cache key with a policy
- ▶ Control origin requests with a policy
- ▶ Add or remove response headers with a policy
- ▼ Request and response behavior
  - How CloudFront processes HTTP and HTTPS requests
  - Request and response behavior for Amazon S3 origins
  - **Request and response behavior for custom origins**
  - Request and response behavior for origin groups
  - Add custom headers to origin requests
  - How CloudFront processes range GETs
  - How CloudFront processes HTTP 3xx status codes from your origin
  - How CloudFront processes HTTP 4xx and 5xx status codes from your origin
  - ▶ Generate custom error responses
- ▶ Add, remove, or replace content
- ▶ Use AWS WAF protections
- ▶ Configure secure access and restrict access to content
- ▶ Video on demand and live streaming video
- ▶ Use functions to customize at the edge
- ▶ Reports, metrics, and logs
- ▶ Security
- ▶ Troubleshooting
- Quotas
- ▶ Code examples
- Document history

## On this page

**How CloudFront processes and forwards requests to your custom origin**

How CloudFront processes responses from your custom origin

### Did this page help you?

 Yes     No

Provide feedback



| | normalized `Accept-Encoding` header to your origin.<br><br>For more information, see Compression support and Serve compressed files. | |
|---|---|---|
| `Accept-Language` | CloudFront removes the header. | Yes |
| `Authorization` | • `GET` and `HEAD` requests – CloudFront removes the `Authorization` header field before forwarding the request to your origin.<br><br>• `OPTIONS` requests – CloudFront removes the `Authorization` header field before forwarding the request to your origin if you configure CloudFront to cache responses to `OPTIONS` requests.<br><br>CloudFront forwards the `Authorization` header field to your origin if you do not configure CloudFront to cache responses to `OPTIONS` requests.<br><br>• `DELETE`, `PATCH`, `POST`, and `PUT` requests – CloudFront does not remove the header field before forwarding the request to your origin. | Yes |
| `Cache-Control` | CloudFront forwards the header to your origin. | No |
| `CloudFront-Forwarded-Proto` | CloudFront does not add the header before forwarding the request to your origin.<br><br>For more information, see Configure caching based on the protocol of the request. | Yes |
| `CloudFront-Is-Desktop-Viewer` | CloudFront does not add the header before forwarding the request to your origin.<br><br>For more information, see Configure caching based on the device type. | Yes |
| `CloudFront-Is-Mobile-Viewer` | CloudFront does not add the header before forwarding the request to your origin.<br><br>For more information, see Configure caching based on the | Yes |

---

Document title: Request and response behavior for custom origins - Amazon CloudFront
Capture URL: https://docs.aws.amazon.com/AmazonCloudFront/latest/DeveloperGuide/RequestAndResponseBehaviorCustomOrigin.html
Capture timestamp (UTC): Sat, 08 Feb 2025 01:20:32 GMT

 

aws

Get started    Service guides    Developer tools    All resources

Create an AWS Account

**Amazon CloudFront**
Developer Guide

- What is Amazon CloudFront?
- Get started
- Configure distributions
- Caching and availability
- Control the cache key with a policy
- Control origin requests with a policy
- Add or remove response headers with a policy
- Request and response behavior
  - How CloudFront processes HTTP and HTTPS requests
  - Request and response behavior for Amazon S3 origins
  - **Request and response behavior for custom origins**
  - Request and response behavior for origin groups
  - Add custom headers to origin requests
  - How CloudFront processes range GETs
  - How CloudFront processes HTTP 3xx status codes from your origin
  - How CloudFront processes HTTP 4xx and 5xx status codes from your origin
  - Generate custom error responses
- Add, remove, or replace content
- Use AWS WAF protections
- Configure secure access and restrict access to content
- Video on demand and live streaming video
- Use functions to customize at the edge
- Reports, metrics, and logs
- Security
- Troubleshooting
- Quotas
- Code examples
- Document history

| | | |
|---|---|---|
| | For more information, see [Configure caching based on the device type](#). | |
| CloudFront-Is-Tablet-Viewer | CloudFront does not add the header before forwarding the request to your origin. For more information, see [Configure caching based on the device type](#). | Yes |
| CloudFront-Viewer-Country | CloudFront does not add the header before forwarding the request to your origin. | Yes |
| Connection | CloudFront replaces this header with `Connection: Keep-Alive` before forwarding the request to your origin. | No |
| Content-Length | CloudFront forwards the header to your origin. | No |
| Content-MD5 | CloudFront forwards the header to your origin. | Yes |
| Content-Type | CloudFront forwards the header to your origin. | Yes |
| Cookie | If you configure CloudFront to forward cookies, it will forward the `Cookie` header field to your origin. If you don't, CloudFront removes the `Cookie` header field. For more information, see [Cache content based on cookies](#). | No |
| Date | CloudFront forwards the header to your origin. | Yes, but not recommended |
| Expect | CloudFront removes the header. | Yes |
| From | CloudFront forwards the header to your origin. | Yes |
| Host | CloudFront sets the value to the domain name of the origin that is associated with the requested object. You can't cache based on the Host header for Amazon S3 or MediaStore origins. | Yes (custom) No (S3 and MediaStore) |
| If-Match | CloudFront forwards the header to your origin. | Yes |
| If-Modified-Since | CloudFront forwards the header to your origin. | Yes |
| If-None-Match | CloudFront forwards the header to your origin. | Yes |
| If-Range | CloudFront forwards the header to your origin. | Yes |
| If-Unmodified | CloudFront forwards the header | Yes |

**On this page**

**How CloudFront processes and forwards requests to your custom origin**

How CloudFront processes responses from your custom origin

**Did this page help you?**

[👍 Yes ▼]  [👎 No]

