# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WINVIEW IP HOLDINGS, LLC, a Delaware corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>FANDUEL, INC., a Delaware corporation, FANDUEL GROUP, INC., a Delaware corporation, FANDUEL GROUP PARENT LLC, a Delaware corporation, FLUTTER ENTERTAINMENT PLC, an Ireland Public Limited Company, and BETFAIR INTERACTIVE US LLC, a Delaware corporation,<br><br>*Defendants.* | Civil Action No. 3:25-cv-01146-GC-JTQ<br><br>**ORDER GRANTING ADMISSION**<br>***PRO HAC VICE***<br><br>*Document Electronically Filed* |

**THIS MATTER** having been brought before the Court by Katherine A. Escanlar, Esq., of Saiber LLC, attorneys for Defendants FanDuel, Inc., FanDuel Group, Inc., FanDuel Group Parent LLC, and Betfair Interactive US LLC (collectively, "FanDuel" or "Defendants"), on application to allow Kevin J. Spinella, Esq., of ArentFox Schiff LLP, to appear and participate *pro hac vice*; and the Court having noted that Plaintiff consents and has no objection to this application; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

**IT IS** on this ___6th___ day of ___May___, 2025,

**ORDERED** that FanDuel's application be and it hereby is GRANTED; and it is further

**ORDERED** that Kevin J. Spinella, Esq., a member in good standing of the Bars of the District of Columbia and the State of Maryland, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Saiber LLC, attorneys of record for FanDuel, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted pursuant to this Order; and it is further

**ORDERED** that Kevin J. Spinella, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2; and it is further

**ORDERED** that Kevin J. Spinella, Esq., shall make payment of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended; and it is further

**ORDERED** that Kevin J. Spinella, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Kevin J. Spinella, Esq., shall notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

**ORDERED** that Kevin J. Spinella, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:217, as amended, and it is further

**ORDERED** that Saiber LLC may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

_____
**HONORABLE JUSTIN T. QUINN**
**UNITED STATES MAGISTRATE JUDGE**