

ORDER

**Katherine A. Escanlar**
(973) 845-7720
kescanlar@saiber.com

June 16, 2025

**BY CM/ECF**

The Honorable Justin T. Quinn, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    ***WinView IP Holdings, LLC. v. FanDuel, Inc., et al.,*
**Civil Action No. 3:25-cv-01146-GC-JTQ**

Dear Judge Quinn:

    We, along with our co-counsel, ArentFox Schiff LLP, represent Defendants FanDuel, Inc., FanDuel Group, Inc., FanDuel Group Parent LLC, and Betfair Interactive US LLC (collectively, "FanDuel") in the above matter.

    We write to respectfully request Your Honor's approval of the withdrawal of *pro hac vice* counsel, Paul Choi, Esq. Mr. Choi, a member of the bar of the District of Columbia, was admitted *pro hac vice* by this Court's Order of April 22, 2025 (ECF No. 29). Mr. Choi is no longer affiliated with the law firm of ArentFox Schiff LLP. The firms of Saiber LLC and ArentFox Schiff LLP will continue to serve as counsel for FanDuel. Accordingly, pursuant to L. Civ. R. 101.1(c)(5), we respectfully request Your Honor's approval of Mr. Choi's withdrawal as *pro hac vice* counsel for FanDuel in the above matter.

    If this request meets with the Court's approval, we would appreciate if Your Honor would execute the "So Ordered" provision below and have this letter entered on the docket by the Clerk of the Court.

    We thank the Court for its consideration and continued assistance in this matter.

    Respectfully yours,

    s/ Katherine A. Escanlar
    Katherine A. Escanlar

The Honorable Justin T. Quinn, U.S.M.J.
June 16, 2025
Page 2

cc:   Counsel of Record (by CM/ECF)

**IT IS SO ORDERED** on this <u>  17th  </u> day of <u>  June        </u>, 2025 that the above application be and the same is hereby granted; and it is further

**ORDERED** that Paul Choi, Esq. is hereby withdrawn as counsel for FanDuel in this matter.

_____
**HONORABLE JUSTIN T. QUINN**
**UNITED STATES MAGISTRATE JUDGE**