Provide feedback



| If-Range | CloudFront forwards the header to your origin. | Yes |
|---|---|---|
| If-Unmodified-Since | CloudFront forwards the header to your origin. | Yes |
| Max-Forwards | CloudFront forwards the header to your origin. | No |
| Origin | CloudFront forwards the header to your origin. | Yes |
| Pragma | CloudFront forwards the header to your origin. | No |
| Proxy-Authenticate | CloudFront removes the header. | No |
| Proxy-Authorization | CloudFront removes the header. | No |
| Proxy-Connection | CloudFront removes the header. | No |
| Range | CloudFront forwards the header to your origin. For more information, see How CloudFront processes partial requests for an object (range GETs). | Yes, by default |
| Referer | CloudFront removes the header. | Yes |
| Request-Range | CloudFront forwards the header to your origin. | No |
| TE | CloudFront removes the header. | No |
| Trailer | CloudFront removes the header. | No |
| Transfer-Encoding | CloudFront forwards the header to your origin. | No |
| Upgrade | CloudFront removes the header, unless you've established a WebSocket connection. | No (except for WebSocket connections) |
| User-Agent | CloudFront replaces the value of this header field with `Amazon CloudFront`. If you want CloudFront to cache your content based on the device the user is using, see Configure caching based on the device type. | Yes, but not recommended |
| Via | CloudFront forwards the header to your origin. | Yes |
| Warning | CloudFront forwards the header to your origin. | Yes |
| X-Amz-Cf-Id | CloudFront adds the header to the viewer request before forwarding the request to your origin. The header value contains an encrypted string that uniquely identifies the request. | No |

On this page

How CloudFront processes and forwards requests to your custom origin

How CloudFront processes responses from your custom origin

Did this page help you?

 Yes     No

Provide feedback





English ▼    Preferences ▼    Contact Us    Feedback

**aws**

Get started    Service guides    Developer tools    All resources

[Search in this guide]    Create an AWS Account

**Amazon CloudFront** ‹
Developer Guide

▶ What is Amazon CloudFront?
▶ Get started
▶ Configure distributions
▶ Caching and availability
▶ Control the cache key with a policy
▶ Control origin requests with a policy
▶ Add or remove response headers with a policy
▼ Request and response behavior
    How CloudFront processes HTTP and HTTPS requests
    Request and response behavior for Amazon S3 origins
    **Request and response behavior for custom origins**
    Request and response behavior for origin groups
    Add custom headers to origin requests
    How CloudFront processes range GETs
    How CloudFront processes HTTP 3xx status codes from your origin
    How CloudFront processes HTTP 4xx and 5xx status codes from your origin
   ▶ Generate custom error responses
▶ Add, remove, or replace content
▶ Use AWS WAF protections
▶ Configure secure access and restrict access to content
▶ Video on demand and live streaming video
▶ Use functions to customize at the edge
▶ Reports, metrics, and logs
▶ Security
▶ Troubleshooting
  Quotas
▶ Code examples
  Document history

**On this page**
**How CloudFront processes and forwards requests to your custom origin**
How CloudFront processes responses from your custom origin

**Did this page help you?**
👍 Yes    👎 No

Provide feedback



| | | |
|---|---|---|
| | contains an encrypted string that uniquely identifies the request. | |
| `X-Edge-*` | CloudFront removes all `X-Edge-*` headers. | No |
| `X-Forwarded-For` | CloudFront forwards the header to your origin. For more information, see Client IP addresses. | Yes |
| `X-Forwarded-Proto` | CloudFront removes the header. | No |
| `X-HTTP-Method-Override` | CloudFront removes the header. | Yes |
| `X-Real-IP` | CloudFront removes the header. | No |

## HTTP version

CloudFront forwards requests to your custom origin using HTTP/1.1.

## Maximum length of a request and maximum length of a URL

The maximum length of a request, including the path, the query string (if any), and headers, is 20,480 bytes.

CloudFront constructs a URL from the request. The maximum length of this URL is 8192 bytes.

If a request or a URL exceeds these maximums, CloudFront returns HTTP status code 413, Request Entity Too Large, to the viewer, and then terminates the TCP connection to the viewer.

## OCSP stapling

When a viewer submits an HTTPS request for an object, either CloudFront or the viewer must confirm with the certificate authority (CA) that the SSL certificate for the domain has not been revoked. OCSP stapling speeds up certificate validation by allowing CloudFront to validate the certificate and to cache the response from the CA, so the client doesn't need to validate the certificate directly with the CA.

The performance improvement of OCSP stapling is more pronounced when CloudFront receives numerous HTTPS requests for objects in the same domain. Each server in a CloudFront edge location must submit a separate validation request. When CloudFront receives a lot of HTTPS requests for the same domain, every server in the edge location soon has a response from the CA that it can "staple" to a packet in the SSL handshake; when the viewer is satisfied that the certificate is valid, CloudFront can serve the requested object. If your distribution doesn't get much traffic in a CloudFront edge location, new requests are more likely to be directed to a server that hasn't validated the certificate with the CA yet. In that case, the viewer separately performs the validation step and the CloudFront server serves the object. That CloudFront server also submits a validation request to the CA, so the next time it receives a request that includes the same domain name, it has a validation response from the CA.

## Persistent connections

When CloudFront gets a response from your origin, it tries to maintain the connection for several seconds in case another request arrives during that period

English ▾   Preferences ▾   Contact Us   Feedback

**aws**

Get started     Service guides     Developer tools     All resources          Create an AWS Account

**Amazon CloudFront**
Developer Guide

- What is Amazon CloudFront?
- Get started
- Configure distributions
- Caching and availability
- Control the cache key with a policy
- Control origin requests with a policy
- Add or remove response headers with a policy
- Request and response behavior
  - How CloudFront processes HTTP and HTTPS requests
  - Request and response behavior for Amazon S3 origins
  - **Request and response behavior for custom origins**
  - Request and response behavior for origin groups
  - Add custom headers to origin requests
  - How CloudFront processes range GETs
  - How CloudFront processes HTTP 3xx status codes from your origin
  - How CloudFront processes HTTP 4xx and 5xx status codes from your origin
  - Generate custom error responses
- Add, remove, or replace content
- Use AWS WAF protections
- Configure secure access and restrict access to content
- Video on demand and live streaming video
- Use functions to customize at the edge
- Reports, metrics, and logs
- Security
- Troubleshooting
- Quotas
- Code examples
- Document history

## Persistent connections

When CloudFront gets a response from your origin, it tries to maintain the connection for several seconds in case another request arrives during that period. Maintaining a persistent connection saves the time required to re-establish the TCP connection and perform another TLS handshake for subsequent requests.

For more information, including how to configure the duration of persistent connections, see Keep-alive timeout (custom origins only) in the section Distribution settings reference.

## Protocols

CloudFront forwards HTTP or HTTPS requests to the origin server based on the following:

- The protocol of the request that the viewer sends to CloudFront, either HTTP or HTTPS.
- The value of the **Origin Protocol Policy** field in the CloudFront console or, if you're using the CloudFront API, the `OriginProtocolPolicy` element in the `DistributionConfig` complex type. In the CloudFront console, the options are **HTTP Only**, **HTTPS Only**, and **Match Viewer**.

If you specify **HTTP Only** or **HTTPS Only**, CloudFront forwards requests to the origin server using the specified protocol, regardless of the protocol in the viewer request.

If you specify **Match Viewer**, CloudFront forwards requests to the origin server using the protocol in the viewer request. Note that CloudFront caches the object only once even if viewers make requests using both HTTP and HTTPS protocols.

> ⚠️ **Important**
>
> If CloudFront forwards a request to the origin using the HTTPS protocol, and if the origin server returns an invalid certificate or a self-signed certificate, CloudFront drops the TCP connection.

For information about how to update a distribution using the CloudFront console, see Update a distribution. For information about how to update a distribution using the CloudFront API, go to UpdateDistribution in the *Amazon CloudFront API Reference*.

## Query strings

You can configure whether CloudFront forwards query string parameters to your origin. For more information, see Cache content based on query string parameters.

## Origin connection timeout and attempts

*Origin connection timeout* is the number of seconds that CloudFront waits when trying to establish a connection to the origin.

*Origin connection attempts* is the number of times that CloudFront attempts to connect to the origin.

Together, these settings determine how long CloudFront tries to connect to the origin before failing over to the secondary origin (in the case of an origin group) or returning an error response to the viewer. By default, CloudFront waits as long as 30 seconds (3 attempts of 10 seconds each) before attempting to connect to the secondary origin or returning an error response. You can reduce this time by specifying a shorter connection timeout, fewer attempts, or both.

### On this page

**How CloudFront processes and forwards requests to your custom origin**

How CloudFront processes responses from your custom origin

### Did this page help you?

 Yes      No

Provide feedback



English ▼    Preferences ▼    Contact Us    Feedback

aws

Get started    Service guides    Developer tools    All resources

Create an AWS Account

**Amazon CloudFront**
Developer Guide

- What is Amazon CloudFront?
- Get started
- Configure distributions
- Caching and availability
- Control the cache key with a policy
- Control origin requests with a policy
- Add or remove response headers with a policy
- Request and response behavior
  - How CloudFront processes HTTP and HTTPS requests
  - Request and response behavior for Amazon S3 origins
  - **Request and response behavior for custom origins**
  - Request and response behavior for origin groups
  - Add custom headers to origin requests
  - How CloudFront processes range GETs
  - How CloudFront processes HTTP 3xx status codes from your origin
  - How CloudFront processes HTTP 4xx and 5xx status codes from your origin
  - Generate custom error responses
- Add, remove, or replace content
- Use AWS WAF protections
- Configure secure access and restrict access to content
- Video on demand and live streaming video
- Use functions to customize at the edge
- Reports, metrics, and logs
- Security
- Troubleshooting
- Quotas
- Code examples
- Document history

seconds (3 attempts of 10 seconds each) before attempting to connect to the secondary origin or returning an error response. You can reduce this time by specifying a shorter connection timeout, fewer attempts, or both.

For more information, see Control origin timeouts and attempts.

## Origin response timeout

The *origin response timeout*, also known as the *origin read timeout* or *origin request timeout*, applies to both of the following:

- The amount of time, in seconds, that CloudFront waits for a response after forwarding a request to the origin.

- The amount of time, in seconds, that CloudFront waits after receiving a packet of a response from the origin and before receiving the next packet.

CloudFront behavior depends on the HTTP method of the viewer request:

- `GET` and `HEAD` requests – If the origin doesn't respond or stops responding within the duration of the response timeout, CloudFront drops the connection. If the specified number of origin connection attempts is more than 1, CloudFront tries again to get a complete response. CloudFront tries up to 3 times, as determined by the value of the *origin connection attempts* setting. If the origin doesn't respond during the final attempt, CloudFront doesn't try again until it receives another request for content on the same origin.

- `DELETE`, `OPTIONS`, `PATCH`, `PUT`, and `POST` requests – If the origin doesn't respond for the duration of the read timeout, CloudFront drops the connection and doesn't try again to contact the origin. The client can resubmit the request if necessary.

For more information, including how to configure the origin response timeout, see Response timeout (custom origins only).

## Simultaneous requests for the same object (request collapsing)

When a CloudFront edge location receives a request for an object and the object isn't in the cache or the cached object is expired, CloudFront immediately sends the request to the origin. However, if there are simultaneous requests for the same object—that is, if additional requests for the same object (with the same cache key) arrive at the edge location before CloudFront receives the response to the first request—CloudFront pauses before forwarding the additional requests to the origin. This brief pause helps to reduce the load on the origin. CloudFront sends the response from the original request to all the requests that it received while it was paused. This is called *request collapsing*. In CloudFront logs, the first request is identified as a `Miss` in the `x-edge-result-type` field, and the collapsed requests are identified as a `Hit`. For more information about CloudFront logs, see CloudFront and edge function logging.

CloudFront only collapses requests that share a cache key. If the additional requests do not share the same cache key because, for example, you configured CloudFront to cache based on request headers or cookies or query strings, CloudFront forwards all the requests with a unique cache key to your origin.

If you want to prevent all request collapsing, you can use the managed cache policy `CachingDisabled`, which also prevents caching. For more information, see Use managed cache policies.

If you want to prevent request collapsing for specific objects, you can set the minimum TTL for the cache behavior to 0 *and* configure the origin to send `Cache-Control: private`, `Cache-Control: no-store`, `Cache-Control: no-`

### On this page

**How CloudFront processes and forwards requests to your custom origin**

How CloudFront processes responses from your custom origin

### Did this page help you?

 Yes     No

Provide feedback



English ▼    Preferences ▼    Contact Us    Feedback



Get started    Service guides    Developer tools    All resources    [Search in this guide]    Create an AWS Account

## Amazon CloudFront
Developer Guide ❮

- What is Amazon CloudFront?
- Get started
- Configure distributions
- Caching and availability
- Control the cache key with a policy
- Control origin requests with a policy
- Add or remove response headers with a policy
- Request and response behavior
  - How CloudFront processes HTTP and HTTPS requests
  - Request and response behavior for Amazon S3 origins
  - **Request and response behavior for custom origins**
  - Request and response behavior for origin groups
  - Add custom headers to origin requests
  - How CloudFront processes range GETs
  - How CloudFront processes HTTP 3xx status codes from your origin
  - How CloudFront processes HTTP 4xx and 5xx status codes from your origin
  - Generate custom error responses
- Add, remove, or replace content
- Use AWS WAF protections
- Configure secure access and restrict access to content
- Video on demand and live streaming video
- Use functions to customize at the edge
- Reports, metrics, and logs
- Security
- Troubleshooting
- Quotas
- Code examples
- Document history

If you want to prevent request collapsing for specific objects, you can set the minimum TTL for the cache behavior to 0 *and* configure the origin to send `Cache-Control: private`, `Cache-Control: no-store`, `Cache-Control: no-cache`, `Cache-Control: max-age=0`, or `Cache-Control: s-maxage=0`. These configurations will increase the load on your origin and introduce additional latency for the simultaneous requests that are paused while CloudFront waits for the response to the first request.

> ⚠️ **Important**
>
> Currently, CloudFront doesn't support request collapsing if you enable cookie forwarding in the [cache policy](), the [origin request policy](), or the legacy cache settings.

### User-Agent header

If you want CloudFront to cache different versions of your objects based on the device that a user is using to view your content, we recommend that you configure CloudFront to forward one or more of the following headers to your custom origin:

- `CloudFront-Is-Desktop-Viewer`
- `CloudFront-Is-Mobile-Viewer`
- `CloudFront-Is-SmartTV-Viewer`
- `CloudFront-Is-Tablet-Viewer`

Based on the value of the `User-Agent` header, CloudFront sets the value of these headers to `true` or `false` before forwarding the request to your origin. If a device falls into more than one category, more than one value might be `true`. For example, for some tablet devices, CloudFront might set both `CloudFront-Is-Mobile-Viewer` and `CloudFront-Is-Tablet-Viewer` to `true`. For more information about configuring CloudFront to cache based on request headers, see [Cache content based on request headers]().

You can configure CloudFront to cache objects based on values in the `User-Agent` header, but we don't recommend it. The `User-Agent` header has many possible values, and caching based on those values would cause CloudFront to forward significantly more requests to your origin.

If you do not configure CloudFront to cache objects based on values in the `User-Agent` header, CloudFront adds a `User-Agent` header with the following value before it forwards a request to your origin:

```
User-Agent = Amazon CloudFront
```

CloudFront adds this header regardless of whether the request from the viewer includes a `User-Agent` header. If the request from the viewer includes a `User-Agent` header, CloudFront removes it.

## How CloudFront processes responses from your custom origin

Learn how CloudFront processes responses from your custom origin.

**Contents**

- [100 Continue responses]()
- [Caching]()
- [Cancelled requests]()

### On this page

How CloudFront processes and forwards requests to your custom origin

**How CloudFront processes responses from your custom origin**

### Did this page help you?

[👍 Yes]    [👎 No]

[Provide feedback]



English ▼    Preferences ▼    Contact Us    Feedback



Get started    Service guides    Developer tools    All resources    Create an AWS Account

**Amazon CloudFront**
Developer Guide

- What is Amazon CloudFront?
- Get started
- Configure distributions
- Caching and availability
- Control the cache key with a policy
- Control origin requests with a policy
- Add or remove response headers with a policy
- Request and response behavior
  - How CloudFront processes HTTP and HTTPS requests
  - Request and response behavior for Amazon S3 origins
  - **Request and response behavior for custom origins**
  - Request and response behavior for origin groups
  - Add custom headers to origin requests
  - How CloudFront processes range GETs
  - How CloudFront processes HTTP 3xx status codes from your origin
  - How CloudFront processes HTTP 4xx and 5xx status codes from your origin
  - Generate custom error responses
- Add, remove, or replace content
- Use AWS WAF protections
- Configure secure access and restrict access to content
- Video on demand and live streaming video
- Use functions to customize at the edge
- Reports, metrics, and logs
- Security
- Troubleshooting
- Quotas
- Code examples
- Document history

- 100 Continue responses
- Caching
- Canceled requests
- Content negotiation
- Cookies
- Dropped TCP connections
- HTTP response headers that CloudFront removes or replaces
- Maximum cacheable file size
- Origin unavailable
- Redirects
- Transfer-Encoding header

## 100 Continue responses

Your origin cannot send more than one 100-Continue response to CloudFront. After the first 100-Continue response, CloudFront expects an HTTP 200 OK response. If your origin sends another 100-Continue response after the first one, CloudFront will return an error.

## Caching

- Ensure that the origin server sets valid and accurate values for the `Date` and `Last-Modified` header fields.
- CloudFront normally respects a `Cache-Control: no-cache` header in the response from the origin. For an exception, see Simultaneous requests for the same object (request collapsing).

## Canceled requests

If an object is not in the edge cache, and if a viewer terminates a session (for example, closes a browser) after CloudFront gets the object from your origin but before it can deliver the requested object, CloudFront does not cache the object in the edge location.

## Content negotiation

If your origin returns `Vary:*` in the response, and if the value of **Minimum TTL** for the corresponding cache behavior is **0**, CloudFront caches the object but still forwards every subsequent request for the object to the origin to confirm that the cache contains the latest version of the object. CloudFront doesn't include any conditional headers, such as `If-None-Match` or `If-Modified-Since`. As a result, your origin returns the object to CloudFront in response to every request.

If your origin returns `Vary:*` in the response, and if the value of **Minimum TTL** for the corresponding cache behavior is any other value, CloudFront processes the `Vary` header as described in HTTP response headers that CloudFront removes or replaces.

## Cookies

If you enable cookies for a cache behavior, and if the origin returns cookies with an object, CloudFront caches both the object and the cookies. Note that this reduces cacheability for an object. For more information, see Cache content based on cookies.

## Dropped TCP connections

### On this page

How CloudFront processes and forwards requests to your custom origin

**How CloudFront processes responses from your custom origin**

### Did this page help you?

👍 Yes    👎 No

Provide feedback



## Dropped TCP connections

If the TCP connection between CloudFront and your origin drops while your origin is returning an object to CloudFront, CloudFront behavior depends on whether your origin included a `Content-Length` header in the response:

- **Content-Length header** – CloudFront returns the object to the viewer as it gets the object from your origin. However, if the value of the `Content-Length` header doesn't match the size of the object, CloudFront doesn't cache the object.

- **Transfer-Encoding: Chunked** – CloudFront returns the object to the viewer as it gets the object from your origin. However, if the chunked response is not complete, CloudFront does not cache the object.

- **No Content-Length header** – CloudFront returns the object to the viewer and caches it, but the object may not be complete. Without a `Content-Length` header, CloudFront cannot determine whether the TCP connection was dropped accidentally or on purpose.

We recommend that you configure your HTTP server to add a `Content-Length` header to prevent CloudFront from caching partial objects.

## HTTP response headers that CloudFront removes or replaces

CloudFront removes or updates the following header fields before forwarding the response from your origin to the viewer:

- `Set-Cookie` – If you configure CloudFront to forward cookies, it will forward the `Set-Cookie` header field to clients. For more information, see [Cache content based on cookies](#).

- `Trailer`

- `Transfer-Encoding` – If your origin returns this header field, CloudFront sets the value to `chunked` before returning the response to the viewer.

- `Upgrade`

- `Vary` – Note the following:

  - If you configure CloudFront to forward any of the device-specific headers to your origin (`CloudFront-Is-Desktop-Viewer`, `CloudFront-Is-Mobile-Viewer`, `CloudFront-Is-SmartTV-Viewer`, `CloudFront-Is-Tablet-Viewer`) and you configure your origin to return `Vary:User-Agent` to CloudFront, CloudFront returns `Vary:User-Agent` to the viewer. For more information, see [Configure caching based on the device type](#).

  - If you configure your origin to include either `Accept-Encoding` or `Cookie` in the `Vary` header, CloudFront includes the values in the response to the viewer.

  - If you configure CloudFront to forward headers to your origin, and if you configure your origin to return the header names to CloudFront in the `Vary` header (for example, `Vary:Accept-Charset,Accept-Language`), CloudFront returns the `Vary` header with those values to the viewer.

  - For information about how CloudFront processes a value of `*` in the `Vary` header, see [Content negotiation](#).

  - If you configure your origin to include any other values in the `Vary` header, CloudFront removes the values before returning the response to the viewer.

- `Via` – CloudFront sets the value to the following in the response to the viewer:

### On this page

How CloudFront processes and forwards requests to your custom origin

**How CloudFront processes responses from your custom origin**

### Did this page help you?

Yes    No

Provide feedback

- If you configure your origin to include any other values in the `Vary` header, CloudFront removes the values before returning the response to the viewer.
- **Via** – CloudFront sets the value to the following in the response to the viewer:

  `Via:` `http-version alphanumeric-string` `.cloudfront.net (CloudFront)`

  For example, the value is something like the following:

  `Via: 1.1 1026589cc7887e7a0dc7827b4example.cloudfront.net (CloudFront)`

## Maximum cacheable file size

The maximum size of a response body that CloudFront saves in its cache is 50 GB. This includes chunked transfer responses that don't specify the `Content-Length` header value.

You can use CloudFront to cache an object that is larger than this size by using range requests to request the objects in parts that are each 50 GB or smaller. CloudFront caches these parts because each of them is 50 GB or smaller. After the viewer retrieves all the parts of the object, it can reconstruct the original, larger object. For more information, see Use range requests to cache large objects.

## Origin unavailable

If your origin server is unavailable and CloudFront gets a request for an object that is in the edge cache but that has expired (for example, because the period of time specified in the `Cache-Control max-age` directive has passed), CloudFront either serves the expired version of the object or serves a custom error page. For more information about CloudFront behavior when you've configured custom error pages, see How CloudFront processes errors when you have configured custom error pages.

In some cases, an object that is seldom requested is evicted and is no longer available in the edge cache. CloudFront can't serve an object that has been evicted.

## Redirects

If you change the location of an object on the origin server, you can configure your web server to redirect requests to the new location. After you configure the redirect, the first time a viewer submits a request for the object, CloudFront sends the request to the origin, and the origin responds with a redirect (for example, `302 Moved Temporarily`). CloudFront caches the redirect and returns it to the viewer. CloudFront does not follow the redirect.

You can configure your web server to redirect requests to one of the following locations:

- The new URL of the object on the origin server. When the viewer follows the redirect to the new URL, the viewer bypasses CloudFront and goes straight to the origin. As a result, we recommend that you don't redirect requests to the new URL of the object on the origin.
- The new CloudFront URL for the object. When the viewer submits the request that contains the new CloudFront URL, CloudFront gets the object from the new location on your origin, caches it at the edge location, and returns the object to the viewer. Subsequent requests for the object will be served by the edge location. This avoids the latency and load associated with viewers requesting the object from the origin. However, every new request for the object will incur charges for two requests to CloudFront.

## Transfer-Encoding header

**aws**

Get started    Service guides    Developer tools    Resources    🔍 Search in this guide    Create an AWS Account

**Amazon CloudFront** ‹
Developer Guide

- ▼ What is Amazon CloudFront?
- ▼ Get started
- ▼ Configure distributions
- ▼ Caching and availability
- ▼ Control the cache key with a policy
- ▼ Control origin requests with a policy
- ▼ Add or remove response headers with a policy
- ▼ Request and response behavior
  - How CloudFront processes HTTP and HTTPS requests
  - Request and response behavior for Amazon S3 origins
  - **Request and response behavior for custom origins**
  - Request and response behavior for origin groups
  - Add custom headers to origin requests
  - How CloudFront processes range GETs
  - How CloudFront processes HTTP 3xx status codes from your origin
  - How CloudFront processes HTTP 4xx and 5xx status codes from your origin
  - ▶ Generate custom error responses
- ▼ Add, remove, or replace content
- ▼ Use AWS WAF protections
- ▼ Configure secure access and restrict access to content
- ▼ Video on demand and live streaming video
- ▼ Use functions to customize at the edge
- ▼ Reports, metrics, and logs
- ▼ Security
- ▼ Troubleshooting
- Quotas
- ▼ Code examples
- Document history

charges for two requests to CloudFront.

## Transfer-Encoding header

CloudFront supports only the `chunked` value of the `Transfer-Encoding` header. If your origin returns `Transfer-Encoding: chunked`, CloudFront returns the object to the client as the object is received at the edge location, and caches the object in chunked format for subsequent requests.

If the viewer makes a `Range GET` request and the origin returns `Transfer-Encoding: chunked`, CloudFront returns the entire object to the viewer instead of the requested range.

We recommend that you use chunked encoding if the content length of your response cannot be predetermined. For more information, see Dropped TCP connections.

---

## View related pages ✨ *Abstracts generated by AI*

---

Lightsail › userguide
**Manage request and response behaviors for Lightsail distributions**
Lightsail distributions process requests, cache objects, and forward responses between viewers and origins. Key behaviors include authentication, caching durations, forwarding client data, compression, conditional requests, cookies, and cross-origin sharing.

*July 12, 2024*

---

AmazonCloudFront › DeveloperGuide
**Request and response behavior for Amazon S3 origins**
None

*June 8, 2024*

---

AmazonCloudFront › DeveloperGuide
**Cache content based on cookies**
CloudFront caches objects based on cookies, forwarding all or specific cookies to origin. Configure cookie forwarding to cache separate versions.

*November 21, 2024*

---

‹    **1**    2    3    4    ›

## Discover highly rated pages ✨ *Abstracts generated by AI*

---

AmazonCloudFront › DeveloperGuide
**What is Amazon CloudFront?**
CloudFront speeds content delivery via edge locations, configures origin servers, offers pricing options, provides technical resources.

*January 15, 2025*

---

AmazonCloudFront › DeveloperGuide
**Invalidate files to remove content**
Invalidate files from CloudFront edge caches, update existing files using versioned file names, control versions of files served from distribution, serve different versions of files

### On this page

How CloudFront processes and forwards requests to your custom origin

**How CloudFront processes responses from your custom origin**

### Did this page help you?

👍 Yes    👎 No

Provide feedback



---

 English ▾    Preferences ▾   Contact Us   Feedback

**aws**

Get started    Service guides    Developer tools    All resources    | 🔍 Search in this guide |    Create an AWS Account

**Amazon CloudFront** ‹
Developer Guide

- ▼ What is Amazon CloudFront?
- ▼ Get started
- ▼ Configure distributions
- ▼ Caching and availability
- ▼ Control the cache key with a policy
- ▼ Control origin requests with a policy
- ▼ Add or remove response headers with a policy
- ▼ Request and response behavior
  - How CloudFront processes HTTP and HTTPS requests
  - Request and response behavior for Amazon S3 origins
  - **Request and response behavior for custom origins**
  - Request and response behavior for origin groups
  - Add custom headers to origin requests
  - How CloudFront processes range GETs
  - How CloudFront processes HTTP 3xx status codes from your origin
  - How CloudFront processes HTTP 4xx and 5xx status codes from your origin
  - ▶ Generate custom error responses
- ▼ Add, remove, or replace content
- ▼ Use AWS WAF protections
- ▼ Configure secure access and restrict access to content
- ▼ Video on demand and live streaming video
- ▼ Use functions to customize at the edge
- ▼ Reports, metrics, and logs
- ▶ Security
- ▶ Troubleshooting
- Quotas
- ▶ Code examples
- Document history

---

AmazonCloudFront › DeveloperGuide
**Request and response behavior for Amazon S3 origins**
None

*June 8, 2024*

---

AmazonCloudFront › DeveloperGuide
**Cache content based on cookies**
CloudFront caches objects based on cookies, forwarding all or specific cookies to origin. Configure cookie forwarding to cache separate versions.

*November 21, 2024*

---

‹    **1**    2    3    4    ›

## Discover highly rated pages ✨ *Abstracts generated by AI*

---

AmazonCloudFront › DeveloperGuide
**What is Amazon CloudFront?**
CloudFront speeds content delivery via edge locations, configures origin servers, offers pricing options, provides technical resources.

*January 15, 2025*

---

AmazonCloudFront › DeveloperGuide
**Invalidate files to remove content**
Invalidate files from CloudFront edge caches, update existing files using versioned file names, control versions of files served from distribution, serve different versions of files to users, roll forward and back between file revisions, analyze results of file changes, transfer new versions of files to edge locations.

*June 2, 2024*

---

AmazonCloudFront › DeveloperGuide
**HTTP 503 status code (Service Unavailable)**
CloudFront troubleshooting guide covers origin server capacity issues, resource constraints handling, Lambda@Edge execution errors, and performance optimization.

*January 15, 2025*

---

‹    **1**    2    3    4    ›

---

**Next topic:** Request and response behavior for origin groups

**Previous topic:** Request and response behavior for Amazon S3 origins

---

### Need help?

- Try AWS re:Post 🔗
- Connect with an AWS IQ expert 🔗

### On this page

How CloudFront processes and forwards requests to your custom origin

**How CloudFront processes responses from your custom origin**

### Did this page help you?

👍 Yes    👎 No

Provide feedback



Privacy    |    Site terms    |    Cookie preferences    |    © 2025, Amazon Web Services, Inc. or its affiliates. All rights reserved.

---

Exhibit 78

# WinView Raises $12 Million in Series B Funding to Expand Platform Where Fans Predict Sports Live While Watching TV

Graham Holdings, Discovery Communications, Ted and Zach Leonsis of Monumental Sports & Entertainment and LionTree Partners join round to help fill a sports culture void by converting fans from spectators into play-along-live participants

NEWS PROVIDED BY
**WinView, Inc. ➞**
May 15, 2017, 06:30 ET

SAN FRANCISCO, May 15, 2017 /PRNewswire/ -- WinView, Inc. (**www.winviewgames.com**), the nation's #1 second-screen live TV sports prediction platform, announced a $12 million Series B funding round with participation from a first-class investor group, including Graham Holdings Company, Discovery Communications, Ted Leonsis' Monumental Sports & Entertainment and LionTree Partners. The funding will help WinView further develop and market its skill-based mobile app across a range of professional sports, including baseball, basketball and football (MLB, NBA and NFL), by converting fans and TV viewers from spectators into play-along-live participants.



WinView Raises $12 Million in Series B Funding to Expand Platform Where Fans Predict Sports Live While Watching TV

The WinView Games app brings together the worlds of live TV sports, mobile apps, games of skill and interactive advertising so that sports fans and fantasy players can enjoy sports on TV in a new way by having more fun and interacting with their favorite teams, and with each other. Available on iOS and Android, WinView Games allows users to

play along in real time with live televised sports and compete to accurately predict the plays on the field in order to win cash prizes. WinView Games is an ad-supported app that is 100% free to play. The games covered by WinView are produced in a live studio by a team of producers based on what is happening in real time.

Investors in the Series B round include:

- Graham Holdings Company (NYSE: GHC): A diversified holding company whose principal operations include Graham Media Group, which owns seven television broadcast stations in major markets and Kaplan, a global provider of educational services. The Company also owns Slate, an on-line magazine; Panoply, a premium podcast network; SocialCode, a leading social marketing solutions company; Graham Healthcare Group, and several manufacturing businesses.
- Discovery Communications (NASDAQ: DISCA): A leading global media and entertainment company reaching 3 billion cumulative viewers with a portfolio of premium nonfiction, lifestyle, sports and kids content brands. WinView looks forward to pursuing opportunities to deepen its relationship with Discovery and its content brands, including Eurosport the leading provider of locally relevant, premium sports across Europe.
- Ted Leonsis, Founder of Monumental Sports & Entertainment, and Zach Leonsis: Own and operate five professional sports teams (Washington Capitals, Washington Wizards, Washington Mystics, Washington Valor and Baltimore Brigade) and the Verizon Center in Washington, D.C. Ted Leonsis also serves on the board of governors for the NBA and NHL, and he was previously president of AOL (1993 to 2006).
- LionTree Partners: The merchant banking arm of LionTree LLC, a differentiated global investment and merchant banking firm founded in 2012, with a focus on media, technology and telecommunications.

The funding round was driven by cable television and next-gen TV pioneer Tom Rogers, who is Executive Chairman of WinView, Inc. Previously Mr. Rogers was Chairman, President and CEO of TiVo, President of NBC Cable and Executive Vice President of NBC and Chairman and CEO of PRIMEDIA, Inc.

"This first-class group of investors is a major validation of our live TV sports prediction platform and its upside potential to engage TV viewers in a new way to enjoy televised sports," said Tom Rogers, Executive Chairman of WinView, Inc. "The WinView Games app fills a sports culture void by converting fans and TV viewers from spectators into play-along-live participants. Following last fall's successful start, these investments will enable us to take a significant step forward toward reaching our mobile, social and gaming business goals while capitalizing on fan excitement across virtually all professional sports including basketball, baseball and football. We also will strive to be part of the in-stadium experience, enabling fans to predict plays from their seats."

"The WinView Games app is changing the way fans watch live TV sports," said David Lockton, founder and CEO of WinView, Inc. "Our two-screen technology now backed by 40 patents enables sports fans to get closer to the action and create social connections while testing their knowledge of the sport through in-game predictions. With a skill-

based multi-sport platform that offers immediate gratification, we are fueling competition among fans while also driving greater tune-in to live televised sports."

Added Lockton, "Predicting what will happen next is core to the sports viewing experience, as fans are constantly thinking ahead during the game and trying to anticipate the action on the field. As the changing landscape of sports and technology continues to evolve with millennials defining the dual-screen age, the 85% of sports viewers who watch sports with their mobile device in hand, can now get into a free game and win money while testing their knowledge."

Timothy O'Shaughnessy, President and CEO of Graham Holdings Company, said: "WinView's platform is a fun, exciting and dynamic new way for sports fans to engage during the most popular live programming on TV today. WinView is well positioned to establish its product as the new social interactive paradigm where fans and friends are competing to predict what's going to happen from the first to the very play of the game."

David Zaslav, President and CEO of Discovery Communications, said: "WinView's products complement Discovery's goal to reach and engage our superfans around the world and across all screens. The company has strong expertise in mobile and sports; a business and engagement model poised to help drive consumption of live content; and a top-notch leadership team. We are pleased to participate in this round of funding to support the growth and development of their platform."

Ted Leonsis, founder and CEO of Monumental Sports & Entertainment, said: "As a team owner, any avenue that creates a greater relationship between the fan and their favorite team and players, as well as greater fan excitement and intimacy, is what local sports franchises are all about. It's my belief that WinView locks fans more deeply into the game experience and rounds out their desire to interact with other fans and prove their knowledge, predictive power and understanding of the sport."

Zach Leonsis, Vice President and General Manager of Monumental Sports Network, said: "WinView really capitalizes on what so many fans are already doing: scrolling around on their mobile devices while they watch games on the big screen. It makes fans a part of the action and it drives huge user engagement.  That's a big piece of what's so powerful about real-time sports gaming – it gives fans the chance to become players, and gives us all a shared experience that builds on the intense passion of being a sports fan."

Aryeh B. Bourkoff, founder and CEO of LionTree LLC, said: "In our role as investor and advisor, we recognize that delivering content, particularly to younger audiences, in new, interactive and exciting ways is critical to success. WinView's platform provides users with a unique and innovative experience that deepens their engagement with content, and one another, in real time. Given the success of play-along mobile sports and gaming in Europe, we are confident that WinView has a significant opportunity to advance this trend in the U.S. and we are excited to be a part of driving this business forward."

Launched in 2014, WinView Games previously raised $8 million and represents the next evolution of two-screen TV entertainment in the U.S, as in-game sports predictions already has caught on and become more popular than daily fantasy sports in Europe.

**About WinView Inc.**

WinView, Inc. is a Silicon Valley and New York based company that is focused on free mobile two-screen synchronized televised sports games for prizes in the U.S. The Company plans to leverage its extensive experience in pioneering real-time interactive television games played on the mobile second screen, its foundational patents and unique business model. The WinView app is an end-to-end two-screen TV synchronization platform for both television programming and commercials. The free skill-based WinView Games app uniquely enhances TV viewing enjoyment and rewards sports fans with prizes as they answer in-game questions while competing with friends in real time during live televised sports. These free games of skill are legal in every state. For more information, please visit **www.winviewgames.com**.

**About WinView Inc.'s Intellectual Property**

WinView's portfolio of 40 foundational patents covers the synchronization of the second-screen with TV broadcasts and commercials and the optimum methods of monetizing sports-based games of skill, among other types of programming content. The WinView platform provides sponsors and advertisers with exclusive access to all the two-screen game participants through sponsorship of the game, in-game videos and incentivized interactive commercials in sports telecasts. The Company plans to expand its service in partnership with the leagues, TV and cellular industries, leveraging its intellectual property to establish a two-screen synchronization standard across the entire TV broadcast and cellular networks, which are industries that rely upon standards to function efficiently at scale.

Contact Info

Media
Business: Whit Clay, Sloane & Company
T: 212-446-1864
M: 917-601-6012
**wclay@sloanepr.com**

Consumer/Sports: Andrew Bard, Burson-Marsteller
T: 212-614-5274
M: 646-525-5517
**Andrew.Bard@bm.com**

Corporate: Anthony Giombetti, WinView

T: 818-821-7530

**anthony@winview.tv**


SOURCE WinView, Inc.


Related Links

**http://www.winviewgames.com**


WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?


# GET STARTED


| **440k+** | **9k+** | **270k+** |
|:---:|:---:|:---:|
| Newsrooms & Influencers | Digital Media Outlets | Journalists Opted In |